# EXHIBIT M

*Dane Keller Rutledge, Attorney at Law*

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** Senior Vice President of Marsh & McLennan Companies, for the period from **November 1, 2004 to November 30, 2004** regarding NYS Attorney General civil action and related matters, including extensive conferences and telephone conferences with client; telephone conferences and email correspondence with Davis Polk, including Rebecca Winters and Shannon K. Manigault, regarding request for production of documents and regarding schedule and structure of interview of client for purposes of complying with Marsh request for cooperation with Marsh internal investigation; review and analysis of all documents produced by Davis Polk preliminary to client's interview; review and analysis of all relevant additional documents and data provided by client preliminary to his interview; legal research concerning issues presented; review and analysis of all supplementary documents provided by Davis Polk via email; preparation, analysis, and factual examination with client concerning interview requested by Davis Polk; research, conferences, and telephone conferences with and regarding co-counsel; telephone conferences, conferences, and preparation with co-counsel regarding client's interview; representation of client at interview by Davis Polk; detailed debriefing following client's interview by Davis Polk; telephone conferences with Elizabeth K. Kellner and Kenneth G. Fall of Marsh Litigation concerning request for client to participate in factual discovery pertinent to civil action initiated by Cooper Tire; documents request, review and analysis of documents, and preparation of client as requested by Marsh Litigation concerning the Cooper Tire action as issues may relate to pending investigation by NYS Attorney General; factual discovery meeting with client, and Kenneth G. Fall and Jim Wilson; and other work related to representation of Mr. McBurnie in context of matters related to the investigation of Marsh initiated by the NYS Attorney General.

*Dane Keller Rutledge, Attorney at Law*

*Legal Services*:
TIME CHARGED: 113 hours 30 minutes.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $68,100.00.

*Disbursements Charged*:
Travel: $78.60. Meal Expense w/ client: $155.61.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $234.21.

**TOTAL AMOUNT DUE FOR NOVEMBER 2004: $68,334.21.**

Please also note: Payment for October 2004 invoice has not been received.

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.          REVIEWED AND APPROVED:

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-18-2005
For Period: 01-01-2005 to 01-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, Senior Vice President of Marsh & McLennan Companies, for the period from **January 1, 2005 to January 31, 2005** regarding NYS Attorney General civil action and related matters, including:

01012005 No time charged.

01022005 No time charged.

01032005 TCs McB. Documents analysis re supplemental data from Kroll. Day Total: 1.5

01042005 TCs McB re questions re documents produced. Documents analysis. Day Total: 3.1

01052005 TCs McB re additional documents from AG. Documents analysis. Day Total: 2.2

01062005 TCs McB re communications from MMC, McB employment status. Analysis re same. Conference w McB re same and re continued documents analysis and factual prep for compliance w AG request. Day Total: 9.2

01072005 Conference McB. Media research. Continued documents analysis re material from Kroll and additional factual material pertinent to anticipated meeting w AG. Day Total: 4.6.

01082005 No time charged.

01092005 Conference w McB and documents analysis, research, and prep precedent to meeting w AG office. Day Total: 2.0.

01102005 Conference w McB. Continued extensive case-by-case analysis of all documents produced by Kroll/Davis Polk and Attorney General for response by McB. TCs Whitman Knapp at AG office—AG requests meeting scheduled for 01132005 for attorney proffer, discussion of case. Further prep w client per request from AG office. Day Total: 12.4.

01112005 Conference w McB. Prep w client per AG request for attorney proffer precedent to McB debriefing. File analysis. TC Judith Jorgensen. TC assistant counsel. TC Whitman Knapp. Continued prep and conference w McB. Day Total: 12.9.

01122005 Conference w McB and continued comprehensive preparation for Attorney General meeting scheduled for tomorrow. Further files analysis re same. Day Total: 12.0.

01132005 Final prep and analysis w McB re scheduled attorney proffer requested by Attorney General's office. DKR appears for meeting/attorney proffer with Whitman Knapp at Attorney General's Office 5pm. TCs and followup Conf. w McB. Day Total: 10.3.

01142005 TCs McB. TCs Whitman Knapp re scheduling McB debriefing and parameters for the meeting. TC McB re same and prep re same. Day Total: 3.1.

01152005 No time charged.

01162005 No time charged.

01172005 TCs McB. Conference McB and preparation with McB re his upcoming scheduled meeting with Attorney General's office. Day Total: 5.8.

01182005 Conference McB and further preparation with McB re upcoming scheduled meeting with Attorney General's office. Review re documents produced and factual issues to be addressed by Attorney General. TC assistant counsel. TC Whitman Knapp. Preparation of invoice and correspondence for Dec. 2004 time (1.3hrs—NO CHARGE). Invoice approved by McB. Day Total (net of "NO CHARGE" time): 8.0.

01192005 TCs Whitman Knapp at Attorney General's office. TCs assistant counsel. Receive and review email and attachment from AG office. Conference w McB. TC Judith Jorgenson 3459288. TC Whitman Knapp. Continue prep for mtg w AG. Day Total: 4.6.

01202005 Continue prep w McB for AG debriefing. Day Total: 8.7.

01212005 TC McB. Conference w McB and assistant counsel. Further conference and TCs w McB. TC Judith Jorgenson. Day Total: 6.9.

01222005 No time charged.

01232005 Prep meeting w McB to review all documents and factual matter pertinent to AG request for compliance debriefing. DayTotal: 6.3.

01242005 Conference all morning w McB and continued prep for compliance debriefing requested by AG and scheduled for tomorrow. Conference w McB and assistant counsel all afternoon. Continued conference and prep w McB in evening. Day Total: 11.7.

01252005 Continued prep and conference all day w McB for meeting and interview at AG office today. Debriefing of McB at Attorney General's office w Assistant Attorneys General 2pm to 7pm. Discussion and analysis w McB following AG meeting. Day Total: 12.4.

01262005 Conference w McB re yesterday's interview of McB at AG office. TC Whitman Knapp at AG office re followup work for next meeting. Further conference McB and prep and analysis w McB re same. Day Total: 3.2.

01272005 TC from Whitman Knapp at AG office re meeting and re further compliance requested. TCs McB re same. Day Total: 1.2.

01282005 No time charged.

01292005 No time charged.

01302005 No time charged.

01312005 TCs McB re case developments and answering AG questions. Day Total: 1.4.

*Legal Services*:
TIME CHARGED: 143.5 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $86,100.00.

*Disbursements Charged*:
Travel: $81.00.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $81.00.

**TOTAL AMOUNT DUE FOR JANUARY 2005: $86,181.00.**

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Past due. Please pay immediately.
12-01-2004 to 12-31-2004: $55,739.30. Past due. Please pay immediately.
01-01-2005 to 01-31-2005: $86,181.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $247,983.92.
Total Disbursements to date: $513.92.
Total Paid to date: $37,729.41.
Total Unpaid to date: $210,254.51.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 03-29-2005
For Period: 02-01-2005 to 02-28-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for the period from **February 1, 2005 to February 28, 2005** regarding NYS Attorney General civil action and related matters, including:

02012005 TC McB re his communications w Marsh re accessing additional documentary material important to responding to Attorney General's specific requests for further compliance with investigation. Further TC McB re access to additional material requested by Attorney General. Day Total: 0.6.

02022005 TCs McB re case update and re questions re prep for next Attorney General compliance meeting. Day Total: 0.7.

02032005 TC McB. TC Assistant Attorney General Whitman Knapp. Day Total: 0.3.

02042005 TCs McB re prep re info request from Attorney General's office. Day Total: 0.8.

02052005 No time charged.

02062005 No time charged.

02072005 TCs McB re questions re compilation of info requested by Attorney General's office. Analysis re same. Day Total: 0.9.

02082005 TC McB re communications from Marsh re employment status in relation to investigation. TCs to Davis Polk and Attorney General's office re same. TC Rebecca Winters at Davis Polk. TC discussion w Shannon Manigault at Davis Polk. TC discussion w Assistant Attorney General Whitman Knapp. TC Manigault. TC Becca Winters. TCs McB re same. Day Total: 2.4.

02092005 TCs McB, extensive discussion re communications from Marsh. TC from Shannon Manigault. TCs McB. Notes. Further TC Manigault. TC from McB re further communication from Marsh. Further TCs from McB. Day Total: 3.3.

02102005 TCs McB re communications from Marsh. Further TCs McB. TC Whitman Knapp at Attorney General's office. TC McB. Day Total: 2.9.

02112005 TCs McB re delivery from Marsh. Preliminary discussion and analysis. TC Rebecca Winters at Davis Polk. TC from Shannon Manigault at Davis Polk. TC McB re additional documents per Attorney General's request. Day Total: 2.6.

02122005 TCs McB re additional documents to compile per Attorney General request. Day Total: 1.6.

02132005 No time charged.

02142005 TCs McB re compilation of compliance info. Day Total: 0.7.

02152005 TCs McB re compilation of compliance info. Day Total: 0.9.

02162005 TC McB. TC Rebecca Winters at Davis Polk. TC Marsh Legal. TC McB. Attention re material for compliance request. Day Total: 2.3.

02172005 TCs McB. TC Marsh Legal. TC McB. Attention w McB to issues for further review with Attorney General's office. Day Total: 1.5.

02182005 TCs McB re scheduling and planning for next meeting with Attorney General for purposes of continued compliance. Attention to issues for review. Media research. Preparation of invoice and correspondence for Jan. 2005 time (1.2hrs—NO CHARGE, per engagement letter). Invoice approved by McB. Telephone call to Assistant Attorney General Whitman Knapp re specific additional compliance requests. Discussion w McB re further refinement of parameters for presentation to Attorney General's office. Day Total (net of "NO CHARGE" time): 3.0.

02192005 TCs McB re preparation for presentation to Attorney General's office. Extensive additional documents for review. Day Total: 1.4.

02202005 TCs McB. Attention to relevant documents. Conference and extensive analytical discussion w McB re documents assembled for further compliance with request from Attorney General's office. Day Total: 7.5.

02212005 Conference with McB and intensive analysis and review w client of extensive additional file documents pertinent to request from Attorney General re questions presented. Day Total: 12.0.

02222005 Conference with McB and review and analysis of additional documents and issues pertinent to Attorney General's requests. Call Elizabeth Kellner office. Hand deliver invoice to Elizabeth Kellner's office (NO CHARGE TIME). TCs McB. Day Total (net of NO CHARGE TIME): 7.5.

02232005 TCs McB re preparation for additional material presentation to Attorney General's office. Conference with McB and analysis of documents and supplemental information for presentation to Attorney General. Day Total: 7.3.

02242005 Conference with McB. Additional documents examined with McB pertinent to Attorney General compliance request. Detailed review, analysis, and discussion re same. Notes and consolidation of facts continued. Day Total: 10.5.

02252005 Continue intensive preparation conferences with McB re supplemental data and factual contextual supplementation and annotations being assembled at request of Attorney General's office. Also discuss and analyze current developments. Discuss and analyze contractual provisions of severance agreement offered by Marsh, as related to compliance requirements of investigation. Day Total: 11.0.

02262005 Conference McB. Later TCs McB. Documents review and analysis. Written analyses for presentation preparation. Day Total: 4.2.

02272005 TCs McB. Later conference w McB. Documents review and analysis. Notes re prep for presentation. Questions formed for follow-up. Day Total: 4.4.

02282005 Conference McB and continued intensive review and analysis of additional McB documents and factual contextual supplementation assembled at request of Attorney General's office pertinent to compliance. Media research. Further preparation re documents and analysis re Attorney General compliance request. Day Total: 12.2.

*Legal Services*:
TIME CHARGED: 102.5 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $61,500.00.

*Disbursements Charged*:
Travel: $144.68.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $144.68.

**TOTAL AMOUNT DUE FOR FEBRUARY 2005: $61,644.68.**

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Past due. Please pay immediately.
12-01-2004 to 12-31-2004: $55,739.30. Past due. Please pay immediately.
01-01-2005 to 01-31-2005: $86,181.00. Past due. Please pay immediately.
02-01-2005 to 02-28-2005: $61,644.68. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $309,628.60.
Total Disbursements to date: $658.60.
Total Paid to date: $37,729.41.
Total Unpaid to date: $271,899.19.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                    REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-22-2005
For Period: 03-01-2005 to 03-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **March 1, 2005 to March 31, 2005** regarding NYS Attorney General civil action and related matters, including:

03012005 Conference w McB regarding continuing preparation of case analysis and supporting documents and facts re compliance request of Attorney General's office. Day Total: 2.4.

03022005 Conference w McB—further preparation and documents analysis per Attorney General's request. Calls to Elizabeth Kellner's office, assistant. Day Total: 2.9.

03032005 Further work on documents analysis. Conference w McB. TC Elizabeth Kellner's office. Day Total: 4.2.

03042005 Further review and analysis of further facts and documents pertinent to Attorney General's request. Conference w McB. TC to Whitman Knapp, Assistant Attorney General. Analysis of issues re proposed severance agreement as relates to compliance with continuing investigation. Day Total: 6.3.

03052005 Conference w McB. Prep re AG request. Analysis of supporting documents and facts. Day Total: 5.5.

03062005 Conference w McB re compliance initiatives. Day Total: 1.8.

03072005 TCs McB. Attention to compliance and severance issues. Receive telephone call from Whitman Knapp, Assistant Attorney General. Day Total: 2.2.

03082005 TCs McB. Attention to documents and notes of analysis. Attention to case and severance issues as pertaining to provisions relating to continued compliance with investigation. Generate relevant questions. Day Total: 7.3.

03092005 TC McB. Case research. TC to Elizabeth Kellner's office, assistant. TCs McB. Further attention to issue list. Day Total: 3.1.

03102005 Fax to McB. TC discussions w McB. Additional attention to case analysis re AG request. Day Total: 3.0.

03112005 TCs McB. Attention to issues concerning AG request, and re Marsh communications. Day Total: 3.4.

03122005 No time charged.

03132005 No time charged.

03142005 TCs McB. Further attention to analysis of Marsh offer as relates to compliance with investigation. Extensive discussion w McB. Notes of prep for calls w Marsh re substantive issues. Day Total: 2.9.

03152005 TCs McB. TC from John W. Hamlin, Senior Employment Counsel. Day Total: 0.8.

03162005 Extensive TCs w McB. Notes of analysis and prep for discussions w Marsh. Day Total: 4.8.

03172005 Call from McB. Call from John W. Hamlin from Marsh. Discuss. Call McB. Receive fax from John Hamlin. TC McB. Draft correspondence to John Hamlin. Day Total: 2.6.

03182005 Review and analyze fax material from John Hamlin. Notes of analysis. Finalize correspondence to John Hamlin. TC McB. Email to McB. Call from John Hamlin. Call McB. Further telephone discussion w John Hamlin. Correspondence to John Hamlin. Day Total: 6.4.

03192005 TCs from McB. Day Total: 0.3.

03202005 No time charged.

03212005 No time charged.

03222005 TCs McB. Conference McB. Analysis of facts pertinent to AG request. Day Total: 3.4.

03232005 Conference McB and analysis of factual material re AG request. Legal research. Day Total: 4.2.

03242005 Conference McB. Day Total: 2.7.

03252005 Call from McB. TC Asst AG Whitman Knapp. TC E. Kellner office. Day Total: 0.6.

03262005 TCs McB. Day Total: 0.8.

03272005 No time charged.

03282005 TCs McB. Day Total: 1.5.

03292005 Case research. TC McB. Call Elizabeth Kellner office, assistant. Prep invoice for Feb 2005 (NO CHARGE for invoice prep). Day Total (net of NO CHARGE TIME): 1.3.

03302005 Case research. TCs McB. Day Total: 2.4.

03312005 Conference McB and analysis of developments. Case research. Day Total: 2.6.

*Dane Keller Rutledge, Attorney at Law*

*Legal Services*:
TIME CHARGED: 79.4 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $47,640.00.

*Disbursements Charged*:
Travel: $67.00.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $67.00.

**TOTAL AMOUNT DUE FOR MARCH 2005: $47,707.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $271,899.19.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $319,606.19.**


ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Past due. Please pay immediately.
12-01-2004 to 12-31-2004: $55,739.30. Past due. Please pay immediately.
01-01-2005 to 01-31-2005: $86,181.00. Past due. Please pay immediately.
02-01-2005 to 02-28-2005: $61,644.68. Past due. Please pay immediately.
03-01-2005 to 03-31-2005: $47,707.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $357,335.60.
Total Disbursements to date: $725.60.
Total Paid to date: $37,729.41.
Total Unpaid to date: $319,606.19.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-05-05
For Period: 04-01-2005 to 04-30-2005

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **April 1, 2005 to April 30, 2005** regarding NYS Attorney General civil action and related matters, including:

04012005 Conference w McB. Review and analyze developments in investigation. Case research. Day Total: 2.8.

04022005 Conference w McB. Continue case strategy analysis. Attention to issues raised. Case research. Day Total: 3.6.

04032005 TCs McB. Attention to issues raised. Day Total: 1.5.

04042005 TCs McB. Day Total: 0.8.

04052005 Extensive TCs McB. Attention to McB questions. Research. TC Elizabeth Kellner, Marsh Litigation. Preliminary drafting of correspondence. Day Total: 3.2.

04062005 Extensive TCs McB. Analysis of data from McB. Correspondence to Elizabeth Kellner. Prepare billing correspondence cover for February time invoice dated 03-29-2005 (NO CHARGE for invoice prep). Day Total (net of NO CHARGE TIME): 3.5.

04072005 No time charged.

04082005 TCs McB. Day Total: 1.5.

04092005 Conference w McB. Day Total: 2.3.

04102005 No time charged.

04112005 No time charged.

04122005 TC McB. TC Elizabeth Kellner. Day Total: 0.4.

04132005 TCs McB. Attention to McB questions. Case research. Day Total: 1.5.

04142005 TCs McB. TC Elizabeth Kellner office. Case research. Day Total: 1.3.

04152005 No time charged.

04162005 TCs McB. Day Total: 1.2.

04172005 TCs McB. Day Total: 0.8.

04182005 TCs McB. Attention to McB questions and correspondence. Day Total: 3.2.

04192005 Extensive TCs McB. Attention to McB correspondence. Attention to analysis of case issues and additional data. Research. Draft and fax letter to Elizabeth Kellner. Day Total: 4.4.

04202005 TCs McB. Client correspondence. Day Total: 3.6.

04212005 TCs McB. Attention to client questions and correspondence. Day Total: 2.2.

04222005 TCs McB. Research. Analysis of investigation developments. Prep March invoice (NO CHARGE for invoice prep). Day Total (net of NO CHARGE TIME): 2.5.

04232005 No time charged.

04242005 No time charged.

04252005 No time charged.

04262005 Conference w McB. Day Total: 2.5.

04272005 TCs McB. Day Total: 0.3.

04282005 TCs McB. Day Total: 0.4.

04292005 TCs McB. Prep cover letter for March time invoice dated 04-22-2005 (NO CHARGE for invoice prep) Day Total (net of NO CHARGE TIME): 0.2.

04302005 No time charged.


*Legal Services*:
TIME CHARGED: 43.7 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $26,220.00.

*Disbursements Charged*:
No disbursements charged for April 2005.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $0.00.

**TOTAL AMOUNT DUE FOR APRIL 2005: $26,220.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $319,606.19.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $345,826.19.**

## THIS ACCOUNT IS 145 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Past due. Please pay immediately.
12-01-2004 to 12-31-2004: $55,739.30. Past due. Please pay immediately.
01-01-2005 to 01-31-2005: $86,181.00. Past due. Please pay immediately.
02-01-2005 to 02-28-2005: $61,644.68. Past due. Please pay immediately.
03-01-2005 to 03-31-2005: $47,707.00. Past due. Please pay immediately.
04-01-2005 to 04-30-2005: $26,220.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $383,555.60.
Total Disbursements to date: $725.60.
Total Paid to date: $37,729.41.
Total Unpaid to date: $345,826.19.

## THIS ACCOUNT IS 145 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

### VENDOR CODE: RUT2100

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-21-2005
For Period: 05-01-2005 to 05-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **May 1, 2005 to May 31, 2005** regarding NYS Attorney General investigation and related matters, including:

05012005 No time charged.

05022005 TC McB. Attention to analysis of McB questions re investigations. Attention to correspondence. Day Total: 2.0.

05032005 TCs McB. Discuss results of analysis. Day Total: 1.3.

05042005 No time charged.

05052005 Conference w McB. Attention to issues raised re investigations. Also prep invoice for April services (NO CHARGE for invoice prep). Day Total (net of NO CHARGE TIME): 6.5.

05062005 Follow-up to issues raised. TCs McB. Day Total: 1.6.

05072005 No time charged.

05082005 No time charged.

05092005 No time charged.

05102005 TCs McB. Attention to McB questions and correspondence. Day Total: 2.1.

05112005 No time charged.

05122005 Conference w McB. Day Total: 4.5.

05132005 TCs McB re follow-up to conference. Day Total: 1.2.

05142005 No time charged.

05152005 No time charged.

05162005 No time charged.

05172005 No time charged.

05182005 TCs McB. Analyze and discuss investigation developments. Attention to McB questions. Day Total: 1.7.

05192005 TCs McB. Case research. Day Total: 1.6.

05202005 TC McB. Day Total: 0.4.

05212005 No time charged.

05222005 Case research. Attention to issues re status of investigation. TC McB. Day Total: 2.0.

05232005 TC McB. Day Total: 0.6.

05242005 TCs McB. Attention to McB questions. Research follow-up. Analysis. Day Total: 1.7.

05252005 TCs McB. Discussion and analysis of research results. Day Total: 0.8.

05262005 TCs McB. Case questions. Day Total: 0.5.

05272005 TCs McB. Attention to McB questions. Analyze additional information received re investigations. Day Total: 1.5.

05282005 No time charged.

05292005 No time charged.

05302005 No time charged.

05312005 TCs McB. Attention to McB questions raised re case status. Analysis and discussion of same. Day Total: 1.2.


*Legal Services*:
TIME CHARGED: 31.2 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $18,720.00.

*Disbursements Charged*:
Travel: $48.00.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $48.00.

**TOTAL AMOUNT DUE FOR MAY 2005: $18,768.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $73,927.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $92,695.00.**

## THIS ACCOUNT IS 60 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Past due. Please pay immediately.
04-01-2005 to 04-30-2005: $26,220.00. Past due. Please pay immediately.
05-01-2005 to 05-31-2005: $18,768.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $402,323.60.
Total Disbursements to date: $773.60.
Total Paid to date: $309,628.60.
Total Unpaid to date: $92,695.00.

## THIS ACCOUNT IS 60 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

### VENDOR CODE: RUT2100

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 07-22-2005
For Period: 06-01-2005 to 06-30-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for the period from **June 1, 2005 to June 30, 2005** regarding NYS Attorney General investigation and related matters, including:

06012005 Call from counsel re investigation status. TCs McB. Discuss strategy re communication. Day Total: 1.6.

06022005 Call to counsel re investigation status. TCs McB. Day Total: 2.0.

06032005 TCs McB. Day Total: 1.0.

06042005 No time charged.

06052005 No time charged.

06062005 TCs McB re developments in investigation. Correspondence to Kellner (NO CHARGE). Day Total (net of NO CHARGE TIME): 0.8.

06072005 Research per McB request. Analysis of parallel investigation developments. TCs McB. Day Total: 2.0.

06082005 TC McB. Analysis of developemnts in overall investigation, discuss w McB. Email to McB re research results. Further TC McB re correspondence, strategy issues. Day Total: 1.3.

06092005 TCs McB. Day Total: 0.4.

06102005 TCs McB. Email McB. Day Total: 0.6.

06112005 No time charged.

06122005 No time charged.

06132005 TCs McB. Day Total: 0.7.

06142005 No time charged.

06152005 Attention McB emails. TCs from McB w additional questions. Day Total: 1.5.

06162005 Analysis re McB questions. Research re same. TC discussions w McB re results of research and analysis. Day Total: 2.3.

06172005 TCs McB re McB questions. Day Total: 0.8.

06182005 No time charged.

06192005 Research. Email to McB. TC McB. Day Total: 0.7.

06202005 TC followup w McB re research. Investigation developments discussion and analysis. Further research and analysis. TCs McB. Day Total: 3.2.

06212005 TCs McB. Invoice prep (NO CHARGE). Day Total (net of NO CHARGE TIME): 0.6.

06222005 No time charged.

06232005 No time charged.

06242005 TCs McB re investigation developments. Research. Analysis. Day Total: 1.8.

06252005 No time charged.

06262005 No time charged.

06272005 No time charged.

06282005 No time charged.

06292005 No time charged.

06302005 No time charged.


*Legal Services*:
TIME CHARGED: 21.3  hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $12,780.00.

*Disbursements Charged*:
Travel: $20.00.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $20.00.

**TOTAL AMOUNT DUE FOR JUNE 2005: $12,800.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $92,695.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $105,495.00.**

## THIS ACCOUNT IS OVER 90 DAYS PAST DUE. PLEASE PAY IMMEDIATELY.

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Past due. Please pay immediately.
04-01-2005 to 04-30-2005: $26,220.00. Past due. Please pay immediately.
05-01-2005 to 05-31-2005: $18,768.00. Past due. Please pay immediately.
06-01-2005 to 06-30-2005: $12,800.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $415,123.60.
Total Disbursements to date: $793.60.
Total Paid to date: $309,628.60.
Total Unpaid to date: $105,495.00.

## THIS ACCOUNT IS OVER 90 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

### VENDOR CODE: RUT2100

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-08-2005
For Period: 07-01-2005 to 07-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **July 1, 2005 to July 31, 2005** regarding NYS Attorney General investigation and related matters, including:

07012005 No time charged.

07022005 No time charged.

07032005 No time charged.

07042005 No time charged.

07052005 TC McB re investigation developments. Day Total: 0.7.

07062005 No time charged.

07072005 No time charged.

07082005 No time charged.

07092005 No time charged.

07102005 No time charged.

07112005 No time charged.

07122005 No time charged.

07132005 No time charged.

07142005 No time charged.

07152005 No time charged.

07162005 No time charged.

07172005 No time charged.

07182005 Call from counsel re investigation developments. TCs McB, analysis and discussion re investigation developments. Day Total: 1.6.

07192005 TCs McB. Prep. Analysis of facts re call from counsel re investigation. TC to counsel re same. TCs McB, analysis and discussion. Additional data re progress of investigation. Receive and analyze fax data. TCs McB. Day Total: 3.8.

07202005 Review fax data. TC counsel. TCs McB. Discussion and analysis. Day Total: 1.3.

07212005 Additional questions and data from McB re investigation status. Receive and analyze additional information re investigation developments. Discuss w McB. Further TCs McB. Day Total: 2.3.

07222005 Further call from counsel re investigation developments. Analyze supplemental information on investigation developments. Supplemental research. Additional data and questions from McB. TCs McB to discuss and advise. June 2005 invoice preparation (NO CHARGE). Day Total (net of NO CHARGE TIME): 2.7.

07232005 No time charged.

07242005 TCs McB. Day Total: 0.9.

07252005 TCs McB. Conference w McB. Meal expense: $46.92. Day Total: 2.5.

07262005 Research re investigation developments. TCs McB. Day Total: 0.8.

07272005 No time charged.

07282005 TCs McB re investigation developments. Day Total: 1.2.

07292005 TCs McB re investigation developments. Day Total: 0.8.

07302005 No time charged.

07312005 No time charged.


*Legal Services*:
TIME CHARGED: 18.6 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $11,160.00.

*Disbursements Charged*:
Meal with client: $46.92.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $46.92.

**TOTAL AMOUNT DUE FOR JULY 2005: $11,206.92.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $105,495.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $116,701.92.**

**THIS ACCOUNT IS 108 DAYS PAST DUE.**
**PLEASE PAY IMMEDIATELY.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Past due. Please pay immediately.
04-01-2005 to 04-30-2005: $26,220.00. Past due. Please pay immediately.
05-01-2005 to 05-31-2005: $18,768.00. Past due. Please pay immediately.
06-01-2005 to 06-30-2005: $12,800.00. Past due. Please pay immediately.
07-01-2005 to 07-31-2005: $11,206.92. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $426,330.52.
Total Disbursements to date: $840.52.
Total Paid to date: $309,628.60.
Total Unpaid to date: $116,701.92.

## THIS ACCOUNT IS 108 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

### VENDOR CODE: RUT2100

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-23-2005
For Period: 08-01-2005 to 08-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **August 1, 2005 to August 31, 2005** regarding NYS Attorney General investigation and related matters, including:

08012005 TC McB re investigation developments. Attention to research material. Call from Gerry Bernstein representing Joe Peiser. TC McB. Call to Bernstein re investigation status. TCs McB. Day Total: 2.4.

08022005 TCs McB re investigation status and developments. Analysis of additional facts. Discussion. Conference McB, discuss investigation status and developments. Day Total: 2.9.

08032005 Research re investigation developments. Email to McB. TC McB. TCM from Elizabeth Kellner. TC McB. TCM to Elizabeth Kellner. TC McB. Day Total: 1.8.

08042005 TCM Elizabeth Kellner. TC from Elizabeth Kellner. TCs McB, discuss communications policy. Day Total: 1.7.

08052005 TC from McB re strategic considerations. Day Total: 0.6.

08062005 TC McB Day Total: 0.3.

08072005 No time charged.

08082005 TCs McB. Communications McB re investigation developments. TCs McB. July invoice prep (NO CHARGE). Day Total (net of NO CHARGE TIME): 1.9.

08092005 TCs McB. Day Total: 0.6.

08102005 Prep invoice cover letter (NO CHARGE). Day Total: 0.0.

08112005 Conference w McB. Receive additional information re investigation developments. Analyze and discuss. Day Total: 2.0.

08122005 No time charged.

08132005 No time charged.

08142005 No time charged.

08152005 TCs McB re investigation developments. Day Total: 0.9.

08162005 No time charged.

08172005 No time charged.

08182005 TCs McB re investigation developments. Day total: 0.6.

08192005 TCs McB re investigation developments. Additional info analyzed. Day Total: 0.5.

08202005 Research re investigation developments. TCs McB. Day Total: 1.0.

08212005 No time charged.

08222005 No time charged.

08232005 No time charged.

08242005 TCs McB. Conference w McB. Day Total: 2.3.

08252005 No time charged.

08262005 TCM from Rebecca Winters, received on weekend. Day Total: 0.1.

08272005 Analysis of current investigation status, prep re Winters discussion. Day Total: 1.0.

08282005 TC McB re Rebecca Winters call, and discuss developments. Day Total: 0.6.

08292005 TC McB. TC Rebecca Winters of Davis Polk. TC McB. Day Total: 1.2.

08302005 No time charged.

08312005 TCM from Whitman Knapp, NYAG office. Day Total: 0.1.


*Legal Services*:
TIME CHARGED: 22.5 hours.
HOURLY RATE FOR LEGAL SERVICES RENDERED: $600.00 per hour.

SUBTOTAL FOR LEGAL SERVICES RENDERED: $13,500.00.

*Disbursements Charged*:
Travel: $36.00.

SUBTOTAL FOR DISBURSEMENTS CHARGED: $36.00.

**TOTAL AMOUNT DUE FOR AUGUST 2005: $13,536.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $116,701.92.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $130,237.92.**

## THIS ACCOUNT IS 150 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Past due. Please pay immediately.
04-01-2005 to 04-30-2005: $26,220.00. Past due. Please pay immediately.
05-01-2005 to 05-31-2005: $18,768.00. Past due. Please pay immediately.
06-01-2005 to 06-30-2005: $12,800.00. Past due. Please pay immediately.
07-01-2005 to 07-31-2005: $11,206.92. Past due. Please pay immediately.
08-01-2005 to 08-31-2005: $13,536.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $439,866.52.
Total Disbursements to date: $876.52.
Total Paid to date: $309,628.60.
Total Unpaid to date: $130,237.92.

## THIS ACCOUNT IS 150 DAYS PAST DUE.
## PLEASE PAY IMMEDIATELY.

### VENDOR CODE: RUT2100

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                    REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-31-2005
For Period: 09-01-2005 to 09-30-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **September 1, 2005 to September 30, 2005** regarding NYS Attorney General investigation and related matters, including:

09012005 TCM Whitman Knapp, NYAG. Research re NYAG Office stated position re McB. TC Nina Sas, NYAG, discuss AG Office's current position. Further research. Day Total: 2.8.

09022005 TCM from Rebecca Winters, Davis Polk. Note to file. Day Total: 0.2.

09032005 TCM Rebecca Winters. Conference w legal assistant William Brunelle (WB) re debriefing plans. Preparation re presentation parameters and structure for further McB compliance w AG investigation. Consider substantive issues re anticipated proffer and debriefing. Day Total: 5.7.

09032005 WB: Meeting with DKR re compliance structure. Day Total: 2.5.

09042005 TCs McB re AG position. Extensive discussion and analysis of alternatives. Analysis of compliance structure, review of previous issues raised, consider further debriefing issues. Day Total: 3.7.

09052005 TCs McB. Day Total: 1.2.

09062005 TC Rebecca Winters, Davis Polk. TC Whitman Knapp, NYAG office, discuss AG Office current position re McB. Discuss opportunities for further compliance, debriefing. Extensive discussions and strategic analysis w McB re same. TC WB. Day Total: 3.5.

09062005 WB: Discussion w DKR re debriefing issues, scheduling. Day Total: 0.8.

09072005 TCs Whitman Knapp. TCs Rebecca Winters. Attention to document review, attention files re prep for attorney proffer. Conference w WB re structuring debriefing prep and debriefing schedule. Day Total: 6.7.

09072005 WB: Meeting with DKR re debriefing plans. Day Total: 3.0.

09082005 Individual preparation for attorney proffer scheduled for tomorrow at AG office. Conference w McB and WB to prep. Day Total: 9.8.

09082005 WB: Meeting with DKR and client to prep for DKR proffer to NYAG. Day Total: 6.5.

09092005 Final prep for attorney proffer. Attorney Proffer at NYAG Office w Whitman Knapp, Nina Sas, Zach Weiss. TCs McB and extensive discussion re meeting w AG Office. Attention re material for McB debriefing. Day Total: 7.0.

09102005 Prep w McB and WB for AG debriefing. Day Total: 11.0.

09102005 WB: Prep with DKR and client for NYAG debriefing of client. Document organization and catalog. Index. Day Total: 11.0.

09112005 Prep w McB and WB for AG debriefing. Day Total: 12.5.

09112005 WB: Prep with DKR and client for NYAG debriefing of client. Day Total: 12.5.

09122005 Prep w McB for AG debriefing. Prep w WB. Debriefing of McB at AG Office w Zach Weiss, Whitman Knapp. Further meeting w WB following debriefing. Day Total: 12.0.

09122005 WB: Prep w DKR. Attend debriefing of client at AG office. Conference after w DKR. Day Total: 9.7.

09132005 TCs McB. Prep for meeting at AG Office. Meeting w Zach Weiss and Whitman Knapp at AG Office. TCs McB. Day Total: 7.2.

09142005 TCs Whitman Knapp. TCs Zach Weiss. TC Rebecca Winters. TC Jerry Bernstein. TC Marci Ballard. TC Bob Cleary. TCs McB. Research re anticipated trial needs. Day Total: 8.8.

09152005  Appear w client at precinct. Discussion w Gordon Mehler. Appearance for McB at 100 Centre Street. Receive, review, and analyze indictment. Conference w Whitman Knapp. Conferences w Peter Driscoll, Jerry Bernstein, Marci Ballard, Maranda Fritz, Laura Brill. Provide copy of indictment to Shannon Manigault for use by Marsh and Davis Polk. Complete bail process for McB. Conference w McB, w extensive discussion re developments. Day Total: 10.3.

09162005 Research re indictment. TCs McB. TC Gordon Mehler. TC Marci Ballard. TC Rebecca Winters, Davis Polk to provide status report. Conference McB. Analysis re indictment particulars. Day Total: 4.9.

09172005 TC McB. Meeting w WB. Research re indictment and discovery issues. Day Total: 3.2.

09172005 WB: Meeting w DKR, discuss indictment and case administration issues. Day Total: 1.5.

09182005 TCs McB. Day Total: 1.4.

09192005 TCs McB re prep for defendants' counsel meeting. Review file. Further prep for defense meeting. Day Total: 2.8.

09202005 Email to Jerry Bernstein. Attend defendants' counsel meeting. TCs McB re same. Followup analysis. Day Total: 4.5.

09212005 Receive and analyze email from Laura Brill, Blank Rome. TCs McB. Notes of analysis. Day Total: 3.1.

09222005 TC Rebecca Winters, Davis Polk to give status report. TC re anticipated trial staffing needs. TCs McB, discuss developments. TC WB re case administration developments. Day Total: 2.0.

09222005 WB: TC DKR re case admin issues. Day Total: 0.4.

09232005 TCs McB. TCM Rebecca Winters, Davis Polk. Attention to file. Invoice prep (NO CHARGE) Day Total (net of NO CHARGE TIME): 0.8.

09242005 No time charged.

09252005 No time charged.

09262005 TC Rebecca Winters, Davis Polk. TC Elizabeth Kellner. TCs McB. Day Total: 1.2.

09272005 TC re anticipated trial needs. TCs Jerry Bernstein. TC WB. Conference and extensive discussion w Jerry Bernstein. TCs McB. Day Total: 4.5.

09272005 WB: TC DKR re prep for defense counsel meeting. Day Total: 0.5.

09282005 Prep for defendants' counsel meeting. Attend defendants' counsel meeting. Notes. TCs McB. Day Total: 5.3.

09292005 Receive Fed Ex from Whitman Knapp w discovery documents. Review and analyze. TCs and extensive discussion w McB. Day Total: 4.0.

09302005 Further review and analysis of discovery documents from AG Office. Research re same. TCs McB. TCM from Jerry Bernstein. Conference w McB re discovery documents and strategic issues. Day Total: 3.8.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 143.9 hours.
HOURLY RATE (DKR): $600.00 per hour.
<u>SUBTOTAL: $86,340.00.</u>

*Dane Keller Rutledge, Attorney at Law*

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 48.4 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $10,890.00.

*Disbursements Charged*:
Meals: $286.00.
Travel: $158.00.
SUBTOTAL: $444.00.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2005: $97,674.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $30,703.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $128,377.00.**

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Partial payment ($30,540.00) received. Balance pending.
04-01-2005 to 04-30-2005: $26,220.00. Payment received. Thank you.
05-01-2005 to 05-31-2005: $18,768.00. Payment received. Thank you.
06-01-2005 to 06-30-2005: $12,800.00. Payment received. Thank you.
07-01-2005 to 07-31-2005: $11,206.92. Payment received. Thank you.
08-01-2005 to 08-31-2005: $13,536.00. Payment past due. Please pay immediately.
09-01-2005 to 09-30-2005: $97,674.00. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $537,540.52.
Total Disbursements to date: $1,320.52.
Total Paid to date: $409,163.52.
Total Unpaid to date: $128,377.00.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-30-2005
For Period: 10-01-2005 to 10-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **October 1, 2005 to October 31, 2005** regarding NYS Attorney General investigation and related matters, including:

10012005 No time charged.

10022005 No time charged.

10032005 TC McB. TCs re prospective trial needs. TC Marci Ballard, Proskauer Rose. Email from Jerry Bernstein, Blank Rome. TCM Maranda Fritz. Receive and analyze email from Laura Brill, Blank Rome. Analyze plea documents re Anderson and Keane. TC WB. Day Total: 3.1.

10032005 WB: TC DKR. Day Total: 0.9.

10042005 TC McB. Fax to McB. Attention to discovery issues. Day Total: 2.2.

10052005 TCs McB. TCM to Jerry Bernstein, Blank Rome. Attention to documents. Attention to email material. TC McB. Day Total: 2.6.

10062005 TC McB. Fed Ex from McB w documents and notes of analysis. Review. Day Total: 2.7.

10072005 Further review and analysis of documents. TCs McB. TCM Marci Ballard. TC Maranda Fritz. TCM Jerry Bernstein. TC Elizabeth Kellner. TC McB. Emails from coordinating counsel. Day Total: 2.5.

10082005 No time charged.

10092005 No time charged.

10102005 TCs McB. Consideration of trial issues. Day Total: 1.3.

10112005 TCs re case management. TCs McB. TCM Elizabeth Kellner. TCM from Marci Ballard. TC McB. Day Total: 2.1.

10122005 TCs McB. Review discovery draft. Discuss w McB. Email to Jerry Bernstein. Email to Marci Ballard. Review multiple emails from Marci Ballard, Scott Devereaux, Laura Brill. Analysis of strategic case issues and case management questions. Draft correspondence. Direct WB re issue organization. Day Total: 2.7.

10122005 WB: Issue organization. Day Total: 2.5.

10132005 Email from Marci Ballard re Bill of Particulars. Review and analyze. Review email from Jerry Bernstein re same. Email from McB re case background. TCs McB. Attention to issues raised. Day Total: 3.2.

10142005 TCs re case and trial management considerations. Email from Jerry Bernstein. TCM Jerry Bernstein. TC McB. Day Total: 1.8.

10152005 No time charged.

10162005 TCs McB. Day Total: 0.6.

10172005 Fax from Whitman Knapp, Assistant AG. Email from Marci Ballard re revisions to Request for Bill of Particulars. Attention to revisions. Draft suggested changes. TC McB re same. TCs to Marci Ballard. TCs McB. Emails from Jerry Bernstein and Bob Cleary. Email to Bernstein, cc Cleary. Day Total: 3.5.

10182005 Review and analyze fax from Whitman Knapp, Assistant AG, re discovery. TC discussion w McB. Attention to issues raised. Emails from Jerry Bernstein and Scott Devereux re same. TC McB. Email from Marci Ballard re Request for Bill of Particulars. TC McB. Day Total: 3.9.

10192005 Research re discovery issues. Structure pre-trial issues. TC re same. TCs McB. Conference w McB re defense issues. Day Total: 5.5.

10202005 Emails from and to Jerry Bernstein. Email from McB. TC McB. Research. Day Total: 2.4.

10212005 Prep for Whitman Knapp call, organize questions. TC McB. TCM Whitman Knapp. TCM from Whitman Knapp. TC McB. Day Total: 2.0.

10222005 No time charged.

10232005 TCs McB. Day Total: 1.5.

10242005 TC McB. Email from Jerry Bernstein. TCM from Whitman Knapp, Assistant AG. Attention to further analysis and research re proposed discovery order, organize issues re same for discussion. TCs re trial needs. Extensive strategic analysis w McB. Day Total: 3.2.

10252005 TCs McB. TC re trial needs. Email Jerry Bernstein. TC from Marci Ballard. TC Whitman Knapp, Assistant AG, discuss discovery issues. Attention to proposed order re discovery. TC Marci Ballard. TC McB. Research. TC McB. TC WB. Day Total: 3.7.

10252005 WB: TC DKR. Day Total: 0.4.

10262005 TC Marci Ballard. TCMs Whitman Knapp, AG Office. TC WB. Further analysis and research re proposed order. TC McB. Day Total: 2.9.

10262005 WB: TC DKR. Notes re issues. Day Total: 0.8.

10272005 TCMs Whitman Knapp, Assistant AG. TCs re proposed protective order issues. TC Whitman Knapp, discuss issues re proposed order. Meeting re prospective case and trial needs. TCM Marci Ballard. TCs McB. Extensive consideration of current issues and prospective trial needs. Day Total: 8.9.

10282005 TC Whitman Knapp, Assistant AG, re questions concerning proposed order. TCs McB. Further research per Knapp discussion. TC Maranda Fritz. TC McB. Fax to Attorney General's Office, attn Whitman Knapp. Email and fax from Jerry Bernstein. TCs McB. TCMs to Jerry Bernstein. Email to and from McB. Extensive discussion w McB. Initial drafting re response to Bernstein fax. TCs WB. Day Total: 7.2.

10282005 WB: TCs DKR. Day Total: 1.1.

10292005 TCs McB, extensive discussion. Research. Attention to response to Bernstein fax. Day Total: 4.2.

10302005 TCs McB. Research. Day Total: 3.5.

10312005 TCs Whitman Knapp. TCs McB. TCM Jerry Bernstein. TCM Maranda Fritz. Draft communications. TC Peter Driscoll. Research. TCs re defense issues. Day Total: 8.5.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 85.7 hours.
HOURLY RATE (DKR): $600.00 per hour.
SUBTOTAL: $51,420.00.

*Dane Keller Rutledge, Attorney at Law*

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 5.7 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $1,282.50.

*Disbursements Charged*:
Meals: $133.93.
Travel: $46.00.
SUBTOTAL: $179.93.

**TOTAL AMOUNT DUE FOR OCTOBER 2005: $52,882.43.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $128,377.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $181,259.43.**


ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Partial payment ($30,540.00) received. Balance pending.
04-01-2005 to 04-30-2005: $26,220.00. Payment received. Thank you.
05-01-2005 to 05-31-2005: $18,768.00. Payment received. Thank you.
06-01-2005 to 06-30-2005: $12,800.00. Payment received. Thank you.
07-01-2005 to 07-31-2005: $11,206.92. Payment received. Thank you.
08-01-2005 to 08-31-2005: $13,536.00. Payment past due. Please pay immediately.
09-01-2005 to 09-30-2005: $97,674.00. Please pay upon receipt of invoice.
10-01-2005 to 10-31-2005: $52,882.43. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $590,422.95.
Total Disbursements to date: $1,500.45.
Total Paid to date: $409,163.52.
Total Unpaid to date: $181,259.43.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

_____
William L. McBurnie

Thank you very much for your kind attention.

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-31-2005
For Period: 11-01-2005 to 11-30-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **November 1, 2005 to November 30, 2005** regarding NYS Attorney General investigation and related matters, including:

11012005 TC McB. Finalize, fax, and email communications to all other defendants' main counsel. Email McB. TC WB. Email from Jerry Bernstein. Email from Brill, review memo re AG discovery dynamics. TCs McB. Attention to status re AG position on discovery, significant specific issues. Meeting re anticipated trial and case management needs. Extensive strategic discussion w McB. Day Total: 8.7.

11012005 WB: TC DKR. Day Total: 1.4.

11022005 Analysis re pre-trial issues and possible motion content. TC Whitman Knapp. Email from Laura Brill re signed order and conference call scheduled for 1103. TC McB. Review and analyze Fed Ex from AG Office re Bill of Particulars. Consider further response re Jerry Bernstein communications. Discuss w McB. Day Total: 5.9.

11032005 Prep re upcoming conf call re discovery issues w counsel, AG, DOAR, Kroll, Davis Polk. TC McB. TC WB. Further consideration re communications w other defendants' counsel. Discuss w McB. Form questions re comprehensivity of discovery documents. Email from Blank Rome re counsel meeting. Conf call w defendants' counsel, AG office, DOAR, Kroll, Davis Polk re discovery and case management. TCs McB. Email from Laura Brill. Emails from Cleary, Scaring. TC WB re discovery management issues. Day Total: 6.7.

11032005 WB: Participate in conference call. TC DKR. Day Total: 1.5.

11042005 TCs McB. Emails from Brill and Bernstein. Email to Bernstein. Day Total: 2.2.

11052005 No time charged.

11062005 No time charged.

11072005 TCs McB re strategic issues, case management. Discussion. TC WB. Day Total: 2.1.

11072005 WB: TC DKR. Day Total: 0.8.

11082005 Analyze issues raised with other defendants' counsel. TC McB. Email to Jerry Bernstein, copies to all counsel. TCs McB. Day Total: 1.5.

11092005 Research re indictment issues, sufficiency. Antitrust research and analysis. Analysis of facts specific to client. TCs McB to develop additional factual understanding. Day Total: 7.5.

11102005 Extensive discussions w McB. Day Total: 2.0.

11112005 TCs McB. Day Total: 1.8.

11122005 No time charged.

11132005 TC McB. Day Total: 0.6.

11142005 Email from McB re issues for address at counsel meeting. Prep for defense counsel meeting. Review of relevant documents, material from AG. TCs WB. Extensive prep discussions w McB. Attend defense counsel meeting. TCs McB re same. Day Total: 9.7.

11142005 WB: TCs DKR re documents organization. Day Total: 1.4.

11152005 Review and analyze Marci Ballard draft letter to Whitman Knapp re discovery issues. Draft suggested modifications. Email to Marci Ballard w DKR suggestions for modifications to letter re internal investigation documents. TCs McB re strategic issues and case management. Email from Jerry Bernstein re Whitman Knapp discussions. Day Total: 4.6.

11162005 Prep for court appearance w McB before Judge Yates. Prep conference w McB. Appearance before Judge Yates. Group conference w other defendants' counsel re developments. Conference McB. TC Peter Driscoll. TCM Maranda Fritz. Review email re Marsh estimate request. Day Total: 10.5.

11172005 TCM Maranda Fritz. TC McB. Conference w WB. Day Total: 2.5.

11172005 WB: Conference w DKR. Day Total: 2.0.

11182005 TCs McB. Attention to issues re Marsh request for estimate of case costs. Extensive consideration of case management issues. Analyze specialized antitrust requirements. TCM Driscoll. TCM Fritz. Email from Devereaux. Receive and review DOAR proposal. TC McB. Day Total: 5.1.

11192005 Emails McB. Conference w McB. Day Total: 5.0.

11202005 Conference w McB. Day Total: 4.3.

11212005 Conference w McB. Later TCs w McB. Discuss discovery access issues. Consider antitrust analysis issues. TC re issues for consultant. Email from Laura Brill re additional discovery received by DOAR. Day Total: 1.8.

11222005 TC Peter Driscoll. TC Jerry Bernstein re Marsh estimate issues. TC re issues for consultant. TC McB. TC Elizabeth Kellner. TC McB. Day Total: 2.5.

11232005 TC McB. Draft letter to Elizabeth Kellner re estimate. TCs McB re estimate issues and proposed response. Extensive consideration of case management issues, reference further research of controlling Delaware law and bylaws structure. Analyze discovery volume issues in context. Finalize and send letter to Marsh attn Kellner in response to Marsh request re estimate of case costs. Receive Proskauer research memo. Email to McB. Day Total: 7.8.

11242005 No time charged.

11252005 No time charged.

11262005 No time charged.

11272005 No time charged.

11282005 Email from Elizabeth Kellner (sent 1125). Email reply to Elizabeth Kellner. TC Bob Cleary, Proskauer Rose. Email from McB. Review attached material. Email reply to McB re same. Emails from Laura Brill re discovery list and manifests. TCs McB. Day Total: 2.2.

11292005 Receive additional research memorandum from Proskauer Rose. TCs McB. Day Total: 1.6.

11302005 TCM Peter Driscoll. TC Bob Cleary. TC McB. Day Total: 0.9.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 97.5 hours.
HOURLY RATE (DKR): $600.00 per hour.
SUBTOTAL: $58,500.00.

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 7.1 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $1,597.50.

*Disbursements Charged*:
Meals: $304.15.
Travel: $84.00.
SUBTOTAL: $388.15.

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR NOVEMBER 2005: $60,485.65.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $181,259.43.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $241,745.08.**

ACCOUNT HISTORY:
10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.
11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.
12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.
01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.
02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.
03-01-2005 to 03-31-2005: $47,707.00. Partial payment ($30,540.00) received. Balance pending.
04-01-2005 to 04-30-2005: $26,220.00. Payment received. Thank you.
05-01-2005 to 05-31-2005: $18,768.00. Payment received. Thank you.
06-01-2005 to 06-30-2005: $12,800.00. Payment received. Thank you.
07-01-2005 to 07-31-2005: $11,206.92. Payment received. Thank you.
08-01-2005 to 08-31-2005: $13,536.00. Payment past due. Please pay immediately.
09-01-2005 to 09-30-2005: $97,674.00. Please pay upon receipt of invoice.
10-01-2005 to 10-31-2005: $52,882.43. Please pay upon receipt of invoice.
11-01-2005 to 11-30-2005: $60,485.65. Please pay upon receipt of invoice.
Total Billings to date (including expenses): $650,908.60.
Total Disbursements to date: $1,888.60.
Total Paid to date: $409,163.52.
Total Unpaid to date: $241,745.08.

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-31-2006
For Period: 12-01-2005 to 12-31-2005

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for the period from **December 1, 2005 to December 31, 2005** regarding NYS Attorney General investigation and related matters, including:

12012005. TCs McB re research questions, and factual response development parameters. TC WB re case management issues. Research and analysis re specific counts. Further TCs McB. Day Total: 6.1.

12012005 WB: TC DKR. Day Total: 1.8.

12022005 Conference WB to discuss trial prep parameters, structure discovery analysis parameters. Day Total: 3.0.

12022005 WB: Conference DKR. Day Total: 3.0.

12032005 No time charged.

12042005 Conference McB. Extensive consideration of trial parameters, discovery issues. Day Total: 4.8.

12052005 Conference McB. Continued strategic discussions and analysis re discovery, individual defenses, discovery material from AG Office, factual issues. Day Total: 9.0.

12062005 TCs McB. Day Total: 1.2

12072005 No time charged.

12082005 TC McB. Research re indictment issues. Day Total: 3.2.

12092005 TC McB. Day Total: 0.4.

12102005 No time charged.

12112005 No time charged.

12122005 Attention to doc review questions re specific counts in indictment. Correlate to file material, Kroll docs. TCs McB re questions presented. Correlate substantive legal research re AG theories of prosecution. Day Total: 5.3.

12132005 TCs McB. Attention to DOAR status, hard-copy files at NYAG office, schedule issues. Trial issues. Also attention re antitrust analysis. Attention to material produced by AG. Day Total: 3.9.

12142005 TCs McB re case developments. Discuss doc review. Coordinate scheduling for AG hard copy doc review. Day Total: 1.4.

12152005 TCs McB. TC WB. Plan hard copy review, prep search parameters. Day Total: 1.2.

12152005 WB: TC DKR. Day Total: 0.6.

12162005 TC Whitman Knapp. Call McB. Day Total: 1.0.

12172005 No time charged.

12182005 Conference McB. Day Total: 3.5.

12192005 Conference McB. TCs Whitman Knapp, AG Office. TCs McB. Day Total: 6.5.

12202005 TCs McB. TC WB. TC Whitman Knapp, AG Office. Day Total: 0.9.

12202005 WB: TC DKR. Day Total: 0.3.

12212005 TCs McB. TC Whit Knapp. TC WB. Attention to logistics re doc review. Attention to review of key factual issues for correlation w doc review. Day Total: 4.4.

12222005 TCs McB. TCs WB. Document review in AG's office w McB and WB. Attention to hard copy files re specific indictment counts. Meet w Eliz Stuart, paralegal at AG's office. Extensive Conference and analysis session w McB and WB following day of doc review at AG Office. Day Total: 12.5.

12222005 WB: TCs DKR. Review of documents at AG Office with DKR and client. Notes. Conference. Day Total: 9.5.

12232005 TC WB. TC McB. Research. Day Total: 1.6.

12232005 WB: TC DKR. Day Total: 0.5.

12242005 No time charged.

12252005 No time charged.

12262005 TCs McB. Day Total: 1.6.

12272005 TCs McB. Day Total: 0.8.

12282005 TCs McB. Analyze unique antitrust issues. Research re same. Attention to individual defense issues. Day Total: 3.5.

12292005 TC McB. Day Total: 0.5

12302005 Attention to retention of consultant. TC McB. Day Total: 0.8.

12312005 No time charged.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 77.1 hours.
HOURLY RATE (DKR): $600.00 per hour.
<u>SUBTOTAL: $46,260.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 15.7 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $3,532.50.</u>

John A. Maher, Consultant
Emeritus Dean and Professor, The Dickinson School of Law
RETAINER PAID: $10,000.
<u>SUBTOTAL: $10,000.</u>

*<u>Disbursements Charged</u>*:
Meals: $321.50.
Travel: $142.00.
<u>SUBTOTAL: $463.50.</u>

**TOTAL AMOUNT DUE FOR DECEMBER 2005: $60,256.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $241,745.08.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $302,001.08.**

<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 10-31-2004: $37,729.41. Payment received. Thank you.</u>
<u>11-01-2004 to 11-30-2004: $68,334.21. Payment received. Thank you.</u>
<u>12-01-2004 to 12-31-2004: $55,739.30. Payment received. Thank you.</u>
<u>01-01-2005 to 01-31-2005: $86,181.00. Payment received. Thank you.</u>
<u>02-01-2005 to 02-28-2005: $61,644.68. Payment received. Thank you.</u>
<u>03-01-2005 to 03-31-2005: $47,707.00. Partial payment ($30,540.00) received. Balance pending.</u>
<u>04-01-2005 to 04-30-2005: $26,220.00. Payment received. Thank you.</u>
<u>05-01-2005 to 05-31-2005: $18,768.00. Payment received. Thank you.</u>
<u>06-01-2005 to 06-30-2005: $12,800.00. Payment received. Thank you.</u>
<u>07-01-2005 to 07-31-2005: $11,206.92. Payment received. Thank you.</u>
<u>08-01-2005 to 08-31-2005: $13,536.00. Payment past due. Please pay immediately.</u>

3

<u>09-01-2005 to 09-30-2005: $97,674.00. Please pay upon receipt of invoice.</u>
<u>10-01-2005 to 10-31-2005: $52,882.43. Please pay upon receipt of invoice.</u>
<u>11-01-2005 to 11-30-2005: $60,485.65. Please pay upon receipt of invoice.</u>
<u>12-01-2005 to 12-31-2005: $60,256.00. Please pay upon receipt of invoice.</u>
Total Billings to date (including expenses): $711,164.60.
Total Disbursements to date: $2,352.10.
Total Paid to date: $409,163.52.
Total Unpaid to date: $302,001.08.

## **VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-01-2006
For Period: 01-01-2006 to 01-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **January 1, 2006 through January 31, 2006** regarding NYS Attorney General investigation and related matters, including:

01012006 No time charged.

01022006 No time charged.

01032006 No time charged.

01042006 TCs McB. Email from Brian Kenny, Marsh Legal, dated 12/30. Day Total: 1.5.

01052006 TCMs Brian Kenny, Marsh Legal. TCs McB. Day Total: 1.2.

01062006 TC Brian Kenny, Marsh Legal. TCs McB. Day Total: 1.7.

01072006 No time charged.

01082006 No time charged.

01092006 TCs Brian Kenny, Marsh Legal. TCs McB. Day Total: 1.4.

01102006 TCs McB. Email from J. Bernstein. Research. Specific charges analysis. Day Total: 4.9.

01112006 TC JAM. TCs McB. Attention to documents. Antitrust issue analysis. Day Total: 6.5.

01112006 JAM: TC DKR. Day Total: 0.5.

01122006 No time charged.

01132006 No time charged.

01142006 Research. TCs WB. Day Total: 2.1.

01142006 WB: TCs DKR. Issues list. Day Total: 1.5.

01152006 Procedural research. Day Total: 5.0.

01162006 TCs McB. Attention to indictment issues. TCM Robert Cleary. TCM JAM. TCs WB. Day Total: 4.2.

01162006 WB: TCs DKR. Organize further issues list. Day Total: 2.3.

01172006 TCs WB. Prep for defense counsel meeting. Research fact issues. TCs re same. Email to J. Bernstein, cc other counsel. Prep w WB re issues for meeting. TC JAM. Attention to email documents research and file. TCs McB. Day Total: 12.7.

01172006 WB: Prep w DKR for meeting at Blank Rome. TCs DKR. Day Total: 6.7.

01172006 JAM: Analyze indictment. TC DKR. Day Total: 1.5.

01182006 Substantive research. Review memoranda. Email from Laura Brill, Blank Rome. Reply. Email from Hillary Jackson, Blank Rome. Reply. Conference w WB re prep issues. Attend defense counsel meeting at Blank Rome. Attend Doar presentation. Conference w Bob Cleary. Debriefing w WB re meeting issues raised, Doar questions. TCs McB. Day Total: 13.0.

01182006 WB: Prep with DKR for meeting. Meeting at Blank Rome. Attend Doar presentation. Debriefing session w DKR. Day Total: 10.3.

01192006 TCs McB. Conference WB. Attention to due diligence re Doar. Issues list per defense meeting. Day Total: 5.3.

01192006 WB: Conference with DKR re issues from Blank Rome meeting. List for follow-up. Internet research. Day Total: 6.0.

01202006 Due diligence re electronic discovery issues. TCs McB. TCs WB. Follow-up research. Day Total: 6.7.

01202006 WB: TCs DKR. Research questions from DKR. Day Total: 2.3.

01212006 No time charged.

01222006 No time charged.

01232006 Conference McB. Attention to electronic discovery questions. Review research. Day Total: 7.2.

01242006 Analysis re client's questions. Notes. Research. Day Total: 4.4.

01252006 TCs AG office re "hot documents." Note index re hot documents. Email received from Laura Brill re AG communication. TC JAM, discuss research. Day Total: 4.5.

01252006 JAM: TC DKR. Research. Day Total: 3.2.

01262006 Conference McB. Analysis of documents, review/search issues, Doar questions. Email from J. Bernstein. Day Total: 8.0.

01262006 JAM: Review research. Compose email to DKR. Day Total: 1.0.

01272006 Conference McB. Analysis re upcoming status conference and re factual issues. Review AG index re "hot documents." Review documents. TCs McB. Day Total: 7.6.

01282006 No time charged.

01292006 Receive and review email from Laura Brill re Doar search category info. Attention to attachment. Analysis of search category criteria. Draft preliminary list. Email McB. Email WB. TCs WB re search category issues definitions. Day Total: 3.8.

01292006 WB: TCs DKR. DKR email. Search questions. Day Total: 1.8.

01302006 TCs McB. TCM J. Bernstein. Research issues list. TCM JAM. TC re research issues. Attention to Doar field and value issues. Day Total: 7.4.

01302006 WB: Research. Day Total: 3.6.

01312006 TCs McB. Attention to proposed Doar discovery categories. TCs WB. Attention to documents. TC Jerry Bernstein re status hearing, Doar, planning conf call this week. Attention to case issues. Day Total: 8.3.

01312006 WB: TCs DKR. Day Total: 3.4.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 117.4 hours.
HOURLY RATE (DKR): $600.00 per hour.
SUBTOTAL: $70.440.00.

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 37.9 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $8,527.50.

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 6.2 hours.
HOURLY RATE (JAM): $550.00 per hour.
SUBTOTAL: $3,410.00.

*Disbursements Charged*:
Meals: $59.00.
FED EX: $17.21.
SUBTOTAL: $76.21.

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR JANUARY 2006: $82,453.71.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $47,229.58.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $129,683.29.**

ACCOUNT HISTORY:
10-14-2004 to 12-31-2005:
Total Billings (including expenses): $711,164.60.
Total Disbursements: $2,352.10.
Total Paid: $663,935.02. Thank you.
Total Unpaid: $47,229.58. Payment past due.

CURRENT INVOICE:
01-01-2006 to 01-31-2006: $82,453.71.

TO DATE:
Total Billings to date (including expenses): $793,618.31.
Total Disbursements to date: $2,428.31.
Total Paid to date: $663,935.02.
Total Unpaid to date: $129,683.29.

**Please pay this amount: $129,683.29.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 03-01-2006
For Period: 02-01-2006 to 02-28-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **February 1, 2006 through February 28, 2006** regarding NYS Attorney General investigation and related matters, including:

02012006 No time charged.

02022006 TCs McB. TC Laura Brill, Blank Rome. TC re case issues. Prep for status hearing. Conference McB. Research. Day Total: 8.5.

02032006 Review emails from Bernstein, Brill, Ballard. Conference McB. Prep for conference call. Conference call w attorneys for other defendants. Discuss w McB, WB. TC Peter Driscoll. TCM Jerry Bernstein. TCM Laura Brill. Further extensive discussion w McB. Analysis of case issues raised. Day Total: 9.6.

02032006 WB: TC DKR. Attorney conference call. Debriefing with DKR and client. Day Total: 3.5.

02042006 Conference McB. Review and analyze documents received from AG Office. TCs McB. Further analysis of documents. Day Total: 8.7.

02042006 WB: TC DKR. Day Total: 0.4.

02052006 Attention to emails. TCs McB. Day Total: 2.0.

02062006 TC McB. Conference McB. Prep issues for status hearing. Attend status hearing, 100 Centre Street. Conference w attorneys for other defendants. Conference w Whitman Knapp, Assistant AG. Extensive discussion w McB, WB. Analysis of events of status hearing, schedule considerations. Case issues analysis. Day Total: 9.4.

02062006 WB: Attend status hearing with Judge Yates and debriefing with DKR and McB afterwards. Day Total: 8.5.

02072006 Review communications from JAM. Draft correspondence. TCs Whitman Knapp. TCs McB. Email Laura Brill. Email from Brian Kenny, MMC. TC WB. TCM Laura Brill. TC WB.

Research re search architecture. Email from Laura Brill. Emails JAM. TCM Jennifer Burns. TC and emails McB. Email from Jennifer Burns. Day Total: 8.9.

02072006 WB: TCs DKR. Research. Day Total: 4.8.

02082006 Document review at Attorney General's Office. Notes. Draft communications. TC McB. Emails. Day Total: 10.5.

02082006 WB: Review discovery documents provided for inspection at Attorney General's Office. Notes. Day Total: 7.0.

02082006 JAM: Review DKR correspondence. Day Total: 1.0.

02092006 TCs w McB. Emails Robert Cleary. Lunch conference w Robert Cleary. Factual research. Analyze Marsh business model issues. Prep for issue differentiation in context of e-review prep. TCs WB re prep for Doar meeting. Prep questions for Friday meeting with Doar. Day Total: 8.8.

02092006 WB: Calls and prep w DKR for upcoming Doar meeting. TC Nuchine Nobari re same. Doar website research. Day Total: 4.5.

02102006 Drafting. Email JAM. TCs Whitman Knapp. TC WB. Prep questions for Doar meeting. Conference w Nuchine Nobari (search professional) re upcoming Doar meeting. Attend meeting with Doar at Proskauer Rose. Debriefing w WB, Nuchine Nobari. TCs McB. Notes. Day Total: 9.1.

02102006 WB: TC DKR. Prep for Doar meeting. Meeting with Nuchine Nobari, followed by meeting with Doar followed by meeting with DKR, Nuchine, and then DKR. Day Total: 6.7.

02112006 No time charged.

02122006 Attention to forming issue tags per Doar request. Day Total: 2.0.

02132006 Email from Laura Brill. Attention to analysis of field and value issue tag questions. Outline. TCs WB re same. TC Tim Brandis, Doar. Doar emails. TC McB. TC Brian Kenny, MMC. Day Total: 7.5.

02132006 WB: TCs DKR re issue coding sheet questions per Doar request. Day Total: 3.2.

02142006 TCs JAM. Prep re planned case analysis sessions w McB. TCs McB. TC WB. TC Brian Kenny, MMC. Conference WB. Day Total: 6.9.

02142006 WB: TC DKR. Meet with DKR. Make notes. Day Total: 3.6.

02142006 JAM: TCs DKR. Research. Day Total: 1.4.

02152006 TC McB. Review and prep file documents for McB interviews/case analyses. TC Jerry Bernstein. TCs McB. Email Jerry Bernstein, Robert Cleary. TC Whitman Knapp. TCM Brian Kenny. TC from Jerry Bernstein, Robert Cleary announcing exclusion of McB from joint defense. Notes. TC McB. Fax from Bernstein on behalf of all six other defense attorneys confirming exclusion of McB from joint defense. TCs McB. TCs WB. Day Total: 9.8.

02152006 WB: Assist DKR with prep for case analyses with Maher. TCs DKR. Day Total: 4.0.

02152006 JAM: Research and notes. Read memoranda from DKR. Day Total: 7.5

02162006 Meeting w JAM and McB; comprehensive case analysis re antitrust and other trial issues. Debriefing and further analysis w McB. Including travel. Day Total: 18.0.

02162006 WB: Sessions with DKR, WMcB, Dr. Maher. Additional sessions with DKR, McB. Including travel. Day Total: 18.0.

02162006 JAM: Meeting with DKR, WMcB, WB. Day Total: 9.0.

02172006 Prep w McB. Continue trial issues prep session w JAM. Travel. Notes. Day Total: 11.9.

02172006 WB: Prep work with DKR and client. Conference with McB, JAM, DKR. Travel. Day Total: 10.8.

02172006 JAM: Meeting with DKR, WMcB, WB. Day Total: 4.5.

02182006 No time charged.

02192006 No time charged.

02202006 JAM: Review notes re 2/16, 2/17 conferences. Research. Day Total: 2.0.

02212006 TCs McB. Receive Blank Rome letter. Analysis re exclusion issues. Draft correspondence. TC JAM. Fax to JAM. Email JAM. Research re insurance industry issues. Attention to documents for JAM analysis. Day Total: 10.4.

02212006 JAM: TC DKR. Read fax from DKR. Day Total: 0.9.

02222006 Analysis and notes re separate defense dynamics. Research. Attention to issues re electronic discovery. TCs WB. TC Nuchine Nobari re electronic discovery issues. Draft correspondence. Fax to JAM. TCs McB. Email to McB. Day Total: 9.5.

02222006 WB: TCs DKR. TC Nuchine Nobari. Day Total: 3.6.

02232006 TCs McB. Draft correspondence. Analysis of issues presented by exclusion of McB from joint defense. TCs JAM. Fax to JAM. Electronic discovery issues. Research. Notes. Issues list. Conference McB. Day Total: 14.0.

02232006 JAM: TCs DKR. Faxes. Day Total: 2.4.

02242006 Correspondence drafting. Research. TCs WB. Attention to separate discovery issues. TCs McB. Day Total: 8.9.

02242006 WB: Email from Nuchine Nobari concerning research on discovery review. Research regarding electronic discovery. Day Total: 4.8.

02252006 Drafting correspondence. TC JAM. Attention to separate defense issues. Research and analysis re same. Day Total: 8.0.

02262006 No time charged.

02272006 TC JAM. Email JAM. TCs McB. Correspondence. Day Total: 6.2.

02272006 JAM: TC DKR. Day Total: 0.7.

02282006 Drafting. Emails to and from JAM. TCs McB. TC WB. Analysis re procedural issues re exclusion of McB from joint defense. Day Total: 6.8.

02282006 WB: TC DKR. Research regarding electronic discovery. Day Total: 3.9.

02282006 JAM: Correspondence to DKR. Day Total: 1.3.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 195.4 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $127,010.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 87.3 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $19,642.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 30.7 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $16,885.00.</u>

*Disbursements Charged*:
Meals: $656.00.
Travel and Lodging: $533.00.
Parking: $35.00.
<u>SUBTOTAL: $1,224.00.</u>

**TOTAL AMOUNT DUE FOR FEBRUARY 2006: $164,761.50.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $129,683.29.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $294,444.79.**

ACCOUNT HISTORY:
10-14-2004 to 01-31-2006:
Total Billings (including expenses): $793,618.31.
Total Disbursements: $2,428.31.
Total Paid: $663,935.02.
Total Unpaid: $129,683.29.

CURRENT INVOICE:
02-01-2006 to 02-28-2006: $164,761.50.

TO DATE:
Total Billings to date (including expenses): $958,379.81.
Total Disbursements to date: $3,652.31.
Total Paid to date: $663,935.02.
Total Unpaid to date: $294,444.79.

**Please pay this amount: $294,444.79.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-01-2006
For Period: 03-01-2006 to 03-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **March 1, 2006 through March 31, 2006** regarding NYS Attorney General investigation and related matters, including:

03012006 Correspondence drafting. TCs McB. Analysis re effects of exclusion of McB from joint defense. TCs WB. Day Total: 4.1.

03012006 WB: TCs DKR. Follow-up on research questions from DKR. Day Total: 4.3.

03022006 TCs McB. TCs WB. Research. Further analysis re exclusion. Further drafting. Email JAM. Day Total: 9.3.

03022006 WB: TC Nuchine Nobari. Web research. TCs DKR. Day Total: 5.7.

03032006 TCs McB. TC, fax JAM. Drafting. Finalize and send response to counsel for other defendants re exclusion. TC WB. Attention to separate defense structuring issues. TCs re same. Day Total: 7.8.

03032006 WB: Discovery issues research. TC DKR. Day Total: 3.3.

03032006 JAM: Faxes. TC DKR. Day Total: 0.7.

03042006 TCs McB. Review notes of research. Further analysis and discussion re separate defense issues.  Day Total: 3.9.

03052006 No time charged.

03062006 Issues list for further analysis of separate defense. Preparatory analysis re planned call to Attorney General's Office. TCM Whitman Knapp. TCM from Elizabeth Kellner requesting meeting. TC Elizabeth Kellner. TC Brian Kenny. TC JAM. TCs McB. Day Total: 5.3.

03072006 Further prep for Attorney General call. Notes. TCs WB. TCM Whitman Knapp. TCs McB. TCs Elizabeth Kellner. TCs Brian Kenny. Email Brian Kenny. TC JAM. TC to Tim Brandis, Doar, requesting copy of retainer agreement. Email from Paul Neale, Doar, declining to provide copy of retainer agreement. Analysis re discovery issues. Research. Day Total: 12.5.

03072006 WB: Continued research regarding electronic discovery. Notes. TCs DKR. Day Total: 5.7.

03072006 JAM: TC DKR. Day Total: 0.8.

03082006 TCs McB. Analysis of discovery and separate defense issues. Day Total: 3.6.

03092006 TC JAM. TCs WB. TCs and analysis re data handling re separate defense. TCs McB. Day Total: 4.0.

03092006 WB: TCs DKR. Day Total: 1.2.

03102006 TCs McB. TC JAM. TC WB. TCM Whitman Knapp. Analysis re data search issues. Email to Elizabeth Kellner. Day Total: 5.5.

03102006 WB: TC DKR. Research concerning electronic discovery issues. Day Total: 3.2.

03102006 JAM: TC DKR. Day Total: 0.5.

03112006 Analysis of discovery issues. Research. TCs McB. Day Total: 3.8.

03122006 Case research. TCs McB. Factual analysis of relevant transactions. Day Total: 4.9.

03132006 TCs McB. Analysis re exclusion effects re discovery. Drafting. Research. TC JAM. TCs WB. Day Total: 8.6.

03132006 WB: TCs DKR. TCs re electronic discovery issues. Day Total: 2.9.

03132006 JAM: TC DKR. Day Total: 0.3.

03142006 TCM Whitman Knapp. Meeting w Rich Sullivan, Elizabeth Kellner. TC JAM. TC WB. TCs McB. Meeting w WB re discovery issues, additional discovery items. Memo to file re meeting and annotations. Emails. Analysis re separate defense issues. Research. Day Total: 10.7.

03142006 WB: TC DKR. Meeting with DKR concerning Marsh meeting and discovery questions. Notes of follow-up points. Day Total: 5.6.

03142006 JAM: TC DKR. Day Total: 0.7.

03152006 TCs McB. Emails from McB. TC JAM. TCs WB. Draft communications. Research. Day Total: 8.9.

03152006 WB: Further discussion w DKR re McB defense needs. TCs re same. Day Total: 3.4.

03162006 TCs McB. TCs WB. Further drafting re correspondence. Factual review. Conference call w WB and Harvey Yarborough (review management professional). Draft modifications. TC JAM. TC WB and Encore. Day Total: 9.0.

03162006 WB: TCs DKR. Conf. call w DKR, Harvey Yarborough on data review questions. TCs Encore Legal Solutions. Day Total: 5.4.

03172006 TCs WB re research concerning electronic discovery. Draft communications. TCs McB. Fax and emails. Conference call w Encore Legal Solutions. TC Harvey Yarborough. Notes. TC JAM. Emails. Draft communications. Day Total: 8.3.

03172006 WB: TCs DKR. Conference call with Encore. Conference call with DKR, HY. Further calls re vendor research. Day Total: 5.9.

03182006 Analysis of discovery-related information. TCs McB. Draft communications. Emails. Reference to documents. Notes of analysis. Day Total: 6.5.

03192006 Conference w McB. Day Total: 5.2.

03202006 TCs McB. Attention to evidentiary analysis. Review notes. Conference call re electronic discovery issues. Revisions to draft communications. TCs WB. Attention to discovery issues analysis. Conference call w WB, HY. Day Total: 9.5.

03202006 WB: TCs DKR. Conference calls with DKR. Notes of follow-up questions. Day Total: 6.5.

03212006 Further drafting. TCs WB re vendor research and evaluation. TCs McB. TCs re discovery handling issues. Attention to procedural questions. Send letter to Richard Sullivan. Meet w WB re pending issues. Day Total: 10.1.

03212006 WB: TCs and Conference w DKR. Follow-up issues. Day Total: 6.1.

03222006 TCs McB. TCs WB. Attention to discovery handling issues. Review email material. Review hard copy reference material. Finalize correspondence. Prep for Attorney General's Office call. TCM Whitman Knapp. Draft further communications. TCs re trial support. Attention to further results of due diligence re discovery issues. Analysis and notes re court/judicial questions re separate defense. Send letter to Elizabeth Kellner, copy to Rich Sullivan. Day Total: 11.0.

03222006 WB: Coordinate vendor research and data. Attention to follow-up list. Action items. TCs DKR. Day Total: 4.7.

03232006 TCMs Assistant Attorney General Whitman Knapp. TCs re trial issues. TC Jim Culleton. Notes. Review research reference material. TCs McB. Attention to notes of analysis. Issues list. Notes. TC WB. Conference McB. Day Total: 10.2.

03232006 WB: TC DKR. Day Total: 0.6.

03232006 JC: TC DKR. Fax. Day Total: 1.2.

03242006 Conference w McB. Day Total: 5.6.

*Dane Keller Rutledge, Attorney at Law*

03252006 No time charged.

03262006 No time charged.

03272006 TCs WB. Attention to information re vendor options. TCs McB. Case issues analysis. Notes of analysis. Review research notes. Day Total: 7.8.

03272006 WB: Emails concerning preparing for and scheduling meetings with vendors. TCs DKR. Notes. Day Total: 4.6.

03282006 TCs McB. Review research. TCs WB. Day Total: 5.2.

03282006 WB: Emails, TCs with vendors. Read literature provided. Research on Web. TCs DKR. Day Total: 3.5.

03292006 TC Assistant Attorney General Whitman Knapp. Notes. TCs McB. TCs WB. Day Total: 4.7.

03292006 WB: Vendor TCs. Notes. TCs DKR. Day Total: 4.0.

03302006 TCs w vendor candidates. Review further research. Further analysis of procedural and trial questions re discovery and separate defense. TCs WB. TCs McB. Day Total: 9.4.

03302006 WB: Review and assemble information and summary pertinent to upcoming meeting. TCs re same. TCs DKR. Day Total: 6.6.

03312006 TCs McB. TCs WB. Meeting w vendor. Meeting w vendor representative. Notes. Day Total: 15.5.

03312006 WB: TCs DKR. All-day meeting with vendor. Further meeting w DKR and vendor rep. Day Total: 14.0.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 210.9 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $137,085.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 97.2 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $21,870.00.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 3.0 hours.
HOURLY RATE (JAM): $550.00 per hour.
SUBTOTAL: $1,650.00.

James Culleton, Attorney
TIME CHARGED (JC): 7.5 hours (incl. 6.3 carryover from 2005).
HOURLY RATE (JC): $400.00 per hour.
SUBTOTAL: $3,000.00.

*Disbursements Charged*:
Meals: $226.00.
Travel: $55.00.
FED EX: $34.88.
SUBTOTAL: $315.88.


**TOTAL AMOUNT DUE FOR MARCH 2006: $163,920.88.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $294,444.79.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $458,365.67.**


ACCOUNT HISTORY:
10-14-2004 to 02-28-2006:
Total Billings (including expenses): $958,379.81.
Total Disbursements: $3,652.31.
Total Paid: $663,935.02.
Total Unpaid: $294,444.79.

CURRENT INVOICE:
03-01-2006 to 03-31-2006: $163,920.88.

TO DATE:
Total Billings to date (including expenses): $1,122,300.69.
Total Disbursements to date: $3,968.19.
Total Paid to date: $663,935.02.
Total Unpaid to date: $458,365.67.

**Please pay this amount: $458,365.67.**

**VENDOR CODE: RUT2100**

*Dane Keller Rutledge, Attorney at Law*

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-01-2006
For Period: 04-01-2006 to 04-30-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2006 through April 30, 2006** regarding NYS Attorney General investigation and related matters, including:

04012006 Conference McB. Day Total: 8.0.

04022006 No time charged.

04032006 TCs WB. Attention to separate defense issues per exclusion from joint defense. TCs McB. Day Total: 7.2.

04032006 WB: TCs DKR. Discussion and follow-up items. TCs to vendors. Web research. Day Total: 7.9.

04042006 TC Whitman Knapp. TCs WB. TCs McB. Notes. Memo to file. Day Total: 4.3.

04042006 WB: Research. TCs DKR. Day Total: 5.5.

04052006 TCs McB. Conference McB. Day Total: 6.2.

04062006 TCs McB. Analysis notes. TCs WB. TC Encore Legal Services. Email Brian Kenny. Day Total: 6.6.

04062006 WB: TCs DKR. TC conf. call Encore. Day Total: 3.3.

04072006 Conference McB. Day Total: 8.4.

04082006 No time charged.

04092006 No time charged.

04102006 TC prospective vendor. Conference w WB re logistics. TCs McB. TCs WB. Conference call. Preliminary review of package from Attorney General's Office. Day Total: 9.7.

04102006 WB: Meeting with DKR. Conference call with DKR, McB. TCs regarding vendor meetings. Day Total: 6.9.

04112006 Meet w prospective vendor. Conference WB. TCs McB. Attention to emails. Prep discovery logistics questions. Day Total: 7.9.

04112006 WB: Meeting with DKR at NY vendor offices. Debrief w DKR. Organize information for vendor meeting. Day Total: 5.8.

04122006 Meeting w Encore Legal Services in Phoenix, including travel. Conference WB. Day Total: 20.5.

04122006 WB: Encore meeting, including travel. Debrief with DKR. Day Total: 20.3.

04132006 Continued meeting w Encore. Separate meeting w Harvey Yarborough re review structuring. TCs McB. Notes and questions. Day Total: 12.0.

04132006 WB: Encore meeting and return travel. Day Total: 12.8.

04142006 Continued meeting w Encore. TCs McB. Return travel. Day Total: 15.8.

04152006 Attention to separate defense logistics and issues. TCs McB. Day Total: 5.4.

04162006 No time charged.

04172006 No time charged.

04182006 TC McB. Prep for status hearing. Day Total: 2.3.

04192006 Conference McB. Prep for upcoming status hearing. TC Assistant Attorney General Whitman Knapp. TCs Encore Legal Services. Notes. Day Total: 10.5.

04202006 Prep for status hearing. Finalize lines of analysis. TCs McB. TCs Encore Legal Services. TCs WB. TCs Assistant AG Whitman Knapp. TC HY. TC JAM. TCs re separate defense needs. Notes. Day Total: 12.2.

04202006 WB: TCs DKR. Day Total: 1.8.

04212006 Review notes and research. Attend status hearing. Debriefing conference w McB. TC AAG Whitman Knapp. Notes. Attention to issues related to Court's direction of separate discovery for McB. TCs Encore. TC HY. TCs McB. Draft correspondence. Action items. Day Total: 9.7.

04222006 No time charged.

04232006 No time charged.

04242006 TC WB. TCs McB. Draft correspondence. Attention to separate defense planning. TCs re case logistics issues. Day Total: 8.5.

04242006 WB: TC DKR. Day Total: 1.0.

04252006 Review vendor data. TCs WB. Attention to severance and separate discovery issues. Research. Day Total: 7.0.

04252006 WB: Prep for Wednesday vendor meeting. TCs DKR. Day Total: 3.2.

04262006 TCs re search/review technical data. Notes. Review information re review/search methodologies. Meeting with prospective vendor. TCs WB. TCs McB. Draft communications. TCs re review logistics. Notes. TC HY. Day Total: 9.9.

04262006 WB: Meeting with DKR at vendor office. TC re follow-up questions. TCs DKR. Day Total: 6.7.

04272006 TCs w vendors. Read and analyze vendor proposals. TCs WB. Communications w Encore. Notes of analysis. TC McB. Day Total: 7.5.

04272006 WB: TCs DKR. Day Total: 0.8.

04282006 Receive documents from Attorney General's Office. TC McB. TCs court reporter re transcript. TC WB. Analysis re discovery logistics. Preliminary review of documents from Attorney General's Office. Notes of analysis. TCs McB. TC Brian Kenny. Day Total: 8.3.

04282006 WB: TC DKR. Day Total: 1.0.

04292006 No time charged.

04302006 No time charged.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 187.9 hours.
HOURLY RATE (DKR): $650.00 per hour.
SUBTOTAL: $122,135.00.

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 77.0 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $17,325.00.

*Disbursements Charged*:
Meals: $282.00.
Travel: $258.00.
Parking: $35.00.
SUBTOTAL: $575.00.

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR APRIL 2006: $140,035.00.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $458,365.67.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $598,400.67.**

ACCOUNT HISTORY:
10-14-2004 to 03-31-2006:
Total Billings (including expenses): $1,122,300.69.
Total Disbursements: $3,968.19.
Total Paid: $663,935.02.
Total Unpaid: $458,365.67.

CURRENT INVOICE:
04-01-2006 to 04-30-2006: $140,035.00.

TO DATE:
Total Billings to date (including expenses): $1,262,335.69.
Total Disbursements to date: $4,543.19.
Total Paid to date: $663,935.02.
Total Unpaid to date: $598,400.67.

**Please pay this amount: $598,400.67.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-01-2006
For Period: 05-01-2006 to 05-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2006 through May 31, 2006** regarding NYS Attorney General investigation and related matters, including:

05012006 Attention to documents from Attorney General's Office. Document review and analysis. Research. TCs McB. Day Total: 9.5.

05022006 TCs WB. TC Harvey Yarborough. Extensive discussions and training re review search technology and its use. Strategic search questions addressed. Notes. Conference call w search software vendor. TCs McB. Day Total: 8.2.

05022006 WB: TCs DKR. Conference calls and TCs with DKR and vendors. Research. Day Total: 5.6.

05032006 Conference WB. Further analysis re documents. Conference McB. Day Total: 9.4.

05032006 WB: Meeting with DKR re follow-up action items. Day Total: 2.8.

05042006 TCs McB. Notes re factual narratives. Attention to discovery issues. TCs re review issues. Notes. TCs WB. Day Total: 7.3.

05042006 WB: Compile information for DKR. TCs DKR. Day Total: 4.0.

05052006 Emails to Brian Kenny. Analyze data re review needs. Attention documents, fact questions. TCs McB. Day Total: 6.5.

05062006 No time charged.

05072006 No time charged.

05082006 Conference w WB. TCs vendors. Notes. Questions list. Research points. TCs McB. Day Total: 6.9.

05082006 WB: Case review with DKR. TCs to vendors. Day Total: 3.8.

05092006 TCs McB. TC Brian Kenny's assistant. TCs WB. TC vendor. Attention to analysis of data condition issues. TC HY. TCs Encore. Day Total: 7.5.

05092006 WB: Conference call with DKR, HY. Conference call with DKR, Encore. TC Encore. TC DKR. Day Total: 5.8.

05102006 TCs McB. Attention to notes of research questions. TCs WB. Day Total: 3.9.

05102006 WB: TCs Encore. TCs vendors. TCs DKR. Day Total: 5.0.

05112006 TCs McB. TCs WB. TCs vendors. Notes. Day Total: 6.3.

05112006 WB: TCs DKR. TCs vendors. Compile further data for DKR. Day Total: 4.9.

05122006 TCs WB. TCs McB. Attention to factual issues. Notes of analysis. Review data with WB. TCs re separate defense review requirements. Notes. Day Total: 8.5.

05122006 WB: TCs DKR. Go over research results with DKR. Day Total: 4.6.

05132006 No time charged.

05142006 TCs McB. Factual analysis. Day Total: 2.7.

05152006 Conference McB. Case issues review and analysis. Day Total: 10.8.

05162006 TCs WB. Analysis notes. Attention to further data re review issues and vendors. TCs McB. Day Total: 7.5.

05162006 WB: TCs vendors. Compile additional data for DKR. Retrieve data on previous vendor interviews. Day Total: 5.7.

05172006 Attention to Encore technical questions. Prep analyses re quantitative requirements and expectations for data review. Notes of analysis. Issue-tag questions. TCs re data review issues. Day Total: 8.1.

05172006 WB: Summarize review vendor questions. Day Total: 3.2.

05182006 Conference McB. Day Total: 6.4.

05192006 Factual investigation points. Notes re Marsh business transactions. Points for further inquiry. TC Richard Sullivan. Notes. TC McB. TC WB. TC JAM. Day Total: 8.7.

05192006 WB: TC DKR. Day Total: 1.2.

05202006 TCs McB. Notes of questions. Analyze potential issues for upcoming status hearing. Day Total: 4.4.

05212006 No time charged.

05222006 TCs WB. Conference call with Harvey Yarborough and Encore. TCs McB. Notes. Attention to issues list. Day Total: 4.1.

05222006 WB: TC DKR case review. Conference call with DKR, HY, Encore. TC DKR. Day Total: 2.5.

05232006 Review pending issues w WB. Conference call w HY and Encore. Prep notes for status hearing. TC McB. Day Total: 4.2.

05232006 WB: Meeting with DKR. Conference call with DKR, HY, Encore. TC DKR. Day Total: 2.5.

05242006 TC court reporter. TC JAM. Notes. Email JAM. Procedural analysis. TCs WB. TCs McB. Day Total: 6.5.

05242006 WB: TCs DKR. TCs court reporter. Conference calls with DKR, McB. Day Total: 3.5.

05252006 Prep re upcoming status hearing. TCs JAM. TC JC. TCs WB. TC Attorney General's Office re status hearing adjournment. Fax from Attorney General's Office. TCs McB. Day Total: 7.9.

05252006 WB: TCs DKR. Day Total: 3.8.

05252006 JAM: TCs DKR. Day Total: 1.8.

05252006 JC: TCs DKR. Day Total: 1.1.

05262006 TCs McB. TCMs Rich Sullivan. TCs WB. Conference McB. Day Total: 7.2.

05262006 WB: TCs DKR. Day Total: 2.3.

05272006 Prep for upcoming status hearing. Analysis of issues to be raised. Research. Correlate severance argument. TCs McB. Day Total: 6.8.

05282006 TCs McB. Summarize further data to support arguments at upcoming status hearing. Day Total: 2.3.

05292006 Continued research and prep for status hearing. TCs McB. Consolidate notes. Drafting. Review quantitative data. Day Total: 8.0.

05302006 TCs McB. TCs WB. TCs re case logistics. TC court reporter. TCM from Brian Kenny. Vendor interview. Review and analysis of transcript info re prep for status hearing. Conference WB re prep for status hearing. Attention to Bill of Particulars issues. TCM from Rich Sullivan TCs McB re prep for status hearing. Total: 12.5.

05302006 WB: Conference with DKR. Interview vendor with DKR. TCs DKR prepare for status hearing. Day Total: 7.5.

05302006 JAM: Research. Day Total: 0.2.

05312006 Review and analyze fax from AG Office re Bill of Particulars issues. Attention to file documents. Review AG earlier response. Analysis of issues for status hearing. TCs McB. TC WB. Finalize prep and notes for status hearing. Day Total: 11.2.

05312006 WB: TC DKR status hearing prep. Day Total: 1.8.

05312006 JAM: Read transcript. TCs DKR. Draft email to DKR. Memo re research. Day Total: 2.9.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 193.3 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $125,645.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 70.5 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $15,862.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 4.9 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $2,695.00.</u>

James Culleton, Attorney
TIME CHARGED (JC): 1.1 hours.
HOURLY RATE (JC): $400.00 per hour.
<u>SUBTOTAL: $440.00.</u>

*Disbursements Charged*:
Transcript: 351.00.
<u>SUBTOTAL: $351.00.</u>

**TOTAL AMOUNT DUE FOR MAY 2006: $144,993.50.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $598,400.67.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $743,394.17.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 04-30-2006:
Total Billings (including expenses): $1,262,335.69.
Total Disbursements: $4,543.19.
Total Paid: $663,935.02.
Total Unpaid: $598,400.67.

CURRENT INVOICE:
05-01-2006 to 05-31-2006: $144,993.50.

TO DATE:
Total Billings to date (including expenses): $1,407,329.19.
Total Disbursements to date: $4,894.19.
Total Paid to date: $663,935.02.
Total Unpaid to date: $743,394.17.

**Please pay this amount: $743,394.17.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 07-01-2006
For Period: 06-01-2006 to 06-30-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2006 through June 30, 2006** regarding NYS Attorney General investigation and related matters, including:

06012006 Final notes prep for status hearing. TCs McB. TC WB. Email JAM. Document, transcript review. Conference McB. Attend status hearing. Debrief w McB. TC JAM. Draft letter to Justice Yates. Notes. Day Total: 10.8.

06012006 WB: Pre-hearing prep with DKR. Attend hearing with DKR and client. Post-hearing meeting with DKR and client. TCs Encore. Day Total: 8.0.

06012006 JAM: TC DKR. Day Total: 0.3.

06022006 TC AAG Whitman Knapp. TCs McB. Attention to coordination issues re Attorney General's Office's provision of separate discovery per Justice Yates' instruction. Finalize and send letter to Justice Yates. TC JC. Notes. Note to JAM. TCM from Richard Sullivan. Day Total: 9.2.

06022006 JAM: Review DKR correspondence. Day Total: 0.3.

06022006 JC: TC DKR. Day Total: 0.3.

06032006 No time charged.

06042006 Draft arguments re anticipated court presentation. TCs McB. Day Total: 3.8.

06052006 TCs Whitman Knapp. TC WB. Attention to separate discovery issues. TCs re same. Notes. TCs McB. Research and analysis re separate motions issues. Day Total: 9.3.

06052006 WB: TC DKR. TCs re discovery issues. Day Total: 2.5.

06062006 No time charged.

06072006 TCs McB. TCs Encore, HY. Questions re data transfer handling. Attention to issues raised by AG Office re transfer dynamics. TCs re same. Continued analysis re anticipated court presentation re separate motions. Day Total: 8.4.

06072006 WB: TCs DKR, HY, Encore. Day Total: 3.0.

06082006 TCs WB. Attention to coordination of separate discovery. Communications w Encore. TCs Whitman Knapp. Conference calls w Encore, HY. Notes of analysis re strategic questions. TCs McB. Day Total: 8.4.

06082006 WB: TCs DKR. Conference calls with Encore and HY. Day Total: 4.4.

06092006 TCs McB. TCM Richard Sullivan. Attention to prosecution discovery data transfer issues. Day Total: 5.8.

06092006 WB: TCs re discovery data transfer. Compile information for DKR. Day Total: 1.7.

06102006 No time charged.

06112006 No time charged.

06122006 TC from Peter Driscoll. TCs McB. TCs WB. Attention to case strategy issues. Conference calls. Letter to Richard Sullivan. TC Whitman Knapp. TCs Encore. Notes. Attention to coordination issues re data transfer. Factual research. Day Total: 10.5.

06132006 Communications w Whitman Knapp. TCs WB, HY. Attention to factual analyses. Review related documents. Attention to prep for requests for rulings. TCs McB. Day Total: 9.3.

06132006 WB: TCs DKR, HY. Day Total: 2.0.

06142006 TCs WB. Conference w WB. Attention to case scheduling, discovery handling. Attention to reviewing transcript. Analysis re anticipated court requests. Notes. Factual summary. TC Whitman Knapp. TCs McB. Attention to data transfer issues. Day Total: 8.8.

06142006 WB: TCs DKR. Meet with DKR. Day Total: 3.0.

06152006 TCM from Elizabeth Kellner. TCs WB. Email to Richard Sullivan. Analyze email from Encore. Attention to analysis of discovery data issues re potential motion. TC Whitman Knapp. Review email from Jerry Bernstein re letter to court. Notes of analysis. TC Encore. TCs McB. Day Total: 9.6.

06152006 WB: TCs DKR. Day Total: 2.1.

06162006 TCs McB. Emails to McB. Email from Encore. TC AAG Whitman Knapp. Attention to data transfer trouble-shooting. TC WB. Conference call w Harvey Yarborough. Attention to discovery issues. Draft note to Whitman Knapp. Conference McB. Day Total: 9.0.

06162006 WB: TCs HY regarding review structuring. TC DKR. Day Total: 2.7.

06172006 TCs McB. Refine factual analysis re specific count issue. Research. Day Total: 5.0.

06182006 No time charged.

06192006 Notes to file. Review issue notes. Refer to research. TCs McB. Factual analysis re Marsh business transactions. TCs WB. Attention to review handling issues. Communications w vendors. Conference w WB. TCM from Richard Sullivan. Day Total: 9.2.

06192006 WB: Work re review structuring issues. TCs and conf. with DKR. Day Total: 5.0.

06202006 Attention to review handling questions. TCs WB. TCs Harvey Yarborough. TCs Encore. TCs re independent investigation of review handling questions. Attention to discovery schedule, separate motions issue. Review related research material and analysis notes. Severance issue analysis. TC Richard Sullivan. TCs McB. Notes of discussion. Draft communications. Day Total: 13.4.

06202006 WB: TCs DKR, HY, Encore. Day Total: 3.5.

06212006 TCs AAG Whitman Knapp. Attention to facilitating data shipments. Data search/review questions. Research. TC HY. Notes. TCM from Richard Sullivan. TCs McB. Day Total: 8.5.

06222006 TCs McB. Conference calls. TC and emails Whitman Knapp. Attention to data transfer particulars. Notes of factual investigation re technical discovery handling issues. TCs Encore. TCM Richard Sullivan. Research. TCs re technical issues re discovery. Notes. Day Total: 11.4.

06232006 Continue analysis re separate defense issues. Notes. Draft communications. TCs McB. Email Encore. TC Encore. Conference w WB re separate discovery coordination. Conference McB. Day Total: 10.1.

06232006 WB: Meet with DKR. Day Total: 3.0.

06242006 No time charged.

06252006 TCs McB. Emails. TC re discovery issues. Analysis re same. Notes of analysis. Day Total: 2.8.

06262006 TCs McB. TCs WB. Notes re pending issues. TC Richard Sullivan. Analysis re follow-up to status hearing events and resulting court correspondence. Attention to possible motions requirements. Statutory questions. Email McB. Draft correspondence questions. Prep for Whitman Knapp call. Day Total: 10.5.

06261006 WB: TCs DKR. Day Total: 1.4.

06272006 TCs McB. Analyze Richard Sullivan email providing copy of Doar contract. TCs Whitman Knapp. Notes. Analysis re strategic issues. Draft issue treatments. TCs WB. TC Encore. Emails Encore. Prep for planned separate court hearing. Day Total: 11.3.

06272006 WB: TCs DKR, Encore. Email. Day Total: 2.9.

06282006 TCs WB. TCs McB. Analysis re timing and content of potential separate court hearing and possible motions requirements. Research. TC Justice Yates' chambers. TCs re data review issues. Notes. Day Total: 8.8.

06282006 WB: TCs DKR. Day Total: 1.3.

06292006 TC Encore. TC AAG Whitman Knapp. TCs McB. TCs and emails Encore re data received from Attorney General's Office per court order. Research re motions issue. TCs Justice Yates' clerk. Attention Encore analysis re data condition. Notes. Notes and analysis re data issues. Day Total: 9.2.

06302006 Pending issues analysis. Notes of pending questions. Review file documents. Consolidate research. Day Total: 4.5.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 207.6 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $134,940.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 46.5 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $10,462.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 0.6 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $330.00.</u>

James Culleton, Attorney
TIME CHARGED (JC): 0.3 hours.
HOURLY RATE (JC): $400.00 per hour.
<u>SUBTOTAL: $120.00.</u>

*Dane Keller Rutledge, Attorney at Law*

*Other Professional Services:*
Encore Legal Services (Document Management): $5,590.00.
SUBTOTAL: $5,590.00.

*Disbursements Charged*:
Meals: $71.00.
FED EX: 446.73.
Parking: 35.00.
Transcript: 344.50.
SUBTOTAL: $897.23.


**TOTAL AMOUNT DUE FOR JUNE 2006: $152,339.73.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $743,394.17.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $895,733.90.**


ACCOUNT HISTORY:
10-14-2004 to 05-31-2006:
Total Billings (including expenses): $1,407,329.19.
Total Disbursements: $4,894.19.
Total Paid: $663,935.02.
Total Unpaid: $743,394.17.

CURRENT INVOICE:
06-01-2006 to 06-30-2006: $152,339.73.

TO DATE:
Total Billings to date (including expenses): $1,559,668.92.
Total Disbursements to date: $5,791.42.
Total Paid to date: $663,935.02.
Total Unpaid to date: $895,733.90.

**Please pay this amount: $895,733.90.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

_____

Thank you very much for your kind attention.

William L. McBurnie

5

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-01-2006
For Period: 07-01-2006 to 07-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2006 through July 31, 2006** regarding NYS Attorney General investigation and related matters, including:

07012006 No time charged.

07022006 No time charged.

07032006 No time charged.

07042006 No time charged.

07052006 Email from Whit Knapp. Reply. Email from Brian Kenny. Reply. Email to Encore. TCs Justice Yates' clerk re separate hearing date. TC Whitman Knapp. TC JAM. TCs McB. TC WB. Attention to transcripts. Analysis re court hearing prep. Structure presentation. Day Total: 9.2.

07052006 WB: TC DKR. Day Total: 0.7.

07052006 JAM: TC DKR. Day Total: 0.9.

07062006 Prep for upcoming court conference. TCs McB. Research. Analysis of procedural issues. TCs JAM. Notes. Day Total: 9.4.

07062006 WB: Prep with DKR for court. Encore data evaluation. Day Total: 5.5.

07062006 JAM: TCs DKR. Day Total: 1.9.

07072006 Prep for afternoon meeting w judge. TCs McB. TCs JAM. TCs WB. Email. Review pertinent documents. Transcripts. Notes. TC Whit Knapp. Conference w Whit Knapp. Appear before Justice Yates. Debriefing w WB. TCs Richard Sullivan. TC from Joe Palooka, Blank Rhome. Conference w McB. Day Total: 13.8.

07072006 WB: TCs DKR. Attend court with DKR. Debrief with DKR. Day Total: 6.8.

07072006 JAM: Study DKR correspondence. TCs DKR. Day Total: 2.3.

07082006 TCs McB. Follow-up analysis re upcoming motions requirements. Day Total: 2.5.

07092006 Notes of analysis re motions practice for 7/25 filing. Attention to motion to sever argument structure, bill of particulars re antitrust, grand larceny. Outline structure of motions text. Also structure oral presentation re grand jury minutes release debate for 7/25. TC JAM. Analysis re discovery structure. Day Total: 7.6.

07092006 JAM: TC DKR. Day Total: 0.3.

07102006 TC re due diligence. TC from Whitman Knapp. TCs McB. TCs JAM, WB. Review documents. Analysis of strategic positions. Research points. TC from Proskauer Rose re letter to Justice Yates. Fax from Proskauer Rose. Analysis re same. Draft correspondence. Day Total: 11.5.

07102006 WB: Various TCs with DKR, JAM, McB. Day Total: 4.9.

07102006 JAM: Review and remark documents. TCs DKR. Day Total: 3.2.

07112006 Draft correspondence. Email from Encore. Reply. Attention to additional discovery received. Email from McB. Reply. TCs JAM. Drafting correspondence. Fax letter to Justice Yates, copies faxed to Elizabeth Nochlin, Whitman Knapp, Robert Cleary. TCs McB. TCs WB. TC Harvey Yarborough. Draft additional correspondence. Conference call. TC JC. Analysis and notes re motions requirements per Justice Yates' order. Conference w WB re prep for motions. Day Total: 13.0.

07112006 WB: Various TCs DKR, JAM, JC, HY. Case management issues analysis and organization per DKR. Documents attention. Day Total: 11.3.

07112006 JAM: Remark DKR correspondence. TCs DKR. Day Total: 0.7.

07112006 JC: TC DKR. Day Total: 1.0.

07122006 TCs WB. TCs McB. Analyze research material. TC JC. TCs JAM. Analysis re severance arguments. TC discussion w McB. Attention to analysis and drafting re motions. Day Total: 11.6.

07122006 WB: Various TCs DKR, JAM, JC. Discuss motions. Day Total: 5.5.

07122006 JAM: TCs DKR, WB. Day Total: 3.4.

07122006 JC: DKR fax. Day Total: 0.3.

07132006 Continue motions analysis and preliminary drafting. Begin analysis re specific arguments for 7/25 status hearing. TC court reporter. TCs WB. TC McB. TC AAG Elizabeth Nochlin. Conference w WB. Correspondence. TC Brian Kenny. Email to Brian Kenny. TC

Richard Sullivan. Attention to potential exhibits to motions. TC Encore. TCs JC. Draft correspondence. Day Total: 10.9.

07132006 WB: TCs DKR. TCs with DKR, JC. Meeting with DKR. Day Total: 8.6.

07132006 JC: TCs DKR, WB. Day Total: 2.0.

07142006 TCs WB. TC JC. TC JAM. Analysis re securing separate defense needs. Notes. Attention to information requests from Richard Sullivan. Draft correspondence. TC AAG Elizabeth Nochlin. TCM from Richard Sullivan. Conference w WB re requested information. TC McB. Day Total: 10.2.

07142006 WB: TC HY. TC court reporter. TCs Encore. TCs DKR. TC DKR, JAM. Meet with DKR. Day Total: 10.0.

07142006 JAM: TC DKR, WB. Day Total: 0.6.

07142006 JC: TC DKR. DKR fax. Day Total: 1.0.

07152006 TCs WB. Attention drafting. TC w JAM, WB. Email re Encore data. Day Total: 3.0.

07152006 WB: TCs DKR. TC DKR, JAM. Day Total: 1.7.

07152006 JAM: TC DKR, WB. Day Total: 0.3.

07162006 Select documents for review. Review motions analysis, research, documents, and notes. Conference w WB prep re discovery issues, attention to motions, finalize correspondence. Emails Encore re requested conference call. Total time: 15.5.

07162006 WB: Conference with DKR re transcripts, motions issues, discovery, case questions. Day Total: 14.5.

07172006 Final drafting re Sullivan correspondence. TC McB. Emails to Richard Sullivan. TCs WB. TCs Encore. Conference call w Encore, Harvey Yarborough, WB. Email from Cecelia for Rich Sullivan. Email reply. TC JAM. Research re technical discovery questions. Conference call w Marsh. Debrief. TC JC. Conference w McB. Notes. Day Total: 14.0.

07172006 WB: Prep calls with DKR, Encore, and HY for Marsh call. Assemble data. Conference call with Marsh. Debrief with DKR, HY. TC DKR, JC. Day Total: 9.0.

07172006 JC: Review DKR correspondence. TC DKR, WB. Day Total: 2.8.

07182006 TCs court reporter re transcript. Review documents for conference call. TC HY. TCs McB. TCs WB. Conference call w JAM, WB, HY. Conference w WB re review setup, cost estimates per Marsh request. Analysis re review issues. Notes. Issue structure. Motions argument analysis. Day Total: 12.5.

07182006 WB: TCs DKR. TCs HY. TC DKR, JAM. Arrange transcript pickup. Meet with DKR concerning review setup, cost estimate issues, Marsh response. Day Total: 10.9.

07182006 JAM: TC DKR, WB, HY. Day Total: 3.9.

07192006 Analysis re motions issues. Drafting re motions. TCs WB. TCs Encore. TCs McB. Conference call w Harvey Yarborough. TCs JAM, WB. Analysis. Notes. Data reviewed re quantitative review criteria. Attention to data analysis report. Day Total: 9.8.

07192006 WB: TCs DKR re motions strategy. TCs DKR, JAM, McB. TCs Encore. TCs DKR, HY. Day Total: 9.0.

07202006 Research and drafting re 7/25 motions. TC from Jerry Bernstein. TCs Harvey Yarborough. TCs WB. Email from McB. Email from Richard Sullivan. Draft correspondence. Day Total: 14.3.

07202006 WB: TCs DKR. TCs Encore. Day Total: 2.8.

07212006 Research and drafting re 7/25 motions. TC from Jerry Bernstein. Day Total: 14.7.

07222006 Review research materials. Drafting re 7/25 motions to be filed. Day Total: 13.8.

07232006 Motions drafting. Day Total: 15.5.

07232006 WB: TC DKR. Day Total: 0.5.

07242006 Attention to motion papers. TCs re motion filing. TCs WB. TCs McB. Prep for status conference. Day Total: 16.5.

07242006 WB: TCs DKR re motions. Day Total: 2.0.

07252006 Attention final review of motion papers. Monitor service requirements. Final prep for status conference. Attention transcripts. File motion papers. Status conference and Debriefing w McB, WB thereafter. TC JAM. Notes. Attention to analysis of issues raised. TCs McB. Notes. Day Total: 11.5.

07252006 WB: Attend status hearing with DKR and client. Notes. Debrief session with client and DKR. Day Total: 7.4.

07252006 JAM: TC DKR. Day Total: 0.3.

07262006 TCs WB. TCs McB. TC HY. Notes re review issues. Attention to analysis of follow-up issues from status conference. Research re severance issues. Day Total: 7.5.

07262006 WB: TCs DKR. Day Total: 1.5.

07272006 Notes of issues analysis. TCs McB. Day Total: 3.2.

07282006 TC WB. Attention to issues analysis. Data review questions. TC McB. Day Total: 4.8.

07282006 WB: TC DKR. Day Total: 0.5.

07292006 Review and analysis of motion papers filed by the Group of Six. Conference w WB re pending issues and case schedule. TC McB. Day Total: 6.7.

07292006 WB: Meeting with DKR. Notes. Day Total: 4.3.

07302006 TC WB re pending issues. TC McB. Continue analysis of Group of Six's motion papers. Day Total: 3.9.

07302006 WB: TC DKR. Day Total: 1.5.

07312006 TCs re structure and cost projections re discovery review. TC HY. Email from Laura Brill. TCs WB re pending. Review Encore report. Notes. TC Encore. TC Jerry Bernstein office. TCs McB. Email to WB. Email to McB. Day Total: 5.8.

07312006 WB: TCs DKR, HY. Encore data. Day Total: 2.0.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 272.7 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $177,255.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 120.9 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $27,202.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 17.8 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $9,790.00.</u>

James Culleton, Attorney
TIME CHARGED (JC): 7.1 hours.
HOURLY RATE (JC): $400.00 per hour.
<u>SUBTOTAL: $2,840.00.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $5,815.00.
Nuchine Nobari (Search Professional): $450.00.
<u>SUBTOTAL: $6,265.00.</u>

*Dane Keller Rutledge, Attorney at Law*

<u>Disbursements Charged</u>:
Meals: $368.00.
Travel: $109.00.
Parking: $60.00.
FED EX: $354.21.
Transcript: $80.00.
Delivery: $283.00.
<u>SUBTOTAL: $1,254.21.</u>

**TOTAL AMOUNT DUE FOR JULY 2006: $224,606.71.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $895,733.90.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,120,340.61.**

ACCOUNT HISTORY:
<u>10-14-2004 to 06-30-2006:</u>
Total Billings (including expenses): $1,559,668.92.
Total Disbursements: $5,791.42.
Total Paid: $663,935.02.
Total Unpaid: $895,733.90.

CURRENT INVOICE:
<u>07-01-2006 to 07-31-2006: $224,606.71.</u>

TO DATE:
Total Billings to date (including expenses): $1,784,275.63.
Total Disbursements to date: $7,045.63.
Total Paid to date: $663,935.02.
<u>Total Unpaid to date: $1,120,340.61.</u>

**Please pay this amount: $1,120,340.61.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

6

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-01-2006
For Period: 08-01-2006 to 08-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2006 through August 31, 2006** regarding NYS Attorney General investigation and related matters, including:

08012006 Attention to prosecution theories analysis. Continue review and analyze Group of Six memo substance. Notes. TC Jerry Bernstein. Conference w Jerry Bernstein. TC JAM, WB. TCs WB. Email Bernstein, Brill. Day Total: 9.1.

08012006 WB: TCs DKR. TC DKR, JAM. Organize logistics. Debrief with DKR on strategic issues. Review July 25 status hearing notes. Review issues list. Day Total: 4.3.

08012006 JAM: TC DKR, WB. Day Total: 0.9.

08022006 TC court reporter. TC McB, WB. Reply to Rich Sullivan email. TCs McB. Attention to transcript review and analysis. TC JAM. TCs re discovery/review issues. Reply email to J. Bernstein. Email reply from Rich Sullivan. Review fax from Bob Cleary re discovery request sent to AG. TC Encore. TCs Harvey Yarborough re cost projections and review structure. Day Total: 9.5.

08022006 WB: TCs DKR. TCs DKR and HY. Day Total: 3.5.

08032006 TC from AG Office, AAGs Whitman Knapp and David Szuchman. Attention to substantive motions issues. Attention to severance issues. TCs Encore. Attention to discovery issues. TC JAM. TCs WB re pending issues. Analysis and prep re anticipated conference in court. TCs McB. TC Rich Sullivan. Attention to documents. Conference w McB. Day Total: 14.3.

08032006 WB: TCs DKR. TCs Encore w DKR. Organize list of discovery issues. Day Total: 4.5.

08032006 JAM: Read documents from DKR. Email and TC DKR. Day Total: 1.6.

08042006 Emails Encore. TCs Encore. Attention to analysis of cost projection issues re Rich Sullivan request. Meet w WB re pending issues and to organize data. TC Rich Sullivan. TC JAM. TC AAG Whitman Knapp. Drafting correspondence. Day Total: 11.5.

08042006 WB: Meet with DKR concerning case issues. Organize cost projection data requested by Marsh. Day Total: 6.2.

08042006 JAM: TC DKR. Day Total: 0.8.

08052006 Review email material from AAG Whitman Knapp. Notes. Case issues review w WB. TCs McB. Conference w McB. Day Total: 12.8.

08052006 WB: Conference with DKR. Day Total: 6.0.

08062006 TCs McB. Day Total: 1.8.

08062006 JAM: Read documents from DKR. Memo to DKR. Day Total: 2.1.

08072006 Conference w WB. Receive and analyze material from Elizabeth Nochlin, Asst AG. Notes. TCs McB. Email from Rich Sullivan. TCs JAM. TC WB re pending. Attention notes of analysis. Prep argument re grand jury minutes. Day Total: 9.6.

08072006 WB: Conference with DKR. TC DKR. Notes. Day Total: 5.2.

08072006 JAM: TCs DKR. Day Total: 2.1.

08082006 TC McB. Notes. Attention to file documents. TCs McB. Further attention to AG material. TC JAM. TCs WB. Attention to file material re draft correspondence. Drafting. Day Total: 8.8.

08082006 WB: TCs DKR. TC HY. TC DKR, JAM. Day Total: 3.7.

08092006 Email from McB. Email from JAM. Replies. TCs WB. Attention to Encore report of data defects. TCs McB. TC from Elizabeth Kellner and Ken Fall. Drafting. TC JC. Emails re data report for Attorney General's Office. Replies. Review additional email material. Preliminary analysis re use of additional email material. Review of motions material prep re interface w AG. Drafting correspondence. Prep for court appearance. Day Total: 13.2.

08092006 WB: TCs DKR. TCs Encore. TC DKR, JC. Review emails. Day Total: 5.4.

08102006 Prep for court appearance. Review transcripts, motions material. Finalize argument. Conference w Whit Knapp. Court appearance. Conference w WB debrief re results of hearing. Action list. TC JAM. TCs McB. Attention further drafting re correspondence. TC WB. Emails to McB, JAM, WB. Day Total: 12.2.

08102006 WB: Attend court with DKR. Debriefing neeting. TC DKR. Emails. Day Total: 6.5.

08112006 Notes re review issues. TC WB re pending issues. Attention to correspondence. Review analyses re review issues. TCs McB. TC JAM. TC JC. TCM from Joe Thacker re Cooper Tire deposition request per TC from Fall and Kellner. Email to Rich Sullivan. Outline further research questions. Day Total: 9.4.

08112006 WB: TC DKR. Research. Day Total: 1.7.

08112006 JC: TC DKR. Day Total: 0.5.

08122006 TCs McB. Notes. Day Total: 1.0.

08132006 TCs McB. Notes. Day Total: 1.5.

08142006 TCs McB. TC JAM. TC WB. TCM Ken Fall. TCM from Joe Thacker. TC Jerry Bernstein. Notes. Motions prep per court order. Day Total: 6.4.

08142006 WB: TC DKR. Day Total: 0.5.

08152006 TCM Ken Fall, Marsh. TCs McB. Emails McB. Motions prep, analysis. Day Total: 5.3.

08162006 TCs McB. Conference McB. Analysis of email material/motion prep Attention review issues. Day Total: 9.5.

08172006 Conference McB. Research. Review email from Derek MacKenzie, Marsh. TCs JAM. Emails. TCs McB. Attention to research analysis. Day Total: 9.0.

08172006 JAM: TCs DKR. Day Total: 1.2.

08182006 TCs WB re pending issues. TCs McB. Conference w WB. TCs JAM. Draft communications. Email to Derek MacKenzie. Emails McB, JAM, WB. Attention documents analysis. Research re severance motion. Notes. Preliminary drafting. Day Total: 11.1.

08182006 WB: Meeting with DKR for case review. TCs DKR. Day Total: 4.3.

08182006 JAM: Correspondence to DKR. Day Total: 3.9.

08192006 Draft communications. Conference WB. Attention to issues re review projections. TCs McB. Notes of analysis re upcoming severance motion filing. Day Total: 7.8.

08192006 WB: Meeting with DKR. Compile information per DKR request. Day Total: 4.6.

08202006 Communications drafting. Analysis/drafting re motions. Notes. Day Total: 4.0.

08202006 JAM: Research. Day Total: 3.8.

08212006 TCM Brian Kenny. TC WB. Email JAM. Emails McB. TCs McB. Attention to notes. TC Joe Poluka. TC JC. Review research materials. Drafting re motions. Day Total: 12.7.

08212006 WB: TC DKR. Day Total: 0.4.

08212006 JC: TC DKR. Day Total: 1.0.

08222006 TC WB. TCs Encore. TC McB. Email. TC JAM. Email from Poluka. Attention to analysis/drafting of motions papers. TCs McB. Day Total: 14.3.

08222006 WB: TC DKR. TCs Encore. Day Total: 2.1.

08222006 JAM: TC DKR. Day Total: 0.4.

08232006 Drafting re affirmation text. Emails to JAM, JC, McB, WB. TC Joe Poluka. Email from JAM. Email and TC JC. Email reply to Joe Poluka. TC McB. Further drafting re motions. Day Total: 9.5.

08232006 JAM: Review and remark DKR correspondence. Research. Day Total: 2.9.

08232006 JC: Review DKR correspondence. TC DKR. Day Total: 1.9.

08242006 Attention to motions drafting. TCs Whitman Knapp. TC Brian Kenny, MMC. Draft and send email to Derek MacKenzie, MMC. TC JAM. Emails to JAM, JC. TC JC. TC JAM. TCs McB. TC Poluka and Brill. Draft correspondence. Review email. Further attention to motions. Day Total: 11.8.

08242006 JAM: Review documents from DKR. TC DKR. Day Total: 2.8.

08242006 JC: Review DKR correspondence. TC DKR. Day Total: 3.0.

08252006 Email from Jerry Bernstein. TCM Whitman Knapp. TC Elizabeth Nochlin. Finalize letter to Justice Yates. Fax letter to Justice Yates. Copies to counsel. TC JAM. TC JC. TCs Alma Gomez, Justice Yates' chambers. Drafting re motions. TCs McB. Day Total: 15.1.

08252006 JAM: TC DKR. Day Total: 0.3.

08252006 JC: TC DKR. 0.5.

08262006 Drafting re motions. TC JAM. TCs McB. Day Total: 10.0.

08262006 JAM: TC DKR. Day Total: 0.7.

08272006 TCs McB. Review case research. Drafting re motions. Day Total: 20.5.

08282006 Final drafting re motions. TCs McB. TCs Joe Poluka. TCs JAM. TC WB. TCs to Justice Yates' chambers. To Court to file motions. Conference w McB. Day Total: 12.0.

08282006 WB: TC DKR. Day Total: 0.2.

08292006 Attention to motions follow-up issue. TCs McB. Day Total: 2.9.

08292006 WB: Research. Day Total: 0.7.

08302006 Draft communications. Analyze correspondence. Emails to McB. TC JAM. TCs McB. TCs HY. TCs Encore. Email from WB. Day Total: 5.5.

08302006 WB: Email to DKR, JAM. Review emails. TCs re HY and Encore. Day Total: 2.4.

08302006 JAM: TC DKR. Day Total: 0.6.

08312006 TCs McB. Conference w McB. Day Total: 6.6.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 288.7 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $187,655.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 62.2 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $13,995.00.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 24.1 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $13,255.00.</u>

James Culleton, Attorney
TIME CHARGED (JC): 6.9 hours.
HOURLY RATE (JC): $400.00 per hour.
<u>SUBTOTAL: $2,760.00.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $12,355.00.
<u>SUBTOTAL: $12,355.00.</u>

*Disbursements Charged*:
Meals: $326.00.
Travel: $89.00.
FED EX: $59.06.
Transcript: $403.00.
<u>SUBTOTAL: $877.06.</u>

**TOTAL AMOUNT DUE FOR AUGUST 2006: $230,897.06.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $1,120,340.61.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,351,237.67.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 07-31-2006:
Total Billings (including expenses): $1,784,275.63.
Total Disbursements: $7,045.63.
Total Paid: $663,935.02.
Total Unpaid: $1,120,340.61.

CURRENT INVOICE:
08-01-2006 to 08-31-2006: $230,897.06.

TO DATE:
Total Billings to date (including expenses): $2,015,172.69.
Total Disbursements to date: $7,922.69.
Total Paid to date: $663,935.02.
Total Unpaid to date: $1,351,237.67.

**Please pay this amount: $1,351,237.67.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

6

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-01-2006
For Period: 09-01-2006 to 09-30-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2006 through September 30, 2006** regarding NYS Attorney General investigation and related matters, including:

09012006 TCs McB. TC AAG Whitman Knapp. Conference w McB. Day Total: 5.1.

09022006 TCs McB. Notes. Day Total: 1.6.

09032006 TCs McB. Attention to discovery data defects analysis. Email to Whitman Knapp, AAG. Emails to McB. Day Total: 2.3.

09042006 No time charged.

09052006 TCs McB. Notes. Day Total: 0.9.

09062006 TCs McB. Notes. Day Total: 1.4.

09072006 Research and analysis re Marsh business transactions. Prep analyses for upcoming status hearing. TCs McB. Day Total: 9.7.

09082006 TC WB re pending. Emails to Brian Kenny. Attention to pending questions. Research issues. TCs McB. Day Total: 8.1.

09082006 WB: TC DKR. Pending issues list. Day Total: 2.5.

09092006 Prep oral argument. Notes of analysis re motions issues. Refutational analyses re prosecution arguments. Review relevant documents. Notes. TCs McB. Conference w McB. Day Total: 12.3.

09102006 Conference w McB. Day Total: 10.5.

09112006. Conference w McB. TC WB re pending and re scheduled status conf. Emails from McB. Further prep for status hearing. Review motions papers. Draft letter to Justice Yates. TC JAM. TCs McB. Day Total: 14.2.

09112006 WB: TC DKR. Notes. Day Total: 1.0.

09112006 JAM: TC DKR. Day Total: 0.7.

09122006 Final prep for status hearing. Fax letter to Justice Yates, copies to Knapp and counsel for the Group of Six. TCs McB. Attend status hearing. Debriefing conference w McB. TC JAM. Notes. Day Total: 10.8.

09122006 JAM: TC DKR. Day Total: 0.4.

09132006 Analysis re status hearing follow-up. TCs McB. TC re review issues. Analysis re statutory issues re further motions considerations. Emails JAM. Read and analyze the NYAG opposition papers. Notes and preliminary drafting re reply. Day Total: 9.1.

09142006 TCs McB. Further analysis and preliminary drafting re reply to NYAG papers. Day Total: 4.5.

09152006 TC Justice Yates' chambers. Further review and analysis of prosecution's papers. TCs McB. TC JAM. Analysis re Donnelly Act arguments. Day Total: 9.7.

09152006 JAM: TC DKR. Day Total: 0.7.

09162996 Consolidate analyses re planned reply. Notes. Further preliminary drafting notes. Day Total: 5.0.

09172006 No time charged.

09182006 Review and analyze file documents re reply prep. TCs McB. Review notes re substantive arguments. TC court reporter. Attention to analysis of prosecution answer and draft reply. Notes of analysis. TC JAM. Analysis of prosecution arguments. Notes. Analysis. Receive and review transcript. Emails to JAM and McB. Media research. Reply emails. Day Total: 15.2.

09182006 JAM: Read material from DKR. TC DKR. Day Total: 5.2.

09182006 JC: Review email from DKR. Day Total: 0.4.

09192006 Continue notes of analysis. TCs McB. TC JAM. Email JAM. TC JC. Further drafting re reply to prosecution papers. Email from McB. Day Total: 10.5.

09192006 JC: TC DKR. Day Total: 0.4.

09202006 Analysis and notes and drafting re reply. Day Total: 8.2.

09212006 Further analysis and drafting re reply to AG opposition. Day Total: 11.9.

09222006: TC Jerry Bernstein's office. Email JB. TCs McB. Further notes and drafting analysis re reply. Attention to review issues. Review of relevant documents. Day Total: 7.7.

09232006 Attention to review issues. Notes re reply drafting. Day Total: 4.5.

09242006 Email from McB. Further notes and analysis for reply. Further drafting re reply affirmation. Day Total: 5.9.

09252006 TCs McB. Research re reply. Emails WB. TCs WB re pending. Further extensive drafting re reply papers. Day Total: 14.3.

09252006 WB: TC DKR. Day Total: 1.9.

09262006 TCs McB. Emails and TC JAM. Email JC. Emails Encore. Finalizing reply papers. Redrafts. Day Total: 13.8.

09272006 Final drafting/editing of reply affirmation. TCs, emails McB. Cover letter to Justice Yates. Compile for final. Conference w McB. Appear and file reply papers in Part 31. Debriefing issues meeting w McB. Day Total: 12.5.

09282006 TC WB. TC Encore. Email JAM. TC JC. TCs McB. Attention to review issues. Day Total: 6.5.

09282006 WB: TC DKR. Work on review questions. 2.5.

09282006 JC: Review DKR correspondence. TC DKR. Day Total: 1.4.

09292006 Attention to review issues. TCs McB. Notes. Day Total: 4.2.

09302006 No time charged.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 220.4 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $143,260.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 7.9 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $1,777.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 7.0 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $3,850.00.</u>

*Dane Keller Rutledge, Attorney at Law*

James Culleton, Attorney
TIME CHARGED (JC): 2.2 hours.
HOURLY RATE (JC): $400.00 per hour.
SUBTOTAL: $880.00.

Harvey Yarborough, Managing Paralegal (Document Review)
TIME CHARGED: 36 hours (total time to date).
HOURLY RATE: $235.00 per hour.
SUBTOTAL: $8,460.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,258.13.
SUBTOTAL: $11,258.13.

*Disbursements Charged*:
Meals: $452.00.
Travel: $74.00.
Parking: $35.00.
FED EX: $130.11.
Transcript: $50.00.
Delivery: 81.09.
SUBTOTAL: $822.20.


**TOTAL AMOUNT DUE FOR SEPTEMBER 2006: $170,307.83.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $1,351,237.67.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,521,545.50.**


ACCOUNT HISTORY:
10-14-2004 to 08-31-2006:
Total Billings (including expenses): $2,015,172.69.
Total Disbursements: $7,922.69.
Total Paid: $663,935.02.
Total Unpaid: $1,351,237.67.

CURRENT INVOICE:
09-01-2006 to 09-30-2006: $170,307.83.

TO DATE:
Total Billings to date (including expenses): $2,185,480.52.
Total Disbursements to date: $8,744.89.
Total Paid to date: $663,935.02.
Total Unpaid to date: $1,521,545.50.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $1,521,545.50.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-01-2006
For Period: 10-01-2006 to 10-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2006 through October 31, 2006** regarding NYS Attorney General investigation and related matters, including:

10012006 No time charged.

10022006 Conference call w WB, HY. TCs WB. Attention to data review issues. TCs McB. Review file documents, motions papers, transcripts. Prep for court appearance. Day Total: 8.0.

10022006 WB: TCs DKR, HY. Day Total: 2.3.

10032006 Review motions materials, research notes. Prep for status hearing. Draft potential arguments. Consolidate severance arguments. TCs McB. Day Total: 6.9.

10042006 TCs McB. Conference McB. TCs WB. TCs Encore. Day Total: 6.7.

10042006 WB: TCs DKR. Investigate questions from DKR. Day Total: 1.3.

10052006 Conference w McB. TC JAM. Further analysis re prosecution and Group of Six motions papers. Draft analyses and notes re motions. Review transcripts. Further prep for upcoming court appearance. Draft potential arguments. TCs Encore. TCs WB. Day Total: 11.9.

10052006 WB: TCs DKR. Day Total: 0.3.

10062006 Prep for court appearance. Appear at status hearing. Debriefing meeting w McB. Follow-up analysis. Draft follow-up arguments. Notes. TCs McB. Day Total: 9.2.

10062006 WB: Attend status hearing with DKR and client. Day Total: 2.5.

10072006 TCs McB. Notes re follow-up issues from status hearing. Research re grand jury minutes issues. Day Total: 3.3.

10082006 No time charged.

10092006 TC WB. TCs McB. TCs Encore. Attention to data search issues. Review of substantive issues re counts per prior motions by Group of Six and prosecution. Review transcripts, key documents. Notes. Day Total: 9.4.

10092006 WB: TC DKR. Day Total: 0.6.

1