10102006 TC Brian Kenny. Review transcripts, key documents. Analysis of substantive issues per status hearing. Research. Notes of analysis. TC McB. Day Total: 5.7.

10112006 TCs Encore. TCs WB. Attention to e-document review issues. Analysis re substantive issues highlighted in status hearing. Review research notes. Review motions papers. Notes. Outline additional research areas. TCs McB. Day Total: 8.4.

10112006 WB: TCs DKR. Day Total: 1.6.

10122006 TCs WB. Attention to e-document review issues. TCs McB. Consolidate substantive research. Draft analytical treatment. Day Total: 6.6.

10122006 WB: TCs DKR. Day Total: 1.2.

10132006 TCs McB. Communications w Encore. Issues outline for November status conference. Day Total: 4.5.

10142006 TCs McB. Interview expert witness candidate. Read and reply email HY. Review Encore emails. Refine substantive issues analysis re potential supplemental motions. Day Total: 5.8.

10152006 TC McB. Day Total: 0.2.

10162006 TCs HY. Attention to analysis of information re discovery data issues. Analyze and outline trial prep issues. Notes. Search categories analysis. Follow-up questions list. TC McB. Day Total: 7.6.

10172006 TCs McB. Factual questions raised and analyzed. Analysis of Marsh business practices. Review civil settlement terms. Transactional histories examined. Compare documents. Notes. Day Total: 8.7.

10182006 TCs McB. Analysis of anticipated trial issues. Analysis of potential prosecution pre-trial issues. Transcript review. Review file correspondence from NYAG. Review transaction material. Notes of questions. Day Total: 12.4.

10192006 Conference McB. Research and analysis re anticipated trial issues. Day Total: 10.5.

10202006 Conference McB. Analysis of comparative defense arguments. Notes of analysis. Day Total: 9.2.

10212006 Analysis of Marsh business transactions history. Regulatory research. Day Total: 4.3.

10222006 No time charged.

10232006 Consolidate notes of business practices analysis. Compose issue list categories. Prioritize search categories. Email JAM. TCs McB. Email from HY. Reply. Day Total: 9.5.

10242006 TCs McB. Analysis re discussion of strategic issues. Review transcript material. Case research. Analysis of precedents. Notes re analysis. Day Total: 9.0.

10252006 No time charged.

10262006 TCs McB. TCs HY. Email WB. Email JAM. Review statutory material. Research. Day Total: 5.7.

10272006 Case research and analysis. TC McB. TC WB. Conference WB. TC McB. Notes for follow-up issues. Review statutory and case material, relevant documents. Day Total: 8.8

10272006 WB: TC DKR. Meet with DKR re case issues organization. Day Total: 2.9.

10282006 Factual research. Analysis of Marsh transactions. Notes. Day Total: 4.0.

10292006 No time charged.

10302006 Document review. Research. TC Assistant Attorney General Whitman Knapp. Notes. TCs McB. Day Total: 7.2.

10312006 TC AAG Whitman Knapp. Research per discussion w Whit Knapp. Reference and analyze pertinent documents. Review prior notes. Analysis re strategic issue. TCs McB. Day Total: 11.6.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 195.1 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $126,815.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 12.7 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $2,857.50.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $11,947.80.
<u>SUBTOTAL: $11,947.80.</u>

*Disbursements Charged*:
Meals: $325.00.
Travel: $48.00.
Parking: $35.00.
<u>SUBTOTAL: $408.00.</u>

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR OCTOBER 2006: $142,028.30.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $1,521,545.50.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,663,573.80.**

ACCOUNT HISTORY:
10-14-2004 to 09-30-2006:
Total Billings (including expenses): $2,185,480.52.
Total Disbursements: $8,744.89.
Total Paid: $663,935.02.
Total Unpaid: $1,521,545.50.

CURRENT INVOICE:
10-01-2006 to 10-31-2006: $142,028.30.

TO DATE:
Total Billings to date (including expenses): $2,327,508.82.
Total Disbursements to date: $9,152.89.
Total Paid to date: $663,935.02.
Total Unpaid to date: $1,663,573.80.

**Please pay this amount: $1,663,573.80.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-01-2006
For Period: 11-01-2006 to 11-30-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2006 through November 30, 2006** regarding NYS Attorney General investigation and related matters, including:

11012006 Emails McB. Research. Review documents. Review correspondence. TCs WB. Attention to review and data issues. Day Total: 7.1.

11012006 WB: TCs DKR. Research discovery issues. Day Total: 1.6.

11022006 Emails McB. TCs McB. Document review and analysis. Research re factual history questions. Notes. Day Total: 7.3.

11032006 TCs McB. Email Brian Kenny. Notes re research results. Day Total: 5.5.

11042006 No time charged.

11052006 No time charged.

11062006 Research re trial preparation issues. Analysis of witness issues. Document review. TCs McB. Day Total: 6.0.

11072006 TC and notes re review structuring. Attention to discovery issues. Emails McB. TCs McB. Review documents, Marsh business transactions data. Prep for AAG Whitman Knapp call. TC Whitman Knapp. TCs WB. Notes. Day Total: 9.0.

11072006 WB: TCs DKR. Research discovery issues. Day Total: 1.8.

11082006 Prep for upcoming status hearing. Review and analysis of pending motions and supporting affirmations. Review research notes. Additional research. Review transcripts. Day Total: 8.2.

11092006 TC AAG Whitman Knapp. TCs McB. Research. Day Total: 4.2.

11102006 TCs Justice Yates' chambers. TCs Whitman Knapp. Research. TCs McB. Notes of discussion. Strategic issues analyzed. Day Total: 10.3.

11112006 TCs McB. Notes. Refer to transcripts, notes. Day Total: 2.2.

11122006 TCs McB. Prep for Whitman Knapp call. Review documents, research, and notes. Day Total: 3.7.

11132006 TCs McB. TC Whitman Knapp. TCs WB. Obtain grand jury minutes and exhibits from Attorney General's Office. Conference w McB, WB. Preliminary selective review of grand jury minutes and documents. Day Total: 12.9.

11132006 WB: TCs DKR. TC to arrange pickup of grand jury information from 120 Broadway. Conference w DKR and client. Day Total: 8.5.

11142006 TC Justice Yates' chambers. TCs McB. TC Assistant Attorney General Whitman Knapp. Attention to grand jury material. Day Total: 8.9.

11152006 Analysis of grand jury material. TCs McB. Notes of questions. Day Total: 5.0.

11162006 TCs McB. TC JAM. Grand jury material analysis; questions developed for follow-up. Notes. Day Total: 6.6.

11172006 Emails McB. Analysis re specific Marsh transactions. Media research. TCs McB. Attention to fact analysis re specific count data re grand jury minutes. Research. Review results of factual analyses. Day Total: 11.8.

11182006 No time charged.

11192006 Attention to grand jury material analysis. Prep for status hearing. Review transcripts. Day Total: 5.2.

11202006 TCs McB. Analysis re grand jury witness testimony. Notes for factual investigation follow-up. Questions developed re specific Marsh business transactions. TC Whitman Knapp. TCs Justice Yates' chambers. TCs court reporter. Prep for status hearing. Day Total: 12.5.

11212006 Prep for status hearing. Appear for status hearing. Debriefing conference w McB. Notes. TC Whitman Knapp. Follow-up analysis of issues per status hearing. Research. TC McB. Day Total: 11.8.

11222006 TC McB. Review research notes re substantive counts issues. Attention to grand jury material analysis. Notes of questions re witnesses. Day Total: 5.1.

11232006 No time charged.

11242006 No time charged.

11252006 No time charged.

11262006 No time charged.

11272006 Attention to grand jury material analysis. Research. Attention to document analysis. Day Total: 10.0.

11282006 Email reply to JAM. TC court reporter. Research. TCs McB. Attention to documents. Factual analysis questions re grand jury material. Day Total: 7.2.

11292006 Grand jury material review and analysis. Email from Encore. Reply. Emails McB. TC JAM. TCs McB. Email from Proskauer Rose re supplemental briefs. Email to McB, JAM. Day Total: 11.6.

11292006 JAM: TC DKR. Day Total: 0.8.

11302006 Case analysis notes. TC JAM. Email Jennifer Burns. Email to WB. TC court reporter. Research. Email from Jenn Burns. Supplemental papers of Group of Six, Devereaux. Reply. Email to McB, JAM. TC Brian Kenny. TCs McB. Draft correspondence. Emails JAM. Day Total: 8.8.

11302006 JAM: Review DKR correspondence. TC DKR. Day Total: 2.2.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 180.9 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $117,585.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 11.9 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $2,677.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 3.0 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $1,650.00.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $11,925.00.
<u>SUBTOTAL: $11,925.00.</u>

*Disbursements Charged*:
Meals: $86.00.
Parking: $35.00.
Transcript: $250.00.
Document Printout: $327.00.
Delivery: $93.75.
<u>SUBTOTAL: $791.75.</u>

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR NOVEMBER 2006: $134,629.25.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $1,663,573.80.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,798,203.05.**


ACCOUNT HISTORY:
10-14-2004 to 10-31-2006:
Total Billings (including expenses): $2,327,508.82.
Total Disbursements: $9,152.89.
Total Paid: $663,935.02.
Total Unpaid: $1,663,573.80.

CURRENT INVOICE:
11-01-2006 to 11-30-2006: $134,629.25.

TO DATE:
Total Billings to date (including expenses): $2,462,138.07.
Total Disbursements to date: $9,944.64.
Total Paid to date: $663,935.02.
Total Unpaid to date: $1,798,203.05.

**Please pay this amount: $1,798,203.05.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-01-2007
For Period: 12-01-2006 to 12-31-2006

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **December 1, 2006 through December 31, 2006** regarding NYS Attorney General investigation and related matters, including:

12012006 Reply to Dr. John Maher email. 0.3. TC Dr. John Maher regarding case logistics. 0.3. TCs McBurnie. 1.2. Review of supplemental briefs from Group of Six defendants. 1.7. Analysis of grand jury minutes. 5.6. Notes of analysis. 0.7. Analysis of discovery review management issue. 1.0. Day Total: 10.8.

12022006 Email McBurnie. 0.1. Analysis of grand jury minutes. 4.8. Notes of analysis. 0.8. TCs McBurnie. 1.0. Day Total: 6.7.

12032006 TCs McBurnie. 1.3. Day Total: 1.3.

12042006 Review email from Brian Kenny, Marsh. 0.1. Review prior email correspondence. 0.6. Draft and send reply email to Brian Kenny. 0.4. Analysis of grand jury minutes. 5.3. TCs McBurnie. 0.6. Day Total: 7.0.

12052006 Draft and send email to Brian Kenny, Marsh. 0.2. Transcript file reviewed in preparation for status hearing. 1.3. Review motions papers. 1.5. TCs McBurnie. 1.2. Day Total: 4.2.

12062006 Preparation for status hearing. 1.3. Attend status hearing. 1.5. Conference with Group of Six defense counsel regarding potential conflict announced by Justice Yates. 0.5. Conference with McBurnie. 0.3. TCs Dr. John Maher regarding analysis of possible recusal. 1.7. TCs James Culleton regarding analysis of recusal issue. 0.4. Research regarding conflict and recusal issue. 0.4. Review and reply to email from Jenn Burns regarding recusal issue. 0.3. Receive email from Laura Brill regarding her proposed waiver. 0.2. Emails to Dr. John Maher, Jim Culleton regarding recusal issue. 0.2. Draft arguments regarding conflict and recusal issue. 0.4. Draft and send correspondence to Justice Yates regarding conflict and recusal issue. 0.6. Attend special

hearing regarding recusal issue. 1.8. Letter to Richard Sullivan, Marsh. 0.5. Debriefing strategy session with McBurnie. 3.0. Invoices submitted. Day Total: 13.1.

12062006 JAM: TCs DKR regarding Justice Yates' recusal issue. 1.7. Draft and send email to DKR regarding recusal issue. 0.7. Day Total: 2.4.

12062006 JC: TCs DKR regarding analysis of recusal issue. 0.4. Day Total: 0.4.

12072006 TCs McBurnie. 1.1. TC Dr. John Maher regarding recusal issue. 0.3. Review email from Dr. John Maher regarding recusal issue. 0.5. Emails to Dr. John Maher regarding recusal issue. 0.5. Email to WB regarding advancements. 0.3. Email to McBurnie. 0.2. Research regarding sufficiency of grand jury minutes. 0.6. Notes of research. 0.3. Draft analysis of sufficiency issue. 0.8. Day Total: 4.6.

12082006 TC Dr. John Maher regarding research results, developments with Justice Yates, antitrust issues. 1.5. Analysis regarding strategic questions in approaching possible supplemental motions. 1.5. TCs McBurnie. 0.7. TCM from Scott Devereaux. 0.1. Day Total: 3.8.

12082006 JAM: TC DKR regarding research results, developments with Justice Yates, antitrust issues. 1.5. Draft and send memo to DKR regarding antitrust. 1.8. Day Total: 3.3.

12092006 Review prior research and analysis regarding substantive counts analysis. 2.4. Prepare arguments for possible use at status hearing. 1.2. Draft and send email to Dr. John Maher regarding substantive issues. 1.2. Receive, review, and reply to emails from Dr. John Maher concerning antitrust and privilege. 1.6. TC Dr. John Maher regarding research, jury waiver issue in context of case strategy. 1.2. Notes of discussion. 0.5. TCs McBurnie. 0.4. Attention to transactions data provided by NYAG. 0.7. Day Total: 9.2.

12092006 JAM: TC DKR regarding research, jury waiver issue in context of case strategy. 1.2. Day Total: 1.2.

12102006 Email to James Culleton regarding case logistics. 0.4. TC James Culleton regarding same. 0.2. Attention to grand jury minutes analysis. 1.3. Research factual questions concerning transactions in grand jury minutes. 2.8. Attention to analysis of discovery documents provided by NYAG. 1.6. Email to and reply from Encore Legal Solutions. 0.3. TCs McBurnie. 1.4. Day Total: 8.0.

12102006 JC: TC DKR regarding case logistics. 0.2. Day Total: 0.2.

12112006 Email to Encore Legal Solutions. 0.2. Email to Brian Kenny, Marsh. 0.2. TC James Culleton regarding case status. 0.2. Review and analyze specific witness testimony in grand jury minutes. 1.0. TCs McBurnie. 1.7. Notes of discussion. 0.6. TCM Scott Devereaux. 0.1. TC WB regarding Marsh transaction analysis. 1.0. Day Total: 5.0.

12112006 JC: TC DKR regarding case status. 0.2. Day Total: 0.2.

12112006 WB: TC DKR regarding Marsh transaction analysis. 1.0. Day Total: 1.0.

12122006 TCs Dr. John Maher regarding ETCA, antitrust, Marsh business transactions. 2.1. Receive, review and reply to email from Dr. John Maher regarding planned ECTA letter to Marsh. 0.7. TCs Encore Legal Solutions regarding discovery status. 0.9. TC Scott Devereaux. 0.7. TCs McBurnie. 2.3. Notes of discussion. 1.2. Analysis and questions developed regarding specific coordinator transaction questions. 0.9. Draft list of additional questions for McBurnie. 1.0. Compose and send fax to McBurnie. 1.4. Day Total: 11.2.

12122006 JAM: TCs DKR regarding specific Marsh business transactions, ETCA, issues for trial. 2.1. Day Total: 2.1.

12132006 Review and reply to email from McBurnie. 0.4. Review analysis of significant documents provided by NYAG. 2.4. TCs McBurnie. 3.1. Notes of discussion. 0.7. TC WB to discuss fact analysis and investigation. 0.6. TC regarding discovery review needs. 0.6. Day Total: 7.8.

12132006 WB: TC DKR to discuss fact analysis and investigation. 0.6. Day Total: 0.6.

12142006 Receive and review cc letter from Assistant Attorney General Elizabeth Nochlin to Justice Yates. 0.6. Draft comments to Nochlin letter. 1.2. Draft responses to Nochlin letter. 1.3. Emails to Dr. John Maher regarding Nochlin letter. 0.6. TCs Dr. John Maher regarding recusal. 0.4. TC James Culleton regarding recusal issue. 0.2. Receive, review, and reply to email from Dr. John Maher concerning bill of particulars issue. 0.7. Review email from Dr. John Maher regarding Nochlin letter. 0.4. Email to Brian Kenny. 0.3. Letter to Richard Sullivan, Marsh. 0.5. Attention to file review regarding bill of particulars issue. 1.2. TC Jerry Bernstein. 0.1. Email to McBurnie. 0.3. TCs McBurnie. 1.5. Notes of analysis concerning recusal issue. 0.8. Draft response language in re recusal position. 1.2. Note regarding discovery followup with Dr, John Maher. 0.3. Invoice submitted. Day Total: 11.6.

12142006 JAM: TCs DKR regarding prosecution's letter to Justice Yates. 0.4. Read and reply to DKR email concerning Elizabeth Nochlin letter. 0.5. Day Total: 0.9.

12142006 JC: TC DKR regarding recusal issue. 0.2.

12152006 Receive, review, and reply to email from Dr. John Maher regarding grand jury minutes. 0.2. TC Brian Kenny, Marsh, notes. 0.3. Email communications concerning discovery data review needs. 0.2. Analysis of review needs/logistics. 0.5. Letter to Richard Sullivan, Marsh. 0.5. Receive and review Blank Rome letter to Justice Yates. 0.7. Note comments regarding Bernstein letter. 0.9. TCs McBurnie. 1.7. Invoice submitted. Day Total: 5.0.

12162006 No time charged.

12172006 TC McBurnie 0.8. Day Total: 0.8.

12182006 TCs McBurnie. 1.5. Emails McBurnie. 0.7. Redrafting correspondence regarding letter to Justice Yates. 1.2. TCs Dr. John Maher regarding possible subpoenas, indemnification. 1.0. Emails to Dr. John Maher regarding DKR draft letter to Justice Yates and Bernstein letter to Justice Yates. 0.7. Review correspondence. 1.3. Draft correspondence. 1.0. Analyze separate motions positions. 2.2. Analysis of Marsh business transactions issues. 1.9. Day Total: 11.5.

12182006 JAM: TCs DKR regarding possible subpoenas, indemnification. 1.0.

12192006 Finalize and send letter to Justice Yates. 1.2. Email to Jerry Bernstein, copies to other Group of Six counsel. 0.3. Receive and review fax from Jenn Burns, Proskauer Rose. 0.5. Email to Brian Kenny, Marsh. 0.3. Receive and review email from Derek MacKenzie. 0.7. TCs McBurnie. 3.7. Notes of discussion. 1.1. Email to Dr. John Maher regarding Marsh. 0.1. Drafting correspondence. 1.8. Day Total: 9.7.

12202006 TC Dr. John Maher regarding defense strategy limited by indemnification issues. 0.9. TCs McBurnie. 2.0. Notes of analysis. 1.3. Drafting correspondence. 2.5. Day Total: 6.7.

12202006 JAM: TC DKR regarding defense strategy impacted by indemnification issues. 0.9. Day Total: 0.9.

12212006 Email McBurnie. 0.3. TC Assistant Attorney General Whit Knapp. 0.1. Emails with Dr. John Maher regarding grand jury minutes and Marsh. 1.2. Notes regarding potential correspondence. 0.6. TCs Dr. John Maher regarding grand jury minutes. 0.6. TCs McBurnie. 2.6. Draft correspondence. 2.4. Analysis of grand jury minutes. 1.8. Day Total: 9.6.

12212006 JAM: TCs DKR regarding grand jury minutes. 0.6. Commence analysis of grand jury minutes. 0.4. Day Total: 1.0.

12222006 Attend status hearing. 2.0. TCs McBurnie 1.4. Review prior emails regarding topics discussed with McBurnie. 1.1. Emails to McBurnie. 0.4. TC Dr. John Maher regarding defense strategy and tactics, developments at status hearing. 1.1. TC Encore Legal Solutions regarding discovery status. 0.5. TC Assistant Attorney General Whitman Knapp. 0.2. Draft and send email to Derek MacKenzie. 0.6. Day Total: 7.3.

12222006 JAM: TC DKR regarding defense strategy and tactics, developments at status hearing. 1.1. Day Total: 1.1.

12232006 No time charged.

12242006 No time charged.

12252006 No time charged.

12262006 No time charged.

12262006 JAM: Analyze grand jury minutes. 1.8. Day Total: 1.8.

12272006 TCs McBurnie. 1.3. Drafting correspondence regarding Marsh demand for additional information. 2.4. Day Total: 3.7.

12272006 JAM: Analyze grand jury minutes and draft preliminary thoughts for DKR. 2.9. Day Total: 2.9.

12282006 Drafting correspondence regarding Marsh demand for additional information. 1.7. Analysis of grand jury material. 3.8. TCs McBurnie. 1.9. Notes of followup questions regarding fact transactions. 1.5. Day Total: 8.9.

12292006 No time charged.

12292006 JAM: Analyze grand jury minutes. 3.3. Day Total: 3.3.

12302006 No time charged.

12312006 No time charged.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Dane Keller Rutledge, Attorney at Law*

<u>*Legal Services*</u>:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 167.5 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $108,875.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 1.6 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $360.00.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 21.9 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $12,045.00.</u>

James Culleton, Attorney
TIME CHARGED (JC) : 1.0 hour.
HOURLY RATE (JC) : $400.00 per hour.
<u>SUBTOTAL : $400.00.</u>

<u>*Other Professional Services:*</u>
Encore Legal Services (Document Management): $11,925.00.
<u>SUBTOTAL: $11,925.00.</u>

<u>*Disbursements Charged*</u>:
Meals: $305.00.
Parking: $35.00.
Travel: $29.00.
<u>SUBTOTAL: $369.00.</u>

**<u>TOTAL AMOUNT DUE FOR DECEMBER 2006: $133,974.00.</u>**

**<u>TOTAL UNPAID PREVIOUS BALANCE DUE: $1,798,203.05.</u>**

**<u>TOTAL UNPAID ACCOUNT BALANCE DUE: $1,932,177.05.</u>**

<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 11-30-2006:</u>
Total Billings (including expenses): $2,462,138.07.
Total Disbursements: $9,944.64.
Total Paid: $663,935.02.
Total Unpaid: $1,798,203.05.

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
12-01-2006 to 12-31-2006: $133,974.00.

TO DATE:
Total Billings to date (including expenses): $2,596,112.07.
Total Disbursements to date: $10,313.64.
Total Paid to date: $663,935.02.
Total Unpaid to date: $1,932,177.05.

**Please pay this amount: $1,932,177.05.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-01-2007
For Period: 01-01-2007 to 01-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **January 1, 2007 through January 31, 2007** regarding NYS Attorney General investigation and related matters, including:

01012007 No time charged.

01012007 JAM: Draft and send email to DKR regarding grand jury minutes. 0.4. Day Total: 0.4.

01022007 No time charged.

01022007 JAM: Analyze grand jury minutes. 4.1. Day Total: 4.1.

01032007 TCs McBurnie. 1.4. Email from Brian Kenny and reply. 0.4. Emails McBurnie. 0.5. Email from and reply to Dr. John Maher regarding grand jury minutes analysis. 1.3. Analysis of grand jury material. 4.6. Notes of analysis. 1.0. Day Total: 9.2.

01032007 JAM: Analyze grand jury minutes. 3.0. Day Total: 3.0.

01042007 Analysis of grand jury material. 5.5. Notes of analysis. 0.9. TC McBurnie. 0.8. Day Total: 7.2.

01042007 JAM: Analyze grand jury minutes. 3.5. Day Total: 3.5.

01052007 Review notes of analysis of grand jury material. 1.8. Draft prosecution witness issues list with fact investigation points. 2.0. TCs McBurnie. 1.4. Day Total: 5.2.

01062007 No time charged.

01072007 No time charged.

01082007 TCs WB regarding defense logistical needs. 1.3. Receive and reply to email from John Eichlin, NYAG Office. 0.2. Email to McBurnie. 0.1. Emails Dr. John Maher including regarding discovery material. 0.6. TCs McBurnie. 2.5. Draft correspondence. 1.3. Quantitative analysis regarding defense logistical needs. 1.2. Email to Derek MacKenzie, Marsh. 0.1. Day Total: 7.3.

01082007 WB: TCs DKR regarding defense logistical needs. 1.3. Day Total: 1.3.

01082007 JAM: Analyze grand jury minutes. 2.5. Day Total: 2.5.

*Dane Keller Rutledge, Attorney at Law*

01092007 TCs WB regarding discovery materials and review questions. 1.3. Emails Encore, WB regarding new discovery material received. 0.6. Emails to Harvey Yarborough regarding review needs. 0.4. TC Harvey Yarborough regarding quantitative assumptions and analysis concerning electronic discovery review. 2.2. TCs McBurnie. 1.5. Analysis of quantitative assumptions regarding review of electronic discovery. 1.8. Draft correspondence. 1.2. Day Total: 9.0.

01092007 WB: TCs DKR regarding discovery materials and review questions. 1.3. Day Total: 1.3.

01092007 JAM: Analyze grand jury minutes. 2.5. Day Total: 2.5.

01102007 TCs Kate Gruner about AIG action regarding whether DKR would accept service of process for McBurnie. 0.4. TCs McBurnie. 1.7. TC Dr. John Maher regarding indemnification. 0.7. Draft correspondence to Derek MacKenzie. 1.0. TC WB. 0.2. Day Total: 4.0.

01102007 WB: TC DKR. 0.2. Day Total: 0.2.

01102007 JAM: TC DKR regarding indemnification. 0.7. Day Total: 0.7.

01112007 Draft correspondence. 3.4. Review and comment on emails from McBurnie. 3.2. TC Dr. John Maher regarding correspondence. 0.3. TCs McBurnie. 2.6. Day Total: 9.5.

01112007 JAM: TC DKR regarding correspondence. 0.3. Day Total: 0.3.

01122007 TCs McBurnie. 1.9. Drafting correspondence. 2.4. TCs Dr. John Maher regarding drafts and regarding Ohio class action subpoena attempt. 1.8. Research regarding litigation issues. 1.2. TCs Derek MacKenzie. 0.3. TCM Peter Beshar. 0.1. Day Total: 7.7.

01122007 JAM: Review and comment on draft correspondence. 4.4. Research regarding indemnification information. 0.7. TCs DKR regarding drafts and regarding Ohio class action subpoena attempt. 1.8. Day Total: 6.9.

01132007 TCs McBurnie. 2.1. Day Total: 2.1.

01142007 No time charged.

01152007 No time charged.

01152007 JAM: Analyze grand jury minutes. 2.5. Day Total: 2.5.

01162007 Review emails from McBurnie. 0.3. Research and analysis regarding attempt by class action firm to serve subpoena on McBurnie for possible documents. 2.5. TC from Peter Beshar and Rich Sullivan, Marsh, regarding DKR's courtesy call concerning telephone call received from law firm purporting to represent plaintiffs in class action. 0.3. Notes to file. 0.5. Drafting

correspondence. 1.6. Emails to McBurnie. 0.4. Emails to Dr. John Maher regarding subpoena issue and Marsh. 0.3. TCs McBurnie. 1.7. Review selected grand jury minutes notes. 2.0. Prepare for upcoming court appearance, including transcript review. 1.4. TC Dr. John Maher regarding substantive issues, research needs. 1.2. TCs WB. 0.2. Email WB regarding Marsh. 0.1. Conference with WB concerning case logistics. 1.0. Day Total: 13.5.

01162007 WB: TCs DKR. 0.2. Email DKR regarding Marsh. 0.1. Conference with DKR concerning case logistics. 1.0. Day Total: 1.3.

01162007 JAM: TC DKR regarding substantive issues, research needs. 1.2. Day Total: 1.2.

01172007 Review letter from Bob Cleary, Proskauer Rose, regarding waiver of jury. 0.2. Notes of comments and questions for followup. 0.5. Research regarding jury waiver in multiple defendant context. 2.3. TC Dr. John Maher regarding Gilman jury waiver. 0.4. Drafting correspondence. 1.4. Emails McBurnie. 0.3. Review email from Dr. John Maher regarding correspondence. 0.5. TCs McBurnie. 1.8. Day Total: 7.4.

01172007 JAM: Analyze grand jury minutes. 1.6. TC DKR regarding Gilman jury waiver. 0.4. Remark DKR emails regarding draft correspondence. 1.1. Day Total: 3.1.

01182007 Notes regarding analysis of impact of jury waiver by Gilman. 1.2. TCs McBurnie. 2.0. TC Dr. John Maher regarding correspondence. 0.4. TC James Culleton regarding jury waiver issue. 0.5. Emails McBurnie. 0.6. Emails to Dr. John Maher regarding correspondence. 0.4. Research related to jury waiver. 0.7. Email to Dr. John Maher regarding research results. 0.3. Research and analysis of media data. 0.5. Preparation for status hearing, possible correspondence. 1.2. Analysis regarding defense costs projections requested by Marsh. 1.5. Drafting correspondence. 2.4. Day Total: 11.7.

01182007 JAM: TC DKR regarding correspondence. 0.4. Remark same and email to DKR. 0.7. Review emails from DKR. 0.3. Day Total: 1.4.

01182007 JC: TC DKR regarding jury waiver issue. 0.5. Day Total: 0.5.

01192007 Review Encore materials, invoices. 0.8. Emails to McBurnie, Dr. John Maher. 0.5. Read correspondence from NYAG office regarding interviews material. 0.2. Receive and analyze email from Blank Rome regarding severance motion for Peiser. 1.5. Notes of analysis. 0.3. TC Dr. John Maher to discuss projections and discovery review needs. 0.4. TCs McBurnie. 2.7. Attention to cost projections. 0.5. Drafting correspondence. 1.0. Day Total: 7.9.

01192007 JAM: TC DKR to discuss projections and discovery review needs. 0.4. Day Total: 0.4.

01202007 Drafting correspondence. 1.7. TCs Dr. John Maher regarding non-jury trial, upcoming status hearing. 1.0. TCs McBurnie. 1.9. Conference with WB concerning preparation for status hearing. 3.5. Analysis regarding Gilman jury waiver and Peiser severance motion. 2.5. Research and analysis and preparation regarding issues for Monday status hearing, including substantive count issues potentially to be addressed. 3.0. Notes for court. 0.6. Day Total: 14.2.

01202007 WB: Conference with DKR concerning preparation for status hearing. 3.5. Day Total: 3.5.

01202007 JAM: TC DKR regarding non-jury trial prospects for first defendants. 0.6. TC DKR regarding preparation for upcoming status hearing. 0.4. Day Total: 1.0.

01212007 Preparation for status hearing, including review of analysis lines for court and select and review documents and transcript material. 3.3. TCs Dr. John Maher including regarding preparation for status hearing. 0.9. TCs McBurnie. 2.2. TCs WB regarding preparation for status hearing. 1.0. Drafting correspondence. 1.7. Emails McBurnie. 1.3. Letter sent to Derek MacKenzie. 0.1. Day Total: 10.5.

01212007 JAM: TCs DKR including regarding preparation for status hearing. 0.9. Day Total: 0.9.

01222007 Final preparation for status hearing. 0.8. TCs McBurnie. 0.5. Attend status hearing with McBurnie. 2.0. TCs Dr. John Maher regarding developments at status hearing. 0.7. Conference with WB regarding developments from status hearing, followup issues. 2.8. Debrief with McBurnie. 5.8. Analysis of developments from status hearing. 1.3. Day Total: 13.9.

01222007 WB: Conference with DKR regarding developments from status hearing, followup issues. 2.8. Day Total: 2.8.

01222007 JAM; TCs DKR regarding developments at status hearing. 0.7. Day Total: 0.7.

01232007 Analysis and preparation regarding issues from yesterday's status hearing. 0.7. Attend status hearing. 2.0. Debrief with McBurnie. 3.7. Emails Dr. John Maher regarding research results. 0.5. TCs Dr. John Maher regarding non-jury trial and severance, handling of specific counts. 1.7. TCs McBurnie. 0.9. Email McBurnie. 0.4. Draft and send email to Derek MacKenzie. 0.6. TCs WB regarding status hearing. 0.3. Day Total: 10.8.

01232007 WB: TCs DKR regarding status hearing. 0.3. Day Total: 0.3.

01232007 JAM: TCs DKR regarding non-jury trial and severance, handling of specific counts. 1.7. Drafting correspondence. 0.3. Day Total: 2.0.

01242007 TC Dr. John Maher regarding logistics for trial. 0.4. Email to Dr. John Maher regarding trial logistics. 0.1. TC Harvey Yarborough regarding review issues. 0.4. TC WB regarding trial logistics. 0.2. TCs McBurnie. 1.2. Day Total: 2.3.

01242007 JAM: TC DKR regarding logistics for trial. 0.4. Day Total: 0.4.

01252007 No time charged.

01262007 TC McBurnie. 0.5. Emails from and to McBurnie. 0.7. TC from Mark Holton, Gibson Dunn at behest of Peter Beshar regarding production of documents in securities litigation. 0.4. TCs Dr. John Maher regarding ETCA analysis and class actions documents issue. 1.4. Notes of analysis regarding class action issue. 0.6. Attention to study of electronic discovery review issues. 0.8. Drafting correspondence. 1.1. Day Total: 5.5.

01262007 JAM: TCs DKR regarding ETCA and inquiry from class action attorney regarding McBurnie availability. 1.4. Day Total: 1.4.

01272007 No time charged.

01272007 JAM: Draft comments regarding grand jury questions, send email to DKR. 1.6. Day Total: 1.6.

01282007 Attention to ETCA analysis. 1.2. TCs McBurnie. 0.3. Day Total: 1.5.

01292007 Analysis and notes of analysis regarding letter received regarding class action counsel regarding proposed subpoena for documents. 1.3. Draft reply correspondence. 2.0. Draft correspondence to Mark Holton, Gibson Dunn. 1.5. Review previous correspondence. 1.0. Redraft regarding class action letter reply. 1.2. TC McBurnie. 0.6. TCM Derek MacKenzie, Marsh. 0.1. Day Total: 7.7.

01302007 TCs McBurnie. 1.0. TCs WB regarding upcoming meetings with vendors. 0.5. TCM Derek MacKenzie. 0.1. Meetings with Encore Legal Solutions team and other litigation vendors regarding logistics for upcoming review and trial coverage. 6.0. Debriefing and analysis of vendor material with WB. 2.5. Day Total: 10.1.

01302007 WB: TCs DKR regarding upcoming meetings with vendors. 0.5. Meetings with Encore Legal Solutions team and other litigation vendors regarding logistics for upcoming

review and trial coverage. 6.0. Debriefing and analysis of vendor material with DKR. 2.5. Day Total: 9.0.

01312007 Drafting correspondence regarding proposed subpoena for documents (letter sent). 2.4. Final drafting regarding letter to Mark Holton, Gibson Dunn (letter sent). 1.0. TC Dr. John Maher regarding case strategy. 0.2. Notes of analysis regarding refinements of ETCA letter draft to Marsh. 0.9. Day Total: 4.5.

01312007 JAM: TC DKR regarding case strategy. 0.2. Day Total: 0.2.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 182.7 hours.
HOURLY RATE (DKR): $650.00 per hour.
<u>SUBTOTAL: $118,755.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 19.7 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $4,432.50.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 40.7 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $22,385.00.</u>

James Culleton, Attorney
TIME CHARGED (JC) : 0.5 hours.
HOURLY RATE (JC) : $400.00 per hour.
<u>SUBTOTAL : $200.00.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $11,229.95.
<u>SUBTOTAL: $11,229.95.</u>

*Disbursements Charged*:
Meals: $374.56.
Travel: $25.00.
<u>SUBTOTAL: $399.56.</u>

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR JANUARY 2007: $157,402.01.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $1,932,177.05.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,089,579.06.**

ACCOUNT HISTORY:
10-14-2004 to 12-31-2006:
Total Billings (including expenses): $2,596,112.07.
Total Disbursements: $10,313.64.
Total Paid: $663,935.02.
Total Unpaid: $1,932,177.05.

CURRENT INVOICE:
01-01-2007 to 01-31-2007: $157,402.01.

TO DATE:
Total Billings to date (including expenses): $2,753,514.08.
Total Disbursements to date: $10,713.20.
Total Paid to date: $663,935.02.
Total Unpaid to date: $2,089,579.06.

**Please pay this amount: $2,089,579.06.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 03-01-2007
For Period: 02-01-2007 to 02-28-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **February 1, 2007 through February 28, 2007** regarding NYS Attorney General investigation and related matters, including:

02012007 TC Dr. John Maher regarding grand jury minutes, deposition attempt. 0.5. Day Total: 0.5.

02012007 JAM: TC DKR regarding grand jury minutes, deposition attempt. 0.5. Day Total: 0.5.

02022007 TCs WB regarding Attorney General data. 0.2. TC Assistant Attorney General Whitman Knapp. 0.1. Analysis of Attorney General data. 1.5. Conference with McBurnie. 3.1. TCs McBurnie. 0.6. Day Total: 5.5.

02022007 WB: TCs DKR regarding Attorney General data. 0.2. Day Total: 0.2.

02032007 No time charged.

02042007 No time charged.

02052007 Review defense costs data. 0.8. Email Brian Kenny. 0.3. Attention to draft letter to Marsh regarding ETCA. 0.3. TCs McBurnie. 2.9. Review file correspondence. 1.1. Prepare questions regarding Marsh indemnification. 0.7. TC Derek MacKenzie. 0.3. TC Dr. John Maher regarding indemnification. 0.7. Emails McBurnie. 2.0. Day Total: 9.1.

02052007 JAM: TC DKR regarding indemnification. 0.7. Day Total: 0.7.

02062007 Analysis regarding strategic discussions with McBurnie yesterday. 0.9. Attention to ETCA correspondence and review substantive predicates. 1.2. TCs McBurnie. 2.3. Review email material. 1.4. Research regarding Marsh history. 1.2. TC from Assistant Attorney General Whitman Knapp, NYAG. 0.6. TC Dr. John Maher regarding ETCA correspondence. 0.2. TC WB regarding case strategy. 0.3. Day Total: 8.1.

02062007 WB: TC DKR regarding case strategy. 0.3. Day Total: 0.3.

02062007 JAM: TC DKR regarding ETCA correspondence. 0.2. Day Total: 0.2.

02072007 Analysis of Marsh indemnification issues. 0.7. TCs McBurnie. 2.1. Review and comment on McBurnie email. 1.6. TC Dr. John Maher regarding ETCA/antitrust issue. 0.2. Final drafting and transmittal of letter to Luciana Fato regarding Export Trading Company Act information request. 1.0. TCs WB regarding issues outline. 0.2. Conference WB regarding issues outline. 1.2. Day Total: 7.0.

02072007 WB: TCs DKR regarding issues outline. 0.2. Conference DKR regarding issues outline. 1.2. Day Total: 1.4.

02072007 JAM: TC DKR regarding ETCA/antitrust. 0.2. Analysis of grand jury minutes. 1.4. Day Total: 1.6.

02082007 TC Assistant Attorney General Whitman Knapp, NYAG. 0.4. TCs McBurnie. 1.5. Draft response concerning McBurnie questions. 2.2. Emails McBurnie. 1.0. Drafting correspondence. 0.5. Review file correspondence. 0.8. Review emails. 0.6. TCs WB regarding correspondence. 0.3. Email from and reply to John Eichlin, NYAG, regarding discovery material. 0.2. TC from NYAG regarding discovery material sent to Encore Legal Solutions for separate McBurnie defense. 0.2. Day Total: 7.7.

02082007 WB: TCs DKR regarding correspondence. 0.3. Day Total: 0.3.

02092007 TCs McBurnie. 1.4. Emails McBurnie. 2.4. Notes of followup questions for discussion with McBurnie. 0.9. Receive and review email letter from Derek MacKenzie. 0.8. Day Total: 5.5.

02102007 No time charged.

02102007 JAM: Analyze grand jury minutes. 2.0. Day Total: 2.0.

02112007 No time charged.

02112007 JAM: Analyze grand jury minutes. 1.9. Day Total: 1.9.

02122007 TCs WB regarding review software questions. 0.5. TC McBurnie. 1.0. Notes. 0.4. Attention to costs projections analysis. 0.8. Analysis of review methodology issues. 1.7. Review review software technical data. 1.1. Review previous emails concerning costs estimates. 1.3. Draft communications, including to Brian Kenny, Marsh, in response to email request. 1.2. Day Total: 8.0.

02122007 WB: TCs DKR regarding review software questions. 0.5. Day Total: 0.5.

02132007 Review email from Dr. John Maher. 0.3. Draft issues language concerning MacKenzie information demands including as impairment to privilege. 2.8. Draft correspondence regarding defense costs projections, Marsh failure to pay. 2.5. Send email to Derek MacKenzie. 0.2. Emails to Dr. John Maher regarding various defense strategy and logistics issues. 0.5. TCs McBurnie. 2.1. Day Total: 8.4.

02132007 JAM: Analysis of case logistics, including discovery. 1.5. Analysis of grand jury minutes. 1.7. Day Total: 3.2.

02142007 TCs McBurnie. 2.3. Attention to comments on McBurnie emails. 2.5. Drafting correspondence. 1.2. Day Total: 6.0.

02152007 TC Scott Devereaux. 0.1. Draft correspondence per McBurnie comments. 2.4. TCs McBurnie. 1.4. TCs James Culleton. 0.2. Day Total: 4.1.

02162007 Correspondence drafting. 2.5. TCs McBurnie. 1.3. Attention to McBurnie emails. 2.1. Email WB. 0.1. Email Dr. John Maher. 0.2. Day Total: 6.2.

02172007 No time charged.

02182007 Review Derek MacKenzie email from 2/16. 0.6. Draft reply correspondence. 2.0. Day Total: 2.6.

02192007 No time charged.

02202007 Draft correspondence. 2.6. TCs McBurnie. 1.8. TC WB. 0.2. Email to Derek MacKenzie, cc Richard Sullivan. 0.1. Emails McBurnie. 1.2. Day Total: 5.9.

02202007 WB: TC DKR. 0.2. Day Total: 0.2.

02212007 Email Dr. John Maher. 0.3. TCs McBurnie. 1.6. Day Total: 1.9.

02222007 Email from McBurnie and reply. 0.2. TCs McBurnie. 1.3. Research regarding trial logistics issues. 0.9. Review and reply to email from Dr. John Maher regarding case logistics. 1.2. TCM Scott Devereaux. 0.1. TCM Derek MacKenzie. 0.1. TC WB regarding case logistics. 0.2. Day Total: 4.0.

02222007 WB: TC DKR regarding case logistics. 0.2. Day Total: 0.2.

02232007 TCs McBurnie. 1.5. TC WB. 0.1. TCM Derek MacKenzie. 0.1. Email from Derek MacKenzie. 0.2. Review comments from Dr. John Maher regarding case needs. 0.3. Day Total: 2.2.

02232007 WB: TC DKR. 0.1. Day Total: 0.1.

02232007 JAM: Analysis and compose comments to DKR regarding case needs. 2.4. Day Total: 2.4

02242007 No time charged.

02252007 Review Friday email from MacKenzie. 0.2. TCs McBurnie. 0.9. Day Total: 1.1.

02262007 Emails to and from McBurnie. 0.5. Emails to and from Derek MacKenzie. 0.6. TC Scott Devereaux, notes of discussion. 0.8. TC WB. 0.1. TCs McBurnie. 1.9. TCMs Derek MacKenzie. 0.3. Emails to and from Dr. John Maher regarding case logistics, fees. 0.5. Research regarding fees issue. 1.2. Email to WB. 0.1. Day Total: 6.0.

02262007 WB: TC and email DKR. 0.2. Day Total: 0.2.

02272007 Review data and costs concerning defense costs. 1.0. TCs McBurnie. 1.6. TCM Mark Holton. 0.1. TC Mark Holton. 0.2. Analysis regarding projection for review needs viz. anticipated trial schedule. 0.8. Notes of issues for Marsh call. 0.5. TCM Derek MacKenzie. 0.1 Receive and reply to email from Derek MacKenzie. 0.1. TC Derek MacKenzie. 0.8. Notes of MacKenzie discussion. 0.7. Day Total: 5.9.

02282007 Emails from and to McBurnie. 0.4. TCs McBurnie. 2.1. Day Total: 2.5.

<u>PLEASE NOTE</u>: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 108.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
<u>SUBTOTAL: $74,117.00.</u>

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 3.4 hours.
HOURLY RATE (WB): $225.00 per hour.
<u>SUBTOTAL: $765.00.</u>

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 12.5 hours.
HOURLY RATE (JAM): $550.00 per hour.
<u>SUBTOTAL: $6,875.00.</u>

*Other Professional Services:*
Encore Legal Services (Document Management): $11,509.28.
<u>SUBTOTAL: $11,509.28.</u>

*Dane Keller Rutledge, Attorney at Law*

*Disbursements Charged*:
Meals: $109.00.
SUBTOTAL: $109.00.

**TOTAL AMOUNT DUE FOR FEBRUARY 2007: $93,375.28.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $2,089,579.06.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,182,954.34.**

ACCOUNT HISTORY:
10-14-2004 to 01-31-2007:
Total Billings (including expenses): $2,753,514.08.
Total Disbursements: $10,713.20.
Total Paid: $663,935.02.
Total Unpaid: $2,089,579.06.

CURRENT INVOICE:
02-01-2007 to 02-28-2007: $93,375.28.

TO DATE:
Total Billings to date (including expenses): $2,846,889.36.
Total Disbursements to date: $10,822.20.
Total Paid to date: $663,935.02.
Total Unpaid to date: $2,182,954.34.

**Please pay this amount: $2,182,954.34.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-01-2007
For Period: 03-01-2007 to 03-31-2007

# INVOICE FOR LEGAL SERVICES

## SUMMARY OF LEGAL SERVICES RENDERED

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **March 1, 2007 through March 31, 2007** regarding NYS Attorney General investigation and related matters, including:

03012007 Review MacKenzie email (2/28) and attachments in detail, including analysis of MMC requirements for their direct hires. 2.8. Review 12092004 "engagement letter". 0.4. Further analysis regarding similarities and differences in context of 12/9/04 engagement letter and privilege requirements. 1.0. Notes for followup discussion with MacKenzie. 1.3. Email reply to Derek MacKenzie. 0.4. TCM Derek MacKenzie. 0.1. TCs Dave Roberts at MMC request. 0.5. TCs McBurnie. 1.2. TC Dr. John Maher regarding deposition issue. 0.4. TC WB regarding deposition issue. 0.2. Review email from Dr. John Maher regarding privilege. 0.3. Review email from Dr. John Maher regarding e-discovery handling. 0.4. Day Total: 9.0.
03012007 WB: TC DKR regarding deposition issue. 0.2. Day Total: 0.2.
03022007 Further review of Marsh materials and notes for followup. 0.5. Notes regarding TC with Dave Roberts for Marsh USA Inc. regarding Salvation Army/Aon case and possible attempt to depose McBurnie. 0.3. Emails to McBurnie. 0.4. TCs McBurnie. 1.2. Insurance law analysis and notes regarding principles relevant to trial issues. 0.6. TCM Derek MacKenzie. 0.1. Day Total: 3.1.
03032007 Emails to and from McBurnie, plus comments drafted. 1.0. TCs McBurnie. 1.2. Preliminary review of email from Dave Roberts Marsh California with attachment. 0.6. Preliminary review of email from Rachel Lowe representing Aon concerning requested deposition of McBurnie. 0.5. Email to Dr. John Maher regarding deposition attempt. 0.9. Day Total: 4.2.
03042007 Review emails from McBurnie. 0.8. Conference with WB regarding contingency planning to continue defense without adequate funding. 3.9. Review emails from McBurnie. 0.5.

Review emails from Dr. John Maher, including regarding Salvation Army deposition issue. 0.2. Emails to McBurnie. 1.2. Email to Dr. John Maher regarding Salvation Army issue. 0.9. Draft correspondence regarding Salvation Army deposition issue. 0.8. Day Total: 8.3.

03042007 WB: Conference with DKR regarding contingency planning to continue defense without adequate funding. 3.9. Day Total: 3.9.

03052007 Draft and send emails to Dave Roberts attorney for Marsh California regarding Salvation Army issue, cc to Ken Fall Marsh NY. 0.3. Analysis and notes regarding defense contingency plan issues. 0.4. Emails to McBurnie. 0.4. Emails to Dr. John Maher including regarding Salvation Army issue. 0.4. TCs WB regarding defense contingency plan issues. 0.5. TCM Derek MacKenzie. 0.1. Email to Derek MacKenzie. 0.1. Study material and analysis regarding Salvation Army case. 0.6. Review emails from McBurnie. 0.5. Replies to McBurnie emails. 0.3. Review emails from Dr. John Maher, including regarding trial logistics. 0.2. Review email from Derek MacKenzie. 0.1. TCs McBurnie. 2.4. Notes for followup calls tomorrow. 0.5. Day Total: 6.8.

03052007 WB: TCs DKR regarding defense contingency plan issues. 0.5. Day Total: 0.5.

03062007 TCM from and reply TCM to Randy Berkowitz, court reporter regarding trial minutes availability and pricing regarding Gilman/McNenney trial. 0.2. TC Randy Berkowitz and review his email regarding trial transcripts service. 1.0. TCs McBurnie. 0.9. Email reply to Randy Berkowtiz. 0.1. Email to Derek MacKenzie. 0.1. Emails to McBurnie 0.2. Emails to Dr. John Maher, WB, including regarding trial setup. 0.2. Draft correspondence regarding Salvation Army deposition attempt. 1.3. TC Ken Fall, Marsh, regarding Salvation Army deposition issue. 0.4. Notes of discussion, with followup points. 0.5. TC Derek MacKenzie. 1.2. Notes of MacKenzie discussion. 0.8. Finalize draft and send email to Rachel Lowe (Aon attorney) regarding Salvation Army. 0.6. Day Total: 7.5.

03072007 TCs WB regarding defense contingency planning. 1.0. Discussion with WB regarding review of documents produced by NYAG. 1.2. TCs McBurnie. 0.8. Review notes regarding electronic documents review logistics. 1.3. Day Total: 4.3.

03072007 WB: TCs DKR regarding defense contingency planning. 1.0. Discussion with DKR regarding review of documents produced by NYAG. 1.2. Day Total: 2.2.

03082007 No time charged.

03092007 TCM Derek MacKenzie. 0.1. TCM from MacKenzie. 0.1. TCM from Rachael Lowe regarding attempt to depose McBurnie. 0.1. Conference WB regarding defense contingency planning. 3.4. Email from court reporter regarding trial logistics and transcript options. 0.1. TCs WB regarding Encore issues. 1.5. Email from Encore. 0.2. Reply. 0.3. TCs McBurnie. 1.8. Day Total: 7.6.

03092007 WB: Conference DKR regarding defense contingency planning. 3.4. TCs DKR regarding Encore issues. 1.5. Day Total: 4.9.

03102007 TCs McBurnie. 1.3. Conference WB regarding trial logistical and technological issues. 3.0. Day Total: 4.3.

03102007 WB: Conference DKR regarding trial logistical and technological issues. 3.0. Day Total: 3.0.

03112007 TCs McBurnie. 1.7. Conference WB regarding discovery management issue, trial logistics. 2.0. Analysis regarding discovery management issue. 0.8. Day Total: 4.5.

03112007 WB: Conference DKR regarding discovery management issue, trial logistics. 2.0. Day Total: 2.0.

03122007 TCM Rachael Lowe regarding requested McBurnie deposition. 0.1. Conference WB regarding discovery management issue. 2.0. TCs McBurnie. 1.7. TCM from Rachael Lowe regarding requested acceptance of service regarding requested deposition of McBurnie in Aon malpractice case. 0.1. TC Derek MacKenzie. 0.1. TCM from Assistant Attorney General Elizabeth Nochlin. 0.1. Research regarding defense contingency questions. 1.6. Email from court reporter. 0.1. Analysis regarding trial logistics and transcript issues. 1.2. TCs WB regarding trial transcript issues. 0.5. Email to Kris Taylor at Encore regarding discovery management issue. 0.3. Review emails regarding trial logistics. 0.3. Email to court reporter regarding transcript access and trial setup issues. 0.5. Emails to McBurnie. 0.4. Email from Dr. John Maher and reply, including regarding e-discovery and trial logistics. 0.4. Day Total: 9.4.

03122007 WB: Conference DKR regarding discovery management issue. 2.0. TCs DKR regarding trial transcript issues. 0.5. Day Total: 2.5.

03132007 TCs McBurnie. 1.2. Conference WB regarding trial tech setup and e-discovery management. 2.3. Analysis regarding defense contingency planning. 1.2. TCs Kris Taylor, Encore Legal Solutions. 1.2. TCs WB regarding Encore issues. 0.4. Emails to and from Kris

Taylor. 0.4. Email Kris Taylor. 0.2. Email from Dr. John Maher regarding e-discovery. 0.2. Email from and reply to McBurnie. 0.2. Day Total: 7.3.

03132007 WB: Conference DKR regarding trial tech setup and e-discovery management. 2.3. TCs DKR regarding Encore issues. 0.4. Day Total: 2.7.

03142007 Analysis of information regarding Encore issues. 0.9. TCs McBurnie. 2.3. Attention to ETCA followup letter analysis. 0.6. Email to McBurnie. 0.1. Review notes regarding followup items. 0.2. Review cost projection notes. 0.4. TCM Derek MacKenzie. 0.1. TC Derek MacKenzie. 0.8. Email to Dr. John Maher including regarding defense contingency issues. 0.2. TCs Assistant Attorney General Elizabeth Nochlin. 1.0. TCs regarding contingency planning for defense preparation scheduling. 0.9. Analysis of Encore issue, additional discovery from prosecution. 1.8. Day Total: 9.3.

03152007 TCs McBurnie. 1.3. Emails from McBurnie. 0.3. TC Jim Culleton regarding defense contingency plans, deposition issue. 0.3. TCs Rachel Lowe representing Aon regarding Salvation Army litigation and requested McBurnie deposition. 1.2. Notes of conversation. 0.3. Email from Kris Taylor at Encore. 0.1. Review Encore correspondence. 0.5. TC Kris Taylor. 0.1. Conference McBurnie. 4.5. Day Total: 8.6.

03162007 TCs McBurnie. 2.8. Notes and analysis of information from McBurnie. 0.7. Review file data regarding e-discovery. 0.8. Day Total: 4.3.

03172007 No time charged.

03182007 No time charged.

03192007 TCs regarding defense contingency planning. 1.1. TCMs Randy Berkowitz court reporter regarding trial setup. 0.2. TCM Jim Culleton. 0.1 TCs McBurnie. 1.3. Day Total: 2.7.

03202007 No time charged.

03212007 TCs McBurnie. 2.1. Day Total: 2.1.

03222007 No time charged.

03232007 TC Randy Berkowitz, court reporter regarding transcripts and trial setup. 0.5. TC Rachael Lowe regarding Salvation Army issue. 0.2. TCs McBurnie. 1.4. TC Courtroom Connect regarding trial coverage setup. 0.2. Research Live Note software. 0.7. TC Encore Legal Solutions.0.6. TCM Derek MacKenzie. 0.1. Day Total: 3.7.

03242007 No time charged.

03252007 No time charged.

03262007 Meeting at Part 31 with technical people regarding coverage of Gilman/McNenney trial, including training and setup with court reporter and Courtroom Connect. 5.0. Conferences with McBurnie.3.5. Day Total: 8.5.

03272007 Attention to trial coverage setup issues. 0.5. TCs Courtroom Connect regarding trial services. 0.6. TCs McBurnie. 1.2. Review substantive notes, transaction facts, and grand jury material analysis in preparation for upcoming trial. 2.8. Day Total: 5.1.

03282007 Review substantive notes, transaction facts, and grand jury material analysis in preparation for upcoming Gilman/McNenney trial. 7.3. Email from and reply to Courtroom Connect. 0.4. Day Total: 7.7.

03292007 Emails from McBurnie. 0.6. TCs McBurnie. 1.4. Notes of comments for McBurnie. 0.3. Email Dr. John Maher regarding case status. 0.3. Day Total: 2.6.

03302007 Review notes, significant documents, transaction facts, and grand jury material analysis in preparation for upcoming Gilman/McNenney trial. 8.2. Day Total: 8.2.

03312007 No time charged.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 139.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $95,283.50.

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 21.9 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $4,927.50.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
None charged.
SUBTOTAL: $0.00.

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR MARCH 2007: $111,700.28.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $2,182,954.34.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,294,654.62.**

ACCOUNT HISTORY:
10-14-2004 to 02-28-2007:
Total Billings (including expenses): $2,846,889.36.
Total Disbursements: $10,822.20.
Total Paid: $663,935.02.
Total Unpaid: $2,182,954.34.

CURRENT INVOICE:
03-01-2007 to 03-31-2007: $111,700.28.

TO DATE:
Total Billings to date (including expenses): $2,958,589.64.
Total Disbursements to date: $10,822.20.
Total Paid to date: $663,935.02.
Total Unpaid to date: $2,294,654.62.

**Please pay this amount: $2,294,654.62.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                    REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.        William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-01-2007
For Period: 04-01-2007 to 04-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2007 through April 30, 2007** regarding NYS Attorney General investigation and related matters, including:

04012007 No time charged.

04022007 TCs McBurnie. 2.1. TC Courtroom Connect. 0.5. Day Total: 2.6.

04032007 TCs McBurnie. 2.3. TCs WB regarding trial setup logistics. 1.6. Attention to email from Courtroom Connect. 0.2. Organize topics for trial outline. 2.7. Access documents regarding specific counts. 3.4. TCs regarding trial support. 0.9. Day Total: 11.1.

04032007 WB: TCs DKR regarding trial setup logistics. 1.6. Day Total: 1.6.

04042007 Attention to email from Courtroom Connect. 0.4. Conference WB regarding trial logistics, needs. 2.6. Notes regarding logistical needs. 0.4. TCs Courtroom Connect regarding user setup issues, security question, budgeting. 0.9. TC James Culleton regarding trial logistics. 0.3. Analysis of information regarding trial coverage technology. 0.8. TC WB regarding trial setup logistics. 0.6. TCs McBurnie. 1.6. TCM Courtroom Connect. 0.1. Day Total: 7.7.

04042007 WB: Conference DKR regarding trial logistics, needs. 2.6. TCs DKR regarding trial setup logistics. 0.6. Day Total: 3.2.

04052007 Prepare for status hearing. 0.3. TCs McBurnie. 0.2. Travel to and appear at Part 31. 1.5. Conference with McBurnie. 1.0. Attention to email from Courtroom Connect. 0.3. TCs Stan and Sally at Courtroom Connect regarding setup and budgeting. 0.8. Attention to correction of order form from Courtroom Connect. 0.2. Email from Courtroom Connect. 0.2. Email to Derek MacKenzie. 0.3. Email to WB regarding trial setup. 0.1. TC McBurnie. 0.2. Email auto reply from Derek MacKenzie. 0.1. TC Amy Lee at Marsh per Derek MacKenzie. 0.1. TC Elizabeth Kellner. 0.2. TCs McBurnie. 0.4. Travel to and second appearance at Part 31. 1.7. Debriefing

with McBurnie following hearing. 1.1. Notes. 0.4. TCs court reporter. 1.0. Draft and send email to Kellner, cc to Beshar, Sullivan. 0.9. Day Total: 11.0.

04062007 TCs McBurnie. 0.3. TC WB regarding trial transcripts. 0.5. Email to Peter Beshar. 0.1. Email to Derek MacKenzie. 0.3. Attention to emails from court reporter. 0.3. Email to court reporter. 0.1. TC WB regarding trial logistics communications. 0.3. Review transcript. 0.8. Research regarding use of transcript software. 1.2. Day Total: 3.9.

04062007 WB: TC DKR regarding trial transcripts. 0.5. TC DKR regarding trial logistics communications. 0.3. Day Total: 0.8.

04072007 No time charged.

04082007 No time charged.

04092007 Attend pre-trial hearing for Gilman/McNenney trial. 2.5. Conference McBurnie. 3.0. TCs McBurnie. 1.1. Day Total: 6.6.

04102007 Attend Gilman/McNenney trial. (Note: Attendance at court includes travel.). 6.8. Conference and debriefing with McBurnie. 2.1. Email to Courtroom Connect. 0.2. Email to Derek MacKenzie. 0.1. Email to Dr. John Maher regarding trial developments. 0.3. Email to Scott Devereaux. 0.1. TC Randy Berkowitz. 0.3. Day Total: 9.9.

04102007 WB: Attend Gilman/McNenney trial. 6.8. Conference with DKR and McBurnie. 1.3. Day Total: 8.1.

04102007 JC: Court appearance for trial. 5.0. Day Total: 5.0.

04112007 Attend Gilman/McNenney trial at Part 31. 6.8. Conference and debriefing with McBurnie. 2.8. Email from Derek MacKenzie, Marsh. 0.2. Email from and to Courtroom Connect. 0.2. Emails to Dr. John Maher regarding trial. 0.3. Review research results. 0.5. Day Total: 10.8.

04112007 WB: Attend Gilman/McNenney trial. 5.7. Conference and debriefing with DKR and McBurnie. 2.8. Day Total: 8.5.

04112007 JC: Court appearance for trial. 6.5. Day Total: 6.5.

04122007 TCs McBurnie. 0.8. Emails from Courtroom Connect. 0.3. Email reply to Derek MacKenzie. 1.0. Attention to budgeting issue. 0.5. Email to Courtroom Connnect. 0.3. Email to Randy Berkowitz. 0.1. Transcript review. 1.2. Day Total: 4.2.

04132007 Attend Gilman/McNenney trial. 5.2. Conference and debriefing with McBurnie. 3.6. TCs McBurnie. 1.2. Day Total: 10.0.

04132007 WB: Attend Gilman/McNenney trial. 5.2. Conference and debriefing with DKR and McBurnie. 3.6. Day Total: 8.8.

04132007 JC: Court appearance for trial. 5.1. Day Total: 5.1.

04142007 No time charged.

04152007 Compile supplemental submission requested by Marsh concerning invoice details. 8.5. TCs McBurnie. 1.1. Email to McBurnie. 0.3. Day Total: 9.9.

04162007 TC McBurnie. 0.2. Attend Gilman/McNenney trial. 6.5. Conference and debriefing with McBurnie. 2.8. Email reply to Encore regarding accounts receivable. 0.4. Emails from Randy Berkowitz, court reporter. 0.2. Reply emails to Mr. Berkowitz. 0.2. Day Total: 10.3.

04162007 WB: Attend Gilman/McNenney trial. 5.5. Conference and debriefing with DKR and client. 1.6. Day Total: 7.1.

04172007 Attend Gilman/McNenney trial. 6.8. Conference with McBurnie. 1.3. Debriefing with WB. 0.3. TCs McBurnie. 1.2. Emails from and to Dr. John Maher regarding analysis of trial developments. 0.4. Email court reporter. 0.2. Email from Encore. 0.1. Day Total: 10.3.

04172007 WB: Attend Gilman/McNenney trial. 5.2. Conference with DKR and the client regarding trial developments. 1.3. Debriefing with DKR. 0.3. Day Total: 6.8.

04182007 Email to Derek MacKenzie. 0.1. Attend Gilman/McNenney trial. 6.2. Conference and debriefing with McBurnie. 1.8. TCs McBurnie. 0.4. Email to and from court reporter. 0.2. Finalize and send email to Derek MacKenzie. 0.8. Day Total: 9.5.

04182007 WB: Attend Gilman/McNenney trial. 5.0. Conference and debriefing with McBurnie. 1.8. Day Total: 6.8.

04192007 Review trial transcripts. 2.5. Email to WB regarding review management issue. 0.1. Review notes from coverage of trial. 1.3. Refer to grand jury material to correlate to prosecution case presentation points. 1.2. Further notes of analysis regarding case presented at trial. 0.8. Reference to Livenote website regarding use of software relevant to streaming transcript viewing. 0.4. Day Total: 6.3.

04202007 Attend Gilman/McNenney trial. 4.3. Debriefing with McBurnie. 1.0. Conference and debriefing with WB, including coordination of additional support for trial analysis, data

management issues, correlation to review of discovery. 2.8. TC Harvey Yarborough regarding scheduling and trial developments. 0.6. TCM Derek MacKenzie. 0.1. TCs McBurnie. 0.6. Email from court reporter, reply. 0.2. Day Total: 9.6.

04202007 WB: Attend Gilman/McNenney trial. 4.3. Conference and debriefing with DKR, including coordination of additional support for trial analysis, data management issues, correlation to review of discovery. 2.8. Day Total: 7.1.

04212007 TC McBurnie. 0.7. Email to court reporter regarding transcript material question. 0.1. Review and analyze emails from McBurnie. 1.2. Replies to McBurnie emails. 1.0. Day Total: 3.0.

04222007 Email from McBurnie. 0.1. Review transcript notes. 0.7. Compose and send email to McBurnie. 1.4. Day Total: 2.2.

04232007 Attend Gilman/McNenney trial. 5.9. Conference with McBurnie. 1.3. Conferences with Derek MacKenzie. 0.3. Debriefing with WB regarding trial developments, issues for attention and followup for subsequent trial application. 1.0. TCs McBurnie. 1.6. TCs WB regarding trial logistics question. 0.4. Email from court reporter, reply. 0.2. Day Total: 10.7.

04232007 WB: Attend Gilman/McNenney trial. 3.9. Conference with DKR and McBurnie. 1.3. Debriefing with DKR regarding trial developments, issues for attention and followup for subsequent trial application. 1.0. Day Total: 6.2.

04242007 Finalize and send email to Derek MacKenzie, Marsh. 0.9. Attend Gilman/McNenney trial. 6.7. Conference with Derek MacKenzie. 0.1. Conference with McBurnie. 1.3. TCs WB regarding trial developments, issues regarding witnesses. 0.7. TCs McBurnie. 1.0. Emails from court reporter, replies. 0.5. Analysis of notes and comments regarding Katherine Winter direct testimony. 0.8. Review trial transcript material regarding evidentiary issues. 0.6. Day Total: 12.6.

04242007 WB: TCs DKR regarding trial developments, issues regarding witnesses. 0.7. Day Total: 0.7.

04252007 Email from Encore and reply regarding status. 0.8. TC McBurnie. 0.7. Attend Gilman/McNenney trial. 5.8. Conference and debriefing with McBurnie. 3.3. Draft analysis regarding trial exhibits access issue. 1.5. TC Dr. John Maher regarding trial developments, trial exhibits access issue. 0.3. Day Total: 12.4.

04252007 JC: Court appearance for trial. 7.0. Day Total: 7.0.

04262007 Continue analysis of exhibits access issue, draft potential presentation points for court. 1.4. TC WB regarding trial developments. 0.4. Review Encore email regarding services. 0.7. Draft and send email to Derek MacKenzie regarding Encore Legal Solutions. 0.8. TCs McBurnie. 1.6. Email from court reporter regarding transcript correction and reply. 0.1. TC court reporter. 0.1. Review trial transcript material. 1.3. Research media question. 0.5. Day Total: 6.9.

04262007 WB: TC DKR regarding trial developments. 0.4. Day Total: 0.4.

04272007 TCs McBurnie. 0.5. Attend Gilman/McNenney trial. 5.0. Conference and debriefing with McBurnie. 2.1. Day Total: 7.6.

04282007 No time charged.

04292007 Trial transcript review. 2.4. Email from Encore and reply. 0.3. Email to McBurnie. 0.1. TCs McBurnie. 1.5. Email from court reporter and reply. 0.2. Note regarding fact preparation for upcoming witness. 0.5. Day Total: 5.0.

04302007 TCs McBurnie. 0.9. Email from and reply to Dr. John Maher regarding trial developments. 0.5. Day Total: 1.4.

PLEASE NOTE: Time charged is for Dane Keller Rutledge, Attorney at Law (DKR), unless otherwise noted by individual initials.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 195.5 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $133,917.50.

William C. Brunelle, Legal Assistant
TIME CHARGED (WB): 66.1 hours.
HOURLY RATE (WB): $225.00 per hour.
SUBTOTAL: $14,872.50.

Dr. John A. Maher, Consultant
TIME CHARGED (JAM): 3.3 hours (total time billed for March and April).
HOURLY RATE (JAM): $550.00 per hour.
SUBTOTAL: $1,815.00.

James Culleton, Attorney
TIME CHARGED (JC) : 23.6 hours.
HOURLY RATE (JC) : $400.00 per hour.
SUBTOTAL : $9,440.00

*Dane Keller Rutledge, Attorney at Law*

Harvey Yarborough, Managing Paralegal (Document Review)
TIME CHARGED: 3.2 hours.
HOURLY RATE: $235.00 per hour.
SUBTOTAL: $752.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $846.24.
SUBTOTAL: $846.24.


**TOTAL AMOUNT DUE FOR APRIL 2007: $173,132.52.**

**TOTAL UNPAID PREVIOUS BALANCE DUE: $2,294,654.62.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,467,787.14.**


ACCOUNT HISTORY:
10-14-2004 to 03-31-2007:
Total Billings (including expenses): $2,958,589.64.
Total Disbursements: $10,822.20.
Total Paid: $663,935.02.
Total Unpaid: $2,294,654.62.

CURRENT INVOICE:
04-01-2007 to 04-30-2007: $173,132.52.

TO DATE:
Total Billings to date (including expenses): $3,131,722.16.
Total Disbursements to date: $11,668.44.
Total Paid to date: $663,935.02.
Total Unpaid to date: $2,467,787.14.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,467,787.14.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-29-2007
For Period: 05-01-2007 to 05-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2007 through May 31, 2007** regarding NYS Attorney General investigation and related matters, including:

05012007 Attend Gilman/McNenney trial. 7.1. (Note: Attendance in court includes travel.) Conference and debriefing with McBurnie. 1.8. TCs McBurnie. 0.9. Review diary entries and draft supplemental information submission requested by Marsh. 2.6. Day Total: 12.4.

05022007 Finalize and send supplemental submission to Derek MacKenzie. 1.5. Attend Gilman/McNenney trial. 7.0. Conference with McBurnie. 1.3. TCs McBurnie. 0.5. Emails court reporter. 0.2. Day Total: 10.5.

05032007 Review Gilman/McNenney trial transcripts. 2.7. TCs McBurnie. 1.2. TC Kris Taylor, Encore Legal Solutions, regarding trial developments, case status. 0.3. Mailing to Encore. 0.3. Day Total: 4.5.

05042007 TCs McBurnie. 0.8. Attend Gilman/McNenney trial. 5.2. Conference with McBurnie. 1.3. Emails court reporter. 0.2. Day Total: 7. 5.

05052007 Review diary entries and draft supplemental information submission requested by Marsh. 1.9. Review trial transcripts. 1.3. TCs McBurnie. 1.6. Day Total: 4.8.

05062007 Draft supplemental information submission requested by Marsh. 2.6. Review trial transcripts. 1.5. TCs McBurnie. 1.8. Day Total: 5.9.

05072007 TCs McBurnie. 1.0. Finalize and send email to Derek MacKenzie, Marsh. 1.2. Attend Gilman/McNenney trial 5.8. Conference and debriefing with McBurnie. 2.4. TCM Richard Sullivan, Marsh. 0.1. TC James Culleton regarding trial developments. 0.2. Day Total: 10.7.

05082007 Attend Gilman/McNenney trial. 6.8. Conference and debriefing with McBurnie. 2.0. TCs McBurnie. 0.7. Day Total: 9.5.

05092007 Attend Gilman/McNenney trial 6.9. Conference and debriefing with McBurnie. 2.4. TCM Richard Sullivan, Marsh. 0.1. TC James Culleton regarding trial developments. 0.2. Day Total: 9.6.

05102007 Trial transcript review. 2.3. TCs McBurnie. 1.4. Day Total: 3.7.

05112007 Attend Gilman/McNenney trial. 5.3. Conference and debriefing with McBurnie. 2.0. TCs McBurnie. 0.7. Day Total: 8.0.

05122007 No time charged.

05132007 No time charged.

05142007 Attend Gilman/McNenney trial. 4.7. Conference with McBurnie. 2.0. Day Total: 6.7.

05152007 Attend Gilman/McNenney trial. 5.1. Conferences with McBurnie. 1.7. Review and analyze notes of trial and trial transcript. 2.3. Day Total: 9.1.

05162007 TCs McBurnie. 0.3. Attend Gilman/McNenney trial. 5.7. Conference and debriefing with McBurnie. 2.5. Email from court reporter. 0.2. Day Total: 8.7.

05172007 TCs McBurnie. 1.8. Review McBurnie emails. 0.7. Travel to and from Marsh meeting. 1.0. Meeting at Marsh with McBurnie, Richard Sullivan, and Derek MacKenzie. 1.8. Debriefing with McBurnie. 1.2. Email from Derek MacKenzie. 0.1. TCs Dr. John Maher regarding defense team projections. 0.6. TCs McBurnie. 1.1. Day Total: 8.3.

05182007 TCs McBurnie. 1.6. Review and analyze McBurnie emails. 1.2. Emails to McBurnie. 0.5. Email to Derek MacKenzie. 0.1. Attend Gilman/McNenney trial. 3.9. Conference with McBurnie. 0.9. Day Total: 8.2.

05192007 No time charged.

05202007 No time charged.

05212007 Email to McBurnie. 0.1. Attend Gilman/McNenney trial. 6.5. Conference and debriefing with McBurnie. 2.1. TCM Derek MacKenzie. 0.1. Email from Derek MacKenzie. 0.1. Emails to and from McBurnie. 0.5. Email to and from court reporter. 0.2. Drafting correspondence. 1.0. Day Total: 10.6.

05222007 Review emails from McBurnie. 0.4. Emails to and from Derek MacKenzie. 0.4. Attend Gilman/McNenney trial. 4.8. Conference and debriefing with McBurnie. 2.5. Email from and to court reporter. 0.2. TCs McBurnie. 1.2. Day Total: 9.5.

05232007 Email from Derek MacKenzie. 0.1. Emails to Derek MacKenzie. 0.2. Attend Gilman/McNenney trial. 3.2. Conferences with McBurnie. 2.0. TCMs Derek MacKenzie. 0.2. Emails to and from Derek MacKenzie. 0.5. TCs McBurnie. 1.2. Email to James Culleton regarding Gilman/McNenney trial update. 0.2. Trial transcript review. 1.0. Day Total: 8.6.

05242007 TCs McBurnie. 1.8. Emails McBurnie. 0.4. Notes of comments for McBurnie. 1.1. Drafting correspondence. 1.3. Partial payment received. Day Total: 4.6.

05252007 Review McBurnie email, forward by client instruction to Richard Sullivan and Derek MacKenzie. 0.3. Compose and send email to Derek MacKenzie, copied to McBurnie and Sullivan. 0.7. DKR and McBurnie attend meeting at Marsh Conference Room 37B with Rich Sullivan and Derek MacKenzie. 2.3. Travel. 1.0. Conference with McBurnie. 2.3. TCs McBurnie. 2.2. Day Total: 8.8.

05262007 TCs McBurnie. 0.8. Revised analysis of budgetary needs for McBurnie defense going forward. 1.7. Compose and send email to Dr. John Maher regarding trial testimony analysis. 0.6. Day Total: 3.1.

05272007 Review and analyze McBurnie email. 0.3. Compose and send email reply to McBurnie. 0.8. TCs McBurnie. 1.6. Day Total: 2.7.

05282007 Trial transcript review. 3.5. TCs McBurnie. 2.0. Draft memorandum to McBurnie. 1.2. Day Total: 6.7.

05292007 TCs McBurnie. 1.8. Review correspondence. 1.5. Day Total: 3.3.

05302007 Review email from Richard Sullivan to McBurnie, cc DKR. 0.1. TCs McBurnie. 2.1. Email exchanges with McBurnie. 5.2. Day Total: 7.4.

05312007 Emails to and from Encore. 0.5. Email exchanges with McBurnie. 4.5. TCs McBurnie. 2.0. Day Total: 7.0.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 200.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $137,274.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Dane Keller Rutledge, Attorney at Law*

<u>Disbursements Charged</u>:
Meals: $770.70.
Fed Ex: $21.40.
<u>SUBTOTAL: $792.10.</u>

**TOTAL AMOUNT DUE FOR MAY 2007: $149,555.38.**

**TOTAL PREVIOUS BALANCE: $2,467,787.14.**

**PAYMENT (RECEIVED 05-24-2007): $374,993.72.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,242,348.80.**

<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 04-30-2007:</u>
Total Billings (including expenses): $3,131,722.16.
Total Disbursements: $11,668.44.
Total Paid: $663,935.02.
Total Unpaid: $2,467,787.14.

<u>PAYMENT:</u>
<u>05-24-2007: $374,993.72.</u>

<u>CURRENT INVOICE:</u>
<u>05-01-2007 to 05-31-2007: $149,555.38.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $3,281,277.54.
Total Disbursements to date: $12,460.54.
Total Paid to date: $1,038,928.74.
<u>Total Unpaid to date: $2,242,348.80.</u>

**Please pay this amount: $2,242,348.80.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 07-31-2007
For Period: 06-01-2007 to 06-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2007 through June 30, 2007** regarding NYS Attorney General investigation and related matters, including:

06012007 TCs McBurnie. 0.7. Review McBurnie emails. 0.5. Review and reply to Courtroom Connect email regarding trial coverage support. 0.3. TCs McBurnie. 1.5. TC Encore Legal Solutions. 0.3. Correspondence with Encore. 0.3. Day Total: 3.6.

06022007 Review and reply to email from McBurnie. 0.5. Day Total: 0.5.

06032007 No time charged.

06042007 Attend Gilman/McNenney trial. 6.8. (Note: Attendance in court includes travel.) Conference and debriefing with McBurnie. 2.0. Day Total: 8.8.

06052007 Attend Gilman/McNenney trial. 6.9. Conference and debriefing with McBurnie. 2.2. TCs McBurnie. 0.4. Day Total: 9.5.

06062007 Attend Gilman/McNenney trial. 6.8. Conference and debriefing with McBurnie. 2.5. TCs McBurnie. 0.6. Day Total: 9.9.

06072007 Analysis and notes regarding future trial allocations. 1.5. Transcript review. 2.3. TCs McBurnie. 0.8. Draft email to James Culleton regarding case developments. 0.5. TC James Culleton regarding case developments. 0.4. Draft email to Dr. John Maher regarding case developments. 0.5. Day Total: 6.0.

06082007 Attend Gilman/McNenney trial. 4.0. Debriefing with McBurnie. 0.7. TCs McBurnie. 1.5. Day Total: 6.2.

06092007 Transcript review. 2.3. Review trial notes. 0.7. Day Total: 3.0.

06102007 No time charged.

06112007 Attend Gilman/McNenney trial 3.9. Debriefing with McBurnie. 0.8. TCs McBurnie. 1.5. Receive and review email from Derek MacKenzie, Marsh. 0.7. Emails to McBurnie. 0.2. Review transcripts and trial notes. 1.0. Day Total: 8.1.

06122007 Draft correspondence. 1.3. Remark McBurnie emails and reply. 1.1. Transcript review. 1.5. TCs McBurnie. 0.8. Day Total: 4.7.

06132007 Attend Gilman/McNenney trial. 7.0. Conference and debriefing with McBurnie. 2.4. TCs McBurnie. 0.2. Day Total: 9.6.

06142007 Review file notes regarding McBurnie questions. 0.7. Draft remarks to McBurnie email and questions. 1.2. TCs McBurnie. 1.0. Transcript review. 1.4. Day Total: 4.3.

06152007. Attend Gilman/McNenney trial. 5.9. Conference with McBurnie. 1.4. Review file notes. 0.6. Review emails. 0.5. Draft remarks to McBurnie questions. 1.0. Day Total: 9.4.

06162007 TCs McBurnie. 0.9. Day Total: 0.9.

06172007 TCs McBurnie. 1.2. Drafting correspondence. 1.5. Day Total: 2.7.

06182007 TCs McBurnie. 1.3. Email court reporter. 0.2. Transcript review (in lieu of court attendance). 4.6. Day Total: 6.1.

06192007 TCs McBurnie. 0.9. Email court reporter. 0.2. Transcript review (in lieu of court attendance). 5.5. Day Total: 6.6.

06202007 Attend Gilman/McNenney trial. 7.2. Conference and debriefing with McBurnie. 2.0. Day Total: 9.2.

06212007 Transcript review. 2.0. TCs McBurnie. 0.8. Day Total: 2.8.

06222007 Attend Gilman/McNenney trial. 5.0. Conference and debriefing with McBurnie. 1.8. TCs McBurnie. 0.7. Day Total: 7.5.

06232007 Review correspondence and emails. 1.4. TCs McBurnie. 0.6. Day Total: 2.0.

06242007 No time charged.

06252007 Attend Gilman/McNenney trial. 6.8. Conference and debriefing with McBurnie. 1.9. Day Total: 8.7.

06262007 Transcript review. 1.2. Attend Gilman/McNenney trial. 6.8. Conference and debriefing with McBurnie. 2.3. TC McBurnie. 0.5. Day Total: 10.8.

06272007 TC James Culleton regarding case details. 0.3. TC McBurnie. 0.4. Day Total: 0.7.

06282007 TC McBurnie. 0.4. Transcript review. 1.5. Day Total: 1.9.

06292007 Attend Gilman/McNenney trial. 5.4. Debriefing with McBurnie. 2.1. Transcript review. 0.8. Review trial notes. 0.6. TC McBurnie. 0.3. Day Total: 9.2.

06302007 TCs McBurnie. 1.2. Transcript review. 2.3. Day Total: 3.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 156.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $106,997.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $473.75.
Fed Ex: $14.50.
SUBTOTAL: $488.25.

**TOTAL AMOUNT DUE FOR JUNE 2007: $118,974.53.**

**TOTAL PREVIOUS BALANCE: $2,242,348.80.**

**PAYMENT (RECEIVED 07-12-2007): $700,000.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,661,323.33.**

ACCOUNT HISTORY:
10-14-2004 to 05-31-2007:
Total Billings (including expenses): $3,281,277.54.
Total Disbursements: $12,460.54.
Total Paid: $1,038,928.74.
Total Unpaid: $2,242,348.80.

PAYMENT:
07-12-2007: $700,000.00.

CURRENT INVOICE:
06-01-2007 to 06-30-2007: $118,974.53

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $3,400,252.07.
Total Disbursements to date: $12,948.79.
Total Paid to date: $1,738,928.74.
<u>Total Unpaid to date: $1,661,323.33.</u>

**Please pay this amount: $1,661,323.33.**


**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                    REVIEWED AND APPROVED:
New York, New York 10016
                                                   _____
Thank you very much for your kind attention.        William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-24-2007
For Period: 07-01-2007 to 07-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2007 through July 31, 2007** regarding NYS Attorney General investigation and related matters, including:

07012007 Review and analysis of trial transcripts and trial notes. 4.0. TCs McBurnie. 1.8. Day Total: 5.8.

07022007 Attend Gilman/McNenney trial. 7.0. Conference and debriefing with McBurnie. 2.3. TCs McBurnie. 0.7. Day Total: 10.0.

07032007 Attend Gilman/McNenney trial. 6.2. Conference and debriefing with McBurnie. 2.0. Review and analyze email from Derek MacKenzie, Marsh. 0.3. TCs McBurnie. 0.6. Review transcripts. 1.2. Day Total: 10.3.

07042007 TCs McBurnie. 1.5. Email to Derek MacKenzie, Marsh. 0.4. Day Total: 1.9.

07052007 Review transcripts. 2.5. Review trial notes. 1.4. Review and analyze emails from Derek MacKenzie, Marsh. 0.5. TCs McBurnie. 1.5. Draft correspondence. 1.8. Day Total: 7.7.

07062007 Draft and send email to Derek MacKenzie, Marsh. 0.9. Notes regarding trial logistics. 0.8. TCs McBurnie. 1.2. Day Total: 2.9.

07072007 No time charged.

07082007 No time charged.

07092007 No time charged.

07102007 No time charged.

07112007 TCMs Derek MacKenzie, Marsh. 0.2. TCs McBurnie. 0.6. Emails to Derek MacKenzie. 0.5. Emails McBurnie. 0.4. Analysis and comments regarding McBurnie emails. 2.5. Day Total: 4.2.

07122007 Review emails from Derek MacKenzie, Marsh. 0.4. Draft correspondence. 1.2. TCs McBurnie. 0.5. Emails McBurnie. 0.3. Day Total: 2.4.

07132007 Review and analyze email from Derek MacKenzie, Marsh. 0.6. TCs McBurnie. 0.6. Review McBurnie email. 0.5. Draft and send email to Derek MacKenzie. 1.5. Day Total: 3.2.

07142007 Transcript review. 4.5. Day Total: 4.5.

07152007 – 07272007 No time charged.

07282007 Transcript review. 4.0. Day Total: 4.0.

07292007 Transcript review. 8.5. Day Total: 8.5.

07302007 Review and respond to McBurnie emails. 2.0. Attend Gilman/McNenney trial. 7.2. Conference with McBurnie. 0.3. TCs McBurnie. 0.9. TC regarding case developments. 1.8. Day Total: 12.2.

07312007 Attend Gilman/McNenney trial. 7.1. TCs McBurnie. 0.9. Conference with McBurnie. 0.7. Transcript review. 1.5. Notes of analysis of trial developments. 0.5. Receive and reply to email from Brian Kenny, Marsh. 0.2. Receive and reply to email from Encore Legal Solutions. 0.3. Day Total: 11.2.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 88.8 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $60,828.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $72.00.
Telephone: $80.00.
SUBTOTAL: $152.00.

**TOTAL AMOUNT DUE FOR JULY 2007: $72,469.28.**

**TOTAL PREVIOUS BALANCE: $1,661,323.33.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,733,792.61.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 06-30-2007:
Total Billings (including expenses): $3,400,252.07.
Total Disbursements: $12,948.79.
Total Paid: $1,738,928.74.
Total Unpaid: $1,661,323.33.

CURRENT INVOICE:
07-01-2007 to 07-31-2007: $72,469.28.

TO DATE:
Total Billings to date (including expenses): $3,472,721.35.
Total Disbursements to date: $13,100.79.
Total Paid to date: $1,738,928.74.
Total Unpaid to date: $1,733,792.61.

**Please pay this amount: $1,733,792.61.**


**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

3

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-27-2007
For Period: 08-01-2007 to 08-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2007 through August 31, 2007** regarding <u>**NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning MMC Securities Litigation matter)**</u>:

08012007 Draft trial issues analysis. 0.8. Attend Gilman/McNenney trial. 6.4. TCs McBurnie. 0.9. Transcript review. 0.7. Trial exhibits analysis. 0.7. Conference with McBurnie. 2.5. Day Total: 12.0.

08022007 TCM Eliot Moskowitz, Davis Polk, regarding erroneous data production by Kroll. 0.1. Email to Encore Legal Solutions. 0.3. Email from and to Courtroom Connect. 0.2. Email from court reporter. 0.1. Research regarding defense strategy issues. 1.6. Research regarding NYAG investigation issues. 1.4. Transcript review. 1.8. TCs McBurnie. 1.3. Day Total: 6.8.

08032007 Attend Gilman/McNenney trial. 7.2. Conference with McBurnie. 0.4. TCs McBurnie. 0.8. Transcript review. 0.8. Review file notes regarding transactions. 1.0. Individual transaction analysis. 0.7. TCM from Eliot Moskowitz, Davis Polk, regarding Kroll production error. 0.1. Day Total: 11.0.

08042007 Review McBurnie emails. 0.6. Emails to Dr. John Maher regarding case developments. 0.4. Review transcripts. 1.3. Email to court reporter. 0.1. Review trial notes. 0.2. TCs McBurnie. 1.2. Review McBurnie emails. 0.6. Analyze trial transaction issue. 0.5. Day Total: 4.9.

08052007 No time charged.

08062007 Review individual transactions analyses. 0.8. Attend Gilman/McNenney trial. 7.0. TCs McBurnie. 0.9. Review transcripts. 0.9. Day Total: 9.6.

08072007 Attend Gilman/McNenney trial. 7.2. Email to McBurnie. 0.2. TCs McBurnie. 0.8. Email to court reporter. 0.1. Review transcript. 1.0. Day Total: 9.3.

08082007 Attend Gilman/McNenney trial. 5.9. TCs McBurnie. 0.8. Review transcripts. 0.7. Day Total: 7.4.

08092007 No time charged.

08102007 TCs McBurnie. 0.9. Review McBurnie email. 0.3. Attend Gilman/McNenney trial. 6.0. Conference with McBurnie. 1.5. Day Total: 8.7.

08112007 Transcript review. 1.8. Review transaction facts from file notes. 1.5. Day Total: 3.3.

08122007 No time charged.

08132007 Review trial notes. 0.5. Review McBurnie email. 1.1. Research regarding future trial issues. 1.2. Day Total: 2.8.

08142007 Review and reply to emails from McBurnie. 0.7. Research regarding future trial issues. 0.9. TCM McBurnie. 0.1. Emails to McBurnie. 0.7. Review transactions notes. 0.7. Day Total: 3.1.

08152007 Review McBurnie emails. 0.5. Attend Gilman/McNenney trial. 7.2. Email to McBurnie. 0.2. Review email from Eliot Moskowitz, Davis Polk, regarding erroneous electronic data production by Kroll. 0.1. TCs McBurnie. 0.7. Review trial notes. 0.5. Day Total: 9.2.

08162007 Attend Gilman/McNenney trial. 5.0. Transcript review. 2.0. Review of trial notes. 0.6. TCs McBurnie. 0.5. Review McBurnie email. 0.4. Day Total: 8.5.

08172007 TCs McBurnie. 1.2 Day Total: 1.2.

08182007 No time charged.

08192007 No time charged.

08202007 No time charged.

08212007 Prepare list of transaction issues for search purposes. 4.5. Analyze transcript material. 2.7. Day Total: 7.2.

08222007 Research regarding electronic discovery search issues. 2.2. Review notes of search criteria. 1.0. Day Total: 3.2.

08232007 No time charged.

08242007 No time charged.

08252007 Analyze witness testimony regarding specific transactions and correlate count-specific analyses. 5.5. TCs McBurnie. 1.2. Day Total: 6.7.

08262007 TCs McBurnie. 0.9. Analyze witness testimony regarding specific transactions and correlate count-specific analyses. 6.0. Day Total: 6.9.

08272007 No time charged.

08282007 No time charged.

08292007 No time charged.

08302007 Draft email to Brian Kenny, Marsh. 0.2. Retrieve and review case correspondence file. 0.3. Research regarding NYAG investigation. 0.5. Research notes. 0.3. TC regarding case developments. 0.5. Day Total: 1.8.

08312007 Finalize and send email to Brian Kenny. 0.4. Emails to McBurnie. 0.3. Review emails from McBurnie. 0.7. Review trial transcript material. 1.4. Analyze and correlate transaction-specific issues from testimony. 4.6. Day Total: 7.4.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 131.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $89,735.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $56.50.
Travel: $68.00.
Fed Ex: $25.00.
SUBTOTAL: $149.50.

**TOTAL AMOUNT DUE FOR AUGUST 2007: $101,373.78.**

**TOTAL PREVIOUS BALANCE: $1,733,792.61.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,835,166.39.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 07-31-2007:
Total Billings (including expenses): $3,472,721.35.
Total Disbursements: $13,100.79.
Total Paid: $1,738,928.74.
Total Unpaid: $1,733,792.61.

CURRENT INVOICE:
08-01-2007 to 08-31-2007: $101,373.78.

TO DATE:
Total Billings to date (including expenses): $3,574,095.13.
Total Disbursements to date: $13,250.29.
Total Paid to date: $1,738,928.74.
Total Unpaid to date: $1,835,166.39.

**Please pay this amount: $1,835,166.39.**


**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016
                                         _____
Thank you very much for your kind attention.          William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-15-2007
For Period: 09-01-2007 to 09-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2007 through September 30, 2007** regarding <u>**NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning MMC Securities Litigation matter)**</u>:

09012007 No time charged.

09022007 No time charged.

09032007 Review trial transcripts. 1.9. Review trial notes. 0.7. Review McBurnie email. 0.4. Day Total: 3.0.

09042007 Review of trial notes. 0.7. Attend Gilman/McNenney trial. 7.4. (Trial attendance includes travel.) TCs McBurnie. 1.2. Day Total: 9.3.

09052007 Attend Gilman/McNenney trial. 6.0. TCs McBurnie. 1.2. Review emails. 0.2. Review trial notes. 0.6. Day Total: 8.0.

09062007 Review emails from McBurnie. 0.5. Draft and send email to Encore Legal Solutions. 0.5. Receive and review email form Encore Legal Solutions. 0.1. Review trial transcripts. 2.5. Email to Dr. John Maher regarding case developments. 0.3. Review trial notes. 0.6. Review notes regarding upcoming witnesses. 0.9. Day Total: 5.4

09072007 No time charged.

09082007 TCs McBurnie. 1.0. Day Total: 1.0.

09092007 TCs McBurnie. 0.5. Review trial transcripts. 1.4. Review trial notes. 0.6. Research regarding civil cases pertaining to case. 2.0. Day Total: 4.5.

09102007 Attend Gilman/McNenney trial. 7.3. TCs McBurnie. 0.9. Review trial notes. 1.2. Prepare defense analyses from trial developments. 1.0. Review email. 0.1. Research regarding collateral cases. 0.5. Day Total: 11.0.

09112007 Attend Gilman/McNenney trial. 6.3. Transcript review. 1.8. TCs McBurnie. 1.1. Day Total: 9.2.

09122007 Attend Gilman/McNenney trial. 4.5  Conference McBurnie. 2.3. TCs McBurnie. 0.5. Review trial notes and transcript. 1.0. Day Total: 8.3.

09132007 TCs McBurnie. 0.5. Transcript review. 0.6. Analyze trial testimony and documents issues. 2.1. Day Total: 3.2.

09142007 Attend Gilman/McNenney trial. 5.3. TCs McBurnie. 0.7. Review transcripts. 0.8. Day Total: 6.8.

09152007 No time charged.

09162007 No time charged.

09172007 Attend Gilman/McNenney trial. 7.4. TCs McBurnie. 0.5. Review McBurnie email. 0.3. Day Total: 8.2.

09182007 Attend Gilman/McNenney trial. 6.3. TCs McBurnie. 0.8. Review transcripts and trial notes. 1.1. Analyze trial documents issues. 0.7. Day Total: 8.9.

09192007 Attend Gilman/McNenney trial. 7.2. Day Total: 7.2.

09202007 Analysis of witness testimony issues. 1.5. Review transactional documents in files. 1.0. Review notes regarding specific transactions. 0.5. TCs McBurnie. 0.7. Day Total: 3.7.

09212007 Transcript review. 0.9. TCs McBurnie. 0.6. Review McBurnie emails. 0.6. Documents review regarding transaction issues. 1.2. Notes of issues regarding witness testimony. 1.0. Review trial notes. 0.4. Day Total: 4.7.

09222007 No time charged.

09232007 No time charged.

09242007 Attend Gilman/McNenney trial. 6.3. Analysis of witness testimony issues. 1.6. Review McBurnie emails. 0.7. TCs McBurnie. 1.2. Review transcript. 0.7. Review trial notes. 0.3. Day Total: 10.8.

09252007 Attend Gilman/McNenney trial. 7.2. Conference with McBurnie. 0.8. Review transcript. 1.2. Review McBurnie email. 0.2. TCs McBurnie. 1.0. Day Total: 10.4.

09262007 Attend Gilman/McNenney trial. 7.2. Conference with McBurnie. 1.3. Review transcript. 1.0. TCs McBurnie. 0.8. Day Total: 10.3.

09272007 TCs McBurnie. 0.5. Transcript review. 1.2. Analysis of testimony regarding specific transaction issues. 2.3. Emails Encore Legal Solutions. 0.4. Research regarding investigation issues. 1.2. Day Total: 5.6.

09282007 Review email from McBurnie. 0.2. TCs McBurnie. 0.9. Draft corrrespondence. 1.5. Conference with McBurnie. 1.8. Notes of trial testimony issues. 1.4. Day Total: 5.8.

09292007 Review and remark email from McBurnie. 0.8. Draft correspondence. 2.0. Total: 2.8.

09302007 Review and remark email from McBurnie. 1.0. Emails to McBurnie. 0.2. TC McBurnie. 0.2. Review notes and materials pertinent to review and search methodology concerning electronic discovery data. 2.5. Review witness testimony issues notes. 1.4. Day Total: 5.3.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 153.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $105,079.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $256.39.
SUBTOTAL: $256.39.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2007: $116,824.67.**

**TOTAL PREVIOUS UNPAID BALANCE: $1,835,166.39.**

**PAYMENT (RECEIVED 10-15-2007): $61,977.53.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,890,013.53.**

ACCOUNT HISTORY:
10-14-2004 to 08-31-2007:
Total Billings (including expenses): $3,574,095.13.
Total Disbursements: $13,250.29.
Total Paid: $1,738,928.74.
Total Unpaid: $1,835,166.39.

*Dane Keller Rutledge, Attorney at Law*

PAYMENT:
10-15-2007: $61,977.53.

CURRENT INVOICE:
09-01-2007 to 09-30-2007: $116,824.67.

TO DATE:
Total Billings to date (including expenses): $3,690,919.80.
Total Disbursements to date: $13,506.68.
Total Paid to date: $1,800,906.27.
Total Unpaid to date: $1,890,013.53.

**Please pay this amount: $1,890,013.53.**


**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-28-2007
For Period: 10-01-2007 to 10-31-2007

# INVOICE FOR LEGAL SERVICES

## SUMMARY OF LEGAL SERVICES RENDERED

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2007 through October 31, 2007** regarding **NYS Attorney General investigation and related matters**:

10012007 Attend Gilman/McNenney trial (Trial attendance includes travel). 7.0. TCs McBurnie. 0.5. Conference with McBurnie. 1.2. Draft correspondence to Peter Beshar, Marsh. 0.8. Review McBurnie email material. 0.6. Day Total: 10.1.

10022007 Conference with McBurnie. 0.3. Attend Gilman/McNenney trial. 7.4. TCs McBurnie. 0.7. Review and remark McBurnie emails. 0.5. Draft correspondence. 1.4. Review trial notes. 0.2. Email to court reporter. 0.1 Review transcript particulars. 0.6. Day Total: 11.2.

10032007 Finalize and send email to Peter Beshar, Marsh. 0.8. Review emails from McBurnie. 0.3. Attend Gilman/McNenney trial. 7.4. Review trial notes. 0.4. Review transcript. 0.6. Day Total: 9.5.

10042007 Review email from Dr. John Maher. 0.1. Review emails from McBurnie. 0.4. TCs McBurnie. 1.3. Draft correspondence. 0.6. Analyze trial transcript particulars. 2.1. Day Total: 4.5.

10052007 Review emails from McBurnie. 0.5. TCM Peter Beshar, Marsh. 0.1. Email to McBurnie. 0.4. TCs McBurnie. 0.9. Conference with McBurnie. 1.2. Day Total: 3.1.

10062007 No time charged.

10072007 No time charged.

10082007 Review email from Derek MacKenzie, Marsh. 0.1. Review letter from Derek MacKenzie. 0.1. TCs McBurnie. 1.2. TCMs Peter Beshar, Marsh. 0.2. TCs Kris Taylor, Encore Legal Solutions, concerning discovery review. 0.7. Email to McBurnie. 0.2. Preparation for upcoming status conference. 1.3. Review notes regarding current witness. 0.3. Review notes and analyze electronic data search methods and criteria. 3.3. Day Total: 7.4.

10092007 Attend status conference in re co-defendants, then attend Gilman/McNenney trial. 7.8. Email McBurnie. 0.1. Review trial transcript. 0.8. TCs McBurnie. 0.9. Review trial notes. 0.3. Analysis of witness prior testimony. 0.6. Day Total: 10.5.

10102007 Review McBurnie email. 0.3. Attend Gilman/McNenney trial. 7.3. Review email from Derek MacKenzie, Marsh. 0.1. TCs McBurnie. 0.8. Draft correspondence. 0.8. Review transcript. 0.9. Review trial notes. 0.2. Review fact transactions notes. 0.5. Day Total: 10.9.

10112007 Review of trial transcripts. 2.8. Analysis regarding testimony concerning particular transactions. 1.6. Analysis of trial exhibit data. 0.9. TCs McBurnie. 0.8. Day Total: 6.1.

10122007 Analysis of trial witness testimony. 4.5. Day Total: 4.5.

10132007 No time charged.

10142007 No time charged.

10152007 Attend Gilman/McNenney trial. 7.5. TCs McBurnie. 1.8. Review transcript. 0.6. Draft correspondence. 2.0. Review witness scheduling details. 0.2. Day Total: 12.1.

10162007 Attend Gilman/McNenney trial. 7.5. Review transcripts. 1.2. TCs McBurnie. 0.7. Review trial notes. 0.8. Day Total: 10.2.

10172007 Attend Gilman/McNenney trial. 7.7. Analysis regarding possible motions. 1.5. Review trial notes. 0.7. Review transcript. 0.4. TCs McBurnie. 0.7. Day Total: 11.0.

10182007 TCs McBurnie. 0.8. Conference with McBurnie. 2.0. Review transcripts. 1.2. Draft correspondence. 0.6. Day Total: 4.6.

10192007 Attend Gilman/McNenney trial. 7.6. Conference with McBurnie. 0.8. TCs McBurnie. 0.9. Review trial notes. 0.6. Review transcript. 0.5. Analysis of testimony issues. 1.3. Day Total: 11.7.

10202007 No time charged.

10212007 No time charged.

10222007 Attend Gilman/McNenney trial. 7.5. Conference with McBurnie. 1.3. TCs McBurnie. 1.5. Research and analysis regarding witness issue. 1.6. Day Total: 11.9.

10232007 TCs McBurnie. 1.0. Review McBurnie emails. 0.8. Research regarding witness issue. 5.0. TC Jim Culleton regarding witness issue. 0.3. Review transcripts. 0.9. Day Total: 8.0.

10242007 Attend Gilman/McNenney trial. 6.7. Conference with McBurnie. 2.7. Transcript review. 0.6. Review McBurnie emails. 1.0. Analysis of trial exhibit issue. 0.6. Day Total: 11.6.

10252007 Research and analysis regarding trial logistics issues. 2.7. TCs McBurnie. 0.4. Draft correspondence. 2.5. Email McBurnie. 0.3. Emails Courtroom Connect. 0.2. Research regarding trial testimony. 0.8. Day Total: 6.9.

10262007 Attend Gilman/McNenney trial. 5.3. TCs McBurnie. 0.9. Day Total: 6.2.

10272007 TCs McBurnie. 0.5. Day Total: 0.5.

10282007 No time charged.

10292007 Attend Gilman/McNenney trial. 6.5. Review trial transcripts. 1.6. TCs McBurnie. 0.9. Day Total: 9.0.

10302007 Attend Gilman/McNenney trial. 7.4. TCs McBurnie. 0.7. Transcript review. 0.9. Review trial notes. 1.0. Day Total: 10.0.

10312007 Attend Gilman/McNenney trial. 6.4. TCs McBurnie. 0.5. Transcript review. 0.7. Day Total: 7.6.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 199.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $136,383.50.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $330.75.
Travel: $144.00.
Fed Ex: $25.00.
SUBTOTAL: $499.75.

**TOTAL AMOUNT DUE FOR OCTOBER 2007: $148,372.53.**

**TOTAL PREVIOUS UNPAID BALANCE: $1,890,013.53.**

**PAYMENTS (RECEIVED 10-22-2007, 11-19-2007): $123,280.06.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,915,106.00.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 09-30-2007:
Total Billings (including expenses): $3,690,919.80.
Total Disbursements: $13,506.68.
Total Paid: $1,800,906.27.
Total Unpaid: $1,890,013.53.

PAYMENTS: 10-22-2007, 11-19-2007: $123,280.06.

CURRENT INVOICE:
10-01-2007 to 10-31-2007: $148,372.53.

TO DATE:
Total Billings to date (including expenses): $3,839,292.33.
Total Disbursements to date: $14,006.43.
Total Paid to date: $1,924,186.33.
Total Unpaid to date: $1,915,106.00.

**Please pay this amount: $1,915,106.00.**


**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-22-2007
For Period: 11-01-2007 to 11-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2007 through November 30, 2007** regarding **NYS Attorney General investigation and related matters**:

11012007 Email to Encore Legal Solutions. 0.2. Email to Dr. John Maher regarding case update. 0.2. Emails from and to McBurnie. 0.9. Transcript review. 2.3. Review trial notes. 0.3. Review file regarding specific fact transactions analysis. 2.7. TCs McBurnie. 0.9. Day Total: 7.5.

11022007 Transcript review. 3.5. TCs McBurnie. 0.7. Attention to case management issues. 2.5. Day Total: 6.7.

11032007 Transcript review. 3.7. Testimony analysis. 1.0. Review regarding transaction. 0.6. TCs McBurnie. 0.4. Day Total: 5.7.

11042007 TCs McBurnie. 1.0. Analysis of trial testimony. 0.5. Day Total: 1.5.

11052007 Attend Gilman/McNenney trial. (Trial attendance includes travel). 7.7. TCs McBurnie. 0.8. Transcript review. 1.3. Day Total: 9.8.

11062007 TCs McBurnie. 1.7. Draft correspondence. 1.8. Emails to and from McBurnie. 1.3. Analysis regarding defense logistics and case management issues. 2.5. Day Total: 7.3.

11072007 Attend Gilman/McNenney trial. 5.8. Review trial notes. 0.2. Transcript review. 0.9. Testimony analysis. 1.2. TCs McBurnie. 0.7. Day Total: 8.8.

11082007 Attention to defense strategy and logistics issues. 1.8. Correspondence regarding case management. 2.5. Transcript review. 1.1. Notes of analysis. 0.5. Day Total: 5.9.

11092007 Attend Gilman/McNenney trial. 6.0. TCs McBurnie. 0.8. Transcript review. 1.2. Day Total: 8.0.

11102007 No time charged.

11112007 No time charged.

11122007 TCs McBurnie 1.7. Transcript review. 1.7. Analysis of testimony regarding transactions. 0.8. Day Total: 4.2.

11132007 Attend Gilman/McNenney trial. 7.5. TCs McBurnie. 0.9. Transcript review. 1.1. Media research relevant to case dynamics. 0.9. Day Total: 10.4.

11142007 TCs McBurnie. 1.7. Review trial notes. 0.8. Draft correspondence. 1.0. Analysis regarding case logistical issues. 1.3. Email Encore Legal Solutions. 0.1. TC Encore Legal Solutions. 0.1. Day Total: 5.0.

11152007 Analysis regarding case logistics needs. 1.4. Review search criteria questions regarding use of web review tool. 2.2. Emails Encore Legal Solutions. 0.8. TCs Encore Legal Solutions. 0.2. Participate in Encore training session regarding electronic data review. 1.7. TCs McBurnie. 0.3. Notes regarding discovery search criteria. 0.7. Review trial notes. 0.4. Day Total: 7.7.

11162007 Attend Gilman/McNenney trial. 6.7. Transcript review. 1.0. Conference with McBurnie. 0.7. TCs McBurnie. 0.8. Analysis of testimony issues. 1.2. Day Total: 10.4.

11172007 Transcript review. 0.8. Review trial notes. 0.5. TC McBurnie. 0.2. Analysis of testimony issues. 1.1. Review notes regarding electronic data review issues. 1.2. Day Total: 3.8.

11182007 Electronic discovery search. 3.5. TCs McBurnie. 1.2. Emails to and from McBurnie. 0.9. Day Total: 5.6.

11192007 Attend Gilman/McNenney trial. 6.7. TCs McBurnie. 0.9. Transcript review. 0.7. Analyze trial testimony issues. 1.3. Review substantive notes regarding individual account transactions and prior testimony. 1.5. Day Total: 11.1.

11202007 Attend Gilman/McNenney trial. 7.3. TCs McBurnie. 1.5. Conference with McBurnie. 2.6. Analysis of trial testimony. 0.8. Notes regarding witness issues. 0.6. Day Total: 12.8.

11212007 Communications with Encore Legal Solutions. 0.4. Electronic discovery data review and notes regarding search and followup questions. 3.0. TCs McBurnie. 0.7. Day Total: 4.1.

11222007 No time charged.

11232007 No time charged.

11242007 No time charged.

11252007 Transcript review. 2.2. Trial notes analysis. 1.5. Day Total: 3.7.

11262007 Attend Gilman/McNenney trial. 7.8. TCs McBurnie. 0.9. Transcript review. 1.2. Testimony analysis. 1.3. Day Total: 11.2.

11272007 Attend Gilman/McNenney trial. 6.6. TCs McBurnie. 0.8. Emails McBurnie. 0.6. Analysis of trial testimony. 0.8. Analysis of transaction facts. 1.2. Review trial notes. 0.5. Email to Encore Legal Solutions. 0.2. Day Total: 10.7.

11282007 Attend Gilman/McNenney trial. 7.1. Conference with McBurnie. 0.5. TCs McBurnie. 0.8. Review analysis notes from McBurnie. 1.5. Transcript review. 0.9. Day Total: 10.8.

11292007 TCs McBurnie. 1.5. Review analytical notes from McBurnie. 1.0. Analysis regarding factual transactions. 0.7. Review trial notes. 0.6. Transcript review. 1.5. Review file analysis regarding email evidence. 1.4. Day Total: 6.7.

11302007 Attend Gilman/McNenney trial. 6.5. TCs McBurnie. 1.0. Meeting concerning future defense logistics. 4.5. Day Total: 12.0.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 191.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $131,109.00.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $391.00.
Travel: $680.00.
Fed Ex: $23.00.
SUBTOTAL: $1,094.00.

**TOTAL AMOUNT DUE FOR NOVEMBER 2007: $143,692.28.**

**TOTAL PREVIOUS UNPAID BALANCE: $1,915,106.00.**

**PAYMENT (RECEIVED 12-18-2007): $61,745.67.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,997,052.61.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 10-31-2007:
Total Billings (including expenses): $3,839,292.33.
Total Disbursements: $14,006.43.
Total Paid: $1,924,186.33.
Total Unpaid: $1,915,106.00.

PAYMENT: 12-18-2007: $61,745.67.

CURRENT INVOICE:
11-01-2007 to 11-30-2007: $143,692.28.

TO DATE:
Total Billings to date (including expenses): $3,982,984.61.
Total Disbursements to date: $15,100.43.
Total Paid to date: $1,985,932.00.
Total Unpaid to date: $1,997,052.61.

**Please pay this amount: $1,997,052.61.**


**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-29-2008
For Period: 12-01-2007 to 12-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **December 1, 2007 through December 31, 2007** regarding **NYS Attorney General investigation and related matters**:

12012007 No time charged.

12022007 Review trial transcripts. 2.8. Review trial notes. 1.1. Review transaction analyses and related material. 1.5. Day Total: 5.4.

12032007 Attend Gilman/McNenney trial. 7.8. (Note: Court attendance includes travel time.) Conference with McBurnie. 0.4. Review transaction analysis. 0.5. TCs McBurnie. 0.9. Review trial transcripts. 1.5. Email McBurnie. 0.5. Email Dr. John Maher. 0.2. Day Total: 11.8.

12042007 Emails McBurnie. 0.4. TCs McBurnie. 0.2. Attend Gilman/McNenney trial. 7.7. Transcript review. 1.4. Analysis of trial testimony. 0.7. Day Total: 10.4.

12052007 TCs McBurnie. 0.9. Emails McBurnie. 0.7. Review transcripts. 1.6. Review trial notes. 1.0. Day Total: 4.2.

12062007 Analyze trial transcripts and trial notes in context of trial witness testimony issues. 5.1. Review fact transaction analyses. 1.5. TCs McBurnie. 0.7. Emails Dr. John Maher. 0.6. TC Dr. John Maher. 0.8. Day Total: 8.7.

12072007 Attend Gilman/McNenney trial. 7.9. TCs McBurnie. 0.9. Transcript review. 0.7. Analysis of trial testimony. 1.2. Day Total: 10.7.

12082007 Review and remark McBurnie emails. 0.5. Reply McBurnie email. 0.2. Analysis of trial testimony. 2.5. Review trial transcripts. 1.8. Analysis of trial exhibit substance. 1.2. Formulate refutational material concerning testimony issues. 4.2. TCs McBurnie. 0.8. Day Total: 11.2.

12092007 Review and remark emails from McBurnie. 1.5. Emails to McBurnie. 0.8. Analysis of trial testimony. 2.0. TCs McBurnie. 1.5. Formulate refutational analysis. 3.5. Day Total: 9.3.

12102007 Attention to testimony analysis. 0.6. Attend Gilman/McNenney trial. 7.7. Conference with McBurnie. 1.3. TCs McBurnie. 0.5. Review transcripts. 1.3. Day Total: 11.4.

12112007 Attend Gilman/McNenney trial. 7.9. TCs McBurnie. 1.0. Communications with Encore Legal Solutions. 0.4. Transcript review. 0.6. Review trial notes. 0.5. Analysis of discovery review logistics issues. 0.8. Review fact transaction notes. 0.4. Day Total: 11.6.

12122007 Attend Gilman/McNenney trial. 7.8. TCs McBurnie. 0.8. Analysis of trial testimony. 1.2. Day Total: 9.8.

12132007 Attend Gilman/McNenney trial. 4.5. Day Total: 4.5.

12142007 Attend Gilman/McNenney trial. 7.9. Day Total: 7.9.

12152007 TCs McBurnie. 0.9. Day Total: 0.9.

12162007 Review transcripts. 2.3. Analysis of witness testimony. 1.2. Review trial notes. 0.4. TCs McBurnie. 1.2. Day Total: 5.1.

12172007 Attend Gilman/McNenney trial. 7.9. TCs McBurnie. 1.0. Review trial notes. 0.3. Transcript review. 1.1. Day Total: 10.3.

12182007 Attend Gilman/McNenney trial. 7.6. TCs McBurnie. 1.3. Review trial notes. 0.7. Transcript review. 0.6. Analysis of trial testimony. 0.9. Day Total: 11.1.

12192007 Attend Gilman/McNenney trial. 7.8. TCs McBurnie. 0.6. TCs Encore Legal Solutions. 0.2. Email Encore Legal Solutions. 0.1. Day Total: 8.7.

12202007 Email Courtroom Connect. 0.2. Transcript review. 0.9. Attend Gilman/McNenney trial. 4.2. TCs McBurnie. 0.8. Day Total: 6.1.

12212007 TCs McBurnie. 1.5. Transcript review. 0.5. TC Encore Legal Solutions. 0.2. Communications with Dr. John Maher. 0.3. Day Total: 2.5.

12222007 TCs McBurnie. 1.2. TC Encore Legal Solutions. 0.2. Email Encore Legal Solutions. 0.2. Emails McBurnie. 0.5. Day Total: 2.1.

12232007 TCs McBurnie. 1.0. Day Total: 1.0.

12242007 TCs McBurnie. 1.0. Conference with McBurnie. 5.5. Day Total: 6.5.

12252007 No time charged.

12262007 TCs McBurnie. 1.0. Emails Encore Legal Solutions. 0.3. TCs Kris Taylor, Encore Legal Solutions. 0.3. Day Total: 1.6.

12272007 No time charged.

12282007 No time charged.

12292007 Communications with Courtroom Connect. 0.3. TC McBurnie. 0.4. Draft communications. 1.5. Day Total: 2.2.

12302007 No time charged.

12312007 TCs McBurnie. 0.3. Day Total: 0.3.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 175.3 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $120,080.50.

*Other Professional Services:*
Encore Legal Services (Document Management): $11,489.28.
SUBTOTAL: $11,489.28.

*Disbursements Charged*:
Meals: $46.00.
Travel: $220.00.
SUBTOTAL: $266.00.

**TOTAL AMOUNT DUE FOR DECEMBER 2007: $131,835.78.**

**TOTAL PREVIOUS UNPAID BALANCE: $1,997,052.61.**

**PAYMENT (RECEIVED 01-08-2008): $61,989.03.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,066,899.36.**

ACCOUNT HISTORY:
10-14-2004 to 11-30-2007:
Total Billings to date (including expenses): $3,982,984.61.
Total Disbursements to date: $15,100.43.
Total Paid to date: $1,985,932.00.
Total Unpaid: $1,997,052.61.

PAYMENT: 01-08-2008: $61,989.03.

CURRENT INVOICE:
12-01-2007 to 12-31-2007: $131,835.78.

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $4,114,820.39.
Total Disbursements to date: $15,366.43.
Total Paid to date: $2,047,921.03.
<u>Total Unpaid to date: $2,066,899.36.</u>

**Please pay this amount: $2,066,899.36.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-29-2008
For Period: 01-01-2008 to 01-31-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **January 1, 2008 through January 31, 2008** regarding **NYS Attorney General investigation and related matters**:

01012008 No time charged.

01022008 Review and analyze McBurnie emails. 3.5. TCs McBurnie. 0.7. Analysis of strategic trial witnessing issues. 2.8. Day Total: 7.0.

01032008 No time charged.

01042008 Analysis of strategic defense issues per McBurnie questions. 3.8. TCs McBurnie. 0.9. Day Total: 4.7.

01052008 Review McBurnie emails. 1.0. Research regarding potential trial issues. 3.7. TCs McBurnie. 0.7. Day Total: 5.4.

01062008 Review email from McBurnie. 0.1. Analysis regarding defense strategy issues. 2.5. TCs McBurnie. 0.3. Day Total: 2.9.

01072008 Emails Encore Legal Solutions. 0.2. TC McBurnie. 0.4. Review email from McBurnie. 0.3. Analysis of trial strategy issues. 2.5. Day Total: 3.4.

01082008 TCs McBurnie. 0.8. Day Total: 0.8.

01092008 Analysis of trial transcripts and trial notes. 4.2. Analysis of witness issues. 2.7. Day Total: 6.9.

01102008 No time charged.

01112008 Research and TCs concerning McBurnie trial strategy issues. 2.5. Analysis of statutory and factual material. 1.8. Analyze trial transcript material. 2.9. Email McBurnie. 0.4. Day Total: 7.6.

01122008 Email from court reporter. 0.1. Emails McBurnie. 0.4. TCs McBurnie. 1.2. Analysis of trial strategy issues. 1.3. Day Total: 3.0.

01132008 Review McBurnie emails. 1.0. Emails to McBurnie. 0.3. Email Encore Legal Solutions. 0.3. Email to Dr. John Maher. 0.2. Research regarding related cases. 2.0. Email to court reporter. 0.2. Day Total: 4.0.

01142008 Attend Gilman/McNenney trial. 2.8. TCs McBurnie. 0.7. Conference with McBurnie. 2.7. Analysis of trial issues. 1.0. Day Total: 7.2.

01152008 TCs McBurnie. 1.3. Preparation for discussion with Encore Legal Solutions. 1.0. TCs Encore Legal Solutions. 1.3. Review motions papers. 6.0. Day Total: 9.6.

01162008 Attend Gilman/McNenney trial. 3.5. Conference with McBurnie. 2.5. TCs regarding defense strategy issues. 2.0. TCs McBurnie. 1.0. Draft correspondence. 2.2. Analysis of court rulings. 0.7. Day Total: 11.9.

01172008 TC Encore Legal Solutions. 0.2. TCs McBurnie. 0.3. Review trial transcript. 0.9. Analysis of court rulings. 1.2. Review papers preparatory to McBurnie meeting. 1.4. Conference with McBurnie. 2.6. Analysis of motion papers. 2.4. Review transactions facts files. 1.7. Day Total: 10.7.

01182008 Attend Gilman/McNenney trial. 6.8. TCs McBurnie. 0.5. Attention to electronic data logistics issues. 2.5. Day Total: 9.8.

01192008 No time charged.

01202008 TCs regarding trial issues assessments. 2.0. TCs McBurnie. 3.0. Day Total: 5.0.

01212008 Review and analyze issues raised in motions papers. 2.7. Review trial transcripts. 1.4. Analyze McBurnie defense strategy question. 2.8. Day Total: 6.9.

01222008 Attend Gilman/McNenney trial. 7.9. TCs McBurnie. 0.5. Transcript review. 0.8. Analysis of trial issues. 1.4. Day Total: 10.6.

01232008 Attend Gilman/McNenney trial. 4.0. TCs McBurnie. 0.8. Day Total: 4.8.

01242008 Analysis of issues concerning expert witness testimony. 3.6. Day Total: 3.6.

01252008 Trial transcript review. 1.8. Analysis of witness testimony issues. 2.9. Day Total: 4.7.

01262008 No time charged.

01272008 No time charged.

01282008 No time charged.

01292008 Attention logistics questions concerning electronic discovery data. 4.8. Day Total: 4.8.

01302008 Attention electronic discovery data logistics. 4.4. Day Total: 4.4.

01312008 No time charged.

*Dane Keller Rutledge, Attorney at Law*

<u>Legal Services</u>:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 139.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
<u>SUBTOTAL: $95,694.50.</u>

<u>Other Professional Services:</u>
Electronic Discovery Document Services: $11,820.60.
Courtroom Connect: $3,400.00.
<u>SUBTOTAL: $15,220.60.</u>

<u>Disbursements Charged</u>:
Meals: $253.00.
Travel: $228.00.
Fed Ex: $25.00.
<u>SUBTOTAL: $506.00.</u>

**TOTAL AMOUNT DUE FOR JANUARY 2008: $111,421.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,066,899.36.**

**PAYMENT (RECEIVED 02-11-2008): $62,583.29.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,115,737.17.**


<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 12-31-2007:</u>
Total Billings (including expenses): $4,114,820.39.
Total Disbursements: $15,366.43.
Total Paid: $2,047,921.03.
Total Unpaid: $2,066,899.36.

<u>PAYMENT: 02-11-2008: $62,583.29.</u>

<u>CURRENT INVOICE:</u>
<u>01-01-2008 to 01-31-2008: $111,421.10.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $4,226,241.49.
Total Disbursements to date: $15,872.43.
Total Paid to date: $2,110,504.32.
<u>Total Unpaid to date: $2,115,737.17.</u>

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,115,737.17.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 03-20-2008
For Period: 02-01-2008 to 02-29-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **February 1, 2008 through February 29, 2008** regarding **NYS Attorney General investigation and related matters**:

02012008 No time charged.

02022008 No time charged.

02032008 No time charged.

02042008 No time charged.

02052008 Analysis of trial logistical issues. 2.4. Attention to McBurnie email. 0.3. Analysis of material from McBurnie. 1.9. Day Total: 4.6.

02062008 Preparation for scheduling conference. 3.5. TCs McBurnie. 1.3. Analysis of questions from McBurnie. 2.1. Conference with Encore Legal Solutions. 3.0. Day Total: 9.9.

02072008 Attend scheduling conference for McBurnie in re trial scheduling. 2.5. Conferences with McBurnie. 2.0. TCs McBurnie. 1.0. Analysis of questions to be considered in followup to scheduling conference. 2.8. Day Total: 8.3.

02082008 Attend Gilman/McNenney trial in re instructions to fact finder. 6.5. Conference with McBurnie. 0.4. Day Total: 6.9.

02092008 Conference with McBurnie. 5.5. TCs McBurnie. 0.5. Day Total: 6.0.

02102008 Prepare trial questions in re anticipated witness testimony. 4.5. TC McBurnie. 0.3. Day Total: 4.8.

02112008 Attend Gilman/McNenney trial. 7.8. Conference with McBurnie. 2.5. Day Total: 10.3.

02122008 Email court reporter. 0.1. TCs McBurnie. 0.5. Day Total: 0.6.

02132008 Attend Gilman/McNenney trial. 8.0. TCs McBurnie. 0.4. Trial notes. 0.5. Day Total: 8.9.

02142008 Attend Gilman/McNenney trial. 6.5. TCs McBurnie. 0.6. Analysis of trial issues. 1.6. Transcript review. 0.9. Day Total: 9.6.

02152008 Attend Gilman/McNenney trial. 7.3. TCs McBurnie. 0.9. Analysis of items raised in summations. 2.3. Review of trial transcripts. 0.8. Day Total: 11.3.

02162008 No time charged.

02172008 No time charged.

02182008 TCs McBurnie. 0.6. Analysis of transcript data pertinent to summations. 2.0. Review motions in re summations issues. 2.4. Day Total: 5.0.

02192008 Attend Gilman/McNenney trial. 7.8. TCs McBurnie. 1.0. Email court reporter. 0.1. Analysis of summation issues raised. 1.4. Review motions. 1.0. Form questions in re trial exhibits. 0.7. Day Total: 12.0.

02202008 Attend Gilman/McNenney trial. 6.3. TCs McBurnie. 1.3. Notes of analysis of summation. 0.8. Transcript review. 1.6. Day Total: 10.0.

02212008 TCs McBurnie. 1.2. Transcript review. 2.3. Day Total: 3.5.

02222008 Attend Gilman/McNenney trial verdict. 3.0. Conference with McBurnie. 2.0. TCs regarding Gilman/McNenney verdict. 1.1. TCs McBurnie. 1.0. Analysis regarding verdict result and potential impacts to McBurnie defense. 4.5. Day Total: 11.6.

02232008 No time charged.

02242008 Review emails from Dr. John Maher. 0.4. Review emails from McBurnie. 0.4. Analysis of potential motions followup to verdict. 2.1. Review file documents in re potential followup to verdict result. 1.5. Preparation for upcoming scheduling conference. 1.7. Day Total: 6.1.

02252008 Emails to Dr. John Maher. 0.9. Emails to McBurnie. 0.9. TCs McBurnie. 1.6. Preparation for upcoming scheduling conference. 1.4. Analysis of trial preparation logistical questions. 2.0. Review of fact issues. 1.4. Transcript review. 1.5. Media research. 0.4. Review emails from McBurnie. 0.5. Day Total: 10.6.

02262008 Review McBurnie emails. 0.8. TCs McBurnie. 1.0. Preparation for tomorrow's scheduling conference. 2.9. Review transcript material. 0.6. Review trial notes. 0.7. Attention to McBurnie questions. 1.3. Attention to research questions. 0.9. Day Total: 8.2.

02272008 Attend scheduling conference for remaining Marsh defendants, including McBurnie. 2.8. Conference with McBurnie. 2.2. Analysis of defense logistics issues. 1.5. TCs regarding defense logistics. 1.1. TC McBurnie. 0.3. Notes regarding scheduling conference results. 0.4. Day Total: 8.3.

02282008 TCs Encore Legal Solutions. 0.3. Attention to electronic discovery logistics. 0.5. Review McBurnie emails. 0.1. Research regarding relevant current prosecutions. 1.5. Review McBurnie email. 0.4. TCs McBurnie. 1.5. Analysis of trial strategy issues. 1.2. Transcript review. 0.7. Day Total: 6.2.

02292008 TCs McBurnie. 1.7. Conference with McBurnie. 1.1. TCs Encore Legal Solutions. 0.2. TC regarding trial status. 0.4. Draft and send email to Derek MacKenzie. 0.8. Review antitrust research. 2.3. Review defense motions papers. 1.5. Day Total: 8.0.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 170.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $116,929.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $219.00.
Travel: $256.00.
SUBTOTAL: $475.00.

**TOTAL AMOUNT DUE FOR FEBRUARY 2008: $129,225.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,115,737.17.**

**PAYMENT (RECEIVED 02-29-2008): $50,266.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,194,696.27.**


ACCOUNT HISTORY:
10-14-2004 to 01-31-2008:
Total Billings (including expenses): $4,226,241.49.
Total Disbursements: $15,872.43.
Total Paid: $2,110,504.32.
Total Unpaid: $2,115,737.17.

*Dane Keller Rutledge, Attorney at Law*

PAYMENT: 02-29-2008: $50,266.00.

CURRENT INVOICE:
02-01-2008 to 02-29-2008: $129,225.10.

TO DATE:
Total Billings to date (including expenses): $4,355,466.59.
Total Disbursements to date: $16,347.43.
Total Paid to date: $2,160,770.32.
Total Unpaid to date: $2,194,696.27.

**Please pay this amount: $2,194,696.27.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-29-2008
For Period: 03-01-2008 to 03-31-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **March 1, 2008 through March 31, 2008** regarding <u>**NYS Attorney General investigation and related matters**</u>:

03012008 TC McBurnie. 1.0. Analysis of antitrust issues raised in trial motions. 2.3. Review antitrust research. 1.4. Analysis of trial transcript material. 0.9. Attention to electronic document discovery search protocols. 1.8. Day Total: 7.4.

03022008 No time charged.

03032008 Attention to electronic document discovery search logistics issues. 1.5. Analysis of trial transcript material in re correlation to discovery material. 4.2. Attention to trial exhibits issues. 1.3. Attention to issues and questions raised by McBurnie. 1.2. Day Total: 8.2.

03042008 TCs McBurnie. 0.4. Review ETCA research in re information requested from Marsh. 2.0. Review correspondence pertinent to ETCA and antitrust issues. 0.6. Day Total: 3.0.

03052008 Email to Dr. John Maher. 0.4. Email to Derek MacKenzie. 0.1. Emails to McBurnie. 0.6. Draft correspondence. 3.7. Analysis and investigation of contingency plans in re defense logistics. 3.3. Day Total: 8.1.

03062008 Review and reply to McBurnie email. 1.1. TCs McBurnie. 1.5. TCM Derek MacKenzie. 0.1. Review email from Derek MacKenzie. 0.1. Review file materials in re defense logistics. 0.7. Analysis of defense logistics issue. 1.3. Draft correspondence. 1.3. Email to Derek MacKenzie. 0.3. Day Total: 6.4.

03072008 Review and respond to McBurnie emails. 0.8. Emails regarding case status. 0.4. Email to Encore Legal Solutions. 0.2. Analyze document search parameters. 2.1. Analyze defense logistics issues. 0.8. TCs McBurnie. 0.5. Draft correspondence. 0.9. Day Total: 5.7.

03082008 No time charged.

03092008 No time charged.

03102008 TCs McBurnie. 1.5. Media research and analysis regarding developments relevant to case. 2.5. Emails McBurnie. 1.2. TCs regarding developments relevant to case. 1.7. Email from and reply to Dr. John Maher. 1.0. Email regarding developments relevant to case. 0.4. Day Total: 8.3.

03112008 Analysis of application of developments to case strategy. 2.7. TCs McBurnie. 1.5. Day Total: 4.2.

03122008 Attention to trial exhibits. 3.8. Media research and analysis. 2.3. TCs McBurnie. 1.5. TCs regarding case developments. 0.8. Day Total: 8.4.

03132008 TCs McBurnie. 1.5. Analysis of McBurnie emails and attention to issues and questions raised by McBurnie. 1.6. Media research and analysis. 2.6. Day Total: 5.7.

03142008 Attention to trial exhibits questions. 3.5. Analysis of case strategy issues. 2.7. TCs McBurnie. 0.6. Day Total: 6.8.

03152008 Conference McBurnie. 0.6. TC McBurnie. 0.4. Day Total: 1.0.

03162008 TCs McBurnie. 0.9. Day Total: 0.9.

03172008 TCs McBurnie. 1.5. Analysis of defense logistics issues. 1.2. Research pertinent to potential motions issues. 2.2. Research data concerning strategic developments. 1.5. Day Total: 6.4.

03182008 TCs McBurnie. 1.8. Day Total: 1.8.

03192008 TCs McBurnie. 0.7. TCs regarding case strategy. 1.6. Analysis of potential motions issues, strategic initiatives. 3.4. Day Total: 5.7.

03202008 TCs McBurnie. 1.2. Conference with McBurnie. 0.9. Analysis of case position in re prosecution issues. 1.6. Day Total: 3.7.

03212008 Attention to case logistics. 1.5. Attention to files synthesis in re trial transcript issues. 1.8. TCs McBurnie. 1.2. Day Total: 4.5.

03222008 Email regarding case development. 0.1. Analysis of trial transcript material. 1.7. Day Total: 1.8.

03232008 No time charged.

03242008 No time charged.

03252008 Attention to email regarding case development. 0.1. TC regarding case development. 1.0. Day Total: 1.1.

03262008 Attention to McBurnie emails. 0.8. Attention to email regarding case development. 0.2. Analysis of case development. 2.2. Day Total: 3.2.

03272008 Attention to McBurnie emails. 1.2. Attention to email concerning case development. 0.2. TC concerning case development. 1.0. Analysis of current case position per media research. 1.5. Analysis of potential strategic use of information pertinent to prosecution case. 1.7. Day Total: 5.6.

03282008 Attention to McBurnie emails. 1.4. Analysis of potential strategic use of information pertinent to prosecution case. 0.7. Day Total: 2.1.

03292008 No time charged.

03302008 Attention to McBurnie emails. 1.0. TCs McBurnie. 0.8. Analysis of potential strategic use of information. 2.1. Day Total: 3.9.

03312008 Attention to McBurnie emails. 0.5. Analysis of potential strategic use of information pertinent to prosecution case. 0.8. TCs McBurnie. 1.5. Day Total: 2.8.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 116.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $79,939.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $128.00.
Travel: $96.00.
SUBTOTAL: $224.00.

**TOTAL AMOUNT DUE FOR MARCH 2008: $91,984.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,194,696.27.**

**PAYMENTS (RECEIVED 04-18-2008): $127,690.98.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,158,989.39.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 02-29-2008:
Total Billings (including expenses): $4,355,466.59.
Total Disbursements: $16,347.43.
Total Paid: $2,160,770.32.
Total Unpaid: $2,194,696.27.

PAYMENTS: 04-18-2008: $127,690.98.

CURRENT INVOICE:
03-01-2008 to 03-31-2008: $91,984.10.

TO DATE:
Total Billings to date (including expenses): $4,447,450.69.
Total Disbursements to date: $16,571.43.
Total Paid to date: $2,288,461.30.
Total Unpaid to date: $2,158,989.39.

**Please pay this amount: $2,158,989.39.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

                                         _____
Thank you very much for your kind attention.          William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-29-2008
For Period: 04-01-2008 to 04-30-2008

# INVOICE FOR LEGAL SERVICES

## SUMMARY OF LEGAL SERVICES RENDERED

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2008 through April 30, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

04012008 Analyze email from McBurnie. 3.4. TCs regarding case status. 1.8. Email regarding case status. 0.2. TC McBurnie. 0.4. Day Total: 5.8.

04022008 No time charged.

04032008 No time charged.

04042008 No time charged.

04052008 Review emails from McBurnie. 0.8. Day Total: 0.8.

04062008 TCs regarding case status. 1.3. Analysis of case status issues, trial judge succession issues. 2.2. TC McBurnie. 0.6. Day Total: 4.1.

04072008 No time charged.

04082008 Review emails from McBurnie. 0.7. TC McBurnie. 0.7. Day Total: 1.4.

04092008 Review emails from McBurnie. 0.6. TC McBurnie. 0.5. Analysis of potential argument for separate hearing. 2.3. Day Total: 3.4.

04102008 Email from McBurnie. 0.3. TC McBurnie. 1.0. TC concerning case status. 0.2. Analysis of case strategic needs. 1.6. Email concerning case status. 0.2. Day Total: 3.3.

04112008 No time charged.

04122008 Review emails from McBurnie. 0.5. Day Total: 0.5.

04132008 No time charged.

04142008 Emails McBurnie. 1.0. Day Total: 1.0.

04152008 TCs McBurnie. 1.1. TCs regarding case status. 0.5. Review and analyze case status. 1.6. Day Total: 3.2.

04162008 TCs McBurnie. 1.4. Review sentencing guidelines. 1.2. Review trial transcripts. 1.5. Day Total: 4.1.

04172008 Attend Gilman/McNenney sentencing at Part 31 (Court attendance includes travel). 3.0. Conference with McBurnie. 2.8. TCs regarding case developments and strategy. 1.7. TCs McBurnie. 0.8. Notes concerning sentencing issues. 0.8. Day Total: 9.1.

04182008 TCs McBurnie. 1.5. TCs regarding case status and strategy. 0.9. Research sentencing issue. 2.2. Day Total: 4.6.

04192008 TCs McBurnie. 1.1. Analysis of facts pertinent to potential request for hearing. 2.7. Draft potential argument considerations in re potential hearing request. 5.0. Day Total: 8.8.

04202008 Further analysis and drafting in re potential argument for separate hearing. 2.8. Research regarding factual circumstances for argument. 2.0. TCs McBurnie. 1.0. TCs regarding strategic analysis concerning possible court appearance. 1.4. Preparation for call to NYAG. 0.6. Day Total: 7.8.

04212008 TCs Gail Heatherly and Nina Sas at NYAG. 0.6. TCs McBurnie. 1.3. TCs Part 31. 0.5. Analysis of specific factual circumstances in preparation for court appearance. 2.3. Research concerning statutes and statutory analysis in re anticipated argument in court. 4.0. Analysis of application of statutory criteria to anticipated argument. 2.5. Day Total: 11.2.

04222008 Prepare and draft argument for separate hearing in Part 31. 6.5. TCs McBurnie. 1.5. Day Total: 8.0.

04232008 Prepare for court appearance. 1.5. Court appearance in re application to Justice Yates and attend Gilman/McNenney hearing regarding licensing and sentence execution stay. 2.9. Conference with McBurnie. 2.5. TCs McBurnie. 1.1. Day Total: 8.0.

04242008 Research and analysis regarding case authority cited in successful application to Justice Yates. 1.2. Analysis of potential communication to court. 1.9. Draft and send letter to Justice Yates. 1.3. TCs to court secretary. 0.2. TCs McBurnie. 0.8. Day Total: 5.4.

04252008 TCs McBurnie. 1.3. Day Total: 1.3.

04262008 No time charged.

04272008 No time charged.

04282008 Prepare for upcoming status hearing. 2.0. TCs McBurnie. 0.8. Review prior status hearing transcripts. 2.3. Day Total: 5.1.

04292008 Prepare for status hearing. 1.2. Review pretrial transcripts. 2.0. Draft potential statement for status hearing. 2.4. TCs McBurnie. 0.7. Email to Derek MacKenzie. 1.0. Day Total: 7.3.

04302008 Attend status hearing at Part 31. 3.6. Conference with McBurnie. 1.5. TCs McBurnie. 1.8. Day Total: 6.9.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 111.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $76,103.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $151.00.
Travel: $68.00.
Telephone toll charges: $435.00.
Fax: 8.00.
SUBTOTAL: $662.00.

**TOTAL AMOUNT DUE FOR APRIL 2008: $88,586.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,158,989.39.**

**PAYMENTS: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,247,575.49.**

ACCOUNT HISTORY:
10-14-2004 to 03-31-2008:
Total Billings (including expenses): $4,447,450.69.
Total Disbursements: $16,571.43.
Total Paid: $2,288,461.30.
Total Unpaid: $2,158,989.39.

PAYMENTS: $0.00.

CURRENT INVOICE:
04-01-2008 to 04-30-2008: $88,586.10.

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $4,536,036.79.
Total Disbursements to date: $17,233.43.
Total Paid to date: $2,288,461.30.
<u>Total Unpaid to date: $2,247,575.49.</u>

**Please pay this amount: $2,247,575.49.**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-29-2008
For Period: 05-01-2008 to 05-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2008 through May 31, 2008** regarding <u>**NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**</u>:

05012008 Analysis regarding potential strategic use of information concerning prosecution. 1.0. TCs McBurnie. 0.8. Review and analyze emails from McBurnie. 1.3. Email Encore Legal Solutions. 0.1. Day Total: 3.2.

05022008 Analyze potential strategic use of information concerning prosecution. 1.3. Analysis of followup issues from April 30 hearing and strategic questions concerning hearing scheduled for June 23. 1.4. Email Encore Legal Solutions. 0.1. TCs McBurnie. 0.3. Day Total: 3.1.

05032008 Emails from McBurnie. 0.5. Analysis of information concerning prosecution and potential strategic use. 1.2. Day Total: 1.7.

05042008 No time charged.

05052008 Email to Derek MacKenzie. 0.3. Emails from and to Encore Legal Solutions. 0.4. Emails McBurnie. 0.7. TC McBurnie. 0.7. Analysis of data concerning prosecution and possible motion. 0.8. Day Total: 2.9.

05062008 Emails concerning case status. 0.3. TCs McBurnie. 0.6. Email from Derek MacKenzie. 0.1. Emails McBurnie. 0.6. Review notes concerning strategic considerations underlying possible motions. 1.0. Day Total: 2.6.

05072008 Draft correspondence. 0.9. Email to Derek MacKenzie. 0.2. Review email from McBurnie. 0.5. TCs McBurnie. 0.6. Analysis of potential motions issues. 2.5. Analysis of defense logistics questions. 0.3. Day Total: 5.0.

05082008 Review Gilman/McNenney trial motions material in re potential upcoming motions. 3.8. TCs McBurnie. 0.4. Analysis of electronic discovery search and correlation issues in re Gilman/McNenny trial exhibits. 2.3. Day Total: 6.5.

1

05092008 TCs McBurnie. 0.8. Analysis of potential motions issues in re upcoming status hearing. 2.9. Day Total: 3.7.

05102008 Email from McBurnie. 0.1. TC McBurnie. 0.2. Day Total: 0.3.

05112008 No time charged.

05122008 TCs McBurnie. 0.4. Day Total: 0.4.

05132008 TCs McBurnie. 0.8. Email from Encore Legal Solutions. 0.2. Day Total: 1.0.

05142008 Email from McBurnie. 0.2. Review prior Donnelly Act research and analysis. 1.6. Day Total: 1.8.

05152008 TCs McBurnie. 1.4. Day Total: 1.4.

05162008 TCs McBurnie. 0.7. Review Gilman/McNenney trial transcripts concerning evidence relating to restraint of trade finding by Court. 6.5. Analysis of Sherman Act precedents as relate to Donnelly Act conviction questions. 2.3. Day Total: 9.5.

05172008 No time charged.

05182008 No time charged.

05192008 Research and analysis concerning Donnelly Act. 7.0. Day Total: 7.0.

05202008 Research and analysis concerning Donnelly Act. 4.0. Review prior analysis concerning Donnelly Act. 1.8. Review previous motions practice concerning Donnelly Act count in indictment. 2.3. Day Total: 8.1.

05212008 Research and analysis concerning federal precedents relevant to Donnelly Act analysis. 6.9. Day Total: 6.9.

05222008 Analysis concerning potential motions concerning Donnelly Act criminal charge. 4.4. Analyze previous defense motions concerning Donnelly Act. 3.8. Day Total: 8.2.

05232008 Review Gilman/McNenney trial transcript material in re restraint of trade issue. 2.4. Analysis of strategic issues concerning possible motions. 2.1. Day Total: 4.5.

05242008 No time charged.

05252008 No time charged.

05262008 Email from McBurnie. 0.2. TCs McBurnie. 0.8. Research regarding status of collateral cases. 2.7. Day Total: 3.7.

05272008 Email from Encore Legal Solutions. 0.1. Review files concerning Encore electronic discovery services. 0.8. Analysis of defense logistics needs, contingency plans. 2.3. TCs McBurnie. 0.9. Day Total: 4.1.

05282008 TCs McBurnie. 2.0. Review files regarding electronic discovery services. 1.2. Day Total: 3.2.

05292008 Draft correspondence. 1.5. TCs McBurnie. 2.3. Email concerning case status. 0.1. Analysis of defense logistics issues. 1.0. Review files regarding electronic discovery services. 0.5. Day Total: 5.4.

05302008 Draft correspondence. 1.4. Email to Derek MacKenzie. 0.3. Emails from McBurnie. 0.9. TC Derek MacKenzie. 0.3. Notes concerning TC discussion with MacKenzie. 0.5. TCs McBurnie. 2.6. Email from Encore Legal Solutions. 0.1. TCs Encore Legal Solutions. 1.1. Review and analysis of email from Derek MacKenzie. 0.7. Analysis of defense logistics needs. 1.1. Day Total: 9.0.

05312008 Analysis of defense logistics needs. 1.6. TCs McBurnie. 1.7. Review and analyze email from McBurnie. 0.3. Day Total: 3.6.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 106.8 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $73,158.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
$0.00.
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR MAY 2008: $84,978.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,247,575.49.**

**PAYMENTS (RECEIVED 06-13-2008, 06-16-2008): $173,896.08.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,158,658.01.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 04-30-2008:
Total Billings (including expenses): $4,536,036.79.
Total Disbursements: $17,233.43.
Total Paid: $2,288,461.30.
Total Unpaid: $2,247,575.49.

PAYMENTS: 06-13-2008, 06-16-2008: $173,896.08.

CURRENT INVOICE:
05-01-2008 to 05-31-2008: $84,978.60.

TO DATE:
Total Billings to date (including expenses): $4,621,015.39.
Total Disbursements to date: $17,233.43.
Total Paid to date: $2,462,357.38.
Total Unpaid to date: $2,158,658.01.

**Please pay this amount: $2,158,658.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 07-21-2008
For Period: 06-01-2008 to 06-30-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2008 through June 30, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

06012008 TCs McBurnie. 1.4. Emails to and from McBurnie. 1.8. Analysis and comments concerning draft correspondence. 2.8. Day Total: 6.0.

06022008 Emails to and from McBurnie. 1.0. Remarks regarding draft correspondence. 2.3. Draft and send email to Derek MacKenzie. 1.4. TCs Encore Legal Solutions. 0.8. Emails Encore Legal Solutions. 0.4. TC Dr. John Maher regarding case strategy analysis. 1.5. TCs McBurnie. 1.6. Review and analyze prior correspondence. 0.8. TCs regarding defense strategy issues. 1.2. Day Total: 11.0.

06032008 Emails Encore Legal Solutions. 0.3. TCs Encore Legal Solutions. 1.0. TCs McBurnie. 0.8. Review correspondence. 0.7. TC Brian Kenny, Marsh. 0.4. Day Total: 3.2.

06042008 Email from Encore Legal Solutions. 0.3. TCM Brian Kenny, Marsh. 0.1. TCs McBurnie. 1.2. Emails McBurnie. 0.2. Day Total: 1.8.

06052008 TCs McBurnie. 0.9. TCMs Brian Kenny, Marsh. 0.3. Email to Brian Kenny, Marsh. 1.2. Email from Derek MacKenzie. 0.1. Email to Derek MacKenzie. 0.1. Day Total: 2.6.

06062008 TCs McBurnie. 0.7. TC Encore Legal Solutions. 0.3. Review letter from Derek MacKenzie. 0.3. Day Total: 1.3.

06072008 No time charged.

06082008 Draft correspondence. 1.8. Day Total: 1.8.

06092008 Analysis of electronic data search parameters in re segmenting charged transaction documents. 2.3. Construct algorithms for compartmentalizing factual data from discovery materials. 2.8. TC McBurnie. 0.3. Day Total: 5.4.