06102008 TCs McBurnie. 1.2. TCMs and TC Brian Kenny, Marsh. 0.4. TCM Derek MacKenzie. 0.1. Review case correspondence. 1.3. Draft correspondence. 1.5. Attention to Encore data search questions. 1.2. Day Total: 5.7.

06112008 Review Gilman/McNenney trial particulars in re potential additional discovery requests. 3.4. TCs McBurnie. 0.4. Day Total: 3.8.

06122008 TCs concerning defense logistics needs. 0.8. TCs McBurnie. 0.5. Day Total: 1.3.

06132008 TCs McBurnie. 0.8. TCs Brian Kenny. 0.2. Attention to analysis of defense logistical needs. 2.5. Day Total: 3.5.

06142008 No time charged.

06152008 No time charged.

06162008 Emails McBurnie. 0.8. TC Encore Legal Solutions. 0.4. Emails Encore Legal Solutions. 0.6. Analyze data group search parameters. 1.0. Review email content analysis issues regarding search methodology. 1.8. Day Total: 4.6.

06172008 TCs McBurnie. 0.4. Draft correspondence. 1.3. Emails Encore Legal Solutions. 0.7. Emails McBurnie. 0.8. Review Encore file. 0.9. TC Encore Legal Solutions. 0.3. Review McBurnie email data as regards data grouping issues for search efficiency. 4.8. Compose data group search parameters. 1.4. Emails concerning case status and appeal. 0.2. Day Total: 10.8.

06182008 Emails McBurnie. 0.6. Emails concerning case status. 0.8. Email concerning status hearing. 0.4. TCs McBurnie. 0.8. Conference call Encore Legal Solutions. 0.3. Notes regarding data management issues and search decisions. 0.5. Analysis of potential issues for upcoming status hearing. 2.3. Attention to contingency plans concerning defense logistics issues. 2.0. Emails Encore Legal Solutions. 0.5. Day Total: 8.2.

06192008 Emails Encore Legal Solutions. 1.1. Analyze quantitative data search results. 0.9. Emails McBurnie. 0.5. Email concerning upcoming motions. 0.1. Attention to file documents. 0.8. TC Encore Legal Solutions. 0.1. TCs McBurnie. 1.3. Day Total: 4.8.

06202008 TCs McBurnie. 1.6. Emails Encore Legal Solutions. 0.6. TCs Encore Legal Solutions. 0.4. Conference call and training with Encore Legal Solutions. 1.8. Notes concerning document search issues. 0.8. Analysis of logistic needs concerning document search and analysis. 1.5. Day Total: 6.7.

06212008 Receive and send email concerning upcoming hearing. 0.2. Review and analyze defense motions filed with Justice Yates. 3.5. Review and analyze trial transcript material

concerning motions. 2.0. Draft correspondence. 1.6. Emails to McBurnie. 0.2. TC McBurnie 0.1. Day Total: 7.6.

06222008 Prepare for status conference and motions hearing. 2.5. Emails to and from McBurnie. 1.0. TCs McBurnie. 2.0. Day Total: 5.5.

06232008 Attend status conference and motions hearing at Part 31. 2.8. Conference with McBurnie. 1.2. Analysis of data search methodology efficiency and accuracy issues. 1.8. Preliminary review and analysis of Appellate Division decision in NYAG civil case against Liberty Mutual on theories as alleged against Marsh defendants. 1.5. TCs McBurnie. 1.5. Day Total: 8.8.

06242008 Analysis of Appellate Division decision and lower court decision in Liberty Mutual civil case. 2.6. Analysis of applicability of Appellate Division decision to Marsh criminal case. 2.2. TCs McBurnie. 1.3. Research concerning Liberty Mutual case. 1.3. Examine files concerning material relevant to argument of applicability of Liberty Mutual case to Marsh criminal case. 1.7. Day Total: 9.1.

06252008 TCs McBurnie. 1.3. TCs concerning case developments. 0.7. Emails concerning Appellate Division decision in NYAG civil case against Liberty Mutual. 0.8. Analysis of potential arguments to dismiss certain criminal charges. 3.5. Structuring of potential arguments. 1.0. Preliminary drafting of argument structure. 1.2. Day Total: 8.5.

06262008 TCs McBurnie. 0.9. Analysis of potential communications with NYAG and potential followup motions. 2.3. Day Total: 3.2.

06272008 No time charged.

06282008 No time charged.

06292008 No time charged.

06302008 TCs McBurnie. 0.7. Attention to communications with Encore Legal Solutions. 1.1. Attention to case logistics issues. 0.8. Review Gilman/McNenney trial data. 2.2. Analysis of status of criminal counts in re possible dismissals. 2.4. Day Total: 7.2.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 132.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $90,694.00.

*Dane Keller Rutledge, Attorney at Law*

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Express Mail: $16.50.
SUBTOTAL: $16.50.

**TOTAL AMOUNT DUE FOR JUNE 2008: $102,531.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,158,658.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,261,189.11.**

ACCOUNT HISTORY:
10-14-2004 to 05-31-2008:
Total Billings (including expenses): $4,621,015.39.
Total Disbursements: $17,233.43.
Total Paid: $2,462,357.38.
Total Unpaid: $2,158,658.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
06-01-2008 to 06-30-2008: $102,531.10.

TO DATE:
Total Billings to date (including expenses): $4,723,546.49.
Total Disbursements to date: $17,249.93.
Total Paid to date: $2,462,357.38.
Total Unpaid to date: $2,261,189.11.

**Please pay this amount: $2,261,189.11.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-25-2008
For Period: 07-01-2008 to 07-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2008 through July 31, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

07012008 Review case authorities pertinent to potential dismissal of indictment counts. 3.2. Review of past and pending motions in context of potential filings. 2.5. Further analysis of potential motions. 1.8. TCs McBurnie. 0.9. Day Total: 8.4.

07022008 Email from Derek MacKenzie. 0.1. Review grand jury minutes. 2.4. Review trial transcripts. 3.1. Analysis of facts in context of Liberty Mutual decision. 2.7. Day Total: 8.3.

07032008 Further attention to drafting of potential arguments concerning possible dismissal of charges. 3.2. TCs McBurnie. 1.3. Day Total: 4.5.

07042008 No time charged.

07052008 No time charged.

07062008 No time charged.

07072008 No time charged.

07082008 Attention to pretrial motions files. 1.2. Preparation for upcoming hearing. 1.9. Draft argument points for upcoming hearing. 2.0. Day Total: 5.1.

07092008 TCs McBurnie. Draft correspondence. 1.7. Analysis of notes concerning upcoming hearing. 1.4. Emails concerning upcoming hearing. 0.5. Finalize and send email to Derek MacKenzie. 0.6. Review cases pertinent to upcoming hearing. 1.1. Day Total: 5.3.

07102008 Examine Liberty Mutual case file at Appellate Division, First Department. 1.4. Obtain record and briefs on appeal in Liberty Mutual case and read and analyze same. 6.8. Review relevant case precedents. 1.0. TCs McBurnie. 1.2. Prepare potential remarks for upcoming hearing in Part 31. 1.6. Day Total: 12.0.

07112008 Read and analyze Liberty Mutual record and briefs on appeal. 2.8. Review grand jury minutes. 1.0. Prepare analysis and potential remarks for upcoming court hearing. 1.4. Attend hearing at Part 31. 2.5. Conference with McBurnie. 4.0. TCs McBurnie. 1.3. TCs and emails concerning case status. 0.8. Conference concerning case logistics. 1.6. Day Total: 15.4.

07122008 Examine and analyze hearing minutes. 1.2. TCs McBurnie. 0.9. Strategic analysis pertinent to case status in view of hearing results. 1.6. Email and TCs concerning case status. 0.4. Review notes concerning arguments presented on Liberty Mutual decision. 1.2. Review particular sections of Liberty Mutual case record on appeal. 0.8. Outline possible correspondence concerning 0711 hearing. 1.4. Day Total: 7.5.

07132008 Analysis of potential followup in re 0711 hearing. 1.5. TCs McBurnie. 0.8. Compile corrections to 0711 hearing minutes. 1.0. Email to Dr. John Maher concerning case developments. 0.4. TCs Dr. John Maher in re case developments and strategic considerations. 1.6. Analysis of law concerning omissions and misrepresentations. 1.8. Day Total: 7.1.

07142008 TC Clerk of Court, Appellate Division, First Department. 0.1. TCs McBurnie. 0.9. Review revised transcript of 0711 hearing. 0.6. Emails regarding revised hearing transcript. 0.3. Emails McBurnie. 0.2. Day Total: 2.1.

07152008 Emails to and from Dr. John Maher concerning current direction of case and legal issues underlying 0711 hearing. 1.5. Emails from and to Derek MacKenzie. 0.6. Notes concerning Liberty Mutual appeal file. 1.0. TCs McBurnie. 1.1. Attention to Liberty Mutual appeal file documents. 0.8. Day Total: 5.0.

07162008 TCs McBurnie. 0.8. Analysis of trial scheduling issue. 0.6. Attention to Liberty Mutual appeal file documents at First Department Clerk's office. 1.0. Meeting with potential consultant. 2.3. Day Total: 4.7.

07172008 Attention to electronic data issue. 0.9. Analysis of trial scheduling issue. 0.4. Email from and reply to Derek MacKenzie. 0.2. TC McBurnie. 0.1. Attention to file data. 0.6. Attention to defense logistics issues. 1.6. Day Total: 3.8.

07182008 Email concerning defense and prosecution papers filed. 0.3. TCs McBurnie. 0.7. Analysis of separate trial issues. 2.0. Case research. 1.3. Day Total: 4.3.

07192008 No time charged.

07202008 No time charged.

07212008 TCs McBurnie. 0.8. Analysis of separate trial issue. 0.8. Day Total: 1.6.

07222008 TCs McBurnie. 1.0. Notes regarding followup issues. 0.6. Day Total: 1.6.

07232008 No time charged.

07242008 No time charged.

07252008 No time charged.

07262008 No time charged.

07272008 No time charged.

07282008 TCs McBurnie. 1.2. Draft correspondence. 0.7. Review notes concerning prosecutor issue. 0.4. Review and analysis of Liberty Mutual precedents notes and followup research and analysis in context of potential motions in re grand jury minutes. 3.3. Day Total: 5.6.

07292008 TCM Derek MacKenzie. 0.1. TC Derek MacKenzie. 0.5. TCs McBurnie. 3.6. Notes concerning followup issues. 0.7. Draft correspondence. 1.4. TC Encore Legal Services. 0.1. Review Encore notes. 0.7. Day Total: 7.1.

07302008 Draft correspondence. 2.0. Email from Nina Sas. 0.1. Review and preliminary analysis of grand jury instruction material. 0.6. TCs McBurnie. 0.8. Day Total: 3.5.

07312008 Draft correspondence. 0.9. Emails McBurnie. 0.4. Emails Dr. John Maher regarding case strategy and logistics issues. 1.8. Analysis of grand jury instruction issues. 1.5. TCs McBurnie. 0.4. Attention to Encore Legal Solutions file. 0.1. Finalize and send emails to Derek MacKenzie. 0.6. Review email concerning defense papers. 0.1. Send email concerning defense papers. 0.1. Emails regarding defense papers. 0.2. Day Total: 6.1.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 119.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $81,515.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $173.00.
Travel: $61.00.
Document reproduction: $65.00.
SUBTOTAL: $299.00.

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR JULY 2008: $93,634.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,261,189.11.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $123,656.70.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,231,167.01.**

ACCOUNT HISTORY:
10-14-2004 to 06-30-2008:
Total Billings (including expenses): $4,723,546.49.
Total Disbursements: $17,249.93.
Total Paid: $2,462,357.38.
Total Unpaid: $2,261,189.11.

PAYMENTS RECEIVED SINCE LAST INVOICE: $123,656.70.

CURRENT INVOICE:
07-01-2008 to 07-31-2008: $93,634.60.

TO DATE:
Total Billings to date (including expenses): $4,817,181.09.
Total Disbursements to date: $17,548.93.
Total Paid to date: $2,586,014.08.
Total Unpaid to date: $2,231,167.01.

**Please pay this amount: $2,231,167.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-28-2008
For Period: 08-01-2008 to 08-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2008 through August 31, 2008** regarding <u>**NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**</u>:

08012008 Emails regarding defense papers. 0.2. TCs McBurnie. 0.5. Day Total: 0.7.

08022008 Analysis of defense logistics requirements. 1.7. Quantification of trial preparation defense team elements. 1.1. Day Total: 2.8.

08032008 Attention to correlation of grand jury minutes and trial testimony to grand jury instruction sufficiency issues. 4.8. Day Total: 4.8.

08042008 TC McBurnie. 1.1. Email concerning case status. 0.1. Analysis of grand jury sufficiency issues. 4.2. Review of file material concerning possible motions issues. 1.7. Day Total: 7.1.

08052008 TCs concerning case strategy and logistics needs. 3.3. Review and reply to email from McBurnie. 1.0. TCs McBurnie. 1.2. Day Total: 5.5.

08062008 TCs McBurnie. 2.3. Review emails from McBurnie. 0.4. Analysis of issues concerning discovery data requests. 0.7. Draft correspondence. 0.8. Email to McBurnie. 0.2. Email concerning case strategy. 0.1. Read and analyze defense motions filed by Bernstein et al. 1.3. Email to McBurnie. 0.2. Email concerning defense motions papers. 0.1. Attention to archived case documents. 0.9. Analysis of grand jury instruction issue. 0.6. Day Total: 7.6.

08072008 Review McBurnie email. 0.1. Analyze grand jury instruction issue viz. Bernstein et al argument. 0.6. Read and analyze State's motion papers. 1.8. TCs McBurnie. 0.9. Email to McBurnie. 1.2. Email to Dr. John Maher regarding case issues. 0.2. Analysis of severance-related issue presented by State's papers. 1.4. Draft potential court letter filing. 1.7. Day Total: 7.9.

08082008 Drafting potential correspondence/motion to court. 2.8. TCs McBurnie. 1.1. Notes of followup issues. 0.9. Day Total: 4.8.

08092008 No time charged.

08102008 No time charged.

08112008 Draft potential correspondence/motion to court. 2.5. Draft potential correspondence to prosecution. 1.6. Analysis of defense motions papers. 2.5. Analysis of strategic questions in re court conference and trial schedule. 0.7. Day Total: 7.3.

08122008 TCs McBurnie. 0.9. Review file regarding severance motions. 2.3. Emails concerning defense motions. 0.2. Analyze defense motion. 1.2. Day Total: 4.6.

08132008 TCs McBurnie. 1.0. Research concerning NYAG. 2.2. Case research concerning defense motion. 2.8. Day Total: 6.0.

08142008 TCs McBurnie. 0.7. Email from Encore Legal Solutions. 0.1. Emails from Dr. John Maher. 0.2. Notes regarding followup issues. 0.5. Day Total: 1.5.

08152008 Emails Encore Legal Solutions. 0.3. Email Dr. John Maher. 0.1. TCs McBurnie. 0.6. Day Total: 1.0.

08162008 No time charged.

08172008 No time charged.

08182008 No time charged.

08192008 No time charged.

08202008 No time charged.

08212008 No time charged.

08222008 No time charged.

08232008 No time charged.

08242008 No time charged.

08252008 Emails McBurnie. 0.8. Attention to notes concerning potential issues at upcoming hearing. 1.1. Review notes regarding recent motions. 1.2. Review pretrial points and notes concerning grand jury transcript factual patterns regarding individual transactions in re anticipated proffer by prosecution concerning specific accounts. 4.3. Day Total: 7.4.

08262008 TCs McBurnie. 1.0. Review prior hearing transcripts. 1.3. Review notes regarding status conference issues. 0.8. Draft potential remarks concerning prosecution data disclosure. 1.4.

Review recent motions filings notes. 0.7. Review notes concerning Liberty Mutual decision as pertinent to anticipated prosecution proffer. 2.0. Day Total: 7.2.

08272008 Attend hearing at Part 31 regarding pending motions. 4.5. Conference with McBurnie. 3.3. TCs McBurnie. 0.7. TCs regarding potential issues for upcoming hearing on 0912. 0.8. Email concerning court hearing. 0.1. Notes concerning followup issues for next hearing. 1.2. Day Total: 10.6.

08282008 Emails McBurnie. 0.6. Emails concerning hearing. 0.3. TCs McBurnie. 1.8. Review hearing transcript. 1.3. Analysis of followup issues per hearing results. 1.5. Finalize and send email to and receive out of office reply email from Derek MacKenzie. 0.5. Draft correspondence. 1.3. Day Total: 7.3.

08292008 Attention to Encore Legal Solutions communications. 1.2. Email to Derek MacKenzie. 0.2. TC McBurnie. 0.1. Day Total: 1.5.

08302008 No time charged.

08312008 No time charged.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 95.6 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $65,486.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $202.00.
Travel: $41.00.
SUBTOTAL: $243.00.

**TOTAL AMOUNT DUE FOR AUGUST 2008: $77,549.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,231,167.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $62,119.60.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,246,597.01.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 07-31-2008:
Total Billings (including expenses): $4,817,181.09.
Total Disbursements: $17,548.93.
Total Paid: $2,586,014.08.
Total Unpaid: $2,231,167.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $62,119.60.

CURRENT INVOICE:
08-01-2008 to 08-31-2008: $77,549.60.

TO DATE:
Total Billings to date (including expenses): $4,894,730.69.
Total Disbursements to date: $17,791.93.
Total Paid to date: $2,648,133.68.
Total Unpaid to date: $2,246,597.01.

**Please pay this amount: $2,246,597.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

_____

Thank you very much for your kind attention.          William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-20-2008
For Period: 09-01-2008 to 09-30-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2008 through September 30, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

09012008 No time charged.

09022008 No time charged.

09032008 Email from McBurnie. 0.1. Analysis of potential dismissal issues. 1.4. Research concerning procedural issues potentially consequent from upcoming hearing. 2.1. Review transcript material relevant to upcoming hearing and potential issues. 1.1. Day Total: 4.7.

09042008 TCs regarding case status. 0.2. TCs McBurnie. 0.8. Draft correspondence. 0.9. Attention to discovery question. 1.3. Day Total: 3.2.

09052008 TCs McBurnie. 0.5. Draft correspondence. 0.4. Review prior trial transcript material. 1.1. Review defense motions issues analysis. 0.7. Day Total: 2.7.

09062008 No time charged.

09072008 TCs McBurnie. 0.8. Notes of followup issues. 0.6. Day Total: 1.4.

09082008 TC court reporter. 0.2. Review material concerning prior motions hearings. 1.0. Draft correspondence. 0.5. Day Total: 1.7.

09092008 TCs McBurnie. 1.1. Finalize and send email to Nina Sas, NYAG. 0.6. Draft correspondence. 1.0. Finalize and send email to Dr. John Maher regarding case status. 0.8. Day Total: 3.5.

09102008 Attention to review of file documents in re preparation for upcoming hearing. 1.8. TCs McBurnie. 0.7. Notes of issues for possible remarks at upcoming hearing. 1.3. Review defense motions issues. 1.6. Day Total: 5.4.

09112008 Meeting concerning case status and developments. 3.1. TCs McBurnie. 1.2. Preparation for tomorrow's hearing, review of transcripts. 1.4. Analysis of potential hearing outcomes. 0.8. Day Total: 6.5.

09122008 Attend pre-trial hearing. 5.0. Conference with McBurnie. 5.0. Day Total: 10.0.

09132008 No time charged.

09142008 No time charged.

09152008 Review 0912 hearing results. 0.6. Analysis and notes of followup issues. 0.9. Preliminary review and analysis of pre-trial materials provided by NYAG. 2.8. TCs McBurnie. 0.7. Attention to defense logistics issues. 0.5. Day Total: 5.5.

09162008 TCs regarding case status. 0.8. Analysis of severance and consolidation issues. 1.0. Review of prosecution's proffer papers, including specific transactional data. 3.8. Review transactional facts. 1.4. Day Total: 7.0.

09172008 Analysis of co-defendants' transactional data as relate to McBurnie. 2.0. Review grand jury material. 1.7. TCs McBurnie. 0.8. Review transcript material. 0.8. Day Total: 5.3.

09182008 TCs concerning case issues.0.4. TCs McBurnie. 0.7. Review and analysis of prosecution's memoranda of law. 3.8. Day Total: 4.9.

09192008 Analysis under Liberty Mututal case of affirmative representation factual sufficiency regarding specific factual transactions. 2.1. Further analysis of prosecution's papers. 2.7. Case research. 3.4. Day Total: 8.2.

09202008 No time charged.

09212008 TCs McBurnie. 0.5. Day Total: 0.5.

09222008 Analysis of prosecution's selected transactions as against grand jury material. 5.3. Review Liberty Mutual file. 1.2. Day Total: 6.5.

09232008 Further analysis of grand jury sufficiency questions. 2.1. TC McBurnie. 0.4. Day Total: 2.5.

09242008 Analysis of grand jury material in context of remaining grand larceny counts for second trial. 2.5. Day Total: 2.5.

09252008 TCs McBurnie. 0.4. Notes of followup issues. 0.6. Day Total: 1.0.

09262008 No time charged.

09272008 No time charged.

09282008 TCs McBurnie. 1.4. Day Total: 1.4.

09292008 TCs McBurnie. 1.2. Conference with McBurnie. 4.8. Draft and send email to Derek MacKenzie. 0.2. Day Total: 6.2.

09302008 Review quantitative analysis of case logistics needs. 0.7. Review Encore Legal Solutions material. 0.5. Review transcript material. 1.2. TCs McBurnie. 0.6. Day Total: 3.0.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 93.6 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $64,116.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $118.00.
Travel: $24.00.
SUBTOTAL: $142.00.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2008: $76,078.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,246,597.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $61,820.60.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,260,855.01.**

ACCOUNT HISTORY:
10-14-2004 to 08-31-2008:
Total Billings (including expenses): $4,894,730.69.
Total Disbursements: $17,791.93.
Total Paid: $2,648,133.68.
Total Unpaid: $2,246,597.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $61,820.60.

CURRENT INVOICE:
09-01-2008 to 09-30-2008: $76,078.60.

*Dane Keller Rutledge, Attorney at Law*

TO DATE:
Total Billings to date (including expenses): $4,970,809.29.
Total Disbursements to date: $17,933.93.
Total Paid to date: $2,709,954.28.
Total Unpaid to date: $2,260,855.01.

**Please pay this amount: $2,260,855.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.              William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-28-2008
For Period: 10-01-2008 to 10-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2008 through October 31, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoices submitted for representation concerning AIG Shareholders Derivative Action and AIG Coverage Litigation):**

10012008 Review trial transcript material. 3.2. Emails concerning electronic discovery. 0.6. Day Total: 3.8.

10022008 Email McBurnie. 0.2. Analyze statutory issue. 1.2. Review trial transcript material. 4.3. Day Total: 5.7.

10032008 TCs McBurnie. 1.2. Review and analyze transaction notes correlated to testimony in first trial. 3.1. Attention to trial logistics issue. 0.4. Day Total: 4.7.

10042008 No time charged.

10052008 No time charged.

10062008 Email regarding case status. 0.1. TCs McBurnie. 1.4. Review case correspondence. 1.3. Notes regarding defense logistics issues. 0.2. Day Total: 3.0.

10072008 Emails McBurnie. 0.4. Draft correspondence. 1.5. TCs McBurnie. 1.2. Review trial transcript and grand jury minutes. 3.6. Review file notes. 0.3. Day Total: 7.0.

10082008 Emails McBurnie. 0.4. Draft correspondence. 1.2. Communications with Encore Legal Solutions. 0.6. Notes for followup issues. 0.6. TCs McBurnie. 0.4. Day Total: 3.2.

10092008 Emails and data from Encore Legal Solutions. 0.5. Draft correspondence. 1.5. Emails McBurnie. 0.6. TCs McBurnie. 0.9. Attention to defense logistics issues. 0.9. TCM and email to Derek MacKenzie. 0.4. Review trial transcript. 1.8. Day Total: 6.6.

10102008 Emails and TC Encore Legal Solutions. 0.5. Email from Derek MacKenzie. 0.1. Emails McBurnie. 0.2. TCs McBurnie. 1.4. Draft correspondence. 1.6. Day Total: 3.8.

10112008 Emails McBurnie. 0.4. TCs McBurnie. 0.8. Draft correspondence. 2.6. Day Total: 3.8.

10122008 Emails McBurnie. 1.6. TCs McBurnie. 0.5. Day Total: 2.1.

10132008 Emails and TC Encore Legal Solutions. 0.5. Emails McBurnie. 1.0. TCs McBurnie. 1.5. Draft correspondence. 1.8. Review trial transcript. 1.7. Day Total: 6.5.

10142008 Emails and followup with Encore Legal Solutions. 0.5. TCs McBurnie. 0.9. Draft correspondence. 1.4. Emails McBurnie. 0.7. Review trial transcript. 1.3. Day Total: 4.8.

10152008 Emails McBurnie. 0.9. Draft correspondence. 1.3. Finalize and send email to Derek MacKenzie. 0.5. Email regarding case issue. 0.1. Day Total: 2.8.

10162008 Review trial transcript. 3.7. TCs McBurnie. 0.3. Day Total: 4.0.

10172008 Review trial transcript. 2.8. Email McBurnie. 0.1. TCs McBurnie. 0.4. Day Total: 3.3.

10182008 No time charged.

10192008 Email McBurnie. 0.1. Day Total : 0.1.

10202008 TCs McBurnie. 0.6. Email concerning witness list. 0.1. Analysis of witness list. 0.7. Notes of questions regarding "new" witnesses. 0.6. Email McBurnie. 0.2. Review witness list and order of witness presentation from first trial. 1.2. Day Total: 3.4.

10212008 Emails McBurnie. 0.7. TCs McBurnie. 0.7. TC regarding case issue. 0.2. TCM Derek MacKenzie. 0.1. Review prior trial transcript. 1.0. Day Total: 2.7.

10222008 Email McBurnie. 0.5. Review trial transcript. 2.8. Day Total: 3.3.

10232008 Email McBurnie. 0.1. TCs McBurnie. 0.6. Day Total: 0.7.

10242008 TCs McBurnie. 1.1. TC regarding hearing. 0.4. Day Total: 1.5.

10252008 Email regarding pre-trial hearing. 0.1. Review pre-trial hearing transcript. 1.3. Emails McBurnie. 1.3. Notes of followup issues regarding pre-trial hearing. 1.0. Day Total: 3.7.

10262008 Emails McBurnie. 0.3. Day Total: 0.3.

10272008 Emails and TC regarding case status and possible judicial substitution. 0.6. Analysis of defense strategic issues regarding possible judicial change. 0.5. Day Total: 1.1.

10282008 Email Encore Legal  Solutions. 0.1. TC regarding case status. 0.4. Emails McBurnie. 0.6. Day Total: 1.1.

10292008 Emails McBurnie. 0.3. Day Total: 0.3.

10302008 TCs regarding case status. 1.1. Notes regarding followup issues concerning upcoming trial. 0.8. Attention to analysis of trial logistics and scheduling. 0.6. Analysis of strategic concerns regarding possible postponement and judicial substitution. 1.4. Day Total: 3.9.

10312008 Analysis of strategic issues regarding potential judicial substitution, speedy trial issues. 1.8. TC McBurnie. 0.3. Emails regarding case status. 0.3. Email McBurnie. 0.1. Day Total: 2.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 89.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $61,444.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR OCTOBER 2008: $73,265.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,260,855.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,334,120.11.**

ACCOUNT HISTORY:
10-14-2004 to 09-30-2008:
Total Billings (including expenses): $4,970,809.29.
Total Disbursements: $17,933.93.
Total Paid: $2,709,954.28.
Total Unpaid: $2,260,855.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
10-01-2008 to 10-31-2008: $73,265.10.

TO DATE:
Total Billings to date (including expenses): $5,044,074.39.
Total Disbursements to date: $17,933.93.
Total Paid to date: $2,709,954.28.
Total Unpaid to date: $2,334,120.11.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,334,120.11.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-28-2008
For Period: 11-01-2008 to 11-30-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2008 through November 30, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoices submitted for representation concerning AIG Shareholders Derivative Action and AIG Coverage Litigation)**:

11012008 TCs regarding case status. 0.6. Analysis of trial scheduling issues. 0.7. Analysis of judicial substitution contingencies. 1.1. Emails McBurnie. 0.8. Analysis of potential strategic change. 1.8. Day Total: 5.0.

11022008 Attention to assessment of defense logistics needs regarding defense and trial preparation. 2.4. Analysis of potential strategic change. 1.0. TC regarding case status. 0.3. Email McBurnie. 0.1. Notes for followup. 0.5. Day Total: 4.3.

11032008 Analysis of defense requirements regarding data yield from upcoming Peiser trial. 1.3. Email regarding case status. 0.1. Day Total: 1.4.

11042008 No time charged.

11052008 TCs concerning case status and specifics. 0.9. Analysis of prospective specific trial exhibits issues and strategy. 1.4. Day Total: 2.3.

11062008 Emails McBurnie. 1.1. Analysis of trial exhibits issue. 1.5. Day Total: 2.6.

11072008 TCs McBurnie. 0.8. Notes for followup investigation and analysis. 1.5. Media research. 0.3. Day Total: 2.6.

11082008 Emails McBurnie. 0.8. Analysis of strategy concerning specific trial exhibits. 0.8. Day Total: 1.6.

11092008 Email McBurnie. 0.1. Analysis of strategy concerning specific trial exhibits. 0.6. Day Total: 0.7.

11102008 No time charged.

11112008 No time charged.

11122008 No time charged.

11132008 No time charged.

11142008 No time charged.

11152008 Email NYAG concerning trial exhibits. 0.4. Day Total: 0.4.

11162008 No time charged.

11172208 No time charged.

11182008 Email concerning trial transcripts. 0.1. Day Total: 0.1.

11192008 Emails McBurnie. 0.6. Emails concerning case status. 0.4. Day Total: 1.0.

11202008 Email concerning trial exhibits. 0.1. Day Total: 0.1.

11212008 Emails McBurnie. 0.6. Email regarding case status. 0.2. Day Total: 0.8.

11222008 Emails McBurnie. 0.2. Day Total: 0.2.

11232008 Email McBurnie. 0.2. Attention to Gilman/McNenney appeal papers. 1.5. Day Total: 1.7.

11242008 Emails McBurnie. 1.5. Read and analyze Gilman/McNenney appeal brief filed in First Department. 6.5. Notes of research points regarding appeal arguments. 1.7. Day Total: 9.7.

11252008 Analysis concerning Gilman/McNenney appeal arguments in particular regarding antitrust conviction of those two defendants. 4.8. Further analysis of additional appeal arguments. 1.6. TCs McBurnie. 1.8. Attention to case logistics issues. 0.8. Day Total: 9.0.

11262008. TCs McBurnie. 1.4. TCs regarding case status. 0.3. Meeting regarding case status. 3.5. Attention to technical discovery issue. 1.2. TC from defense counsel regarding trial issues. 0.3. Attention to trial issue analysis. 0.5. Emails McBurnie. 0.9. Day Total: 8.1.

11272008 TCs McBurnie. 0.2. Attention to review of trial exhibits. 3.7. Emails McBurnie. 0.5. Day Total: 4.4.

11282008 Attention to review of trial exhibits. 6.7. Email Encore Legal Solutions. 0.1. Review trial notes. 0.9. TCs McBurnie. 0.5. Review specific transactions facts. 1.8. Day Total: 10.0.

11292008 Emails McBurnie. 0.6. Attention to discovery procurement issues. 1.4. Review and analyze trial exhibits. 6.2. Review prior trial transcripts. 1.7. Day Total: 9.9.

11302008 Review and analyze trial exhibits. 5.8. Review prior trial transcripts. 1.2. Review grand jury material. 0.3. Review court rulings. 0.7. TCs McBurnie. 0.8. Notes for followup issues. 0.9. Day Total: 9.7.

*Dane Keller Rutledge, Attorney at Law*

<u>Legal Services</u>:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 85.6 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $58,636.00.

<u>Other Professional Services:</u>
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

<u>Disbursements Charged</u>:
Dedicated telephone charges: $188.00.
Document reproduction: $58.00.
Travel: $36.00.
SUBTOTAL: $282.00.

**TOTAL AMOUNT DUE FOR NOVEMBER 2008: $70,738.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,334,120.11.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $123,782.70.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,281,076.01.**


ACCOUNT HISTORY:
10-14-2004 to 10-31-2008:
Total Billings (including expenses): $5,044,074.39.
Total Disbursements: $17,933.93.
Total Paid: $2,709,954.28.
Total Unpaid: $2,334,120.11.

PAYMENTS RECEIVED SINCE LAST INVOICE: $123,782.70.

CURRENT INVOICE:
11-01-2008 to 11-30-2008: $70,738.60.

TO DATE:
Total Billings to date (including expenses): $5,114,812.99.
Total Disbursements to date: $18,215.93.
Total Paid to date: $2,833,736.98.
Total Unpaid to date: $2,281,076.01.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,281,076.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-20-2009
For Period: 12-01-2008 to 12-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **December 1, 2008 through December 31, 2008** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoices submitted for representation concerning AIG Shareholders Derivative Action and AIG Coverage Litigation):**

12012008 Attend opening day of Doherty/Drake/Peiser trial. 6.7. Conferences McBurnie. 4.8. TCs McBurnie. 0.3. Day Total: 11.8.

12022008 Attend Doherty/Drake/Peiser trial. 7.5. Conference McBurnie. 1.5. Receive and read email from Derek MacKenzie. 0.1. TCs McBurnie. 0.9. Day Total: 10.0.

12032008. Attend Doherty/Drake/Peiser trial. 5.5. Conferences McBurnie. 2.0. Conference with defense counsel. 0.4. TCs McBurnie. 0.4. Day Total: 8.3.

12042008 Notes of insights from trial attendance. 1.2. Review trial transcripts. 1.8. TCs McBurnie. 1.0. Day Total: 4.0.

12052008 Attend Doherty/Drake/Peiser trial. 4.5. Conference McBurnie. 0.8. TCs McBurnie. 0.9. Day Total: 6.2.

12062008 Notes of insights from trial. 1.3. Draft correspondence. 0.9. Review analysis regarding defense logistics needs. 0.7. TCs McBurnie. 0.5. Emails McBurnie. 0.6. Review transcripts. 1.7. Analyze prosecution exhibits. 1.4. Day Total: 7.1.

12072008 TCs McBurnie. 0.4. Emails McBurnie. 0.5. Day Total: 0.9.

12082008 TCs McBurnie. 1.2. Review and analyze trial transcripts. 3.8. Notes regarding research points. 1.1. Emails Encore Legal Solutions. 0.2. Day Total: 6.3.

12092008 Attend Doherty/Drake/Peiser trial. 6.7. Conference with third party attorneys. 1.3. Conference McBurnie. 1.0. TCs McBurnie. 0.8. Emails regarding case status. 0.2. Review and analyze trial transcript material. 2.2. Day Total: 12.2.

1

12102008 Attend Doherty/Drake/Peiser trial. 6.2. Conference with third party attorneys. 1.3. Conference McBurnie. 1.4. TCs McBurnie. 0.6. Day Total: 9.5.

12112008 Draft correspondence. 0.9. TCs McBurnie. 0.8. Transcript review. 2.1. Day Total: 3.8.

12122008 Attend Doherty/Drake/Peiser trial. 4.0. Conference McBurnie. 1.2. TCs McBurnie. 0.6. Analyze proscution exhibits. 1.2. Day Total: 7.0.

12132008 No time charged.

12142008 Draft correspondence. 0.4. Email McBurnie. 0.2. Review and analyze trial transcripts. 2.3. Day Total: 2.9.

12152008 Attend Doherty/Drake/Peiser trial. 5.5. Day Total: 5.5.

12162008 Attend Doherty/Drake/Peiser trial. 7.0. TCs McBurnie. 0.4. Day Total: 7.4.

12172008 Attend Doherty/Drake/Peiser trial. 6.3. Conference McBurnie. 1.4. TCs McBurnie. 0.5. Emails McBurnie. 0.3. Day Total: 8.5.

12182009 TC McBurnie. 0.6. Review and analyze trial exhibit. 0.5. Analyze prior transcript material. 2.0. Day Total: 3.1.

12192008 TCs McBurnie. 0.7. Transcript review. 1.6. Notes for followup. 0.6. Day Total: 2.9.

12202008 No time charged.

12212008 No time charged.

12222008 Draft correspondence. 1.3. Email McBurnie. 0.2. Day Total: 1.5

12232008 TCs McBurnie. 1.2. Day Total: 1.2.

12242008 TCs McBurnie. 0.4. Conference McBurnie. 0.6. Day Total: 1.0.

12252008 No time charged.

12262008 TCs McBurnie. 0.8. Day Total: 0.8.

12272008 No time charged.

12282008 TCs McBurnie. 0.3. Draft correspondence. 0.7. Emails McBurnie. 0.7. Day Total: 1.7.

12292008 Draft correspondence. 0.8. TCs McBurnie. 0.7. Email McBurnie. 0.1. Analyze prosecution witness testimony issues. 1.7. Day Total: 3.3.

12302008 TCs McBurnie. 0.6. Finalize and send emails to Derek MacKenzie. 1.3. Analysis of followup issues and research. 0.9. Day Total: 2.8.

12312008 Email McBurnie. 0.3. Notes for followup issues. 0.4. Day Total: 0.7.

*Dane Keller Rutledge, Attorney at Law*

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 130.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $89,324.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Document retrieval: $77.00.
Meals: $347.00.
Travel: $231.00.
SUBTOTAL: $655.00.

**TOTAL AMOUNT DUE FOR DECEMBER 2008: $101,799.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,281,076.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,382,875.61.**

ACCOUNT HISTORY:
10-14-2004 to 11-30-2008:
Total Billings (including expenses): $5,114,812.99.
Total Disbursements: $18,215.93.
Total Paid: $2,833,736.98.
Total Unpaid: $2,281,076.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
12-01-2008 to 12-31-2008: $101,799.60.

TO DATE:
Total Billings to date (including expenses): $5,216,612.59.
Total Disbursements to date: $18,870.93.
Total Paid to date: $2,833,736.98.
Total Unpaid to date: $2,382,875.61.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,382,875.61.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-27-2009
For Period: 01-01-2009 to 01-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of
Marsh & McLennan Companies, for **January 1, 2009 through January 31, 2009** regarding
**NYS Attorney General investigation and related matters (NOTE: Separate invoices
submitted for representation concerning AIG Shareholders Derivative Action and AIG
Coverage Litigation)**:

01012009 No time charged.

01022009 No time charged.

01032009 No time charged.

01042009 TC concerning case status. 0.1. TCs McBurnie. 0.3. Day Total: 0.4.

01052009 Attend Doherty/Drake/Peiser trial. 5.2. TCs McBurnie. 0.9. Emails McBurnie. 0.5.
Notes concerning defense preparation points. 0.7. Day Total: 7.3.

01062009 Attend Doherty/Drake/Peiser trial. 7.7. TCs McBurnie. 0.8. Transcript review and
analysis. 1.3. Notes regarding case developments. 0.8. Day Total: 10.6.

01072009 Attend Doherty/Drake/Peiser trial. 7.3. 9-545. Email McBurnie. 0.1. TCs McBurnie.
0.6. Analysis of current prosecution focus on case theories. 1.9. TC regarding case status. 0.5.
Transcript review and analysis. 0.8. Day Total: 11.2.

01082009 Analysis of defense responses to cooperating witness testimony. 2.6. TCs McBurnie.
1.1. Review notes concerning case developments and strategic issues. 0.6. Analyze evidentiary
documents. 1.7. Day Total: 6.0.

01092009 Attend Doherty/Drake/Peiser trial. 5.0. Review and analyze transcripts. 1.6. Notes of
analysis. 0.6. TCs McBurnie. 0.8. Day Total: 8.0.

01102009 Analyze trial transcripts and evidentiary documents. 4.9. Notes for followup electronic
documents research 1.2. TCs McBurnie. 0.9. Day Total: 7.0.

01112009 TCs McBurnie. 0.5. Day Total: 0.5.

01122009 Attend Doherty/Drake/Peiser trial. 7.7. Review and analyze transcripts. 1.0. Notes for followup research and analysis concerning evidentiary documents. 0.8. Receive and review email letter from Derek MacKenzie. 0.1. TCs McBurnie. 0.6. Day Total: 10.2.

01132009 Attend Doherty/Drake/Peiser trial. 5.0. Notes of insights gleaned at trial. 0.5. TCs McBurnie. 1.4. Draft correspondence. 1.3. Emails concerning case status. 0.3. Emails McBurnie. 0.9. Day Total: 9.4.

01142009 Attend Doherty/Drake/Peiser trial. 6.2. Conference McBurnie. 1.2. Review notes concerning witness testimony. 1.4. TC concerning case status. 0.3. TCs McBurnie. 0.8. Analysis and preparation of defense arguments. 1.6. Draft correspondence. 1.3. Day Total: 12.8.

01152009 Emails McBurnie. 0.3. Finalize and send email reply to Derek MacKenzie letter. 1.0. TCs McBurnie. 0.7. Transcript review and analysis. 1.8. Notes of followup documents research and analysis. 0.7. Analysis of electronic documents search parameters question. 0.5. Review notes regarding electronic data search protocols. 0.3. Research concerning document review efficiency question. 0.6. Day Total: 6.4.

01162009 TC Derek MacKenzie. 0.3. Review conversation notes. 0.2. TCs McBurnie. 1.6. Review file regarding defense logistics needs. 0.6. Attention to review attorney data. 0.8. Meeting concerning defense logistics issues. 2.3. Review and analyze transcripts. 2.1. Day Total: 7.9.

01172009 Review and analysis of transcripts. 2.2. Review and analysis of evidentiary documents. 1.4. Attention to Marsh requests concerning logistics data. 1.2. TCs McBurnie. 0.9. Notes for followup case research. 0.3. Review notes concerning witness testimony. 0.4. Day Total: 6.4.

01182009 No time charged.

01192009 No time charged.

01202009 Emails Encore Legal Solutions. 0.3. Draft correspondence. 2.5. Review file correspondence. 0.9. Review discovery data review material. 0.8. Email McBurnie. 0.3. TCs McBurnie. 0.4. Review and analyze witness testimony and evidentiary documents. 2.0. Day Total: 7.2.

01212009 Attend Doherty/Drake/Peiser trial. 7.6. Meeting concerning case logistics and expert witness needs. 2.3. TCs McBurine. 0.4. Day Total: 10.3.

01222009 Emails McBurnie. 0.3. TCs McBurnie. 0.8. Draft correspondence. 2.6. Review and analyze witness testimony. 1.6. Analyze evidentiary documents. 0.8. Day Total: 6.1.

01232009 Attend Doherty/Drake/Peiser trial. 2.3. Meeting with defense counsel. 0.3. Conference McBurnie. 2.0. TCs McBurnie. 0.8. Review and analyze transcripts. 1.1. Day Total: 6.5.

01242009 Review and analyze transcripts. 2.3. TCs McBurnie. 0.5. Day Total: 2.8.

01252009 Preparation of cross examination lines. 3.5. Finalize and send email to Derek MacKenzie. 0.6. Email McBurnie. 0.1. Review and analyze transcripts. 1.5. Retrieve and correlate documents to witness testimony issues. 1.3. Notes of followup research issues. 0.2. Day Total: 7.2.

01262009 Review and analyze transcript. 0.8. Attend Doherty/Drake/Peiser trial. 5.0. Receive email letter from Derek MacKenzie. 0.1. Email McBurnie. 0.1. TCs McBurnie. 0.9. Draft communications. 0.8. Review file correspondence. 0.4. Analyze potential subpoena requirements and particulars. 1.9. Research procedural requirements for document requests. 1.6. Day Total: 11.6.

01272009 Emails McBurnie. 1.2. Draft correspondence. 0.7. Attend Doherty/Drake/Peiser trial. 5.5. Research and analyze potential motions issues. 0.7. Review analysis of indictment particulars. 0.4. Statutory research. 1.2. TCs McBurnie. 0.8. Day Total: 10.5.

01282009 Attend Doherty/Drake/Peiser trial. 7.5. TCs McBurnie. 0.7. Review and analyze witness testimony. 1.2. Day Total: 9.4.

01292009 TCs McBurnie. 0.7. Review and analyze transcripts. 4.2. Analysis of followup defense preparation regarding testimony and potential cross examination. 1.4. Day Total: 6.3.

01302009 No time charged.

01312009 No time charged.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 182.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $124,670.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Dane Keller Rutledge, Attorney at Law*

<u>*Disbursements Charged*</u>:
Meals: $215.00.
Travel: $228.00.
<u>SUBTOTAL: $443.00.</u>

**TOTAL AMOUNT DUE FOR JANUARY 2009: $136,933.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,382,875.61.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $120,425.20.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,399,384.01.**


<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 12-31-2008:</u>
Total Billings (including expenses): $5,216,612.59.
Total Disbursements: $18,870.93.
Total Paid: $2,833,736.98.
Total Unpaid: $2,382,875.61.

<u>PAYMENTS RECEIVED SINCE LAST INVOICE: $120,425.20.</u>

<u>CURRENT INVOICE:</u>
<u>01-01-2009 to 01-31-2009: $136,933.60.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $5,353,546.19.
Total Disbursements to date: $19,313.93.
Total Paid to date: $2,954,162.18.
<u>Total Unpaid to date: $2,399,384.01.</u>

**Please pay this amount: $2,399,384.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-25-2009
For Period: 02-01-2009 to 02-28-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **February 1, 2009 through February 28, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoices submitted for representation concerning AIG Shareholders Derivative Action and AIG Coverage Litigation):**

02012009 No time charged.

02022009 Analysis of cross examination issues. 2.8. Notes of analysis. 0.7. Attend trial. 7.5. TCs McBurnie. 1.2. Transcript review. 1.9. Day Total: 14.1.

02032009 Emails McBurnie. 0.2. Draft correspondence. 1.9. Finalize and send email to Derek MacKenzie. 0.6. Attend trial. 6.5. Day Total: 9.2.

02042009 TCs McBurnie. 1.3. Attend trial. 7.2. Conference defense counsel. 0.1. Conference AAG. 0.1. Notes for followup. 0.2. Conferences McBurnie. 2.3. Day Total: 11.2.

02052009 TCs McBurnie. 0.7. Transcript review. 1.6. Analysis of testimony issues. 1.4. Analysis of transaction factual issues. 0.5. Research points followup list. 0.2. Day Total: 4.4.

02062009 Attend trial. 5.0. Conference McBurnie. 2.5. TC Encore Legal Solutions. 0.3. TCs McBurnie. 0.7. Transcript review. 0.6. Day Total: 9.1.

02072009 TCs McBurnie. 0.6. Draft correspondence. 1.1. Emails McBurnie. 0.6. Day Total: 2.3.

02082009 Draft correspondence. 0.8. Emails McBurnie. 0.5. Transcript review: 1.2. Factual research. 1.0. TCs McBurnie. 0.4. Day Total: 3.9.

02092009 TCs McBurnie. 1.5. Emails McBurnie. 0.8. Finalize and send email to Derek MacKenzie. 0.3. Email from Derek MacKenzie. 0.1. Transcript review. 2.8. Day Total: 5.5.

02102009 No time charged.

02112009 No time charged.

02122009 No time charged.

02132009 TCs McBurnie. 0.6. Draft correspondence. 0.4. Emails McBurnie. 1.1. Finalize and send email to Derek MacKenzie. 0.3. Transcript review. 2.0. Day Total: 4.4.

02142009 TCs McBurnie. 1.5. Day Total: 1.5.

02152009 Emails McBurnie. 0.2. TCs McBurnie. 0.9. Analysis regarding testimony issues and cross exam preparation concerning witness testimony. 3.2. Day Total: 4.3.

02162009 Emails McBurnie. 0.3. TCs McBurnie. 1.0. Review prior trial testimony. 1.3. Day Total: 2.6.

02172009 Attend trial. 6.7. Email Encore Legal Solutions. 0.1. Conference McBurnie. 2.3. Emails McBurnie. 2.0. TCs McBurnie. 1.1. Day Total: 12.2.

02182009 Attend trial. 5.8. TCs McBurnie. 1.4. Emails McBurnie. 1.9. TC regarding case status. 0.8. Email regarding case status. 0.1. Emails Dr. John Maher regarding case status. 0.5. Analysis of case status. 0.5. Review transcripts. 1.4. Review notes concerning transaction and testimony issues. 1.6. Email Encore Legal Solutions. 0.1. Day Total: 14.1.

02192009 Attention to McBurnie emails. 0.5. TC Brian Kenny. 0.2. TCs McBurnie. 0.6. Review transcripts. 0.9. Correlate and analyze transaction documents in re witness statements. 1.3. Analysis of issues in notes for followup preparation. 0.4. Analysis of cross examination issues. 1.1. Day Total: 5.0.

02202009 Attend trial. 5.7. TCs McBurnie. 0.9. Transcript review. 0.6. Notes for followup issues. 0.3. Transcript research. 0.5. Day Total: 8.0.

02212009 No time charged.

02222009 Research regarding motions to accelerate disposition. 4.3. Day Total: 4.3.

02232009 Attend trial. 7.0. TCs McBurnie. 1.4. Conference regarding case 0.2. Emails Dr, John Maher. 0.2. Emails McBurnie. 0.4. Day Total: 9.2.

02242009 Conference regarding case status. 0.5. Attend trial. 7.0. Conference McBurnie. 1.0. TC regarding case status. 0.4. Emails Dr. John Maher. 0.3. TCs McBurnie. 0.6. Research and analysis concerning potential motion to dismiss. 4.5. Day Total: 14.3.

02252009 Attend trial. 7.1. Conference with civil counsel regarding case. 1.3. Emails McBurnie. 0.8. Draft correspondence. 1.8. Email from Derek MacKenzie. 0.1. TCs McBurnie. 1.5. Attention Encore Legal Solutions issue. 0.7. Day Total: 13.3.

02262009 TCs McBurnie. 0.6. Draft correspondence. 2.8. Emails McBurnie. 0.5. Day Total: 3.9.

02272009 No time charged.

*Dane Keller Rutledge, Attorney at Law*

02282009 No time charged.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 156.8 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $107,408.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $286.00.
Travel: $122.00.
Fed Ex: $17.00.
SUBTOTAL: $425.00.


**TOTAL AMOUNT DUE FOR FEBRUARY 2009: $119,653.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,399,384.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $56,820.60.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,462,217.01.**


ACCOUNT HISTORY:
10-14-2004 to 01-31-2009:
Total Billings (including expenses): $5,353,546.19.
Total Disbursements: $19,313.93.
Total Paid: $2,954,162.18.
Total Unpaid: $2,399,384.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $56,820.60.

CURRENT INVOICE:
02-01-2009 to 02-28-2009: $119,653.60.

TO DATE:
Total Billings to date (including expenses): $5,473,199.79.
Total Disbursements to date: $19,738.93.
Total Paid to date: $3,010,982.78.
Total Unpaid to date: $2,462,217.01.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $2,462,217.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-20-2009
For Period: 03-01-2009 to 03-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **March 1, 2009 through March 31, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

03012009 No time charged.

03022009 No time charged.

03032009 No time charged.

03042009 Attend trial. 6.5. Conference McBurnie. 1.6. TCs McBurnie. 0.8. Review transcripts. 2.4. Day Total: 11.3.

03052009 TCs McBurnie. 1.5. Conference McBurnie. 2.0. Transcript review. 2.5. Day Total: 6.0.

03062009 TCs McBurnie. 1.1. Emails court reporter regarding case status. 0.2. Analysis of case status issues. 0.5. Review transcript. 1.2. Day Total: 3.0.

03072009 Analyze and review transcripts. 3.8. Notes regarding followup issues regarding transaction facts and witness testimony. 0.9. Research concerning potential motion. 1.7. TCs McBurnie. 0.4. Day Total: 6.8.

03082009 No time charged.

03092009 Attend trial. 6.5. Conferences McBurnie. 4.5. Day Total: 11.0.

03102009 Attend trial. 6.4. TCs McBurnie. 0.9. Review transcript. 1.2. Analysis regarding trial documents and testimony. 1.1. Emails McBurnie. 0.8. Day Total: 10.4.

03112009 Attend trial. 7.0. Email McBurnie. 0.4. TCs McBurnie. 1.0. Review documents issues from testimony. 1.5. Day Total: 9.9.

03122009 Email Dr. John Maher concerning expert testimony issue. 0.2. Transcript review and analysis. 2.8. Attention to McBurnie emails. 1.3. Day Total: 4.3.

03132009 Email McBurnie. 0.1. Attend trial. 3.0. Conference McBurnie. 5.0. Emails court reporter. 0.2. Day Total: 8.3.

03142009 No time charged.

03152009 Emails McBurnie. 0.2. Attention draft correspondence. 0.9. Research possible motion to dismiss. 2.6. Day Total: 3.7.

03162009 Emails court reporter. 0.5. Research and analysis concerning possible motion to dismiss. 2.1. Emails Dr. John Maher. 0.2. TCs McBurnie. 1.6. Transcripts review. 1.9. Day Total: 6.3.

03172009 Attend trial. 7.0. Emails McBurnie. 0.4. Emails Encore Legal Solutions. 0.3. Email Dr. John Maher. 0.2. Review transcript material. 0.8. TCs McBurnie. 0.6. Day Total: 9.3.

03182009 Attend trial. 6.2. Emails McBurnie. 1.3. TCs McBurnie. 1.6. Day Total: 9.1.

03192009 Emails Dr. John Maher. 0.2. Email McBurnie. 0.1. TCs McBurnie. 0.5. Review transcripts. 1.4. Analysis regarding possible content of motion to dismiss (Clayton motion). 2.7. Day Total: 4.9.

03202009 Preliminary drafting of content for possible Clayton motion. 3.0. Analysis of trial testimony and documents concerning use in motion. 2.6. Day Total: 5.6.

03212009 Email McBurnie. 0.1. TC McBurnie. 0.1. Day Total: 0.2.

03222009 No time charged.

03232009 Research regarding Clayton motion. 2.8. Further preliminary drafting of motion arguments. 3.4. Day Total: 6.2.

03242009 Attend trial. 6.5. Conferences defense counsel, court reporter, and Justice Yates regarding his status. 0.7. Emails McBurnie. 0.5. Attention draft correspondence. 1.2. TCs McBurnie. 1.1. Day Total: 10.0.

03253009 Attend trial. 6.3. Conferences court reporter. 0.3. Conference NYAG regarding appeal papers in Gilman/McNenney appeal. 0.1. Email NYAG concerning appeal response brief. 0.1. TCs McBurnie. 1.8. Review transcripts. 1.0. Day Total: 9.6.

03262009 Emails McBurnie. 0.6. Attention to draft correspondence. 0.9. Attention to Clayton motion. 4.8. TCs McBurnie. 1.0. Day Total: 7.3.

03272009 Attend trial. 4.0. Emails court reporter. 0.3. Emails McBurnie. 1.0. Attention to draft correspondence. 1.2. TCs McBurnie. 0.8. Research and analysis of judge replacement issue. 1.8. Day Total: 9.1.

03282009 TCs McBurnie. 1.9. Attention to Clayton motion elements and supporting content. 3.4. Day Total: 5.3.

03292009 Emails McBurnie. 0.3. TCs McBurnie. 1.6. Day Total: 1.9.

03302009 Attend trial. 6.3. Research concerning Clayton motion. 3.2. Emails McBurnie. 0.5. TCs McBurnie. 0.8. Emails concerning case status. 0.3. Day Total: 11.1.

03312009 Attention transcript research concerning Clayton motion. 1.3. Drafting arguments regarding Clayton motion. 1.6. Emails McBurnie. 0.9. TCs McBurnie. 2.5. Day Total: 6.3.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 176.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $121,176.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $358.00.
Travel: $134.00.
SUBTOTAL: $492.00.

**TOTAL AMOUNT DUE FOR MARCH 2009: $133,489.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,462,217.01.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $61,820.60.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,533,885.51.**


ACCOUNT HISTORY:
10-14-2004 to 02-28-2009:
Total Billings (including expenses): $5,473,199.79.
Total Disbursements: $19,738.93.
Total Paid: $3,010,982.78.
Total Unpaid: $2,462,217.01.

PAYMENTS RECEIVED SINCE LAST INVOICE: $61,820.60.

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
03-01-2009 to 03-31-2009: $133,489.10.

TO DATE:
Total Billings to date (including expenses): $5,606,688.89.
Total Disbursements to date: $20,230.93.
Total Paid to date: $3,072,803.38.
Total Unpaid to date: $2,533,885.51.

**Please pay this amount: $2,533,885.51.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-06-2009
For Period: 04-01-2009 to 04-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2009 through April 30, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

04012009 TCs McBurnie. 0.8. Attend trial. 6.8. Emails McBurnie. 0.4. Review transcript. 1.2. Attention to Clayton motion factual data. 1.4. Day Total: 10.6.

04022009 Emails concerning Clayton motion factual support. 0.3. Review and analyze supporting factual material for Clayton motion. 0.8. TCs McBurnie. 1.5. Review transcripts. 0.9. Day Total: 3.5.

04032009 Emails McBurnie. 0.5. TCs Court Clerk. 0.2. TCs McBurnie. 1.0. Attention to drafting arguments concerning Clayton motion. 2.2. Review and analyze factual statements supporting Clayton motion. 0.8. Day Total: 4.7.

04042009 TCs McBurnie. 2.3. Drafting concerning Clayton motion. 2.1. Day Total: 4.4.

04052009 Emails McBurnie. 0.6. TCs McBurnie. 1.3. Review factual arguments for Clayton motion. 0.9. Day Total: 2.8.

04062009 Emails McBurnie. 0.4. Analysis regarding factual data in support of Clayton motion criteria. 1.7. Drafting regarding factual arguments per Clayton motion criteria. 2.9. TCs McBurnie. 2.4. Review transcript. 1.5. Day Total: 8.9.

04072009 TCs concerning factual data to support Clayton motion. 2.5. Research and analysis concerning prosecutor issue. 0.4. TCs McBurnie. 1.5. Emails McBurnie. 0.8. Drafting regarding Clayton motion to dismiss. 3.4. Review transcripts. 2.8. Day Total: 11.4.

04082009 Research and analysis of prosecutor conduct issue. 2.0. Emails McBurnie. 0.6. TCs regarding supporting factual data for criteria for motion to dismiss. 1.4. TCs McBurnie. 1.7. Drafting concerning motion to dismiss. 2.2. Transcript review. 1.1. Day Total: 9.0.

04092009 TCs McBurnie. 1.0. Transcript analysis concerning Clayton motion to dismiss. 4.5. Redrafting regarding motion to dismiss. 1.8. Day Total: 7.3.

04102009 Email McBurnie. 0.1. TCs regarding witness support for Clayton motion to dismiss. 1.2. TCs court clerk regarding scheduling motion filing. 0.2. TCs McBurnie. 1.4. Day Total: 2.9.

04112009 Emails McBurnie. 0.2. Attention to analysis of documents supporting motion to dismiss. 1.5. Drafting concerning supporting documents for motion. 1.2. TCs McBurnie. 0.9. TCs concerning content of motion to dismiss. 1.5. Day Total: 5.3.

04122009 TCs McBurnie. 1.1. Analysis of motion content issues. 1.6. Research concerning supporting precedent for motion. 1.9. Redrafting of Clayton motion to dismiss. 1.5. Day Total: 6.1.

04132009 Redrafting regarding motion to dismiss. 3.6. TCs McBurnie. 1.2. Emails concerning motion content. 0.4. TCs regarding motion content. 0.9. Day Total: 6.1.

04142009 Attend Appellate Division First Department oral argument of appeal concerning Gilman/McNenney trial. 2.5. Email concerning motion scheduling. 0.1. TC court clerk concerning motion scheduling. 0.1. Conference McBurnie. 3.2. TC concerning motion content. 1.0. Continue refining motion to dismiss. 2.5.TCs McBurnie. 1.0. Day Total: 10.4.

04152009 Finalize motion to dismiss. 4.0. TCs McBurnie. 0.6. Emails McBurnie. 0.2. Conferences with AAGs Kwastel and Baez. 1.5. File motion for McBurnie and make scheduled appearance at Part 31 before Justice Yates. 2.3. Conference McBurnie. 2.4. TCs McBurnie. 0.6. Day Total: 11.6.

04162009 No time charged.

04172009 Emails McBurnie. 0.4. Analysis of witness issue. 0.3. TCs McBurnie. 0.4 Day Total: 1.1.

04182009 No time charged.

04192009 Email McBurnie. 0.1. Emails Dr. John Maher regarding case status. 0.4. TCs McBurnie. 0.3. Review transcripts. 3.3. Day Total: 4.1.

04202009 Email Encore Legal Solutions. 0.1. TC Encore Legal Solutions. 0.1. Attend trial. 7.4. TCs McBurnie. 0.8. Day Total: 8.4.

04212009 Attend trial. 7.6. TCs McBurnie. 0.5. Review transcripts. 1.6. Day Total: 9.7.

04222009 Attend trial. 7.0. Emails McBurnie. 0.5. TCs McBurine. 0.8. Day Total: 8.3.

04232009 Review transcript. 1.4. Emails McBurnie. 0.2. TCs McBurnie. 1.2. Email Encore Legal Solutions. 0.1. Day Total: 2.9.

04242009 No time charged.

04252009 Email McBurnie. 0.1. Analyze testimony issues concerning witness list. 1.4. Day Total: 1.5.

04262009 No time charged.

04272009 Attend trial. 4.5. Conference McBurnie. 2.0. Emails concerning case status. 0.2. Day Total: 6.7.

04282009 Attend trial. 7.2. TCs McBurnie. 1.1. Day Total: 8.3.

04292009 Attend trial. 7.7. Analysis of inducements issue concerning cooperators. 0.8. Conference McBurnie. 1.9. Day Total: 10.4.

04302009 Emails McBurnie. 0.8. Analysis of NYAG communications concerning discussion issues. 1.0. TCs McBurnie. 0.8. Day Total: 2.6.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 169.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $115,765.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $235.00.
Travel: $120.00.
SUBTOTAL: $355.00.

**TOTAL AMOUNT DUE FOR APRIL 2009: $127,940.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,533,885.51.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $58,489.10.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,603,337.01.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 03-31-2009:
Total Billings (including expenses): $5,606,688.89.
Total Disbursements: $20,230.93.
Total Paid: $3,072,803.38.
Total Unpaid: $2,533,885.51.

PAYMENT RECEIVED SINCE LAST INVOICE: $58,489.10.

CURRENT INVOICE:
04-01-2009 to 04-30-2009: $127,940.60.

TO DATE:
Total Billings to date (including expenses): $5,734,629.49.
Total Disbursements to date: $20,585.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $2,603,337.01.

**Please pay this amount: $2,603,337.01.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW                                REVIEWED AND APPROVED:
150 East 39th Street, Suite 903
New York, New York 10016

                                               _____
Thank you very much for your kind attention.        William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-08-2009
For Period: 05-01-2009 to 05-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2009 through May 31, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action):**

05012009 Communications with Encore Legal Solutions. 0.4. TCs McBurnie. 0.6. TC concerning case status. 0.3. Day Total: 1.3.

05022009 Emails Dr. John Maher regarding case analysis. 0.4. TCs McBurnie. 0.9. Review trial exhibits data. 1.1. Analysis of potential prosecution discussion issues. 1.0. Research concerning inducements issue as pertains to motion to dismiss. 2.4. Day Total: 5.8.

05032009 TC regarding case status. 0.4. TC McBurnie. 0.3. Attention to trial notes concerning upcoming witness issues concerning McBurnie. 1.4. Day Total: 2.1.

05042009 TCs McBurnie. 0.8. Conference Evelyn Baez, AAG. 0.1. Conference Yu Jin Hong, AAG. 0.1. Conference Peter Driscoll. 0.2. Discuss case status and scheduling with Justice Yates (including travel). 2.3. Attend trial. 3.5. Conference McBurnie. 2.5. Transcript review. 1.2. Analysis of civil testimony issue regarding possible remedies in dismissal motion. 0.8. TCs regarding case status. 0.5. Day Total: 12.0.

05052009 Appear Part 31 to discuss case status with Justice Yates (including travel). 2.1. Attend applications concerning prosecutorial conduct regarding cooperators' prior testimony (relevant to Clayton statutory criteria for motion to dismiss). 1.3. Emails Derek MacKenzie. 0.3. Conferences regarding case status. 0.3. Conference McBurnie. 2.8. TCs McBurnie. 0.6. Email McBurnie. 0.1. Analysis concerning developments pertaining to motion to dismiss. 1.9. Review transcript. 0.7. Day Total: 10.1.

05062009 Email McBurnie. 0.2. Conference McBurnie. 2.3. Emails concerning witness testimony issue. 0.6. TCs McBurnie. 0.4. Research concerning prosecutorial misconduct issues. 1.4. Review transcript material. 1.1. Review prior trial material. 1.5. Day Total: 7.5.

05072009 Transcript review regarding external testimony issue. 1.8. Research concerning external testimony issue. 4.0. Day Total: 5.8.

05082009 TCs McBurnie. 0.7. Emails McBurnie. 0.4. Day Total: 1.1.

05092009 No time charged.

05102009 No time charged.

05112009 TCs McBurnie. 1.0. Emails McBurnie. 0.2. Day Total: 1.2.

05122009 Email from Encore Legal Solutions. 0.1. TCs McBurnie. 1.5. Day Total: 1.6.

05132009 No time charged.

05142009 Emails McBurnie. 0.5. Analysis of specific cooperating witnesses testimony concerning prosecutorial misconduct issue. 3.4. Supplemental research concerning cooperating witness testimony issue. 1.1. TC McBurnie. 1.1. Day Total: 6.1.

05152009 Analysis of specific cooperating witness testimony. 1.8. TCs McBurnie. 1.5. Day Total: 3.3.

05162009 No time charged.

05172009 No time charged.

05182009 Attend hearing concerning potential prosecutorial misconduct in re cooperating witnesses. 3.0. Conference McBurnie. 5.0. Day Total: 8.0.

05192009 Attend trial. 2.4. Attend further argument regarding witness issues. 1.0. Conference McBurnie. 2.8. Review transcripts. 1.7. Day Total: 7.9.

05202009 Review transcripts. 1.2. TCs McBurnie. 0.4. TC regarding case status. 0.1. Research concerning witness issues. 0.5. Email McBurnie. 0.3. Day Total: 2.5.

05212009 Email McBurnie. 0.2. Emails Encore Legal Solutions. 0.4. TCs McBurnie. 1.0. Day Total: 1.6.

05222009 Email McBurnie. 0.1. TCs McBurnie. 1.3. Day Total: 1.4.

05232009 No time charged.

05242009 No time charged.

05252009 TCs McBurnie. 0.6. Emails concerning witness list. 0.2. Day Total: 0.8.

05262009 Attend trial. 4.5. Conference concerning case status. 1.3. Emails McBurnie. 0.5. TCs McBurnie. 0.7. Review transcripts. 1.6. Day Total: 8.6.

05272009 Emails Scott Devereaux regarding Rosario material. 0.2. Conference AAG Kwastel. 0.1. Attend trial. 5.8. Conferences McBurnie. 5.0. Day Total: 11.1.

05282009 TCs McBurnie. 1.0. Day Total: 1.0.

05292009 Communications with Encore Legal Solutions. 0.2. Review documents and testimony preparatory to discussion requested by NYAG. 3.5. TCs McBurnie. 0.4. Research concerning preparation for discussion with NYAG. 0.7. Day Total: 4.8.

05302009 Research preparation for discussion requested by NYAG. 2.8. TCs McBurnie. 0.5. Day Total: 3.3.

05312009 Emails concerning case status. 0.3. Emails McBurnie. 0.2. TCs McBurnie. 1.5. Email Scott Devereaux regarding question on Rosario material. 0.2. Day Total: 2.2.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 111.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $76,103.50.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $449.00.
Travel: $86.00.
SUBTOTAL: $535.00.

**TOTAL AMOUNT DUE FOR MAY 2009: $88,459.10.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,603,337.01.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,691,796.11.**


ACCOUNT HISTORY:
10-14-2004 to 04-30-2009:
Total Billings (including expenses): $5,734,629.49.
Total Disbursements: $20,585.93.
Total Paid: $3,131,292.48.
Total Unpaid: $2,603,337.01.

PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
05-01-2009 to 05-31-2009: $88,459.10.

TO DATE:
Total Billings to date (including expenses): $5,823,088.59.
Total Disbursements to date: $21,120.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $2,691,796.11.

**Please pay this amount: $2,691,796.11.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:                              REVIEWED AND APPROVED:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.              William L. McBurnie

Vendor Code: RUT2100
Date: 12-10-2009
For Period: 06-01-2009 to 06-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2009 through June 30, 2009** regarding <u>**NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**</u>:

06012009 Attend trial. 6.8. Emails McBurnie. 1.4. TCs McBurnie. 1.1. Emails AAG Jeff Kwastel. 0.3. Review and analyze prosecution witness deposition chart provided by NYAG. 1.2. Review transcript. 0.9. Day Total: 11.7.

06022009 Emails Jeff Kwastel, AAG. 0.2. Attend trial. 7.2. Emails McBurnie. 0.6. Emails defense counsel. 0.5. TCs McBurnie. 1.2. Review transcripts. 1.5. Prepare for upcoming NYAG meeting. 1.0. Day Total: 12.2.

06032009 Emails McBurnie. 0.2. Conference defense counsel. 0.1. Conference Jeff Kwastel. 0.1. Email Jeff Kwastel. 0.1. Attend trial. 2.8. Conference McBurnie. 3.3. TCs McBurnie. 0.5. Review transcript. 1.2. Prepare for NYAG meeting. 4.5. Day Total: 12.8.

06042009 Emails McBurnie. 0.8. Final preparation for NYAG meeting. 2.8. Review motion material. 0.8. Meeting at OAG, 120 Broadway, with Gail Heatherly, Jeff Kwastel. 2.8. Notes of discussion. 0.5. TC regarding case status. 0.3. TCs McBurnie. 1.5. Day Total: 9.5.

06052009 TC Jeff Kwastel, AAG. 0.2. Emails Jeff Kwastel. 0.4. Emails McBurnie. 0.4. TCs McBurnie. 1.0. Attention to data per NYAG request. 0.4. Analyze testimony. 1.2. Analysis of followup issues concerning meeting with NYAG. 1.4. Day Total: 5.0.

06062009 Research concerning NYAG meeting issues. 2.2. Review case file regarding prior motions. 1.3. Review motion material. 0.3. TCs concerning NYAG issues. 0.8. Day Total: 4.6.

06072009 Emails McBurnie. 0.6. TCs McBurnie. 1.1. TC regarding case status. 0.3. Day Total: 2.0.

06082009 Attend trial. 5.0. Emails concerning case status. 0.5. Emails McBurnie. 0.5. TCs McBurnie. 0.7. TCs concerning case status. 0.8. Transcript review. 1.8. Research prosecutor inducements and other misconduct issue regarding possible supplementation of Clayton motion. 2.1. Day Total: 11.4.

06092009 Attend trial. 7.3. Conference McBurnie. 2.9. Emails McBurnie. 0.3. TCs McBurnie. 0.7. Transcript review. 0.8. Day Total: 12.0.

06102009 Attend trial. 7.4. Email from NYAG. 0.1. Emails defense counsel. 0.8. Analysis of facts regarding prosecutorial misconduct argument for possible Clayton motion supplementation. 1.2. TCs McBurnie. 1.2. Day Total: 10.7.

06112009 Attend trial. 4.8. Research misconduct/inducements issue regarding 210.40 criterion. 3.5. TCs McBurnie. 0.5. Day Total: 8.8.

06122009 TC Evelyn Baez. 0.3. Email response from NYAG received and downloaded. 0.1. Read and analyze State response to Clayton motion. 3.0. Notes of analysis regarding NYAG response. 1.2. Review file data regarding Clayton motion. 0.7. TCs McBurnie. 0.8. Emails McBurnie. 0.4. Day Total: 6.5.

06132009 Analyze NYAG response to Clayton motion. 1.4. TC regarding case status. 1.3. Transcript review. 1.6. TCs McBurnie. 0.9. Day Total: 5.2.

06142009 Factual analysis concerning possible supplement to motion to dismiss. 1.4. Day Total: 1.4.

06152009 No time charged.

06162009 Attend trial. 7.6. TCs McBurnie. 0.8. Transcript review. 1.3. Day Total: 9.7.

06172009 Appear for scheduled status conference. 1.3. Attend trial. 6.5. Conference with court personnel concerning case status. 0.5. Conference McBurnie. 2.5. Day Total: 10.8.

06182009 Email McBurnie. 0.4. Day Total: 0.4.

06192009 No time charged.

06202009 No time charged.

06212009 No time charged.

06222009 Emails regarding case status. 0.4. Transcript review. 2.8. Day Total: 3.2.

06232009 Attend trial. 7.2. Emails McBurnie. 0.7. Transcript review. 1.2. Day Total: 9.1.

06242009 Email McBurnie. 0.2. Emails concerning case status. 0.4. Analysis of MARP issue. 0.8. Day Total: 1.4.

06252009 Transcript review. 1.6. Analysis of potential supplementary data for Clayton motion or hearing. 2.6. TCs McBurnie. 0.5. Day Total: 4.7.

06262009 Analysis of MARP related data. 2.1. TCs McBurnie. 0.5. Day Total: 2.6.

06272009 Emails McBurnie. 0.5. TCs McBurnie. 0.5. Day Total: 1.0.

06282009 No time charged.

06292009 Attend trial. 7.3. TCs McBurnie. 1.4. Day Total: 8.7.

06302009 Attend trial. 5.9. Transcript review. 0.7. TC McBurnie. 0.2. Day Total: 6.8.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 172.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $117,957.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
Meals: $118.00.
Travel: $54.00.
SUBTOTAL: $172.00.

**TOTAL AMOUNT DUE FOR JUNE 2009: $129,949.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $2,691,796.11.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $2,821,745.71.**


ACCOUNT HISTORY:
10-14-2004 to 05-31-2009:
Total Billings (including expenses): $5,823,088.59.
Total Disbursements: $21,120.93.
Total Paid: $3,131,292.48.
Total Unpaid: $2,691,796.11.

PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
06-01-2009 to 06-30-2009: $129,949.60.

TO DATE:
Total Billings to date (including expenses): $5,953,038.19.
Total Disbursements to date: $21,292.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $2,821,745.71.

**Please pay this amount: $2,821,745.71.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-12-2009
For Period: 07-01-2009 to 07-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2009 through July 31, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

07012009 Attend trial. 6.3. Conference McBurnie. 2.5. Emails Encore Legal Solutions. 0.6. TCs McBurnie. 1.4. Transcript review. 1.0. Day Total: 11.8.

07022009 Transcript review. 3.2. TCs McBurnie. 0.6. Notes regarding witness issues. 1.1. Day Total: 4.9.

07032009 No time charged.

07042009 No time charged.

07052009 No time charged.

07062009 No time charged.

07072009 Research precedents cited in NYAG response to Clayton motion. 4.2. TCs McBurnie. 0.9. Day Total: 5.1.

07082009 Review testimony relevant to possible Clayton motion supplement/hearing. 1.8. TCs McBurnie. 1.0. Attention to possible exhibits to support motion. 1.9. Day Total: 4.7.

07092009 Transcript research for supporting data for motion to dismiss. 6.2. TCs McBurnie. 0.8. Day Total: 7.0.

07102009 Transcript research supporting motion to dismiss. 1,6, Review notes of trial testimony issues as pertain to motion to dismiss. 2.5. Analysis of prosecution arguments. 3.1. TC McBurnie. 0.4. Day Total: 7.6.

07112009 No time charged.

07122009 TCs McBurnie. 1.3. Factual research. 1.9. Day Total: 3.2.

07132009 Attend trial. 6.3. Conference McBurnie. 2.9. Emails regarding case status. 0.3. Day Total: 9.5.

07142009 Attend trial. 6.5. Conference McBurnie. 4.1. Day Total: 10.6.

07152009 Attend trial. 6.5. Conference McBurnie. 3.4. Email Dr. John Maher concerning case status. 0.7. TCs McBurnie. 0.6. Day Total: 11.2.

07162009 Emails McBurnie. 2.2. TCs McBurnie. 1.4. Transcript review. 1.8. Day Total: 5.4.

07172009 Attend trial. 6.4. TCs McBurnie. 1.6. Day Total: 8.0.

07182009 Transcript review. 3.4. TCs McBurnie. 0.4. Day Total: 3.8.

07192009 Conference defense counsel. 0.5. TCs McBurnie. 0.7. TC potential witness. 0.3. Day Total: 1.5.

07202009 Attend trial. 6.2. Conference McBurnie. 2.0. TCs McBurnie. 1.2. Day Total: 9.4.

07212009 Attend trial. 6.0. Conference McBurnie. 2.8. TC McBurnie. 0.2. Day Total: 9.0.

07222009 Emails McBurnie. 0.5. TCs McBurnie. 1.0. Transcript review. 1.8. Day Total: 3.3.

07232009 Transcript review. 2.4. Email McBurnie. 0.1. TCs McBurnie. 0.9. Attention to notes of NYAG meeting. 0.5. Review Clayton motion research. 0.9. Analysis of particular testimony to support Clayton motion. 2.0. Day Total: 6.8.

07242009 Analyze testimony as supporting data for Clayton motion initiative. 2.9. TCs McBurnie. 0.8. Emails McBurnie. 1.0. Attention to analysis of MARP factual issues regarding possible Nancy Turner testimony per joint defense request. 1.3. Day Total: 6.0.

07252009 No time charged.

07262009 No time charged.

07272009 Emails McBurnie. 0.2. TCs McBurnie. 0.3. Day Total: 0.5.

07282009 Emails McBurnie. 0.3. Analyze MARP issues. 0.7. TCs McBurnie. 0.7. Research transcript. 1.1 Day Total: 2.8.

07292009 Emails defense counsel regarding case status. 0.3. TC defense counsel regarding case status. 0.2. TCs McBurnie. 0.4. Day Total: 0.9.

07302009 No time charged.

07312009 No time charged.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 133.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $91,105.00.

*Dane Keller Rutledge, Attorney at Law*

<u>*Other Professional Services:*</u>
Electronic Discovery Document Services: $11,820.60.
<u>SUBTOTAL: $11,820.60.</u>

<u>*Disbursements Charged*</u>:
Meals: $352.00.
Travel: $68.00.
<u>SUBTOTAL: $420.00.</u>

**<u>TOTAL AMOUNT DUE FOR JULY 2009: $103,345.60.</u>**

**<u>TOTAL PREVIOUS UNPAID BALANCE: $2,821,745.71.</u>**

**<u>PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.</u>**

**<u>TOTAL UNPAID ACCOUNT BALANCE DUE: $2,925,091.31.</u>**

<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 06-30-2009:</u>
Total Billings (including expenses): $5,953,038.19.
Total Disbursements: $21,292.93.
Total Paid: $3,131,292.48.
Total Unpaid: $2,821,745.71.

<u>PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.</u>

<u>CURRENT INVOICE:</u>
<u>07-01-2009 to 07-31-2009: $103,345.60.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $6,056,383.79.
Total Disbursements to date: $21,712.93.
Total Paid to date: $3,131,292.48.
<u>Total Unpaid to date: $2,925,091.31.</u>

**<u>Please pay this amount: $2,925,091.31.</u>**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

_____

Thank you very much for your kind attention.          William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-14-2009
For Period: 08-01-2009 to 08-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2009 through August 31, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

08012009 No time charged.

08022009 Attention to MARP documents and testimony issues per joint defense questions, 1.2. TCs McBurnie. 0.8. Day Total: 2.0.

08032009 Email McBurnie. 0.2. Attention to defense logistics issues. 2.5. TCs McBurnie. 0.7. Day Total: 3.4.

08042009 TCs McBurnie. 0.8. Day Total: 0.8.

08052009 No time charged.

08062009 Emails McBurnie. 0.7. Analysis of additional MARP testimony issues data, 1.9. TCs McBurnie. 0.6. Day Total: 3.2.

08072009 No time charged.

08082009 Emails McBurnie. 1.1. TCs McBurnie 0.6. Analysis of MARP testimony issues and potential impact on Clayton motion. 2.8. Day Total: 4.5.

08092009 TCs McBurnie. 2.1. Email McBurnie. 0.1. Attention to witness issue. 0.3. Day Total: 2.5,

08102009 TC defense counsel. 0.2. TCs regarding case status. 0.9. Emails McBurnie. 0.5. TCs McBurnie. 1.4. Day Total: 3.0.

08112009 TC concerning case status. 0.5. Emails McBurnie, 0.8. Review transcript. 0.8. Analysis of MARP factual issues. 1.5. TCs McBurnie. 1.3. Day Total: 4.9.

08122009 TCs McBurnie. 1.4. TC regarding case status. 0.8. Review and analyze factual questions concerning NYAG allegations of McBurnie/Turner connection. 2.6. TCs defense counsel concerning joint defense issues concerning MARP/Turner. 0.4. Emails McBurnie. 1.3. TCs Encore Legal Solutions regarding documents search pertinent to MARP issues/Turner testimony. 0.9. Review documents concerning MARP issue. 1.1. Day Total: 8.5.

08132009 Attention to details of possible McBurnie testimony. 2.5. Emails Encore Legal Solutions concerning documents search for MARP/Turner issues. 0.5. TCs Encore Legal Solutions regarding same. 1.3. Email concerning defense. 0.1. Review and analyze documents provided by joint defense. 2.6. TCs McBurnie. 1.5. Emails McBurnie. 1.2. Analysis of testimony preparation issues regarding joint defense need to address potential MARP testimony. 1.8. Day Total: 11.5.

08142009 Analysis of transcript in context of prosecution allegations against McBurnie. 0.7. Emails Encore Legal Solutions. 1.2. TCs Encore Legal Solutions. 0.4. TCs McBurnie. 1.5. Review Encore search parameters. 0.6. Receive and analyze documents from joint defense. 0.5. Receive and analyze Nancy Turner interview notes from DOAR per joint defense receipt from prosecution. 2.3. Notes of analysis concerning potential testimony lines as relate to Clayton motion. 0.9. TCs regarding case status. 0.5. Emails concerning case status. 0.3. Day Total: 8.9.

08152009 Emails Encore Legal Solutions. 0.7. TCs Encore Legal Solutions. 0.6. Attention to Encore platform search issue. 1.0. Receive and analyze search documents. 2.4. Review joint defense documents. 1.1. Analyze prosecution allegations in context of documents. 0.8. Emails McBurnie. 0.5. TCs McBurnie. 1.7. Day Total: 8.8.

08162009 Review notes regarding testimony. 1.8. Emails McBurnie. 0.6. Analysis of potential question lines to provide to Driscoll for joint defense for Turner cross. 1.5. Emails Encore Legal Solutions concerning documents search. 1.6. Attention to search parameters. 0.6. TCs McBurnie. 1.4. Day Total: 7.5.

08172009 Emails Encore Legal Solutions. 0.9. Search and analyze documents concerning Turner/MARP factual issues. 2.8. TCs McBurnie. 1.5. Notes of analysis of documents. 1.3. Review documents spreadsheet received from DOAR. 0.1. Attention to file documents and notes as preparation for Turner testimony and joint defense support. 2.9. Day Total: 9.5.

08182009 Attend Nancy Turner testimony. 4.0. Conference McBurnie. 3.0. Analysis of Turner testimony impact on Clayton motion and possible supplement. 1.7. Review Clayton motion material. 1.1. TCs McBurnie. 0.5. Emails regarding case status. 0.7. Day Total: 11.0.

08192009 Appear before Justice Yates for scheduling conference for McBurnie. 1.2. Attend hearing. 3.5. Conferences court personnel, prosecution, defense counsel. 0.5. Conference McBurnie. 3.5. Emails Encore Legal Solutions. 0.3. Emails regarding case status. 0.5. TCs McBurnie. 0.7. Day Total: 10.2.

08202009 Emails McBurnie. 0.8. Review transcripts. 1.6. Analysis and notes of testimony for purposes of Clayton motion support. 2.0. TCs McBurnie. 1.8. Day Total: 6.2.

08212009 Emails McBurnie. 0.4. TCs McBurnie. 0.5. Day Total: 0.9.

08222009 No time charged.

08232009 No time charged.

08242009 TCs McBurnie. 0.7. Day Total: 0.7.

08252009 No time charged.

08262009 TCs McBurnie. 0.8. Day Total: 0.8.

08272009 No time charged.

08282009 No time charged.

08292009 No time charged.

08302009 No time charged.

08312009 TCs McBurnie. 0.8. Review Clayton motion material regarding further research and analysis. 0.6. Day Total: 1.4.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 110.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $75,487.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Dane Keller Rutledge, Attorney at Law*

<u>*Disbursements Charged*</u>:
Meals: $90.00.
Travel: $4.00.
<u>SUBTOTAL: $94.00.</u>

**<u>TOTAL AMOUNT DUE FOR AUGUST 2009: $87,401.60.</u>**

**<u>TOTAL PREVIOUS UNPAID BALANCE: $2,925,091.31.</u>**

**<u>PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.</u>**

**<u>TOTAL UNPAID ACCOUNT BALANCE DUE: $3,012,492.91.</u>**

<u>ACCOUNT HISTORY:</u>
<u>10-14-2004 to 07-31-2009:</u>
Total Billings (including expenses): $6,056,383.79.
Total Disbursements: $21,712.93.
Total Paid: $3,131,292.48.
Total Unpaid: $2,925,091.31.

<u>PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.</u>

<u>CURRENT INVOICE:</u>
<u>08-01-2009 to 08-31-2009: $87,401.60.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $6,143,785.39.
Total Disbursements to date: $21,806.93.
Total Paid to date: $3,131,292.48.
<u>Total Unpaid to date: $3,012,492.91.</u>

**<u>Please pay this amount: $3,012,492.91.</u>**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

4

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-16-2009
For Period: 09-01-2009 to 09-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2009 through September 30, 2009** regarding **NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)**:

09012009 Factual research pertinent to Clayton motion. 0.8. Emails McBurnie. 0.3. TCs McBurnie. 1.7. Review transcript material. 1.5. Preparation of Clayton motion arguments. 2.1. Review statutory material. 0.8. Day Total: 7.2.

09022009 TCs McBurnie. 1.2. Emails McBurnie. 0.2. Email Encore Legal Solutions. 0.1. Transcript research pertinent to Clayton motion arguments. 3.6. Day Total: 5.1.

09032009 Analysis of testimony to support Clayton motion. 2.9. TCs McBurnie. 1.2. TCs concerning case strategy. 0.4. Review documents per Clayton. 1.5. Day Total: 6.0.

09042009 No time charged.

09052009 No time charged.

09062009 No time charged.

09072009 No time charged.

09082009 TCs McBurnie. 0.6. Day Total: 0.6.

09092009 TCs McBurnie. 1.2. Attention to Clayton motion issues and transcript research. 5.0. Email Encore Legal Solutions. 0.1. Day Total: 6.3.

09102009 Emails court reporter. 0.4. Review transcript. 0.1. Email McBurnie. 0.1. TCs McBurnie. 0.9. Emails Encore Legal Solutions. 0.8. TCs Encore Legal Solutions. 1.0. TCs regarding case status. 0.6. Day Total: 3.9.

09112009 TCs McBurnie. 0.7. Emails Encore Legal Solutions. 0.3. Review testimony for Clayton motion support. 2.1. Day Total: 3.1.

09121009 No time charged.

09132009 Email Dr. John Maher regarding case status. 0.1. Review factual research. 1.0. Transcript review. 1.3. TCs McBurnie. 2.6. Day Total: 5.0.

09142009 Review defense motions. 4.8. Emails court reporter. 0.2. TCs McBurnie. 1.0. Email Dr. John Maher regarding case status. 0.1. Day Total: 6.1.

09152009 TCs McBurnie. 1.3. Analyze witness issues. 0.5. Emails court reporter. 0.3. Review and analyze defense motions. 2.2. Email McBurnie. 0.1. TC regarding case status. 0.2. Day Total: 4.6.

09162009 Review and analyze defense motions. 3.0. Research concerning defense motions. 4.3. TCs McBurnie. 1.5. Day Total: 8.8.

09172009 Research concerning defense motions. 0.8. TCs McBurnie. 0.7. Analysis concerning defense motions arguments. 2.6. Analysis of testimony. 1.6. Day Total: 5.7.

09182009 Analysis of testimony and documents. 2.5. TCs McBurnie. 1.0. Day Total: 3.5.

09192099 No time charged.

09202009 No time charged.

09212009 No time charged.

09222009 TCs McBurnie. 0.7. Emails McBurnie. 0.2. Day Total: 0.9.

09232009 Email McBurnie. 0.1. Day Total: 0.1.

09242009 TCs regarding case status. 0.6. Email McBurnie. 0.3. TC McBurnie. 0.3. Drafting concerning Clayton motion reply. 1.5. Day Total: 2.7.

09252009 No time charged.

09262009 Emails regarding NYAG response to defense motions. 0.2. Review of NYAG response to defense motions. 3.1. TCs McBurnie. 0.8. Day Total: 4.1.

09272009 TCs McBurnie. 0.9. Review and analyze prosecution response to defense motions to dismiss. 4.6. Email McBurnie. 0.2. Preliminary analysis of factual research needs concerning substantive defense issues raised. 1.2. Day Total: 6.9.

09282009 Research concerning arguments in NYAG response papers. 4.3. TCs McBurnie. 0.6. Analysis of NYAG arguments in relationship to Clayton motion. 1.8. Day Total: 6.7.

09292009 Email Dr. John Maher concerning case. 0.3. Research authorities cited by NYAG in response to defense motions. 2.8. TCs McBurnie. 0.6. Transcript research. 2.3. Day Total: 6.0.

09302009 Analysis of prosecutor conduct data concerning Clayton motion criterion. 1.0. Review and analyze transcript data concerning prosecutor conduct issue. 2.5. TCs McBurnie. 1.3. Emails McBurnie. 0.5. Day Total: 5.3.

*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 98.6 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $67,541.00.

*Other Professional Services:*
Electronic Discovery Document Services: $11,820.60.
SUBTOTAL: $11,820.60.

*Disbursements Charged*:
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2009: $79,361.60.**

**TOTAL PREVIOUS UNPAID BALANCE: $3,012,492.91.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $3,091,854.51.**

ACCOUNT HISTORY:
10-14-2004 to 08-31-2009:
Total Billings (including expenses): $6,143,785.39.
Total Disbursements: $21,806.93.
Total Paid: $3,131,292.48.
Total Unpaid: $3,012,492.91.

PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
09-01-2009 to 09-30-2009: $79,361.60.

TO DATE:
Total Billings to date (including expenses): $6,223,146.99.
Total Disbursements to date: $21,806.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $3,091,854.51.

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $3,091,854.51.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-18-2009
For Period: 10-01-2009 to 10-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2009 through October 31, 2009** regarding **<u>NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)</u>**:

10012009 Appearance before Justice Yates concerning case status. 1.1. Attend oral argument on defense motions to dismiss and Justice Yates' rulings. 5.5. Conferences McBurnie. 3.8. TCs McBurnie. 0.7. TCs concerning case status. 0.9. Day Total: 12.0.

10022009 Review transcript. 2.5. Analysis of defense arguments regarding impact on Clayton motion arguments. 3.2. TCs McBurnie. 1.3. Day Total: 7.0.

10032009 No time charged.

10042009 No time charged.

10052009 Continue analysis and research concerning NYAG motions arguments and specific application to Clayton motion. 4.3. TCs McBurnie. 1.3. TCs regarding case status. 0.6. Email McBurnie. 0.1. Analysis of strategic questions concerning prosecutor conduct issues. 1.7. Day Total: 8.0.

10062009 Review testimony and documents pertinent to Clayton motion. 2.8. Emails McBurnie. 0.3. Review file data concerning prosecutor conduct issue. 1.5. TCs McBurnie. 0.9. Day Total: 5.5.

10072009 Emails McBurnie and followup analysis. 1.6. TCs defense counsel concerning prosecutor conduct issues and possible testimony. 0.8. TCs McBurnie. 2.0. Day Total: 4.4.

10082009 TCM defense counsel concerning prosecutor conduct issue. 0.1. Emails McBurnie, 1.3. TCs McBurnie. 0.9. Review and analyze draft correspondence. 1.5. Day Total: 3.8.

10092009 Review draft correspondence and research regarding same. 1.2. TCs McBurnie. 0.8. Emails McBurnie. 1.0. Day Total: 3.0.

10102009 Analysis of strategic defense issues. 1.3. Review factual data regarding prosecutor conduct issue. 0.3. Day Total: 1.6.

10112009 No time charged.

10122009 Email McBurnie. 0.1. Emails Encore Legal Solutions. 0.2. TCs McBurnie. 1.1. Day Total: 1.4.

10132009 Review fact finder instructions and transcript from first trial. 1.8. Emails McBurnie. 0.8. TCs McBurnie. 1.0. TC concerning case status. 0.7. Day Total: 4.3.

10142009 Attend charging conference. 4.0. Conference McBurnie. 3.5. Emails concerning case status. 0.2. Emails defense counsel. 0.2. TC defense counsel concerning prosecutor conduct issue. 0.3. TC McBurnie. 0.3. Day Total: 8.5.

10152009 TCs McBurnie. 0.8. Review transcript. 1.9. Day Total: 2.7.

10162009 Attention to Clayton motion arguments. 2.6. TCs McBurnie. 1.0. Research regarding prosecutor misconduct criterion in CPL 210.40. 2.2. Day Total: 5.8.

10172009 No time charged.

10182009 TCs McBurnie. 0.5. Day Total: 0.5.

10192009 Attend closing arguments. 6.2. Conferences McBurnie. 2.8. Review transcript. 1.4. TCs McBurnie. 0.4. Day Total: 10.8.

10202009 Attend closing arguments. 7.0. Conferences McBurnie. 1.8. Review transcript. 1.6. TC McBurnie. 0.2. Day Total: 10.6.

10212009 Attend closing arguments. 7.3. Conferences McBurnie. 2.8. Review transcript. 1.3. Day Total: 11.4.

10222009 Attend closing arguments. 4.2. Conferences McBurnie. 2.3. Review transcripts. 2.3. TCs McBurnie. 0.5. TC regarding case status. 0.3. Day Total: 9.6.

10232009 Attend closing arguments. 6.0. Conferences McBurnie. 2.6. TCs McBurnie. 0.7. Emails regarding case status. 0.2. Day Total: 9.5.

10242009 Review transcripts. 2.4. Emails concerning case status. 0.3. TC McBurnie. 0.3. TC regarding case status. 0.5. Meeting with Dr, John Maher regarding defense strategic issues and Clayton motion. 2.0. Day Total: 5.5.

10252009 Prepare for court appearance regarding Clayton motion and scheduling. 2.9. TCs McBurnie. 0.4. Day Total: 3.3.

10262009 Attend closing arguments and verdicts. 5.0. Appearance with client before Justice Yates concering Clayton motion and scheduling. 1.2. Conferences press. 0.3. Conferences McBurnie. 2.5. Conferences Steve Scaring. 0.3. Conference NYAG. 0.1. TCs Dr, John Maher. 0.2. TCs regarding case status. 0.3. Case strategic analysis regarding Clayton motion, impact of verdicts. 0.8. TCs McBurnie. 0.4. Day Total: 11.1.

10272009 TCs McBurnie, 0.6. TCs Dr. John Maher. 0.4. TC Steve Scaring. 0.1. TCs press. 0.4. Day Total: 1.5.

10282009 Emails Dr. John Maher regarding case status. 0.2. Review press. 0.3. TCs McBurnie. 0.8. Day Total: 1.3.

10292009 Conference McBurnie. 2.0. Conference regarding case status and Clayton issues. 1.5. TCs McBurnie. 0.6. Day Total: 4.1.

10302009 Emails Encore Legal Solutions. 0.3. TC Ray McCloud regarding Clayton motion hearing technical support. 0.2. TCs McBurnie. 0.5. Conference regarding case status and Clayton motion. 1.0. Day Total: 2.0.

10312009 No time charged.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 149.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $102,202.00.

*Other Professional Services:*
Electronic Discovery Document Services: $0.00.
SUBTOTAL: $0.00.

*Disbursements Charged*:
Meals: $585.00.
Travel: $54.00.
SUBTOTAL: $639.00.

**TOTAL AMOUNT DUE FOR OCTOBER 2009: $102,841.00.**

**TOTAL PREVIOUS UNPAID BALANCE: $3,091,854.51.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $3,194,695.51.**

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
10-14-2004 to 09-30-2009:
Total Billings (including expenses): $6,223,146.99.
Total Disbursements: $21,806.93.
Total Paid: $3,131,292.48.
Total Unpaid: $3,091,854.51.

PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
10-01-2009 to 10-31-2009: $102,841.00.

TO DATE:
Total Billings to date (including expenses): $6,325,987.99.
Total Disbursements to date: $22,445.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $3,194,695.51.

**Please pay this amount: $3,194,695.51.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-20-2009
For Period: 11-01-2009 to 11-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2009 through November 30, 2009** regarding **<u>NYS Attorney General investigation and related matters (NOTE: Separate invoice submitted for representation concerning AIG Shareholders Derivative Action)</u>:**

11012009 Emails McBurnie. 0.4. Review press. 0.3. TCs McBurnie. 0.5. Day Total: 1.2.

11022009 Attention to Clayton motion reply and hearing preparation. 5.5. TCs McBurnie. 1.7. Day Total: 7.2.

11032009 Attention to Clayton motion reply and hearing preparation. 6.2. TCs McBurnie. 1.2. Day Total: 7.4.

11042009 Attention to Clayton motion reply and hearing preparation. 4.5. Attention press. 0.4. TCs McBurnie. 1.3. Day Total: 6.2.

11052009 Email concerning case status. 0.1. TCs McBurnie. 1.5. Emails McBurnie. 0.8. Attention to Clayton motion reply and hearing preparation. 4.8. Day Total: 7.2.

11062009 Attention to Clayton motion reply and hearing preparation. 5.0. TCs McBurnie. 1.0. Day Total: 6.0.

11072009 Attention to Clayton motion reply and hearing preparation. 4.8. TCs McBurnie. 1.6. Day Total: 6.4.

11082009 Attention to Clayton motion reply and hearing preparation. 7.5. Emails McBurnie and followup research and analysis. 1.0. TCs McBurnie. 0.8. Day Total: 9.3.

11092009 TCs McBurnie. 2.0. Attention to Clayton motion reply and hearing preparation. 4.7. Email court reporter regarding Clayton reply filing schedule. 0.1. TCs court reporter concerning scheduling of Clayton motion reply filing. 0.3. Day Total: 7.1.

11102009 Attention to Clayton motion reply and hearing preparation. 2.3. TCs McBurnie. 1.0. TCs concerning case status. 0.8. Day Total: 4.1.

11112009 Emails McBurnie and followup research. 1.2. Attention to Clayton motion reply and preparation. 2.5. TCs McBurnie. 1.5. TCs concerning case status. 0.4. Day Total: 5.6.

11122009 TCM Evelyn Baez, AAG. 0.1. Attention to Clayton motion reply and hearing preparation. 1.3. TCs McBurnie. 0.8. TC concerning case status. 0.4. Day Total: 2.6.

11132009 Attention to Clayton motion reply and hearing preparation. 1.5. Email from Gail Heatherly, NYAG. 0.1. Review and analyze NYAG email and attached motion to dismiss and affidavit. 1.0. TCs McBurnie. 1.6. Emails Dr. John Maher. 0.2. TCs concerning NYAG motion. 0.5. Attention press. 0.2. Emails concerning NYAG motion. 0.2. Day Total: 5.3.

11142009 Email from Justice Yates. 0.1. Analysis of potential implications of NYAG's approach to dismissal. 2.3. Research concerning same. 1.7. Email McBurnie. 0.2. TCs McBurnie. 1.0. Emails Dr. John Maher. 0.8. Day Total: 6.1.

11152009 TCs McBurnie. 1.3. Emails McBurnie. 0.4. Emails Dr. John Maher. 0.3. Attention press. 0.2. Statutory analysis. 0.9. Day Total: 3.1.

11162009 Emails Evelyn Baez, AAG. 0.2. Emails McBurnie. 0.9. Supplemental research and analysis concerning CPL 210.20 and 210.40. 2.5. Attention press. 0.5. Emails Dr. John Maher. 0.3. TCs McBurnie. 0.9. Day Total: 5.3.

11172009 Emails Gail Heatherly, chief of criminal prosecutions, NYAG. 0.3. Emails Dr. John Maher. 0.3. TCs Dr. John Maher. 0.7. TCs Gail Heatherly. 0.4. Attention to preparation for court appearance. 1.6. TCs McBurnie. 1.0. Day Total: 4.3.

11182009 TCs James Culleton concerning motions to dismiss charges. 0.6. TC Gail Heatherly. 0.3. Attention press. 0.3. Emails McBurnie. 0.4. Attention to preparation for court appearance. 1.4. TCs McBurnie. 0.8. Day Total: 3.8.

11192009 Appear with Mr. William L. McBurnie before Justice James A. Yates, who dismisses all charges with prejudice. 3.0. Day Total: 3.0.

11202009 TC McBurnie. 0.1. Email McBurnie. 0.1. TCM Evelyn Baez regarding recovery of McBurnie passport. 0.1. Day Total: 0.3.

11212009 Email McBurnie. 0.1. TC McBurnie. 0.2. Day Total: 0.3.

11222009 No time charged.

11232009 No time charged.

11242009 No time charged.

11252009 No time charged.

*Dane Keller Rutledge, Attorney at Law*

11262009 No time charged.

11272009 No time charged.

11282009 Emails Encore Legal Solutions concerning data archiving. 0.2. Day Total: 0.2.

11292009 No time charged.

11302009 No time charged.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 102.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $69,870.00.

*Other Professional Services:*
Electronic Discovery Data Archiving (end of case): $21,188.08.
SUBTOTAL: $21,188.08.

*Disbursements Charged*:
Meals: $120.00.
SUBTOTAL: $120.00.

**TOTAL AMOUNT DUE FOR NOVEMBER 2009: $91,178.08.**

**TOTAL PREVIOUS UNPAID BALANCE: $3,194,695.51.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $3,285,873.59.**


ACCOUNT HISTORY:
10-14-2004 to 10-31-2009:
Total Billings (including expenses): $6,325,987.99.
Total Disbursements: $22,445.93.
Total Paid: $3,131,292.48.
Total Unpaid: $3,194,695.51.

PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
11-01-2009 to 11-30-2009: $91,178.08.

*Dane Keller Rutledge, Attorney at Law*

TO DATE:
Total Billings to date (including expenses): $6,417,166.07.
Total Disbursements to date: $22,565.93.
Total Paid to date: $3,131,292.48.
Total Unpaid to date: $3,285,873.59.

**Please pay this amount: $3,285,873.59.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie