# EXHIBIT N

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-27-2008
For Period: 10-22-2008 to 10-31-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

INITIAL INVOICE FOR MATTER. Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2008 through October 31, 2008** regarding **AIG Coverage Litigation (NOTE: AIG Shareholders Derivative Action and NYAG criminal case defense costs billed separately)**:

10222008 TC from Attorney Richard Ifft regarding information request concerning claim by insured whose coverage negotiation was handled by McBurnie during his employment at Marsh. 0.5. Notes of conversation. 0.4. Day Total: 0.9.

10232008 Review and analyze email and attachments from Richard Ifft. 1.8. Emails McBurnie. 0.4. TCs McBurnie. 0.8. Day Total: 3.0.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 3.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $2,671.50.

**TOTAL AMOUNT DUE FOR OCTOBER 2008: $2,671.50.**

**Please pay this amount: $2,671.50.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

1

WLM000885

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-30-2008
For Period: 11-01-2008 to 11-30-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2008 through November 30, 2008** regarding **AIG Coverage Litigation (NOTE: AIG Shareholders Derivative Action and NYAG criminal case defense costs billed separately)**:

11072008 TC McBurnie. 0.3. Day Total: 0.3.

11252008 TCMs from Attorney Richard Ifft. 0.2. Review email material concerning case and coverage issue. 0.8. Day Total: 1.0.

11292008 Analysis of material in re coverage issue. 0.6. TCs McBurnie. 0.7. Day Total: 1.3.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 2.6 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $1,781.00.

**TOTAL AMOUNT DUE FOR NOVEMBER 2008: $1,781.00.**

**TOTAL PREVIOUS BALANCE: $2,671.50.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $2,671.50.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $1,781.00.**

ACCOUNT HISTORY:
10-22-2008 to 10-31-2008:
Total Billings (including expenses): $2,671.50.
Total Disbursements: $0.00.
Total Paid: $0.00.
Total Unpaid: $2,671.50.

PAYMENTS RECEIVED SINCE LAST INVOICE: $2,671.50.

1

WLM000886

<u>CURRENT INVOICE:</u>
<u>11-01-2008 to 11-30-2008: $1,781.00.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $4,452.50.
Total Disbursements to date: $0.00.
Total Paid to date: $2,671.50.
<u>Total Unpaid to date: $1,781.00.</u>

**Please pay this amount: $1,781.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

WLM000887

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-20-2009
For Period: 12-01-2008 to 12-31-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **December 1, 2008 through December 31, 2008** regarding **AIG Coverage Litigation (NOTE: AIG Shareholders Derivative Action and NYAG criminal case defense costs billed separately)**:

12042008 Emails McBurnie. 0.6. TCs McBurnie. 0.4. Day Total: 1.0.

12052008 Conference McBurnie. 0.4. TC McBurnie. 0.2. Day Total: 0.6.

12142008 Email McBurnie. 0.1. Day Total: 0.1.

12262008 TCM Attorney Richard Ifft. 0.1. Day Total: 0.1.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 1.8 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $1,233.00.

**TOTAL AMOUNT DUE FOR DECEMBER 2008: $1,233.00.**

**TOTAL PREVIOUS BALANCE: $1,781.00.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $3,014.00.**

ACCOUNT HISTORY:
10-22-2008 to 11-30-2008:
Total Billings (including expenses): $4,452.50.
Total Disbursements: $0.00.
Total Paid: $2,671.50.
Total Unpaid: $1,781.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

1

WLM000888

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
12-01-2008 to 12-31-2008: $1,233.00.

TO DATE:
Total Billings to date (including expenses): $5,685.50.
Total Disbursements to date: $0.00.
Total Paid to date: $2,671.50.
Total Unpaid to date: $3,014.00.

**Please pay this amount: $3,014.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

_____

Thank you very much for your kind attention.          William L. McBurnie

2

WLM000889

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-26-2009
For Period: 01-01-2009 to 01-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **January 1, 2009 through January 31, 2009** regarding **AIG Coverage Litigation (NOTE: AIG Shareholders Derivative Action and NYAG criminal case defense costs billed separately)**:

No time charged during January 2009.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 0.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR JANUARY 2009: $0.00.**

**TOTAL PREVIOUS BALANCE: $3,014.00.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $3,014.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $0.00.**

ACCOUNT HISTORY:
10-22-2008 to 12-31-2008:
Total Billings (including expenses): $5,685.50.
Total Disbursements: $0.00.
Total Paid: $2,671.50.
Total Unpaid: $3,014.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $3,014.00.

CURRENT INVOICE:
01-01-2009 to 01-31-2009: $0.00.

1

WLM000890

TO DATE:
Total Billings to date (including expenses): $5,685.50.
Total Disbursements to date: $0.00.
Total Paid to date: $5,685.50.
Total Unpaid to date: $0.00.

**Account paid in full to date.**

Thank you very much.

DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

WLM000891

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-30-2007
For Period: 04-25-2008 to 04-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **April 25, 2008 through April 30, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:

## *INITIAL INVOICE FOR THIS MATTER*

04252008 TCs McBurnie following purported service of AIG Derivative Action complaint impleading McBurnie as co-defendant. 1.6. Preliminary research regarding AIG Shareholders Derivative Action. 4.0. Day Total: 5.6.

04262008 TCs McBurnie. 2.5. Further research concerning AIG Derivative Action. 2.6. Day Total: 5.1.

04272008 TCs McBurnie. 1.2. Day Total: 1.2.

04282008 TCs McBurnie. 0.9. Further research and TCs regarding status of AIG Derivative Action. 2.2. Day Total: 3.1.

04292008 TCs McBurnie. 0.8. Statutory research. 1.5. Day Total: 2.3.

04302008 Conference with McBurnie. 0.5. Review and analyze AIG Derivative Action litigation papers. 3.0. Day Total: 3.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 20.8 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $14,248.00.

**TOTAL AMOUNT DUE FOR APRIL 2008: $14,248.00.**

**TOTAL PREVIOUS BALANCE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $14,248.00.**

1

WLM000892

*Dane Keller Rutledge, Attorney at Law*

**Please pay this amount: $14,248.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.          William L. McBurnie

WLM000893

Vendor Code: RUT2100
Date: 06-30-2008
For Period: 05-01-2008 to 05-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2008 through May 31, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:

05012008 TCs McBurnie. 0.5. Review and analyze AIG Derivative Action litigation papers. 2.6. Research concerning Delaware law and derivative action issues. 3.0. Day Total: 6.1.

05022008 TCs McBurnie. 0.6. Research regarding Delaware shareholders derivative actions. 4.2. Day Total: 4.8.

05032008 Research regarding AIG derivative action history and relevant Marsh corporate filings. 3.8. Emails McBurnie. 1.3. TCs McBurnie. 0.8. Day Total: 5.9.

05042008 Emails from McBurnie. 0.4. TCs McBurnie. 0.5. Day Total: 0.9.

05052008 Research regarding AIG case history. 0.8. Day Total: 0.8.

05062008 TCs McBurnie. 0.5. Day Total: 0.5.

05072008 Email from McBurnie. 0.1. Research and analysis concerning AIG settlement. 0.8. TCs McBurnie. 0.2. Analysis of particulars of Amended Complaint. 0.8. Day Total: 1.9.

05082008 Email from Derek MacKenzie. 0.1. Draft correspondence. 0.4. Day Total: 0.5.

05092008 Email to Derek MacKenzie. 0.2. Email McBurnie. 0.1. TCs Derek MacKenzie. 0.3. TC Mark Holton, Gibson Dunn. 0.1. Research concerning Delaware counsel. 3.6. TCs McBurnie. 0.5. Day Total: 4.8.

05102008 No time charged.

05112008 No time charged.

05122008 TC Grant & Eisenhofer. 0.3. Email from Grant & Eisenhofer. 0.1. Receive, review and analyze AIG Derivative Action Scheduling Order. 1.5. Emails McBurnie. 1.2. TCs McBurnie. 0.5. Research concerning procedural issues. 1.6. Research concerning Delaware counsel. 1.2. Day Total: 6.4.

1

05132008 Research and analysis concerning Delaware shareholders derivative actions and procedural requirements. 3.6. Analysis of Scheduling Order and applicability. 1.2. Analysis of McBurnie strategic position. 0.9. TCs McBurnie. 0.6. Day Total: 6.3.

05142008 No time charged.

05152008 Prepare for discussion with Grant & Eisenhofer, including review of scheduling order and complaint. 0.9. Structure arguments concerning forbearance as to McBurnie. 0.7. TCs Grant & Eisenhofer to discuss stay against McBurnie. 0.4. Email from Grant & Eisenhofer confirming agreed stay against McBurnie. 0.1. TCs McBurnie. 0.2. Day Total: 2.3.

05162008 to 05212008 No time charged.

05222008 Email Grant & Eisenhofer. 0.5. Day Total: 0.5.

05232008 to 05272008 No time charged.

05282008 Receive, review and analyze email from Derek MacKenzie, including MacKenzie cover letter and D. Folt Opening Brief in re Motion to Dismiss. 6.8. Day Total: 6.8.

05292008 to 05312008 No time charged.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 48.5 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $33,222.50.

**TOTAL AMOUNT DUE FOR MAY 2008: $33,222.50.**

**TOTAL PREVIOUS BALANCE: $14,248.00.**

**PAYMENT (RECEIVED 06-13-2008): $14,248.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $33,222.50.**

ACCOUNT HISTORY:
04-25-2008 to 04-30-2008:
Total Billings (including expenses): $14,248.00.
Total Disbursements: $0.00.
Total Paid: $0.00.
Total Unpaid: $14,248.00.

PAYMENTS: 06-13-2008: $14,248.00.

WLM000895

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
05-01-2008 to 05-31-2008: $33,222.50.

TO DATE:
Total Billings to date (including expenses): $47,470.50.
Total Disbursements to date: $0.00.
Total Paid to date: $14,248.00.
Total Unpaid to date: $33,222.50.

**Please pay this amount: $33,222.50.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

                                         _____
Thank you very much for your kind attention.          William L. McBurnie

WLM000896

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 07-22-2008
For Period: 06-01-2008 to 06-30-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2008 through June 30, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:

06032008 TC from Derek MacKenzie. 0.1. Email to Derek MacKenzie. 0.2. TC McBurnie. 0.1. TC Brian Kenny. 0.1. Email McBurnie. 0.1. Day Total: 0.6.

06062008 Email from Grant & Eisenhofer. 0.1. Day Total: 0.1.

06072008 Review and analyze Scheduling Order from Grant & Eisenhofer. 0.9. Day Total: 0.9.

06182008 Email from Grant & Eisenhofer. 0.1. Day Total: 0.1.

06262008 Reply email to Grant & Eisenhofer. 0.2. Day Total: 0.2.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 1.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $1,301.50.

**TOTAL AMOUNT DUE FOR JUNE 2008: $1,301.50.**

**TOTAL PREVIOUS BALANCE: $33,222.50.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $34,524.00.**

ACCOUNT HISTORY:
04-25-2008 to 05-30-2008:
Total Billings (including expenses): $47,470.50.
Total Disbursements: $0.00.
Total Paid: $14,248.00.
Total Unpaid: $33,222.50.

WLM000897

*Dane Keller Rutledge, Attorney at Law*

<u>PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.</u>

<u>CURRENT INVOICE:</u>
<u>06-01-2008 to 06-30-2008: $1,301.50.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $48,772.00.
Total Disbursements to date: $0.00.
Total Paid to date: $14,248.00.
<u>Total Unpaid to date: $34,524.00.</u>

**Please pay this amount: $34,524.00.**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

WLM000898

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-26-2008
For Period: 07-01-2008 to 07-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2008 through July 31, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:

07182008 Review Grant & Eisenhofer email, cover letter, and motion received today. 0.4. TCs Grant & Eisenhofer. 0.2. Email Derek MacKenzie. 0.2. Day Total: 0.8.

07202008 Review and update case analysis notes. 1.1. Supplemental research regarding case status. 1.3. Day Total: 2.4.

07212008 TC McBurnie. 0.3. Review and update case analysis notes. 0.4. Day Total: 0.7.

07222008 Analysis of different factual and strategic positions of various defendants as compared to client's position in case. 2.8. Research concerning procedural posture. 2.0. Day Total: 4.8.

07252008 Review hard copy service material from Grant & Eisenhofer. 0.5. Day Total: 0.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 9.2 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $6,302.00.

**TOTAL AMOUNT DUE FOR JULY 2008: $6,302.00.**

**TOTAL PREVIOUS BALANCE: $34,524.00.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $34,524.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $6,302.00.**

1

WLM000899

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
04-25-2008 to 06-30-2008:
Total Billings (including expenses): $48,772.00.
Total Disbursements: $0.00.
Total Paid: $14,248.00.
Total Unpaid: $34,524.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $34,524.00.

CURRENT INVOICE:
07-01-2008 to 07-31-2008: $6,302.00.

TO DATE:
Total Billings to date (including expenses): $55,074.00.
Total Disbursements to date: $0.00.
Total Paid to date: $48,772.00.
Total Unpaid to date: $6,302.00.

**Please pay this amount: $6,302.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

2

WLM000900

Vendor Code: RUT2100
Date: 09-29-2008
For Period: 08-01-2008 to 08-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2008 through August 31, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:

08142008 Review and analyze extensive court papers including plaintiffs' omnibus brief and supporting affidavit received from Grant & Eisenhofer. 3.6. Day Total: 3.6.

08152008 Review and analyze extensive court papers received from Grant & Eisenhofer. 4.5. Day Total: 4.5.

08292008 Continue review and analysis of court papers received from Grant & Eisenhofer. 3.3. Research concerning same. 2.5. Day Total: 5.8.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 13.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $9,521.50.

**TOTAL AMOUNT DUE FOR AUGUST 2008: $9,521.50.**

**TOTAL PREVIOUS BALANCE: $6,302.00.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $6,302.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $9,521.50.**

ACCOUNT HISTORY:
04-25-2008 to 07-31-2008:
Total Billings (including expenses): $55,074.00.
Total Disbursements: $0.00.
Total Paid: $48,772.00.
Total Unpaid: $6,302.00.

WLM000901

*Dane Keller Rutledge, Attorney at Law*

<u>PAYMENTS RECEIVED SINCE LAST INVOICE: $6,302.00.</u>

<u>CURRENT INVOICE:</u>
<u>08-01-2008 to 08-31-2008: $9,521.50.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $64,595.50.
Total Disbursements to date: $0.00.
Total Paid to date: $55,074.00.
<u>Total Unpaid to date: $9,521.50.</u>

**Please pay this amount: $9,521.50.**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

WLM000902

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-21-2008
For Period: 09-01-2008 to 09-30-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2008 through September 30, 2008** regarding **AIG Shareholders Derivative Action (NOTE: criminal case defense costs billed separately)**:


09042008 Research concerning omnibus brief served by Grant & Eisenhofer. 2.2. Day Total: 2.2.

09052008 Further analysis concerning omnibus brief. 2.4. Day Total: 2.4.

09082008 Review litigation analysis notes. 0.3. Research factual allegations concerning AIG/Marsh. 1.2. Correlate and analyze file documents from criminal case in context of civil allegations. 2.5. Day Total: 4.0.

09272008 Review additional papers served by Grant & Eisenhofer. 0.3. Day Total: 0.3.

09282008 TC McBurnie. 0.2. Day Total: 0.2.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 9.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $6,233.50.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2008: $6,233.50.**

**TOTAL PREVIOUS BALANCE: $9,521.50.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $7,617.20.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $8,137.80.**

WLM000903

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
04-25-2008 to 08-31-2008:
Total Billings (including expenses): $64,595.50.
Total Disbursements: $0.00.
Total Paid: $55,074.00.
Total Unpaid: $9,521.50.

PAYMENTS RECEIVED SINCE LAST INVOICE: $7,617.20.

CURRENT INVOICE:
09-01-2008 to 09-30-2008: $6,233.50.

TO DATE:
Total Billings to date (including expenses): $70,829.00.
Total Disbursements to date: $0.00.
Total Paid to date: $62,691.20.
Total Unpaid to date: $8,137.80.

**Please pay this amount: $8,137.80.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

WLM000904

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 11-29-2008
For Period: 10-01-2008 to 10-31-2008

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **October 1, 2008 through October 31, 2008** regarding **AIG Shareholders Derivative Action (NOTE: AIG Coverage Litigation and NYAG criminal case defense costs billed separately)**:

10172008 Review and analyze Plaintiffs' Omnibus Sur-Reply Brief. 2.7. Day Total: 2.7.

10182008 Review and analyze Plaintiffs' Sur-Reply Brief. 2.8. Review case compendium. 1.2. Day Total: 4.0.

10192008 Review case compendium. 3.1. Day Total: 3.1.

10212008 AIG Review McIntyre affidavit. 0.2. Review Sur-Reply Brief arguments. 1.3. Day Total: 1.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 11.3 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $7,740.50.

**TOTAL AMOUNT DUE FOR OCTOBER 2008: $7,740.50.**

**TOTAL PREVIOUS BALANCE: $8,137.80.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $15,878.30.**

ACCOUNT HISTORY:
04-25-2008 to 09-30-2008:
Total Billings (including expenses): $70,829.00.
Total Disbursements: $0.00.
Total Paid: $62,691.20.
Total Unpaid: $8,137.80.

WLM000905

*Dane Keller Rutledge, Attorney at Law*

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
10-01-2008 to 10-31-2008: $7,740.50.

TO DATE:
Total Billings to date (including expenses): $78,569.50.
Total Disbursements to date: $0.00.
Total Paid to date: $62,691.20.
Total Unpaid to date: $15,878.30.

**Please pay this amount: $15,878.30.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
  William L. McBurnie

WLM000906

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-29-2008
For Period: 11-01-2008 to 11-30-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2008 through November 30, 2008** regarding **AIG Shareholders Derivative Action (NOTE: AIG Coverage Litigation and NYAG criminal case defense costs billed separately)**:

11262008 Analyze Sur-Reply Brief arguments. 1.1. Attention to case compendium. 0.3. Analyze followup questions remaining from previous review. 0.5. Day Total: 1.9.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 1.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $1,301.50.

**TOTAL AMOUNT DUE FOR NOVEMBER 2008: $1,301.50.**

**TOTAL PREVIOUS BALANCE: $15,878.30.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $11,651.85.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $5,527.95.**

ACCOUNT HISTORY:
04-25-2008 to 10-31-2008:
Total Billings (including expenses): $78,569.50.
Total Disbursements: $0.00.
Total Paid: $62,691.20.
Total Unpaid: $15,878.30.

PAYMENTS RECEIVED SINCE LAST INVOICE: $11,651.85.

CURRENT INVOICE:
11-01-2008 to 11-30-2008: $1,301.50.

1

WLM000907

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $79,871.00.
Total Disbursements to date: $0.00.
Total Paid to date: $74,343.05.
<u>Total Unpaid to date: $5,527.95.</u>

**Please pay this amount: $5,527.95.**

**<u>VENDOR CODE: RUT2100</u>**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

WLM000908

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 01-19-2009
For Period: 12-01-2008 to 12-31-2008

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **December 1, 2008 through December 31, 2008** regarding **AIG Shareholders Derivative Action (NOTE: AIG Coverage Litigation and NYAG criminal case defense costs billed separately)**:


No time charged during December 2008.


*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 0.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR DECEMBER 2008: $0.00.**

**TOTAL PREVIOUS BALANCE: $5,527.95.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $5,527.95.**

ACCOUNT HISTORY:
04-25-2008 to 11-31-2008:
Total Billings (including expenses): $79,871.00.
Total Disbursements: $0.00.
Total Paid: $74,343.05.
Total Unpaid: $5,527.95.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
12-01-2008 to 12-31-2008: $0.00.

WLM000909

*Dane Keller Rutledge, Attorney at Law*

TO DATE:
Total Billings to date (including expenses): $79,871.00.
Total Disbursements to date: $0.00.
Total Paid to date: $74,343.05.
Total Unpaid to date: $5,527.95.

**Please pay this amount: $5,527.95.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

WLM000910

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 02-28-2009
For Period: 01-01-2009 to 01-31-2009

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **January 1, 2009 through January 31, 2009** regarding **AIG Shareholders Derivative Action (NOTE: AIG Coverage Litigation and NYAG criminal case defense costs billed separately)**:

01142009 TC McBurnie. 0.1. Review file notes. 0.7. Day Total: 0.8.

01162009 TC McBurnie. 0.2. Review file notes. 0.6. Research regarding case update. 0.8. Day Total: 1.6.

01282009 Research regarding case status. 0.5. Review case notes. 0.3. Review case documents. 1.3. Day Total: 2.1.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 4.5 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $3,082.50.

**TOTAL AMOUNT DUE FOR JANUARY 2009: $3,082.50.**

**TOTAL PREVIOUS BALANCE: $5,527.95.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $8,610.45.**

ACCOUNT HISTORY:
04-25-2008 to 12-31-2008:
Total Billings (including expenses): $79,871.00.
Total Disbursements: $0.00.
Total Paid: $74,343.05.
Total Unpaid: $5,527.95.

WLM000911

*Dane Keller Rutledge, Attorney at Law*

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
01-01-2009 to 01-31-2009: $3,082.50.

TO DATE:
Total Billings to date (including expenses): $82,953.50.
Total Disbursements to date: $0.00.
Total Paid to date: $74,343.05.
Total Unpaid to date: $8,610.45.

**Please pay this amount: $8,610.45.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

2

WLM000912

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 04-26-2009
For Period: 02-01-2009 to 02-28-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **February 1, 2009 through February 28, 2009** regarding **AIG Shareholders Derivative Action (NOTE: AIG Coverage Litigation and NYAG criminal case defense costs billed separately)**:

02112009 Read and analyze Megan McIntyre, Grant & Eisenhofer email and attached New York summons and complaint. 4.7. Day Total: 4.7.

02132009 Receive and read email letter from Derek MacKenzie. 0.1. Research and analyze procedural issues. 0.9. Emails Megan McIntyre. 0.4. TC Megan McIntyre. 0.1. Emails McBurnie. 0.2. Day Total: 1.7.

02182009 Read and analyze emails from other defendants' counsel. 0.5. Read and analyze emails from Megan McIntyre, including attachment. 0.6. Analysis of voluntary dismissal issues regarding change of jurisdictions. 0.6. Day Total: 1.7.

02192009 Review and analyze issues concerning NY, Delaware actions and personal jurisdiction and potential dismissal in Delaware. 0.4. TCs Megan McIntyre. 0.6. Notes regarding conversations. 0.2. TC McBurnie. 0.1. Day Total: 1.3.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 9.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $6,439.00.

**TOTAL AMOUNT DUE FOR FEBRUARY 2009: $6,439.00.**

**TOTAL PREVIOUS BALANCE: $8,610.45.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $924.75.**

1

WLM000913

*Dane Keller Rutledge, Attorney at Law*

**TOTAL UNPAID ACCOUNT BALANCE DUE: $14,124.70.**

ACCOUNT HISTORY:
04-25-2008 to 01-31-2009:
Total Billings (including expenses): $82,953.50.
Total Disbursements: $0.00.
Total Paid: $74,343.05.
Total Unpaid: $8,610.45.

PAYMENTS RECEIVED SINCE LAST INVOICE: $924.75.

CURRENT INVOICE:
02-01-2009 to 02-28-2009: $6,439.00.

TO DATE:
Total Billings to date (including expenses): $89,392.50.
Total Disbursements to date: $0.00.
Total Paid to date: $75,267.80.
Total Unpaid to date: $14,124.70.

**Please pay this amount: $14,124.70.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____

William L. McBurnie

WLM000914

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-21-2009
For Period: 03-01-2009 to 03-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **March 1, 2009 through March 31, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

03092009 Review and analyze email from Megan McIntyre, Grant & Eisenhofer, including proposed draft stipulation. 0.5. Notes of questions. 0.3. TC McBurnie. 0.5. Day Total: 1.3.

03102009 Review emails from various counsel regarding proposed stipulation. 0.4. Email Megan McIntyre, Grant & Eisenhofer. 0.2. Day Total: 0.6.

03112009 Emails with McIntyre regarding stipulation. 0.4. Analysis of stipulation draft and comments regarding possible redrafting. 1.2. TC Megan McIntyre regarding stipulation. 0.5. Review email with revised draft. 0.3. Day Total: 2.4.

03122009 Emails from various counsel concerning stipulation. 0.3. Day Total: 0.3.

03162009 Review and analyze revised proposed stipulation. 0.5. TCs McIntyre. 0.2. Day Total: 0.7.

03172009 Emails counsel regarding stipulation. 0.3. Day Total: 0.3.

03182009 Emails from and to counsel regarding stipulation. 0.4. Day Total: 0.4.

03192009 Emails regarding stipulation. 1.0. Final review and correction. 0.2. Final form stipulation signed and sent. 0.1. Day Total: 1.3.

03202009 Emails from counsel concerning stipulation and upcoming conference call for defense. 0.7. TC McBurnie. 0.5. Day Total: 1.2.

03312009 Emails concerning defense conference call. 0.2. Attention conference call. 0.7. TC McBurnie. 0.3. Day Total: 1.2.

WLM000915

*Dane Keller Rutledge, Attorney at Law*

<u>Legal Services</u>:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 9.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
<u>SUBTOTAL: $6,644.50.</u>

**TOTAL AMOUNT DUE FOR MARCH 2009: $6,644.50.**

**TOTAL PREVIOUS BALANCE: $14,124.70.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $4,507.30.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $16,261.90.**

<u>ACCOUNT HISTORY:</u>
<u>04-25-2008 to 02-28-2009:</u>
Total Billings (including expenses): $89,392.50.
Total Disbursements: $0.00.
Total Paid: $75,267.80.
Total Unpaid: $14,124.70.

<u>PAYMENTS RECEIVED SINCE LAST INVOICE: $4,507.30.</u>

<u>CURRENT INVOICE:</u>
<u>03-01-2009 to 03-31-2009: $6,644.50.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $96,037.00.
Total Disbursements to date: $0.00.
Total Paid to date: $79,775.10.
<u>Total Unpaid to date: $16,261.90.</u>

**Please pay this amount: $16,261.90.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

2

WLM000916

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-07-2009
For Period: 04-01-2009 to 04-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2009 through April 30, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

04032009 Review and analyze correspondence from Proskauer Rose concerning possible conflict/recusal issue. 0.3. Research concerning same. 1.4. TCs McBurnie. 0.4. Day Total: 2.1.
04242009 Email from Beatrice Smith. 0.1. Review attached notices. 0.1. Day Total: 0.2.
04252009 Research concerning Delaware action. 1.6. Review motions file. 0.7. Notes of followup issues. 0.3. Day Total: 2.6.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 4.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $3,356.50.

**TOTAL AMOUNT DUE FOR APRIL 2009: $3,356.50.**

**TOTAL PREVIOUS BALANCE: $16,261.90.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $5,980.05.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $13,638.35.**

ACCOUNT HISTORY:
04-25-2008 to 03-31-2009:
Total Billings (including expenses): $96,037.00.
Total Disbursements: $0.00.
Total Paid: $79,775.10.
Total Unpaid: $16,261.90.

WLM000917

*Dane Keller Rutledge, Attorney at Law*

PAYMENTS RECEIVED SINCE LAST INVOICE: $5,980.05.

CURRENT INVOICE:
04-01-2009 to 04-30-2009: $3,356.50.

TO DATE:
Total Billings to date (including expenses): $99,393.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $13,638.35.

**Please pay this amount: $13,638.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

WLM000918

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-09-2009
For Period: 05-01-2009 to 05-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2009 through May 31, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

05032009 Review and analyze defense papers regarding motion to dismiss. 5.4. Day Total: 5.4.

05072009 Email from Charles Poret. 0.1. Review and analyze defense papers regarding motion to dismiss. 2.0. Day Total: 2.1.

05082009 Emails from various counsel. 0.6. Review and analyze defense papers regarding motion to dismiss. 2.2. Analysis of Delaware transcript. 3.0. Day Total: 5.8.

05092009 Analyze motion to dismiss. 1.2. Review Delaware action file. 1.0. Analyze Delaware arguments. 1.7. Day Total: 3.9.

05122009 Analyze defense papers regarding motion to dismiss. 1.5. Transcript research concerning transaction issues. 2.0. Day Total: 3.5.

05162009 Research concerning motion to dismiss. 2.0. Day Total: 2.0.

05192009 Emails Justin Heinrich. 0.6. Attention to defense counsel correspondence. 1.0. Day Total: 1.6.

05212009 Emails Justin Heinrich and followup. 0.6. Day Total: 0.6.

05222009 Analyze motion to dismiss. 1.4. Day Total: 1.4

05262009 Email Justin Heinrich. 0.1. Day Total: 0.1.

05312009 Attention to matter concerning Justice Fried's retaining jurisdiction. 1.0. Email Proskauer Rose. 0.1. Day Total: 1.1.

WLM000919

*Dane Keller Rutledge, Attorney at Law*

<u>*Legal Services*</u>:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 27.5 hours.
HOURLY RATE (DKR): $685.00 per hour.
<u>SUBTOTAL: $18,837.50.</u>

**TOTAL AMOUNT DUE FOR MAY 2009: $18,837.50.**

**TOTAL PREVIOUS BALANCE: $13,638.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $32,475.85.**

<u>ACCOUNT HISTORY:</u>
<u>04-25-2008 to 04-30-2009:</u>
Total Billings (including expenses): $99,393.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $13,638.35.

<u>PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.</u>

<u>CURRENT INVOICE:</u>
<u>05-01-2009 to 05-31-2009: $18,837.50.</u>

<u>TO DATE:</u>
Total Billings to date (including expenses): $118,231.00.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
<u>Total Unpaid to date: $32,475.85.</u>

**Please pay this amount: $32,475.85.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          _____
                                                                          William L. McBurnie

2

WLM000920

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-11-2009
For Period: 06-01-2009 to 06-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2009 through June 30, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

06192009 Email from Rich Spinagotti. 0.1. Email McBurnie. 0.1. Research concerning Delaware dismissal. 1.3. Day Total: 1.5.

06222009 Receive and review proposed stipulation. 0.3. TC McBurnie. 0.5. Research concerning proposed stipulation and Delaware dismissal. 1.5. Day Total: 2.3.

06242009 Emails from counsel. 0.5. Day Total: 0.5.

06252009 Emails various counsel and review of revised stipulation. 1.2. Day Total: 1.2.

06262009 Emails concerning revisions to stipulation. 1.2. Day Total: 1.2.

06272009 TC McBurnie. 0.2. Day Total: 0.2.

06282009 TC McBurnie. 0.5. Review and analyze proposed revised stipulation and group cover letter. 0.6. Notes of possible revisions. 0.4. Review prior stipulation. 0.2. Read scheduling stipulation. 0.1. Email Laura Brill regarding stipulation issue. 0.1. Day Total: 1.9.

06292009 TC regarding revision to stipulation, question regarding cover letter. 0.3. Emails Peter Harrar. 0.3. TC McBurnie. 0.1. Day Total: 0.7.

06302009 Emails Peter Harrar and transmit signature page. 0.5. Day Total: 0.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 10.0 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $6,850.00.

WLM000921

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR JUNE 2009: $6,850.00.**

**TOTAL PREVIOUS BALANCE: $32,475.85.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $39,325.85.**

ACCOUNT HISTORY:
04-25-2008 to 05-31-2009:
Total Billings (including expenses): $118,231.00.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $32,475.85.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
06-01-2009 to 06-30-2009: $6,850.00.

TO DATE:
Total Billings to date (including expenses): $125,081.00.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $39,325.85.

**Please pay this amount: $39,325.85.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          William L. McBurnie

WLM000922

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-13-2009
For Period: 07-01-2009 to 07-31-2009

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **July 1, 2009 through July 31, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

07172009 Email and letter concerning plaintiff's papers. 0.2. Day Total: 0.2.

07222009 Read, analyze and research plaintiff's memorandum in opposition to motion to dismiss and affirmation. 3.6. Day Total: 3.6.

07252009 Review plaintiff's supplemental memorandum and affirmation. 0.2. Day Total: 0.2.

07282009 Email from counsel. 0.1. Day Total: 0.1.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 4.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $2,808.50.

**TOTAL AMOUNT DUE FOR JULY 2009: $2,808.50.**

**TOTAL PREVIOUS BALANCE: $39,325.85.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $42,134.35.**

ACCOUNT HISTORY:
04-25-2008 to 06-31-2009:
Total Billings (including expenses): $125,081.00.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $39,325.85.

1

WLM000923

*Dane Keller Rutledge, Attorney at Law*

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
07-01-2009 to 07-31-2009: $2,808.50.

TO DATE:
Total Billings to date (including expenses): $127,889.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $42,134.35.

**Please pay this amount: $42,134.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.                    William L. McBurnie

WLM000924

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-15-2009
For Period: 08-01-2009 to 08-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 1, 2009 through August 31, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

08132009 Review motion. 0.1. Day Total: 0.1.

08222009 Review individual reply memorandum regarding motion to dismiss. 2.3. Analysis of dismissal issues. 2.5. Research regarding same. 1.6. Day Total: 6.4.

08232009 Review and analyze supplemental affirmation and reply memorandum of law regarding motion to dismiss. 2.9. Research regarding jurisdictional issues. 2.3. Analysis regarding dismissal issues. 1.6. Attention to motions file. 0.5. Day Total: 7.3.

08242009 Review individual reply memorandum. 1.1. Analyze fraud issues. 1.0. Review case authorities. 3.8. Day Total: 5.9.

08262009 Review reply memorandum of law regarding motion to dismiss. 2.8. Analysis of arguments regarding motion to dismiss. 1.0. Research regarding same. 0.6. Day Total: 4.4.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 24.1 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $16,508.50.

**TOTAL AMOUNT DUE FOR AUGUST 2009: $16,508.50.**

**TOTAL PREVIOUS BALANCE: $42,134.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $58,642.85.**

WLM000925

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
04-25-2008 to 07-31-2009:
Total Billings (including expenses): $127,889.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $42,134.35.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
08-01-2009 to 08-31-2009: $16,508.50.

TO DATE:
Total Billings to date (including expenses): $144,398.00.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $58,642.85.

**Please pay this amount: $58,642.85.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

_____
William L. McBurnie

2

WLM000926

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-17-2009
For Period: 09-01-2009 to 09-30-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2009 through September 30, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

09112009 Emails other counsel. 0.9. Attention to analysis of motions issue. 1.1. Review file regarding motions and oral argument issue. 0.8. TC McBurnie. 0.5. Day Total: 3.3.

09121009 Review plaintiff's motion to strike affidavit. 0.6. Day Total: 0.6.

09142009 Emails counsel. 0.3. Review draft stipulation. 0.1. TC McBurnie. 0.2. Day Total: 0.6.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 4.5 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $3,082.50.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2009: $3,082.50.**

**TOTAL PREVIOUS BALANCE: $58,642.85.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $61,725.35.**

ACCOUNT HISTORY:
04-25-2008 to 08-31-2009:
Total Billings (including expenses): $144,398.00.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $58,642.85.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

1

WLM000927

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
09-01-2009 to 09-30-2009: $3,082.50.

TO DATE:
Total Billings to date (including expenses): $147,480.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $61,725.35.

**Please pay this amount: $61,725.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

WLM000928

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-19-2009
For Period: 10-01-2009 to 10-31-2009

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of
Marsh & McLennan Companies, for **October 1, 2009 through October 31, 2009** regarding **AIG
Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed
separately)**:

10232009 Email Peter Harrar. 0.1. Review file. 0.3. Day Total: 0.4.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 0.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $274.00.

**TOTAL AMOUNT DUE FOR OCTOBER 2009: $274.00.**

**TOTAL PREVIOUS BALANCE: $61,725.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $61,999.35.**

ACCOUNT HISTORY:
04-25-2008 to 09-30-2009:
Total Billings (including expenses): $147,480.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $61,725.35.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
10-01-2009 to 10-31-2009: $274.00.

WLM000929

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $147,754.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
<u>Total Unpaid to date: $61,999.35.</u>

**Please pay this amount: $61,999.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903                    REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          _____
                                                      William L. McBurnie

WLM000930

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 12-21-2009
For Period: 11-01-2009 to 11-30-2009

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **November 1, 2009 through November 30, 2009** regarding **AIG Shareholders Derivative Action (NOTE: NYAG criminal case defense costs billed separately)**:

11132009 Correspondence from counsel. 0.1. Day Total: 0.1.

11252009 Email McBurnie. 0.3. Day Total: 0.3.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 0.4 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $274.00.

**TOTAL AMOUNT DUE FOR NOVEMBER 2009: $274.00.**

**TOTAL PREVIOUS BALANCE: $61,999.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $62,273.35.**

ACCOUNT HISTORY:
04-25-2008 to 10-31-2009:
Total Billings (including expenses): $147,754.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $61,999.35.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
11-01-2009 to 11-30-2009: $274.00.

WLM000931

*Dane Keller Rutledge, Attorney at Law*

<u>TO DATE:</u>
Total Billings to date (including expenses): $148,028.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
<u>Total Unpaid to date: $62,273.35.</u>

**Please pay this amount: $62,273.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____

William L. McBurnie

2

WLM000932

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-29-2010
For Period: 05-01-2010 to 05-31-2010

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2010 through May 31, 2010** regarding **AIG Shareholders Derivative Action (NOTE: Other McBurnie matters billed separately):**

05092010 TC McBurnie. 0.2. Day Total: 0.2.

05112010 TCs Megan McIntyre, Grant & Eisenhofer. 0.4. Emails McBurnie. 0.2. TCs McBurnie. 0.4. Day Total: 1.0.

05132010 Email McBurnie. 0.1. Day Total: 0.1.

05192010 TC McBurnie. 0.2. TC Megan McIntyre, Grant & Eisenhofer. 0.1. Email McBurnie. 0.1. Day Total: 0.4.

05222010 Emails McBurnie. 0.2. Day Total: 0.2.

05232010 Emails McBurnie. 0.3. Day Total: 0.3.

05242010 Attention to litigation documents review. 0.5. Day Total: 0.5.

05252010 Email McBurnie. 0.1. TCs McBurnie. 0.3. Day Total: 0.4.

05262010 TC Megan McIntyre, Grant & Eisenhofer. 0.1. Review New York prosecution certificate of disposition. 0.1. TCs McBurnie. 0.7. Emails Megan McIntyre, Grant & Eisenhofer. 0.6. Emails McBurnie. 0.2. Day Total: 1.7.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 4.8 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $3,600.00.

**TOTAL AMOUNT DUE FOR MAY 2010: $3,600.00.**

**TOTAL PREVIOUS BALANCE: $62,273.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

WLM000933

**TOTAL UNPAID ACCOUNT BALANCE DUE: $65,873.35.**

ACCOUNT HISTORY:
04-25-2008 to 04-30-2010:
Total Billings (including expenses): $148,028.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $62,273.35.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
05-01-2010 to 05-31-2010: $3,600.00.

TO DATE:
Total Billings to date (including expenses): $151,628.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $65,873.35.

**Please pay this amount: $65,873.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          _____

          William L. McBurnie

2

WLM000934

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-26-2010
For Period: 06-01-2010 to 06-30-2010

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **June 1, 2010 through June 30, 2010** regarding **AIG Shareholders Derivative Action (NOTE: Other McBurnie matters billed separately)**:

06012010 Emails McBurnie. 0.3. Day Total: 0.3.

06022010 TCs McBurnie. 0.2. Day Total: 0.2.

06032010 Emails McBurnie. 0.3. TC Megan McIntyre, Grant & Eisenhofer. 0.1. TC McBurnie. 0.1. Day Total: 0.5.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 1.0 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $750.00.

**TOTAL AMOUNT DUE FOR JUNE 2010: $750.00.**

**TOTAL PREVIOUS BALANCE: $65,873.35.**

**PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $66,623.35.**

ACCOUNT HISTORY:
04-25-2008 to 05-31-2010:
Total Billings (including expenses): $151,628.50.
Total Disbursements: $0.00.
Total Paid: $85,755.15.
Total Unpaid: $65,873.35.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

WLM000935

*Dane Keller Rutledge, Attorney at Law*

CURRENT INVOICE:
06-01-2010 to 06-30-2010: $750.00.

TO DATE:
Total Billings to date (including expenses): $152,378.50.
Total Disbursements to date: $0.00.
Total Paid to date: $85,755.15.
Total Unpaid to date: $66,623.35.

**Please pay this amount: $66,623.35.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

WLM000936

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 09-28-2007
For Period: 08-18-2007 to 08-31-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **August 18, 2007 through August 31, 2007** regarding **MMC Securities Litigation matter (NOTE: criminal case defense costs billed separately)**:

## *INITIAL INVOICE FOR THIS MATTER*

08182007 TCs McBurnie. 1.2. Research regarding background on MMC Securities Litigation and review law concerning federal subpoenas in context of service of subpoena by Bernstein Liebhard on McBurnie. 3.6. Day Total: 4.8.

08192007 TCs McBurnie. 0.5. Notes of analysis and followup strategy concerning subpoena served on McBurnie. 1.2. Additional research regarding subpoena issues. 0.7. Day Total: 2.4.

08202007 TCs McBurnie. 0.5. Day Total: 0.5.

08212007 TCs McBurnie. 0.3. Day Total: 0.3.

08222007 TCM from Mark Holton, Gibson, Dunn, requesting status report concerning subpoenas in securities litigations. 0.1. Day Total: 0.1.

08232007 Further analysis of issues regarding subpoena duces tecum concerning MMC Securities Litigation. 1.3. Review file material and documents relevant to subpoena requests for specific document categories. 3.0. TCs McBurnie. 0.5. Notes of strategic analysis. 0.4. Review prior correspondence. 0.3. Day Total: 5.5.

08242007 Analyze bases for objections to specific subpoena requests. 1.8. Review protective order and analyze application to subpoena. 0.3. Notes of strategic analysis regarding opposition to subpoena. 0.7. TCM from Mark Holton, Gibson Dunn, regarding subpoenas in securities litigations. 0.1. Day Total: 2.9.

08252007 No time charged.

08262007 No time charged.

08272007 No time charged.

1

WLM000937

08282007 No time charged.

08292007 TC Dr. John Maher regarding reply to subpoena. 1.2. TCs McBurnie. 0.2. TCM James Culleton. 0.1. Further research concerning MMC Securities Litigation. 1.3. Preparation for call to Mark Holton, Gibson Dunn, concerning subpoena served on McBurnie concerning MMC Securities Litigation. 0.4. TCM Mark Holton. 0.1. Day Total: 3.3.

08302007 TC Mark Holton, Gibson Dunn, responding to request for status report and in particular discussing subpoena duces tecum served on McBurnie by Bernstein Liebhard concerning MMC Securities Litigation. 0.5. Notes of Mark Holton conversation. 0.4. Review subpoena duces tecum. 0.2. TCMs Bernstein Liebhard. 0.4. TCs McBurnie. 0.7. Review notes regarding subpoena analysis. 0.4. Draft and send email to Tim MacFall, Bernstein Liebhard, regarding subpoena duces tecum. 1.3. Day Total: 3.9.

08312007 No time charged.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 23.7 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $16,234.50.

**TOTAL AMOUNT DUE FOR AUGUST 2007: $16,234.50.**

**TOTAL PREVIOUS BALANCE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $16,234.50.**

**Please pay this amount: $16,234.50.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

2

WLM000938

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 10-16-2007
For Period: 09-01-2007 to 09-30-2007

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **September 1, 2007 through September 30, 2007** regarding **MMC Securities Litigation matter (NOTE: criminal case defense costs billed separately)**:

09012007 – 09042007 No time charged.

09052007 TCM Seth Otensosser (Bernstein Liebhard) regarding subpoena duces tecum. 0.1. TC James Culleton regarding subpoena duces tecum concerning MMC Securities Litigation. 0.3. TCs McBurnie. 0.6. Day Total: 1.0.

09062007 – 09182007 No time charged.

09192007 TCM from Bernstein Leibhard. 0.1. TC Tim McFall, Bernstein Liebhard regarding subpoena duces tecum served on McBurnie in re MMC Securities Litigation. 0.7. Notes regarding correspondence. 0.5. TC McBurnie. 0.6. Day Total: 1.9.

09202007 - 09302007 No time charged.

*Legal Services*:
Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 2.9 hours.
HOURLY RATE (DKR): $685.00 per hour.
SUBTOTAL: $1,986.50.

**TOTAL AMOUNT DUE FOR SEPTEMBER 2007: $1,986.50.**

**TOTAL PREVIOUS BALANCE: $16,234.50.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $18,221.00.**

WLM000939

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
08-18-2007 to 08-31-2007:
Total Billings: $16,234.50.
Total Disbursements: $0.00.
Total Paid: $0.00.
Total Unpaid: $16,234.50.

CURRENT INVOICE:
09-01-2007 to 09-30-2007: $1,986.50.

TO DATE:
Total Billings to date: $18,221.00.
Total Disbursements to date: $0.00.
Total Paid to date: $0.00.
Total Unpaid to date: $18,221.00.

**Please pay this amount: $18,221.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903        REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.        William L. McBurnie

2

WLM000940

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 05-06-2010
For Period: 04-02-2010 to 04-30-2010

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Initial Invoice for this matter. Attention to legal representation of **Mr. William L. McBurnie,** former Senior Vice President of Marsh & McLennan Companies, for **April 1, 2010 through April 30, 2010** regarding **Ohio Attorney General action (NOTE: Other McBurnie matters billed separately)**:

04022010 Receive and read notice of motion from New York counsel for Ohio Attorney General in connection with allegations of antitrust violations by Marsh. 0.4. Preliminary analysis of issues in unsealing court records and possible deposition. 1.0. TCs McBurnie. 0.7. Day Total: 2.1.

04032010. Review McBurnie undertaking per Marsh bylaws. 0.1. Analysis of OAG motion and issues concerning possible request for McBurnie deposition. 1.1. TC McBurnie. 0.5. Day Total: 1.7.

04042010 No time charged.

04052010 Research concerning Ohio litigations concerning Marsh. 0.8. TC McBurnie. 0.2. Day Total: 1.0.

04062010 Analysis of law related to Ohio AG motion, 0.6. Additional research concerning unsealing statute. 0.4. Analysis regarding statute of limitations. 0.8. Day Total: 1.8.

04072010 No time charged.

04082010 TCs McBurnie. 0.3. Day Total: 0.3.

04092010 TCs McBurnie. 0.6. Day Total: 0.6.

04102010 No time charged.

04112010 Prepare for court appearance regarding return of unsealing motion. 1.2. TCs McBurnie. 0.7. TCs concerning upcoming court appearance issues. 0.8. Day Total: 2.7.

04122010 Appearance (including travel) before Justice Yates, Part 49, 60 Centre Street on return date for unsealing motion by OAG (matter adjourned to 04282010). 2.0. TC McBurnie. 0.3. Day Total: 2.3.

WLM000941

04132010 No time charged.

04142010 No time charged.

04152010 No time charged.

04162010 TCM Patrick O'Shaugnessy, OAG. 0.1. TCs McBurnie. 0.3. Day Total: 0.4.

04172010 No time charged.

04182010 TCs McBurnie. 0.5. Preparation for call back to OAG. 0.3. Day Total: 0.8.

04192010 TC Patrick O'Shaugnessy, Senior Assistant Ohio AG. 0.4. TCM Peter Driscoll. 0.1. TC Dr. John A. Maher regarding Ohio AG action, including antitrust issues. 0.3. Analysis of OAG initiative. 0.5. TCs McBurnie. 2.4. Attention to notes of telephone conversation. 0.6. Day Total: 4.3.

04202010 Receive and read Peter Driscoll papers in opposition to OAG unsealing motion. 0.2. Analysis of opposition issues. 0.6. TC McBurnie. 0.2. Day Total: 1.0.

04212010 No time charged.

04222010 TC Peter Driscoll. 0.1. TC McBurnie. 0.2. Day Total: 0.3.

04232010 TCs McBurnie. 0.4. Day Total: 0.4.

04242010 No time charged.

04252010 No time charged.

04262010 Email from OAG, Ms. Oldham regarding OAG desire to talk to McBurnie (third communication from OAG). 0.1. Email McBurnie. 0.1. TC Dr. John A. Maher regarding Ohio AG action, including antitrust issues. 0.4. Draft correspondence. 0.3. Analysis of McBurnie position regarding OAG request. 0.8. TCs McBurnie. 1.3. Day Total: 3.0.

04272010 TCs McBurnie. 1.5. Draft correspondence. 0.3. Research regarding unsealing motion. 0.8. Day Total: 2.6.

04282010 Prepare remarks for motion hearing. 1.2. Email Ohio Attorney General, Ms. Oldham. 0.1. Participate in motion hearing Part 49, 60 Centre Street, Justice Yates, re OAG unsealing motion (including travel). 3.0. Conference with Ohio AAGs. 0.3. TCs McBurnie. 0.5. Day Total: 5.1.

04292010 TCs McBurnie. 0.5. Conference regarding Ohio AG issues (including travel). 2.5. Day Total: 3.0.

04302010 No time charged.

WLM000942

*Dane Keller Rutledge, Attorney at Law*

*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 33.4 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $25,050.00.

*Other Professional Services:*
Dr. John Maher, Consultant
TIME CHARGED (JAM): 0.7 hours.
HOURLY RATE (JAM): $600.00 per hour.
SUBTOTAL: $420.00.

*Disbursements Charged*:
Travel: $9.00.
SUBTOTAL: $9.00.

**TOTAL AMOUNT DUE FOR APRIL 2010: $25,479.00.**

**TOTAL PREVIOUS UNPAID BALANCE: $0.00.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $25,479.00.**

**Please pay this amount: $25,479.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

WLM000943

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 06-28-2010
For Period: 05-01-2010 to 05-31-2010

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of Marsh & McLennan Companies, for **May 1, 2010 through May 31, 2010** regarding **Ohio Attorney General action (NOTE: Other McBurnie matters billed separately)**:

05092010 Analysis of Ohio testimony issues. 0.5. Day Total: 0.5.

05102010 TCs McBurnie. 0.5. Day Total: 0.5.

05112010 TC Ohio AG. 0.1. Day Total: 0.1.

05142010 TCs McBurnie. 0.3. Day Total: 0.3.

05192010 Research regarding Justice Yates ruling on Ohio AG unsealing motion. 0.3. Email McBurnie. 0.1. Day Total: 0.4.

05252010 TCs McBurnie. 0.3. Day Total: 0.3.

05262010 TC Jessica Oldham, Ohio AAG. 0.1. TCs McBurnie. 0.3. Day Total: 0.4.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 2.5 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $1,875.00.

*Disbursements Charged*:
None.
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR MAY 2010: $1,875.00.**

**TOTAL PREVIOUS UNPAID BALANCE: $25,479.00.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $27,354.00.**

WLM000944

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
04-02-2010 to 04-30-2010:
Total Billings (including expenses): $25,479.00.
Total Disbursements: $9.00.
Total Paid: $0.00.
Total Unpaid: $25,479.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
05-01-2010 to 05-31-2010: $1,875.00.

TO DATE:
Total Billings to date (including expenses): $27,354.00.
Total Disbursements to date: $9.00.
Total Paid to date: $0.00.
Total Unpaid to date: $27,354.00.

**Please pay this amount: $27,354.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

Thank you very much for your kind attention.

REVIEWED AND APPROVED:

_____
William L. McBurnie

WLM000945

Vendor Code: RUT2100
Date: 08-27-2010
For Period: 06-01-2010 to 06-30-2010

# INVOICE FOR LEGAL SERVICES

## *SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of
Marsh & McLennan Companies, for **June 1, 2010 through June 30, 2010** regarding **Ohio
Attorney General action (NOTE: Other McBurnie matters billed separately)**:

06012010 No time charged.

06022010 No time charged.

06032010 No time charged.

06042010 No time charged.

06052010 No time charged.

06062010 No time charged.

06072010 TC Jessica Oldham, Ohio AAG. 0.1. Email McBurnie. 0.1. TC McBurnie. 0.2. Day
Total: 0.4.

06082010 No time charged.

06092010 TCs Jessica Oldham, Ohio AAG. 0.2. Day Total: 0.2.

06102010 TC Jessica Oldham. 0.1. Email from Ohio AG regarding notice of conference. 0.1. TC
McBurnie. 0.1. Day Total: 0.3.

06112010 No time charged.

06122010 No time charged.

06132010 No time charged.

06142010 Email from Ohio Attorney General regarding conference call with Judge Russo. 0.1.
Email McBurnie. 0.1. TC McBurnie. 0.1. Day Total: 0.3.

06152010 TC Jessica Oldham, Ohio AAG. 0.2. TC McBurnie. 0.3. Day Total: 0.5.

06162010 Email from Jerry Bernstein. 0.1. Email to McBurnie. 0.1. Email from Duane Morris.
0.1. Day Total: 0.3.

06172010 Read and analyze Bernstein letter to Judge Russo. 0.3. Review transcript of hearing
before Justice Yates concerning Ohio Attorney General's unsealing motion. 0.6. Prepare for

1

WLM000946

conference call with Judge Russo. 0.4. Conference call with Judge Russo and various counsel. 1.1. TCs McBurnie. 0.2. Day Total: 2.6.

06182010 Emails from Maranda Fritz. 0.2. Day Total: 0.2.

06192010 No time charged.

06202010 No time charged.

06212010 Email from Maranda Fritz. 0.1. Email from Ohio AAG Pratt. 0.1. TC McBurnie. 0.1. Day Total: 0.3.

06222010 Email from Maranda Fritz. 0.1. TC McBurnie. 0.2. Day Total: 0.3.

06232010 Read correspondences from Maranda Fritz and Ohio AG. 0.4. Appearance 4pm in Part 49, Justice Yates, for conference scheduled concerning Ohio Attorney General's discovery request. 1.0. Travel to and from court. 1.5. Post-conference meeting with Ohio AAGs concerning deposition order. 0.4. Conference McBurnie. 0.6. Day Total: 3.9.

06242010 No time charged.

06252010 Email McBurnie. 0.1. Day Total: 0.1.

06262010 Attention to billing. No time charged.

06272010 No time charged.

06282010 Email from Jessica Oldham, Ohio AAG. 0.1. TC McBurnie. 0.1. Conference McBurnie. 0.3. Day Total: 0.5.

06292010 No time charged.

06302010 Email from Jennifer Pratt, Ohio AAG. 0.1. Review court conference transcript. 0.4. TC McBurnie. 0.2. Day Total: 0.7.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 10.6 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $7,950.00.

*Disbursements Charged*:
Travel: $15.00.
SUBTOTAL: $15.00.

WLM000947

*Dane Keller Rutledge, Attorney at Law*

**TOTAL AMOUNT DUE FOR JUNE 2010: $7,965.00.**

**TOTAL PREVIOUS UNPAID BALANCE: $27,354.00.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $35,319.00.**

ACCOUNT HISTORY:
04-02-2010 to 05-31-2010:
Total Billings (including expenses): $27,354.00.
Total Disbursements: $9.00.
Total Paid: $0.00.
Total Unpaid: $27,354.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
06-01-2010 to 06-30-2010: $7,965.00.

TO DATE:
Total Billings to date (including expenses): $35,319.00.
Total Disbursements to date: $24.00.
Total Paid to date: $0.00.
Total Unpaid to date: $35,319.00.

**Please pay this amount: $35,319.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903          REVIEWED AND APPROVED:
New York, New York 10016

Thank you very much for your kind attention.          _____
                                                                   William L. McBurnie

3

WLM000948

*Dane Keller Rutledge, Attorney at Law*

Vendor Code: RUT2100
Date: 08-28-2010
For Period: 07-01-2010 to 07-31-2010

# INVOICE FOR LEGAL SERVICES

*SUMMARY OF LEGAL SERVICES RENDERED*

Attention to legal representation of **Mr. William L. McBurnie**, former Senior Vice President of
Marsh & McLennan Companies, for **July 1, 2010 through July 31, 2010** regarding **Ohio
Attorney General action (NOTE: Other McBurnie matters billed separately)**:

07012010 No time charged.

07022010 No time charged.

07032010 No time charged.

07042010 No time charged.

07052010 Analyze Ohio statutory material. 0.3. Email Jessica Oldham. 0.1. TCs McBurnie. 0.3.
Day Total: 0.7.

07062010 Email McBurnie. 0.1. TC McBurnie. 0.1. Day Total: 0.2.

07072010 Email McBurnie. 0.1. Day Total: 0.1.

07082010 Email McBurnie. 0.1. Read Justice Yates's decision on grant of 440 motions, as
potentially affecting Ohio AG action issues. 1.0. Day Total: 1.1.

07092010 Emails McBurnie. 0.2. TC McBurnie. 0.2. Day Total: 0.4.

07102010 No time charged.

07112010 No time charged.

07122010 Email McBurnie. 0.2. TC McBurnie. 0.2. Day Total: 0.4.

07132010 No time charged.

07142010 No time charged.

07152010 Emails Jessica Oldham. 0.2. TC Jessica Oldham, Mitch Gentile. 1.0. Emails
McBurnie. 0.2. TC McBurnie. 0.4. Day Total: 1.8.

07162010 Email McBurnie. 0.2. Email Jessica Oldham. 0.2. Analyze deposition issues. 0.6. TC
McBurnie. 0.3. Day Total: 1.3.

07172010 Emails McBurnie. 0.3. Day Total: 0.3.

07182010 Emails McBurnie. 0.2. Day Total: 0.2.

1

WLM000949

07192010 Emails McBurnie. 0.4. Day Total: 0.4.

07202010 Emails McBurnie. 0.2. Day Total: 0.2.

07212010 Email from Jim McNasby. 0.1. Email McBurnie. 0.1. TC McBurne. 0.1. Day Total: 0.3.

07222010 No time charged.

07232010 Email McBurnie. 0.1. TC McBurnie. 0.3. Day Total: 0.4.

07242010 No time charged.

07252010 No time charged.

07262010 No time charged.

07272010 TC McNasby and McBurnie per McNasby request. 0.2. Email McNasby. 0.1. TCs McBurnie. 0.5. Day Total: 0.8.

07282010 No time charged.

07292010 No time charged.

07302010 No time charged.

07312010 Email McBurnie. 0.1. TC McBurnie. 0.1. Day Total: 0.2.


*Legal Services*:

Dane Keller Rutledge, Attorney
TIME CHARGED (DKR): 8.8 hours.
HOURLY RATE (DKR): $750.00 per hour.
SUBTOTAL: $6,600.00.

*Disbursements Charged*:
None.
SUBTOTAL: $0.00.

**TOTAL AMOUNT DUE FOR JULY 2010: $6,600.00.**

**TOTAL PREVIOUS UNPAID BALANCE: $35,319.00.**

**PAYMENT RECEIVED SINCE LAST INVOICE: $0.00.**

**TOTAL UNPAID ACCOUNT BALANCE DUE: $41,919.00.**

WLM000950

*Dane Keller Rutledge, Attorney at Law*

ACCOUNT HISTORY:
04-02-2010 to 06-30-2010:
Total Billings (including expenses): $35,319.00.
Total Disbursements: $24.00.
Total Paid: $0.00.
Total Unpaid: $35,319.00.

PAYMENTS RECEIVED SINCE LAST INVOICE: $0.00.

CURRENT INVOICE:
07-01-2010 to 07-31-2010: $6,600.00.

TO DATE:
Total Billings to date (including expenses): $41,919.00.
Total Disbursements to date: $24.00.
Total Paid to date: $0.00.
Total Unpaid to date: $41,919.00.

**Please pay this amount: $41,919.00.**

**VENDOR CODE: RUT2100**

Kindly pay upon receipt, to:
DANE KELLER RUTLEDGE
ATTORNEY AT LAW
150 East 39th Street, Suite 903
New York, New York 10016

REVIEWED AND APPROVED:

Thank you very much for your kind attention.

William L. McBurnie

3

WLM000951